

RECEIVED

MAY 24 2019

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

Cecil Shah El ex Relation

Cecil Shaw In propria

persona Sui Juris

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

MAUREEN JOSH

ROBBIN STUCKERT

PHILLIP MONTGOMERY

THOMAS DORHERTY

RONALD MATEKAITS

FREDRIC KAPALA

(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

**3:19-cv-50123**
**Judge John R. Blakey**
**Magistrate Judge Iain Johnston**
**PC11**

**CHECK ONE ONLY:**                    **AMENDED COMPLAINT**

[✓]    **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983**
       **U.S. Code** (state, county, or municipal defendants)

[✓]    **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE**
       **28 SECTION 1331 U.S. Code** (federal defendants)

_____  **OTHER** (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR*
*FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

Reviewed: 8/2013

1

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

Cecil Shah El
Propria Persona Sui Juris
ex. Rel Cecil Shaw

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

Case No:_____
(To be supplied by the Clerk of this Court)

2. A MAUREEN JOSH, Dekalb county clerk
in her individual and official capacity

B BOBBIN STUCKERT, Dekalb county chief Judge
in her individual and official capacity

C PHILLIP MONTGOMERY, Dekalb county acting [Judge]
in his individual and official capacity

D THOMAS DORHERTY, Dekalb county acting [Judge]
in his individual and official capacity

E RONALD MATEKAITS, Dekalb county acting [Judge]
in his individual and official capacity

F FREDRIC KAPALA, a District court Judge in his individual and official
(Enter above the full name of ALL  Capacity
defendants in this action. Do not
use "et al.")

## CHECK ONE ONLY:

X     **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983
U.S. Code** (state, county, or municipal defendants)

X     **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE
28 SECTION 1331 U.S. Code** (federal defendants)

_____ **OTHER** (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR
FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

2

G   STATE OF ILLINOIS, a Municipal Corporation

H   ILLINOIS STATE POLICE, A Municipal Corporation

I   DEKALB COUNTY, A municipal Corporation

J   COOK COUNTY, a municipal Corporation

K   THOMAS DART, Sheriff of Cook County
    In his individual and official Capacity,

L   ROGER SCOTT, Sheriff of DeKalb
    In his individual and official capacity,

M   RICK AMATO, Dekalb County States Attorney
    In his individual and official capacity

N   SCOTT SCHWERTLEY, DEKALB County assistant states attorney
    In his individual and official capacity

O   TOM McCOLLOCH, DEKALB County public Defender
    In his individual and official capacity

P   ROBERT CARLSON, assistant Dekalb County public Defender

Q   KISHWAKEE HOSPITAL, a municipal Corporation

R   MAKALA FRAZIER, a resident of Dekalb County
    In her individual and official capacity

S   SGT BRAD CARLS, a Dekalb County sherrifs Deputy SGT
    In his individual and official capacity

T   REINBOLZ, L #115, a Dekalb County sherrifs Deputy
    In his individual and official capacity

U   TR SMITH, a DeKalb County Deputy.
    In his individual and official capacity

V   LT BURGH, J.W. #4994, a Dekalb County LT Deputy
    In his official and individual capacity

W   GRANT ERICSON, a DeKab County Deputy Detective
    In his official and individual capacity

3

by the Circuit Court of Cook County. For more information regarding bond call
773.674.5245 or 773.674.7100.

# CHAPTER 11
# ALTERNATIVE PROGRAMS

## Alternatives to incarceration in the CCDOC

As a Cook County jail inmate, there may be programs that offer alternatives to staying in
the CCDOC. These are described below. If you believe you may be a candidate for one
of the various programs, speak to your attorney about getting a court order to approve the
change.

1.  **Day Reporting Center (DRC)** – A supervised program that provides services
    and direction for pre-trial, non-violent offenders. This community-based
    correctional program requires offenders to report to the center for daily sessions in
    drug and alcohol rehabilitation, violence prevention training, literacy and GED
    courses and job skills training.

2.  **Electronic Monitoring (EM)** – A pre-trial monitoring program where inmates
    are put on "house arrest." Participants may be allowed to leave their designated
    residences to go to work, school or job training programs, upon approval. For
    inmates who have been placed on electronic monitoring but do not have a place to
    reside, you may qualify to reside at a drug treatment facility or half-way house.
    Ask a CRW or Correctional Staff for more information.

3.  **Pre-Release Center (PRC)** – A secure residential drug treatment program for
    pre-trial inmates. The center offers a variety of programs aimed at breaking the
    cycle of addiction and discouraging future criminal behavior.

4.  **Sheriff's Work Alternative Program (SWAP)** – A program where non-violent
    offenders charged with DUI and other misdemeanor crimes "swap" jail time for
    community service sentences and work on a variety of public works projects such
    as: cleaning parks, viaducts and streets.

## Programs for female inmates

Sheriff's Women's Justice Programs (SWJP) incorporates a trauma informed integrated
model of treatment programs that addresses mental health and substance abuse issues, as
well as physical health concerns. SWJP understands the complex issues that women
involved in the criminal justice system face on the day-to-day basis.

In order to be considered for one of the Women's Justice Programs, you must be court
ordered by a Judge, medically cleared and meet the program criteria. Discharge planning
begins as soon as women are accepted into the program utilizing a comprehensive
screening process. This enables the treatment team to quickly identify immediate needs

- 27 -

X ALEXANDER BECKER, a Dekalb County Sherrif Deputy Detective
In his individual and official capacity

V KRIS MECCA, a Dekab City Police DETECTIVE
In his individual and offical capacity

Z THOMAS PETIT, a Dekalb City POLICE DETECTIVE
In his individual and official capacity

AA JEFF WEESE; a dekalb County Sherrifs Deputy Detective
in his individual and offical capacity

BB MARTIN LANCE, a Northen Illinois University Policy Enforcer
In his individual and officia Capacity

CC SGT HOLLAND, a NORTHERN ILLINOIS University Policy Enforcer

DD PAYNE #6480, a Chicago Police Enforcer of the 06th district
In his Individual and official Capacity

EE MASON, a Chicago Policy Enforcer of the 06th district
In his individual and offical Capacity

FF JOHN DOE #1, IS THOMAS PETIT

GG JOHN DOE #2, IS JEFF WEESE

HH JOHN DOE #3, is a Dekab County Sherrifs Deputy

II JOHN DOE #4, is a Dekalb County Sherrifs Deputy Detective

JJ JOHN DOE #5, is a ILLINOIS STATE TROOPER

KK JOHN DOE #6, is a ILLINOIS STATE TROOPER

LL John DOE #7, is a KISHWAKEE HOSPITAL SECURITY GAURD

MM BEN, is a Fire Man for Chicago Fire Department ENG #73

NN JOHN DOE #8, is a Chicago policy Enforcer for CPD

OO JOHN DOE #9, is a SGT FOR District #6 CPD

4

        i.         Visitors may utilize public transportation to access the Department of Corrections on your visiting days. Cook County Department of Corrections is accessible by bus and train.

        ii.        If visitors prefer driving their personal vehicles, there is paid public parking available.

   b.    Visitation Rules

        i.         You will receive two (2) visiting days a week, one (1) day during the week, and one (1) on the weekend, Saturday or Sunday. Visitors will be allowed one (1) visit per week and each visit will be fifteen (15) minutes in duration, unless extenuating circumstances exist (e.g., court order, security classification, etc.). Visits may be restricted or eliminated as a result of discipline.

        ii.        All Visitors must follow the current Visitation Rules for the CCDOC. You are encouraged to tell potential visitors that they should visit the Cook County Sheriff's website for more information about hours and rules for visitors.

        iii.       Visitors will be searched for contraband (a list of contraband items are posted in designated area within the institution) and possibly undergo a background check prior to the visit. All visits may be monitored and recorded.

        iv.       You must tell all possible visitors that they must behave and dress appropriately.

        v.        Visitors must also have one valid (not expired) government photo ID (driver's license, state ID, passport, military ID, or foreign consulate identification (Metricula, etc.). No individual under 17 years of age will be allowed to visit you unless accompanied by an adult.

        vi.       A visitation schedule is posted in every living unit. To learn more about visiting times and schedules, you should tell visitors to call the Inmate Information Hotline at 773.674.JAIL (5245) or check the Cook County Sheriff's website at cookcountysheriff.org.

   c.    Visitors Coming from Long Distances

      Occasionally an inmate's family or friend who is not on the approved visitor's list may travel a long distance (150 miles or more) and arrive at a time and day **NOT** scheduled as a visiting period for a particular inmate. In such instances, approval to visit a particular inmate may be granted by the division superintendent or designee on a case-by-case basis. Long

- 25 -

PP  JOHN DOE# 10 is a Policy Enforcer who works at CPD
                District #6

QQ  JOHN DOE#11 is a Doctor at Little Company of Mary Hospital

RR  John DOE's 12-18 are detaines in DEKAlb COUNTY JAIL
SS
TT
UU
VV
WW      HABBERCAMP
        Sgt HABBERCAMP - SGT Dekalb County Sherrif Deputy

5

5.  Keep the dayroom area clean and place all trash in designated containers.
6.  Notify your tier officer or CRW immediately if you have any sanitation concerns, e.g., if you have a sewage or water leak or your cell needs cleaning supplies and disinfectant.

**Items Allowed in Your Cell**

In addition to your legal papers and approved commissary items, the list below contains the only items that can be kept in your cell or living area. These items, except your shoes must be stored in your personal property box when not in use:

ONE (1) COMB
ONE (1) PALM BRUSH
ONE (1) TOOTHBRUSH/TOOTHPASTE
ONE (1) BAR OF SOAP
ONE (1) DEODORANT
ONE (1) BATH TOWEL
ONE (1) WASH CLOTH
ONE (1) SHAMPOO
ONE (1) CONDITIONER
TWO (2) SHEETS PER INMATE
ONE (1) BLANKET PER INMATE
FOUR (4) T-SHIRTS
FOUR (4) PAIRS OF UNDERWEAR
FOUR (4) BRAS (FEMALES)
FOUR (4) PAIR OF SOCKS
ONE (1) PAIR OF SHOES
ONE (1) PAIR OF GYM SHOES
ONE (1) PAIR OF SHOWER SHOES
ONE (1) PERSONAL PROPERTY BOX

ONE (1) PAIR OR EYE GLASSES OR CONTACT LENSES
ONE (1) PERSONAL PROPERTY CONTAINER
ONE (1) PAPER BAG PER INMATE
ONE (1) BIBLE OR KORAN
ONE (1) STUDY BOOK (SCHOOL)
STAMPED ENVELOPES
STATIONARY
TWO (2) INMATE PENS
TWO (2) PENCILS
ONE (1) PIECE OF FRUIT
ONE (1) DRINKING CUP
TWO (2) DECKS OF CARDS
TEN (10) PERSONAL PHOTOS
THREE (3) TOTAL-MAGAZINES OR BOOKS PER INMATE (RELIGIOUS MATERIAL EXCLUDED)

## You Shall Not Possess, Make, or Hide Contraband

Possession of contraband in jail is illegal under Illinois law. Contraband is considered:

1.  Any items or articles inside the CCDOC which are prohibited by criminal law;
2.  Items for which an inmate, employee, or a visitor has no authorization to possess within the institution; or items prohibited by departmental written orders and/or notices; or items or property in excess of the amounts allowed above for that kind of item. Disciplinary reports and possible criminal charges will be given to inmates with contraband.
3.  Items prohibited by departmental written orders and/or notices;
4.  Items not purchased through approved channels or not authorized or approved for delivery by mail; or
5.  Items or property in excess of the amounts allowed above for that kind of item.

Disciplinary reports and possible criminal charges will be given to those inmates found to possess contraband.

- 16 -

# JURISDICTION

1    Jurisdiction for Claimants is based pursuant
Article III section 2 for the United States Republic
and the several States, under the Constitution
Article VI and reaffirmed by obligatory Official
Oaths. Jurisdiction for Claimants federal claim
is on 28 U.S.C §§ 1331 and 1343(a) Jurisdiction
for Claimants State claim is based on supplemental
jurisdiction pursuant to 28 USC § 136(a) and
the Zodica Constitution is claimants Nations Constitution.

2    Venue is        proper in this court pursuant
to 28 U.S.C § 139(b) in that the events giving
rise to the claims asserted arose in the District
upon information and belief all parties resid d in this
Judicial District

## Parties

1    At all relevent times pertaining to this Complaint
the claimant Cecil Shah El          domiciled
here at Moroco United States Republic of North America
Illinois Republic Mecca Territory [Chicago Illinois, Cook County]

b

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

III. **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

A. Name of case and docket number: _15 CV 1999_

B. Approximate date of filing lawsuit: _1/21/2015_

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: _Tom Dart Officer White Dr Yu_

D. List all defendants: _TOM DART, OFFER White, TORRES Williamson ect Wayne Germain Brian Fairchild_

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): _Federal Northern_

F. Name of judge to whom case was assigned: _Virginia Kendall_

G. Basic claim made: _Injury Constitutional Violation Failed to release me Served over my term due to neglegence_

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): _Settlement_

I. Approximate date of disposition: _uk at this time_

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

7

Revised 9/2007

# Preliminary Statement

The cause of this action is due to a series of violations Constitution and Treaty, Rights of Indigenous Peoples, Declaration of Human Rights, Bill of Rights, Kidnapping, attempted. Denationalization, Fraud, Threat, Duress and Coercion, Conspiracy, Human Trafficing, Forced Population Transfer, Violation of Title 18 chapter 43 Section 913, Impersonating Government Officials, Inducement to fraud, denial of due process protected and secured for the People, by the Amendments IV, V, VI, VII VIII, IX, X, of the United States Constitution, to which Judges and Officers in every State is bound (by Official Oath) to support and uphold. Any statutory regulation, ordinance, or laws of any State to the contrary, notwithstanding. Trial by a jury of Moorish American National Peers, Perjury on the Oath of Office at 18 USC 1621, deprivation of rights at 18 USC 241 and 242, Conspires to deprive rights at 42 USC 1985; an extortion of rights at 18 USC 872 and is actionable under 42 USC 1983. Claimat explicitly Reserves his Rights at this point in time and at all points in time. Violations to declaration, Common Law and decree, Acts of State, Federal Questions, Substantive Rights to travel. Injuctive relief is requested — Emergency RLUIPA, Assault, battery, State law claims for Intentional Infliction of Emotional Distress, failure to provide prompt Medical care and treatment Malicious Prosecution, damage to property ect, false Arrest, Prosecutorial misconduct

Statement of Claim

1. Some time in March 2017, myself Cecil Shah El and Respondant Makala Fraizer departed from the quality inn after Swimming and check out.

2. Respondant Fraizer asked to drive my car stating she had license and knew a quiker route to her home on Ridge Road

3. While on the passenger side of my automobil I noticed that Respondant Fraizer could not drive well. For saftey reasons I told Respondant Fraizer to pull over, and " I dont feel safe"

4. While driving south bound of 1st Avenue in Dekalb Respondant Fraizer made a right turn and crashed my vehicle into a brick post rivermist sign, damaging my property

5. Airbags deployed and I was dizzy and I saw respondant Fraizer bleeding from the mouth, I then exited from the passenger side of the vehicle.

6. I began speaking with a witness to the accident. When I noticed respondant Fraizer slide over from the driver seat to the passenger side while bleeding from the mouth.

7. Respondant Fraizer then asked to be taken to the hospital. And I believed I was ok to travle to the Hospital.

I

8 Brad Carls - Respondant exited his vehicle with an aggressive tone as if I hit the rivermist post. At this time I did not Know Brad Carls - respondant to be a Sherrif Deputy.

9 I then told the witness we are going to the hospital & I will be back as I also was in pain.

10 I then started my auto to travte to the hospital and Carls began beating on the roof of my auto on the driver side damaging my auto & scaring Frazier and I.

11. I then backed out and continued down first Ave going South bound, I asked Frazier where is the hospital and she said I had to turn around.

12 Befor I could get to the next light on First Ave & Dresser I saw Respondant REIN BOLZ.L Badg ID Number 115 of DEKALB COUNTY SHERRIF, with his lights flashing driving north bound on first Ave. on the other side of the street. I then pulled over,

13. I handed REINBOLZ.L my drivers license telling him "my Name is Cecil Shah El and my drivers lieense is for Commercial purposess and Im in school for CDL"

14 I then requested to speak to REIN BOLZ. supervisor. I exited the vehicle pointing at Brad Carls behind my auto perked and told REINBOLZ that he was disgruntle.

2

15 REINBOLZ Then told me Respondant Carls is a SGT with the Sherrifs office. I then commanded he be charged for the damage he did to my vehicle. & told REINBOLZ I need to get to the hospital due to my injury.

16 Despite me exercising my Rights to travel and Carls yelling to arrest him, REINBOLZ said I was being detained. Under threat Duress a Coercion after informing REINBOLZ "I am in route to the emergency room" ~~be or detained~~ I walked a straight line for him. He then wanted to do another test to see if I was intexicated by moving his finger & wanted me to follow his fingers with my eyes.

17 Despite me just being in an accident needing medical attention. REINBOLZ then Arrested me and Kidnapped me. I told him I was in pain from the accident Fraizer caused with my auto.

18 After the ride to Dekalb County I was in pain and could not move due to my dish herniating Respondant TR Smith a DEKALB COUNTY DEPUTY and others Dragged me causing further injury.

19. I posted the ransom of $2000 Federal Reserve Notes after telling Respondant Administrator STUCKERT I needed emergency medical attention. STUCKERT Said You "can do that when you get out"

3

20. Once released I saw Dr. Khan who prescribed medication for my Injuries and for Whipblash and my lower lumbar. I then was told Fraizer was untruthful and said I was driving and crashed my car,

21. Claimant whas charged yet again by The STATE OF ILLINOIS DEKALB COUNTY COURT - RESPONDANT an unconstitutional private Corporation under the Wardship Strawman Construct Cecil O. Shaw who is not I who is not delegated by Congress under Article (3) section (2) of the constitution.

22 On 5-17-2019, I Cecil Shah El was at a 7/11 convenience store in the Illinois Republic near Annie Glidden and Hilcrest Dr in the city of [DEKALA 60115]. Due to a respiritory illness attempting to obtain some cough syrup and to pick a neighbior up (Paige) who pleaded for Emergency help stating her life was in danger while in rougte to the hospital.

23 When I departed the convenience store I was approched by DEKALB COUNTY POLICY ENFORCER LT. BURGH J.W. Badge I.D Number 4994 who had a weapon. Within seconds, 2 DEKALB CITY POLICY ENFORCERS - Respondants) who also had weapons Jhon Doe 1 & 2 had me in fear for my life. whas le I was in route to the hospital. Being there was no threat to public health, safety, or welfare. of the public.

4

25. Under Threat Duress and Coersion I was unlawfully searched where one of the policy enforcers had his hands on my private parts.. My property was stolen and yet agaian I was kidnapped despite me requesting to speak to a superusor.

26 I was taken to DEKALB Police STATION despite my medical illness and Paige's life being in danger. I was shackled inside a locked room with chest pains and a serious cough and spitting up Blood and mucus.

27 Hours later I was removed placed into another room by DEKALB COUNTY POLICY ENFORCER Respondent GRANT ERICSON #6941 I demanded Consul be present from the Moorish National Republic Federal Government and refused to sign anything or speak to anyone but Consul from my Government, I invoke-d the Treaty of Peace and Friendship 1786 & 1836 and the Organic Constitution of the Republic.

28. I was placed back in the previous room and Shackled inside a room with a locked gate, denied emergency medical attention while dizzy and caughing blood and mucus. I urinated on myself and the floor Communicating to the camra that DEKALB CITY POLICY ENFORCERS would not provide me with a rest facility to urinate or spit.

5

29. I was removed from this room and was threatened by ~~the threats DEKALB threatened~~ by Jhon Doe #1 stating I should beat your scrawny little ass for spitting blood and pissing on my floor. I was then approached by Policy Enforcer BECKER #6446 who threatened to kick me prior to forcing ~~me~~ me into a black unmarked car.

30. Along the dark ride with BECKER and POLICY ENFORCER Gloria, I was threatened to speak while riding on a dark back road. BECKER threatened to "Beat your ass take you for a long ride and put a bullet in your head and no one will find your body, if you wont talk you wont se light of day.

31. I again pleaded my request to speak with a Consul from my Government while in fear for my life amongst mercenaries Coughing, dizzy then was forced out of the vehicle and placed in a dark room.

32. POLICY ENFORCER BECKER then under Threat Duress an Coercion (TDC) to sign a piece of paper for him to access a phone he alleged he found in my vehicle. After many refusals he he told me "Your not going anywhere and if you sign Ill release You"

33. I then was taken to another dark room was denied emergency medical ~~attention~~ attention and treatment. Consul and was forced to sleep on the filthy floor while freezing cold in DEKALB COUNTY JAIL with no access to Water. or Medicle Attention

b

34 I was forced to strip "spead you cheeks" and was kidnapped. I
did not have a arraignment hearing till Oct 25, 2019 almost 6
months later. During the hearing I terminated Fraud Counsel of
the PUBLICDEFENDERS OFFICE who stated "I can not let you know
the Charges"- Respondant ROBERT CARLSON and TOM MCColloch
who Both also refused to contact my Government. Being Moors
can not be represented by members of the Private Bar Guild
acting in the capacity of "public Officials". Moors present
self.

35. During the hearing and still Jurisdiction is challanged
Administrator ROBBIN STUCKERT when questioned as to my objection
in the delay in arraignment Administrator STUCKERT stated
"ARRAIGNMENT in this matter took place June 9th 2017, and
stated we can do it again". I rebutted in reply to the Fraud
Charges stating "I do not understand and do not wish to
plead "and this is "inducement to Fraoud Challaging the
Jurisdiction, Noting the irregularity in arraignment ~objection
Noting there was no Corpus Delicti present Demanding a
Common Law Court of Record.


36 I was tendered information documents by Respondant
SCOTTSCHWERTLEY. The fraud Charges listed by the Respondant
STATE OF ILLINOIS and SCOTT SCHWERTLEY requested
Millions in Fees and Fines of unlawful tender for alleged violations
of fraudulent statutes and codes that come from a court
not constitutionally sanctioned Per Article 3 sec2,

37 I demanded a hearing to Challenge the Jurisdiction of their Tribunal as Any statutory, regulation, ordinance, or laws of any state to the Contrary to the Constitution to which Judges and officers in every state is bound, not withstanding, and that any action be adjudicated in a lawfully delegated jurisdiction and Venue being they were made aware of my Moorish American Identification and status as an Aboriginal Indigenous Natural Person.

38 At the hearing Respondent SCHWERTLEY stated that Federal STATutes and Codes are not Honored in DeKALB COUNTY MUNICIPLE COURT and refused to Provide a Written reply as to the presentment I filed Challenging the Jurisdiction and SCHWERTLEY was Ordered by STUCKERT not to reply in writing dispite my demands.

39 As a Kidnapped Live Being and Prisoner of War in DEKALB COUNTY JAIL I have incurred several medical illnesses with lack of medical Care and treatment. Boils on my face, back and nerve pain untreated. Denial to see a dentist, Doctor, denial of Religious service and clergy visits despite plenty notification given including restreted pray and fast during the month of Ramadan, denial of food to uphold my religious preference. Being forced to participate in on Mod religious service outside my religious belief Customs and Cultural experiences.

40. Dekalb County Policy ENFORCERS administering medications, at times the wrong medications to me causing injury. My legal mail being opened outside my prescence and not being delivered despite me putting them on Notice Dekalb county jail at this time had no grievance system. Grievances where put on request forms with no procedure. Denial of public information through the Freedom of information act.

41. I incurred massive weight loss, vermin infestation in cells, leaks and floods on mods overnight with toilet water, I was denied access to a adequate Law Library and Federal Case Law though I was a litigant in Federal Court. I was denied to recieve Law books in the mail.

42. Around November 24th, 2017 10,000 Federal Reserve Notes (FRN's) Ransom was posted for Cecil Shaw who is not I, to Free Cecil Shah El my body from the Continuum of Constitutional violations With an explicit Reservation of Rights on the Bond. to free my body from the daily violations which occur daily as a POW.

43 Some time months later I was tendered the same documentation by SCOTT SCHWERTLEY however, Clearly documents implemented and where modified to make it look as if there was an INDICTMENT around the time I was kidnapped in a Fraud attempt to cover the Paradigm of Fraud practices of NO Arraignment NO Preliminary Hearing NO INDICTMENT, more Fraud INDICTMENT pattern of DEKALB COUNTY JAIL and MUNICIPAL COURT.

9

44 This Fraud Pattern was done by Administrators STUCKERT, MATAKATIS, MONTGOMERY, MAUREEN JOSH, SCOOT SCHWERTLEY All Respondant(s) in the Second Tender of Documents in attempt to Cover their Fraud, of me not being free without warrant or charge

45 I Commanded both Administrators STUCKERT and MONTGOMERY to Produce Delegation of Athority from an Article 3 Sec 2 Court via filing of Jurisdiction Quo-Warranto of Averment and they could Not, Nor could they produce in a Notary presentment. ai response

46 In addition I commanded SCOTT SCHWERTLY Produce and the above stated Adminstators - Respondants produce their Surety Bonds, numbers within a certain amount of days and filed a default Commanding this matter be dismissed being there has been no rebuttle as to the number of Affidavits filed despite my many demands.

47 I filed several Removals to th UNITED STATES FEDERAL DISTRICT COURT, the Removals landed on the Former DEKALB COUNTY STATES ATTORNEYS desk Respondant Administrator FREDRIC J. KAPALA. I also Saught Delegation of Athority from an Article 3 Jurisdiction and Respondant KAPELA could not Produce.

48 When Jurisdiction was again challenges he stated in documents I was arraigned in Maryland May of 2017, this is impossible and is clear to be Conspiring in the No Preliminary, No Indictment Fraud Indictment No Arrainment Paradigm of DEKALB COUNTY COURT In Constitutied violations.

49. Respondant Administrator MONTGOMERY also is acting as the prosecutor and is in aid to the prosecution in his actions such as forcing a trial where I Cecil Shah El being forced to trial not having my Moor Americans Peers as my jury in ca a non dejure tribunal. Not understanding the charges and No Plea was entered.

50 Also Respondant MONTGOMARY over my objections ~~and~~ denied me of my 6th Amendment right to be my own Consul in aid to the Prosecution ~~is~~ causing a heap of Confusion Forcing ~~is~~ Respondant CARLSON of the Respondant-OFFICE OF THE PUBLIC DEFENDER to represent me after Falsly accusing me of Drinking or Being Drunk depriving me of my rights to my Identity, Nationality, and Culture and being distinct within them.

51 Being to Cover their Fraud, to force me under their Jurisdiction, Also refusing to place my Appelation on their documents. They use CAPITALIZED names of legal fiction Claimed by UNITED STATES OF AMERICA inc. UNITED STATES FEDERAL RESERVED BANKS OR ANY other franchises, or agencies thereof. All are rendered bank ~~ncapt~~ debtors and are null and void.

52 All Foreign BAR Guild members are without Athority or Consent to represent me in any of my business. The Administrators Also Failed to acknowledge that Traveling is a Common Right, and ~~the STATE~~ is Not a Corpus Delicti, DEKALB COUNTY MUNICIPAL, COURT IS NOT a COMMON LAW COURT OF RECORD.

11

53. Sometime in 2018 I was pulled over by John Doe#3 while traveling down Rushmore Drive to the store. This policy enforcer arrested me for traveling and refused to acknowledge my Aboriginal American National Status and rights. He then arrested me for Driving on a suspended license and towed my vehicle which is not an arrestible offence

54. Some other time in 2018 I was traveling down Annie glidden road, I pulled into Caseys gas station and a detective pulled up respondant John Doe#4 and begin harrassing me searching my person and my vehicle for hrs again violating my rights. Towed my vehicle arrested me for another fraud charge of driving on a suspended license not acknowledging my identity and Cultur rights or rights to travel and towed my vehicle.

55 Some time in January 20019, I was pulled over while traveling by John Doe#5 an ILLINOIS STATE TROOPER, who refused to honor my identity and cultural Rights. For no reason lawfully tased me for requesting to speak to his supervisor while John DOE#6 Dragged me out of the car both causing injuries to me. My back was injured in addition to my hips and ribs and other bruises. Again I was charged for driving without lisence on a suspended license and resisting arrest when there was no threat to public saftey or welfare and no arrestible offence.

12

86  I demanded to be taken to the hospital for my injuries sustained. Respondant KISHWAKEE HOSPITAL resfused to provide me treatment for my injuries. Despite me telling them my back hurted & I could not move.

87  I was then dragged by John Doe # 5 and ~~Crowel~~ Jane Doe #7 a KISHWAKEE Security Gaurd and stuffed ~~through~~ into a police. Car & Drove to DEKABB COUNTY JAIL with my legs dangling out the window while in pain

88  While in DEKALB COUNTY JAIL I Requested to be taken to the hospital to be treated for my injuries and Respondent JAMES STEVENSON denied My request despite my injuries sustained.

89  I then posted the Ransom bail and went to KISHWAKEE HOSPITAL Again to the emergency and was treated for the tazing & back injury and brusing sustained by Jane Doe#7 John Doe's #5 ~~#7~~, & 6

90  Some time in 2019 I was just Given a vehicle I placed in Alrumuc my private taist a 01 tahoe and was pulled over by NORTHERN ILLINOIS UNIVERSITY POLICY ENFORCERS Martin - Respondant



13

91  I immediatley requested to speak ~~[illegible]~~ with his supervisor who is Respondent Holland who had my Vehicle Towed unlawfully, & wrote Tickets

92  Under threat, duresss, and Coercion I had to give the Vehicle to my brother Duran Shah Bey to retrieve it out the pound, by forced registration with the state

93  I was written fraud Citations, which I wrote on them at a 45° angel stating I do not consent with out prejudice and mailed them back to their department being their was no threat to public saftey or hazard

94  I was stalked and harrassed again by policy Enforcer MARTIN. I requested to speak to his Supervisor Sgt HOLLAND and. They aggian wrote the Wordship on Strawmen Construct Cecil Shaw fraud tickets who I have publicly declared is not me and this Declaration has been broken by All the above Respondants.

95  On April 13, 2019 I was traveling southbound and ran out of gas on 80th an Halsted. I was pushed into the parking lot of Italian Fiesta by another SUV.

14

96    I parked my conveyence and walked acceross the street and purchased 2 Hogies for 5$ a Special for the day. I walked 1 block to 81st gas station on the west side of Halsted Street. to purchase a gas can.

97    I walked back to Italian Fiesta and sat in my Conveyance and ate & fed the birds in the parking lot. I made a phone call for assistance as I was out of gas.

98    While I awaited on my friend Donika Watkins to ~~park~~ arrive to assist me I took a nap. About 30 min into my nap as I waited on Donika. I heard glass smash waking me from my nap. a piece cutting my nose.

99    I asked who busted my window and, I was being visited by CHICAGO POIICY ENFORCERS from CHICAGO POIICE DEPARTMENT 6th DISTRICT. and 1 FireMan who said he busted the window and his NAME Was BEN - Respondant

100    I asked CPD and BEN Who was going to Pay for my damaged property. CPD as always became super aggressive acting as if they have done no wrong and refused to answer my question

15

101   John Doe #8 then asked me to step out of the car! I asked, for what? and he could not form a reason. He said, Im just asking you to step out of the car! I said, NO your gonna have to call your supervisor!

102   While waiting on his supervisor I explained to John Doe #8 there clearly is no threat to the health or welfare of the public and there is no immediate threats or hazard to the public. Why are you asking me to step out the car when you dont even know my name or appellation?

103   Supervisor John Doe #9 arrived I asked whay is this Policy Enforcer asking me to step out my conveyence? The supensor respondant John Doe #9 said your getting out that car!

104   It was Enforcers on both sides of my conveyence physicaly removing me from my conveyence. Searching my conveyence and my person against my own consent.

105   I heard a Albion detective Policy Enforcer say, "I got something for him, lets write it up as a DUI." Policy Enforcers where not careful and handled me like a rag doll

106   Hand cuffs where put on my wrist brusing and cutting

16

The circulation of my blood off, I had bruises on my neck shoulders arms and chest from being struck several times by Enforcers and dizziness from blows taken to the head. My thumb is perminently numb

107  When I arrived at 6th District POLICE STATION I was had cuffed to a bench with no rest room & requested these cuffs be taken off. I was degraded by John Doe #9 the supervisor call me a "Pussy" stating the cuffs will come off If you start acting like a Man & not a winney little Pussy"

108  Respondents PAYNE & Mason just stood there and watched the verbal abuse by there supervisor. I requested to be taken to the Hospital & was denied by PAYNE & MASON who saw me bruised and bleeding.

109  PAYNE Confiscated my Moorish Estate Identification Card. I explained to him that I was a Consul and a Minister for the Moorish National Republic Federal Government and an Aboriginal American National and Idideneus to America. and do not consent or waive any of my rights. and again Commanded immediate emergency medical Attention.

17

110  I told them my name is Cecil Shah El and I am Ex. Relation to Cecil Shaw and the Wardship Constuct is not I and to please address me in my natural being.

111  I was denied a phone call to the Moorish American Consulate and denied food. I did not consent to figer printing.

112  John Doe #10 a Mercinanue who ran lock up stated you only get fed around hear when "you do as I say" I was in there lockup with no mattress ~~for~~ for over 72hrs. and No phone call

113  John Doe #10 also refused to take me to a hospital for medical treatment, he also disregarded my Identity and culture rights and used the Wardship misnomer Cecil Shaw as my Identity whom is not I.

114  I was taken to COOK COUNTY JAIL - Respondent for a bail hearing and was not allowed into the jail because the injuries sustained made me not ok for court.

15  JANE DOE #11
I was then taken to LITTLE COMPANY OF MARY HospITAL - Doctor respondent who also refused to provide me adequate medical treatment for injuries sustained. And only took X-rays.

18

116  I then returned to District #6 to again have to sleep without a Mattress while injured and hungry until the next morning.

117  While in ~~Cook County~~ COOK COUNTY DEPARTMENT OF CORRECTIONS I was Slayed Bullpin to Bulpin. Given a fryed Mattress to sleep on despite my various injuries. TOM DART-Respondant is responsible

118  I had to sleep on dirty frayed Mattresses for over a week. While in pain and COOK COUNTY DEPARTMENT OF CORRECTIONS Has disobeyed the order of the Department Of Justice.

119  I agian encountered Vermain infestation, insect infestation and mold in the showers, which are un habitable conditions, ~~unsafe~~

120  I was shipped under the wardship misnomer of Cecil O. Shaw to DEKALB COUNTY JAIL - Respondant as property ~~though I Am~~ Cecil Shah El in ex. Rel to Cecil Shaw a Natural Flesh and Blood Free Moor

~~(100)~~

121  April 27, 2019 I was On a vidio screen befor respondant Dorehty who refuest to call me by my correct Appelation, though he and the record has been admonishished of my name declaration and National Status violating my identity el cultural rights

19

122 | Respondent CARLSON was present and though he is not recognized by me as my Attorney he under the order of Administrator MONTGOMERY continues to violate my 6th Amendment Right to be my own Consel though Administrator STUCKERT discharghe CARLSON during the October 25, Arraignment hearing.

123 | A $10,000 bond was orderd to stand on the Straw man Cecil Shaw who is not I, for a failure to Appear.

124 | On 05/2/2019 I was before Administator Montgomery who placed the Warrent on my the Strawman misnomer Cecil Shaw regardless to my refusal to joinder. I filed an Affidavit of Facts clearly stating the reasons I could not make a special Apperence April 9 & April 5 2019 to Administrate on the matters of this unconstitutionaly Sainctined tribunal.

125 | On 05/03/2019 I made another Special Apperance and filed another Affidavit objecting to the jurisdiction of personam and subject matter. Commanding to be released. CARLSON éven told the MONTGOMERY he is not recognized by me as my Attorney.

126 MOTGOMMERY in order to aid the prosecution again set a higher bond of $100,000 - Clearly being unreasonable despite Me posting over 12 K in bonds on the Strawman Construct to release my body under Thread Duress an Coercion.

127 On 5/5/2019 I was Mobbed, Assalted, and Battered and Robbed by 6 detainees in the Jail and Staff failed to protect Violating my Constitutional rights.

128 DEKLB COUNTY JAIL also failed to render adequate medical emergency treatment despite my many Injuries, I did not see a nurse untill the next day by 5pm despite my significant injuries

129 DEKALB COUNTY JAIL has no Doctor detainees Can see, and refusess to allow me to make my eye doctor apointment. or set an appointment with a back specialist as my primary care physisian has ordered

130 No qualified licensed person distributes medication to the detainees. More then often the wrong medication or wrong amount gets distributed by deputies. to me

21

131  I have been placed in a cell by myself and have
~~been used~~ to endure insect infestation, the bugs & flys
come out the drain & fester in my cell making
it unhabitable

132  I also on 5/3/2014 was cut off the screen and
was not allowed to call my witnesses as to my
emergencys and mix up in days I encontered
in violation of my civil rights.

133  Respondant Montgomery continues to violate my
6th amendment rights not allowing me to be my
own Consul.

134  He has even appointed a Conflict ~~counsel~~ attorney
to ~~my~~ ~~appointed~~ represent me despite my
objection and my 6th amendment right to be my
own Consul and despite me being the Administrator
Executor, benificiary, Claiment and trustee of my
own Estate ~~on~~ and Trust.

135  This is because Respondants Montgomery and Schwerfly are
Co Conspirators in a fraud application to deprive
me of my inalienable rights in the amount of Millions.

136  Maureen Josh the Chief Administrator Clerk of the court is
also at fault. During the second tender of discovery
when the fines and fees the above officials ~~use~~ ~~removed~~

137. MONGOMERY has done this in aid to the prosecutor the same way he appointed the Public Defenders Office to Represent me, a ploy to attempt to obtain Jurisdiction over my person and subject matter which Schwertley has yet to prove despite my demands. This also is necesary by MONTGOMERY in Attempt to cover the above violations

138. I the claimant was beaten by CookCounty Sherrifs in 2014 and have a history as to my lower back, herniated disc and have incurred several injuries since and have yet to see a doctor.

139. Claimant posted over 12k Federal Reserve Notes in bail to be released with an explicit reservation of rights under the uniform Commercial code.

140. Respondent Montgomery In the bail hearing cut me of the Camra and did not allow me to finish speaking or call my mother to bear witness as to failing to make a special Appearance in order to aid the prosecution and attempting to take my posted FRN's as if my rights were not reserved in the contract.

25

had listed in the original tender of documents to me where no longer listed in the documents. However, the second tender to of documents where not tendered to me until after January 2018 and where alleged by respondants Schwertly Mongomery an Josh to had bee filed June 9th, 2017 & was not apart of the first tender by the STATE OF ILLINOIS CORPERATION. Of Charging Intuments and this is because they did not exist.

1½1    This fraud tactic was devised to coverup Respondant STUCKERTS false date allegation of Arraignment and failure to arraign on both matters untill October 25, 2017 injuring the claiment. And Respondent Rich Amato and Schwertlys false indictment practice and their overall Conspiring to deprive me of due process in violation of their OATHS of office and LAW and Civil Rights. and are crimes at Common Law, and are Criminaley Malfecent

1½2    Adminis trator MATARATIS name is also on these documents. Also in one of the above fraud traffic matters Administrator Dorehty set a traffic matter for trial by bench though I did not waive my rights to a trial by jury of Moorish American National peers being indigenos and Aboryginal to the land.

1½3    The above violations listed are on going. In Continuem Claiment was being moved to E-pod in DEKALB COUNTY JAIL BY Respondant SGT

23

144 Claiment specifically asked respondant SGT HABBERCAMP How was the mod she was placing me on. She then Stated that this is her problem mod. I requested to be put some where safe and she told me because you piss alot of staff off with your paperwork and greivances you being put over here.

145 I subsequently was mobbed, Robbed and Assaluted by 6 people. respondants John Does # 12, 13, 14, 15 and 16.

146 I was denied adequate emergency medical Attention as stated above by staff. I wrote out an affidavit requesting an Emergency Medical writ due to the
147 injuries Claiment has suffered in the past and present. perminant injury if no treated.

147 Claiment was summonsed befor respondant montgomery in Continuam violation of Claiments 6th amendment rights to be his own Consul on May 10, 2019. and was appointed Conflict Counsel over my objection.

148 Respondant Montgomery went even further and put his wet ink signiture on a document saying he questioned me under OATH as to being indigent and this never occured.

## Additional Claims

149     On march 19, 2019, #439 M.C Claimant went to [office of the CIRCUIT COURT CLERK] of [DEKALB COUNTY] to demand respectfully for respondants OATH of Office, OATH OF ETHICS and SURETY BOND Information which is public to be produced from the file.

150     I also went to the office of [DEKALB COUNTY CLERK] to retreive the same information. Essentially I was given the run around and was only given respondant MAUREEN JOSH'S OATH OF OFFICE.

152     I am by this to believe [DEKALB COUNTIES CIRCUIT COURT ADMINISTRATIVE CLERKS] are not BONDED, OATH'S OF OFFICE AND ETHICS For them are not on file and they are Criminally Malfeasant per Universal Bonding Code.

153     Respondants SCHWERTLEY and AMATO has commanded that the Claiment Pay Fines and Cost imposed under threat, duress, and coercion wit a man of straw. Misnomer word, misrepresented as implying my name typed over upon the Order Instrument and is improperly spelled as CECIL O. SHAW and CECIL SHAW EL in ALL CAPITAL LETTERS.

B5

154    The misnomer and COPERATE-NAME "CECIL O. SHAW" is Clearly and (an artifical-person/entity; Is not me, the Natural Person; is a deliberate grammatical error intended for injury to me and is Clearly not of consanguine relation ship to me or to my nationality, in any form, truth or manner; nor to my family Moorish Bloodline. This is a violation of my secured rights to my name and nationality a violation of International law and violations of of the Obligations of the Officers of the Court and a violation of their fidiaery duties and Offical Oath to uphold and to support Article 6 of the United States Constitution and thus violating my Substantive Rights.

155    Respondants are with the "want of jurisdiction by Knowingly and willingly conspiring (under a Color-of-Athority) to deny the Claimant Cecil Shah El, (after this Claimant made a reservation of rights and stating for the record, name, correct, spelling of name and national Status) my inalienable Rights, the right to a name and Nationality of my choosing, etc.

156    The state/Judges/Accuser(s) - respondants alleged and assumed the claimant of being a Corperate Ward ship "14th Amendment Artifical Negro Person/ Citizen. which continues to to result in an

38

unlawful arrest-of-rights, immunities and
liberties; which is in direct contradiction to
and a violation of the fourth (IV) Amendment of
the Constitution for the United States (Republic)
Violating Article VI six of the Constitution by
Way of the Treaty of Peace and Friendship of 1836
A.D. etc, etc, etc and that the officers of the STATE OF
ILLINOIS knowingly committed "fraud against the
Claimant Cecil Shah El by abusing their authority
in their ~~failed~~ failed to correct a know violation
and did not aid in preventing said such abuse
of authority, while having (by Law) the obligation
to do so and violated the 5th Amendment of
The Bill of Rights of 1791 A.D, impeding the Peoples
right to due process under the Law and equal
protection of the Law, Article I section 10 of
The Constitution for The United States of America
(Republic) which ensures this Claimant the right
to contract and conspiracy to commit fraud against
the Claimant and against the United States Republic



## State Tort Claims for Assault and Battery and Intentional infliction of Emotional distress

157 ~~149~~ The Claimant also wishes to stat a seperate claim for assault and battery under Illinois tort law and request this court to take suplemental jurisdiction

158 ~~150~~ The respondants are responsible for the assault and battery in their official and individual Capacities.

159 ~~151~~ When T.R Smith dragged ~~to~~ me out the police car at dekalb County jail not knowing I suffer from harniated disc in my lower lumbar and was just in an accident where I was injured with whiplash as well was in appropriate use of force. His intentiona harmful and offensive Contact Caused injury.

160 ~~152~~ Respondant ROBBIN STUCKERT also being made aware of the injuries sustaned failed to act.

~~153~~ ~~scribbled out text~~
~~scribbled out text~~

161 ~~154~~ JOHN DOE #5, I observed tased me for no no reason neeessary he and JOHN DOE #6 draggme on a dark road stealing my property and tased me agian Causing perminant injury to me was in appropriate and excessive force. After not being treated at Kishwakee hospital DOE # 5 and 7. Stuffed me in a Car despate my injuries and had my feet & legs

28

162. dangling out a window while driving me to DeKalb County jail & dragged me to a cell. I had to go to the hospital again upon paying Ransom bail again. unwarranted force and excessive being applied to an injured person causing more injury.

163 Again on April 13, 2019 I was being handled by force unwarranted by Doe #8 DOE #9 respondent PAYNE & MASON struck and placed hand cuff on my Causing damage to my Nerves cutting of Circulation I was bruised and bleeding & denied medical attention & care forced to sleep on cement despite my injuries and was starved for days in district #6 of CPD. Causing more injury unwarranted.

164 I again was assaulted and Robbed by detainies in DeKALB COUNTY Kicked, Punched, Stomped out by them DOES #12-18 and SGT HABBERKAMP knew the danger she placed me in, and the harmful offensive Contact had injured me & refused to get me immediat adequate medicle attention and was told I have significant back injuries & may risk permanent injury if not treated accordingly.

29

## Violations Under the RLUIPA

16§  My standards for the survival, dignity, wellbeing
and rights are all tied to my Religion. My Collective
rights cultural rights, identity, rights to education
health, employmen, lanuguage and others. All the
Claiments have implemented discrimination which
is outlawed by RLUIPA. I can no longer promote
my full and efective participation in all matters
that concern my rights to remain distinct and
pursell my own priorities in ecomomic, socral
and cultural development and these violations
have a substantial effect on interstate commerce
which establishes RLUIPA Jurisdiction.

## ~~oooo~~ Relief Requested

Wherefore Claimant request that the coart grant as follows:

~~Issue an injunction ordering Respondant Roger Scott~~
~~Immediately arrange for the claimant Cecil Shah El~~

A. Issue an injunction ordering Respondant ROGER SCOTT
or his agents to

1 Immediately arrange for Claimant Cecil Shah El to
undergo outside examination by a qualified physician
as I am in pain at a 10

30

2 Immediatly arrange for claiments need for physical theaurapy or follow up medical treatment to be evaluated by a medical practitioner with expertise in the treatment and restoration of function of the lower back.

3 Carryout without delay the treatment directed by such medical practitioner .

4 Award punitive Damages in the amount of 1 million dollars in lawful gold back Currency from each respondant.

5 Compensatory Damages in the amount of 5 million in gold back Currency to the claimant

6 Damages for Intentional Infliction of Emotional Distress in the amount of 5 million in lawful gold backed Currency

7 Damages fo Assault and Battery to Cecil Shah El in the amount of 5 million in lawful tender gold backed currency

8 Monetary damages in the amount of 5 million for violations RLUIPA

9 As to All Charges in DEKALBB County against Cecil Shah El ex Rel Cecil Shaw records be copied and produced to the district Court for preservation Via injunction

31

10. Grant any such other relief as it may appear Claimant is entitled.

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

**V.    Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

Indigenous Claim a $5000 per hr detained
In lawful gold Backed Currency

VI.    The plaintiff demands that the case be tried by a jury.  ☒ YES    ☐ NO

## CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this  5  day of  17 , 20 19

_____
(Signature of plaintiff or plaintiffs) AKR

Cecil Shah El
(Print name)

102308
(I.D. Number)

150 N Main Street
Sycamore Il, 60178
(Address)

33

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]



**UNITED STATES POSTAL SERVICE**

3:19-cv-50123
Judge John R. Blakey
Magistrate Judge Iain Johnston
PC11

**PRIORITY MAIL**

For Domestic Use Only

★ PRIORITY ★ MAIL ★

TRACKED INSURED

- Date of delivery specified*
- USPS TRACKING™ included to many major international destinations.
- Limited international insurance.
- Pick up available.*
- Order supplies online.*
- When used internationally, a customs form may be required.

EP14F Oct 2018
OD: 12 1/2 x 9 1/2

Label 107R, July 2013

This envelope is made from post-consumer waste. Please recycle - again.

PRESS FIRMLY TO SEAL

PRESS FIRMLY TO SEAL

* Domestic only.   ★ For Domestic shipments, the maximum weight is 70 lbs. For International shipments, the maximum weight is 4 lbs.



RECEIVED
MAY 24 2019
5-24-19
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

pc

USPS.COM/PICKUP

To schedule free Package Pickup, scan the QR code.

05/24/2019-31

Label 228, January 2008

**UNITED STATES POSTAL SERVICE**

PRIORITY MAIL®
For Domestic and International Use

**From** Cecil Shah El ex rel Cecil Shah
#103305
150 N. Main Street
Sycamore, IL 60178

**TO** Clerk of US District Court
Office of Inmate Issues
219 S Dearborn
Chicago, IL 60604



SHIP TO:
219 S DEARBORN ST
CHICAGO IL 60604-1702

USPS TRACKING NUMBER

9505 5065 9396 9142 0169 32

C005

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® shipments. Misuse may be a violation of federal law. This packaging is not for resale. EP14F © U.S. Postal Service; October 2018; All rights reserved.

**PRIORITY MAIL®**



**POSTAL SERVICE®**

U.S. POSTAGE
$7.35
PM 1-DAY
60115 0026
Date of sale
05/22/19
06 2S SS
11487466

**PRIORITY MAIL 1-DAY®**

P S 0 0 0 0 1 0 0 0 0 1 4

EP14F Oct 2018
OD: 12 1/2 × 9 1/2

* Domestic only.   × For Domestic shipments, the maximum weight is 70 lbs. For International shipments, the maximum weight is 4 lbs.

**VISIT US AT USPS.COM®**
ORDER FREE SUPPLIES ONLINE

**FLAT RATE ENVELOPE**
ONE RATE ★ ANY WEIGHT×



**TRACKED***
★★★
**INSURED***