#3

# PRISONER CASE

**United States District Court**
**Northern District of Illinois**
**Prisoner Civil Cover Sheet**

FILED
MAY 24 2019
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

**Plaintiff(s):** CECIL SHAH EL, etc.

**Defendant(s):** MAUREEN JOSH, et al

**County of Residence:** DEKALB

**Plaintiff's Address:**
Name: CECIL SHAH EL

Unit Field: #102308

(Prisoner ID Field (USM# ONLY))

**Address:**
Cecil Shah El
DeKalb County Jail
150 N. Main Street
Sycamore, IL 60178

**County of Residence:**

**Defendant's Attorney:**
1) AUSA
2) United States Attorney's Office (NDIL)
219 South Dearborn Street
Suite 500
Chicago, IL. 60604

3:19-cv-50123
Judge John R. Blakey
Magistrate Judge Iain Johnston
PC11

**Basis of Jurisdiction:**
☐ 1. U.S. Government Plaintiff
☐ 3. Federal Question (U.S. gov't. not a party)
■ 2. U.S. Government Defendant
☐ 4. Diversity

**Citizenship of Principal Parties (Diversity Cases Only)**

Plaintiff: Defendant:

**Origin:**
■ 1. Original Proceeding
☐ 5. Transferred from Other District
☐ 2. Removed from State Court
☐ 6. MultiDistrict Litigation
☐ 3. Remanded from Appellate Court
☐ 7. Appeal to District Judge from Magistrate Judgment
☐ 4. Reinstated or Reopened

**Nature of Suit:** 550 - Civil Rights

**Cause of Action:** 28:1331b

**Jury Demand:** ■ Yes  ☐ No

**Signature:** Yulonda Thomas    **Date:** 05/24/2019

Rev. 02/12/2019