<u>For the record, on the record, and let the record show</u>

<u>Memorandum to Waive All UNITED STATES MUNINCIPAL COURT DOCUMENT FEES</u>

TO: UNITED STATES DISRICT COURT FOR THE NORTHERN DISRICT OF ILLINOIS
219 S Dearborn
Chicago Illinois 60604

3:19-cv-50123
Judge John R. Blakey
Magistrate Judge Iain Johnston
PC11

From: Cecil Shah El ex Relation to Cecil Shaw
(All Rights Claimed and excercised at this time)

Whereas, Moorish American Nationals are not U.S. Citizens per the 13th Amendment Section 12 which States that "The traffic in slaves with Africa is hearby forever prohibited on pain of death and the forfeiture of all the rights and property of persons engaged therein; and the descendants of Africans shall not be citizens" Ratified January 1865 with a vote of 119-56.

FILED
MAY 24 2019
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

1 of 5

34. You will not bring mattresses, blankets, or sheets into the dayroom.
35. You will not gamble.
36. You will not be loud, disruptive, or disrespectful.
37. You will not sit or stand on tables in the dayroom.
38. You will not fight, shadow box, or roughhouse.
39. You are not allowed to use the telephone until your cell passes daily inspection.
40. You must cooperate and follow instructions during an emergency drill and during a real emergency.
41. You will not violate any federal, state, or local laws while in custody at the CCDOC. You will be charged criminally if found in violation of any federal, state, or local law while in custody of the CCDOC.
42. You will maintain personal hygiene.

## Cleaning Your Cells and Living Areas: Keep Yourself, Your Cells and Living Areas Clean and Orderly

You must keep your cell or living unit and tiers clean and orderly at all times. At a minimum, this means keeping your possessions in your personal property storage box, keeping your cell or living area free from clutter, and making your bed after you wake up and keeping it made throughout the day, Failure to keep a clean cell can attract rodents and bugs and create an unsanitary environment that could expose you and others to diseases. Inmate workers and sanitation officers will regularly help you clean your cells and living units with cleaning supplies. If your cell needs disinfectant or other cleaning supplies in between visits, inform an officer and/or complete an Inmate Request Form.

All CCDOC meals must be consumed within one (1) hour of being served and any trash or excess food must be thrown-away immediately. All garbage/trash must be removed from the living unit by the beginning of each shift.

### Prevent the Spread of Germs
To prevent the spread of germs and maintain general cleanliness for yourself and others you must:

1. Wash your hands after using the toilet.
2. Cover your mouth when you cough.
3. Sweep your cell floor, make your bed, remove all garbage, and do whatever else is required to keep your cell clean and orderly before you leave your cell for daily cell inspection. Cleaning supplies may be available upon request.
4. Keep yourself clean by washing and showering when allowed (you will be living with other people).

I, CecilShaw El, Aboriginal Indigenous Divine Natural Moorish American Person, In Propria Persona (and Not Pro se nor Colorable, nor represented by an Attorney at any time) due hereby declare and affirm the following Treaties, supreme law of the land, Natural and international Declarations and case law to be applicable with regard to waiver of all United States DISTRICT COURT fees for cases, lawsuits Copying, sending, receiving and reiwing documents for public viewing and use.

1. The Treaty of Peace and Friendship 1786/1836

2. The Constitution For the United States Republic of North America 1789/1791 - Article III and VI as well as stated Amendments.

3 The Declaration on the Rights of Indigenous People, 2010 "All debts Contracted and engagments entered into, befor the adoption of this constitution, shall be as valid against the United States under this Constitution as would the Confederation. This Constitution and the laws of the United States shall be ~~bound~~ the ~~be~~ the supreme law of the land; and the judges in every state shall be bound there by, anything in the Constitution or laws of any state to the contrary

2 of 5

13. You will not wear any head coverings (doo-rags, towels, etc.,) when you are outside of your cell.
14. You will not wear or display any type of gang signs or symbols.
15. You will not act or behave in any manner that impedes or obstructs staff from performing their duties.
16. You will not detain or hold any person as hostage.
17. You will not use railing, ropes, ties, and/or strings as clotheslines to hang clothes, linens, or similar items.
18. You will not hang or paste photographs anywhere in your cell, dayroom, or living unit.
19. You will not attach or stick objects to your cell or living area walls, vent covers, lights, doors or windows.
20. You may not have sex, or engage in sexual activities with another inmate, a staff member, or a volunteer while in CCDOC. There is no such thing as "consensual" sex while you are incarcerated.
21. Sleeping nude is not allowed, period.
22. You will not expose yourself to CCDOC staff, volunteers, or any other inmate.
23. Masturbation or self-gratification will not be tolerated.
24. You will not vandalize the building, vents, windows, electrical outlets, sinks, toilets and/or any other property that belongs to the CCDOC or another person.
25. You will not tamper with the TV or cable cord.
26. You will not tamper with any locks or doors.
27. You will not vandalize or damage the telephones.
28. You will not draw anything or mar any CCDOC walls, doors, building, or any other CCDOC property.
29. You will not damage, destroy, tear, and/or alter any CCDOC linens, sheets, bedding, clothing items or shoes.
30. You will not use sheets as shower curtains.
31. You will not enter the inmate visiting area unless you are authorized to do so.
32. You will not be in an area that you are not directly authorized to be in at any time.
33. You will not block any doorways, hallways, or stairs.

SHAW 0408

notwithstanding. The Senators and Representatives befor mentioned and the members of the several States legislatures and all executive and judicial Officers, both of the United States and of the Several States, shall be bound by oath or affirmation, to support this constitution; but no religious test shall ever be required as a qualification to any office or public trust under the United States"

Therefore, in preservation of the Rights of Indigenous Peoples; and the preservation of the Rights of the people, in accord and defence of the Constitution for the United States Republic of NorthAmerica and its Republic Form of Government being the Supreme Law of the Land; and primal to the Constractual liabilities, Oath-bound Obligations and Fiduciary Duties of the officers of the Courts - Federal, State, City and Municipal, ect, I hereby, Demand the enforcement of the Dejure Laws of the United States and All Treaties made under the Athority of the United States

### Confidentiality of Medical Information

Your health care information is considered private and protected. This includes your medical record and all other health information that can identify you. Laws make it illegal for people to view your record without a need to know that information. You may request a copy of your records after you are released with proper consent. You will be required to fill out and sign a release form. This is available through Cermak Medical Records. You will not receive paper copies of your medical records while you are in jail. You may, however, discuss or review your medical care with a medical provider during a scheduled appointment. **NOTE:** You can be denied access to the information in your medical record if granting it would risk the health, safety, security, custody, or rehabilitation of you or other inmates or the safety of correctional or medical employees. This will be determined by CCDOC or Cermak staff.

### Complaints about Your Medical, Mental Health, Or Dental Care

If you have a complaint about your health care, use the grievance process listed in Chapter 4 of this handbook. Your grievance will be reviewed by Cermak and you will be provided a response.

# CHAPTER 5
# INMATE RESPONSIBILITIES

### Inmate Rules of Conduct – General Rules That You Must Follow

The following is a list of general rules that you must obey while in the CCDOC.

1. You will not harm, assault, or injure any other inmate, staff, or person.
2. You will treat all staff, persons, and inmates with respect and dignity.
3. You will comply with all directions and orders from CCDOC staff.
4. You will lock up immediately when ordered to do so.
5. You will make up your bed every day before daily cell inspection.
6. You are forbidden to possess, manufacture, or use any type of weapon,
7. You are forbidden to possess or hide any item that is considered contraband.
8. You will not "cook" or heat up food in your cell.
9. You will not cover air vents.
10. You will remain in full CCDOC uniform when in the dayroom or anywhere outside of your cell.
11. You will not enter any cell other than the one assigned to you.
12. You will not visit inmates on other living units.

In accord with Article VI of the Constitution, the Bill of Rights; The Declaration of the Rights of the Child, The Rights of Indigenous Peoples, The Universal Declaration of Human Rights; The United Nations Article 55(c) The United States Supreme Court - Acts of State; The Foreign Sovereign Immunities Act 28 USC 1601; et Sequa, The Convention On International road traffic - Day 19, September 1949, The World Court Decisions, The Hague, Netherlands, Day 21, January 1955 = 1378 MC; and "Executive order 13107" United States Republic, North America: The Implementation of Human Rights Treaties; The National Constitution for the Continital United States Article III, Section 2; Amendment V - Liberty Clause, Amendment IX etc, etc. I hereby demand a REMOVAL of any and all unconstitutional fees demanded by the United States District Court Clerk and Court for the viewing, use, copying, sending or receiving of documents for public use of any kind. I Respectfully, with 'Good Faith' and with Honor demand free access to the Court and its documents by Right, with said access unhindered. I Cecil Shah El, A real, live flesh and blood, breathing nonefictional and Natural Being born of a natural Mother, do Solomly Sincerely and Squarly Affirm that the foreging ~~~~~~~~~~~~~

4 of 5

## Refusal of Medical Treatment

If you wish to refuse medical care or medicine, you will be asked to sign a medical treatment refusal form. If you refuse to sign the form, a CCDOC sworn staff member, and nurse or another staff member will sign the form as a witness.

You may not refuse care in cases of some infectious diseases. This is to protect the jail population. Care that may not be refused or may be court-ordered, includes, but is not limited to:

1. Screening for Tuberculosis (TB);
2. Medical isolation ordered by a doctor for infection control; and
3. Medical housing to properly monitor your condition.

## Suicide Prevention/Mental Health

If you have a mental health emergency, notify any Correctional or medical staff member right away. Non-emergency mental health care is obtained by the using the Health Service Request process. You may feel some emotional stress, including thoughts of hurting yourself or suicide while in jail. These feelings may not have been present before coming to CCDOC. You might feel them now because of job loss, family concerns, problems related to your case or charges, financial or housing issues.

If you have thoughts of hurting yourself or suicide, seek help immediately. Tell a staff member that you need help. Staff is also available to talk to you if you experience feelings of anxiety, depression, nightmares, loss of appetite, mood swings, hearing or seeing things that do not appear to be real, or any other concerns about your mental health. Staff available to speak to you includes:

1. Doctor
2. Psychiatrist
3. Psychologist
4. Mental Health Specialist
5. Nurse
6. Medical/Clinical Social Worker
7. Religious Volunteer
8. Correctional Rehabilitation Worker (CRW) – often referred to as DOC "social worker"
9. Correctional Officer/Staff

Do not keep thoughts of hurting yourself or suicide to yourself. Talk to people who are here and trained to help you. If you were receiving mental health care before you came to CCDOC, inform a CCDOC or Cermak staff member. Mental Health services include help preventing suicide, help during a crisis, individual therapy and group therapy.

facts contained in this Constructive and actual Judicial Notice and Proclamation, by Affirmed Affidavit, are true, to the best of my knowledge, culture, customs and Beliefs; being actual, correct, not misleading etc and being the Truth the Whole Truth and nothing but the Truth.

Hibu (Love) Haqq (Truth) Salaam (Peace) Hurrayatom (Freedom)

Adl (Justice) All Rights Reserved without prejudice/Recourse Allodial Claim.

I am _Curl Shuh El_

Natural Person – In Propria Persona – Authorized Representative All Rights Reserved, Aboriginal / Indigenous, free Moor – Natural Person of the land "In Propria Persona" (Not Prose Nor Colorable) *Moor/Muur The Aboriginal and Indigenous Natural people and True inheritors of of the Lands (Territories) – North America, Central America, South America and the Ajoining Island Al Moroc / Amera / Americana)

- "Amen dico vabis, queecumque solveritis super terram, evunt ligata et in ceelo ef queecum Solveritis super terram, erunt soluto et in ceelo."

- "Sicerit verbum meum, good engredietur de ore meo misillud"

- "Respondens outem Iesus, oit els Amer dico vobis, Sihabueritis Fielen, at non heesit overrits non salum de Ficulne facietis, sed et si monti huic dix exitis, Tolle, et lacto te in mare fiet"

5 of 5

2. Put the form in a Health Service Request drop box after it is filled out. A drop box is located on each tier of the jail. Do not give the form to a CCDOC staff member because it contains your private health information. After your request has been reviewed by a Cermak staff member, you will be scheduled for an appointment if needed. The date will be based on the need of your request.

3. All persons with chronic illness will be followed by a medical provider in a clinic. You will be scheduled for regular check-ups. If you forgot to tell our staff about your chronic illness at intake, you may place a Health Service Request at any time. You will be scheduled for an appointment after you put the form in the drop box.

### Emergency/Urgent Medical Care

You must immediately tell a CCDOC or Cermak staff member in person if you are having a medical or mental health emergency. You may also have a fellow inmate tell a CCDOC or Cermak staff member if you cannot do it yourself. Cermak Health Services provides emergency medical care every day and night. There is medical staff on-site in an emergency room setting at Cermak or in the Division Dispensaries. You will be sent to an outside hospital emergency room if necessary.

### Medication

Medicine is to be taken under the care of a doctor or physician assistant. If not used correctly, they can be dangerous. All medicine given to you by Cermak are prescribed and given to you according to policy. Be sure to tell the Cermak doctors **ALL** medicine that you have been taking. This includes both prescribed and street drugs. A Cermak Doctor or physician assistant will prescribe your medicine as needed. The medicine may look different or have a different name than the ones you took before you were in jail. Do not share or give your medicine to any inmate. Take your medicine as ordered. Do not share medicine with friends. If you have questions about medicine, talk to Cermak staff.

Some of you will receive every dose of medicine form a nurse. Some of you will receive medicine in a packet. If you get your medicine in a packet, you will be responsible for taking the medicine as you would at home. This medicine must be kept in the identified packet with your name on it. Medicine without your name on it will be taken away by CCDOC. You must request a refill for some types of medicine such as an asthma inhaler or tubes of certain ointments. Tell the nurse or medical tech when you have two (2) days or medicine left. They may ask to see what is left. You will fill out a request form. The nurse will confirm the order and send the form to the pharmacy for your refill.

### Medical Appointment

It is very important that you keep all scheduled medical appointments. CCDOC will be sure to get you to your appointments. Your cooperation is needed.