

Dear Clerk of the US District Court

I Cecil Shah El am currently being held against my will at Dekalb County Jail in Sycamore Illinois the Sherrif ~~Deputies~~ Deputies will not allow me to make copies out of retaliation I was able to get the complaint released to my Brother who was only able to make 2 copies.

Enclosed is the original + 2 to be filed please return a copy to me at 150 N Main Street in Sycamore Illinois. Cecil Shah El ex Rel Cecil Shaw #102308 60178 stamped filed.

I am unable to make copies of the Process Reciept and return for the summons either. Can this office please send me enough of them to list all respondants

Thank you

Respectfully Submitted

Cecil Shah El 5/21/2019
A.R.R.

**FILED**
MAY 24 2019
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

3:19-cv-50123
Judge John R. Blakey
Magistrate Judge Iain Johnston
PC11

## Certificat of Service

I Cecil Shah El, Certify that I served a 2+ @ the original of this Complaint by causing to be mailed to the below named parties at the address listed below buy depositing the same in the US mail.

To  Clerk of US District Court
  Office of Inmate Issues
  219 S Dearborn
  Chicago Ill 60604


Cecil Shah El  5/21/2019
  ARR