UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
AMENDED GENERAL ORDER 19-0007

On May 10, 2019, the Honorable Frederick J. Kapala will take inactive Senior Judge status and no longer hear any civil or criminal cases. In order to continue court operations in the Western Division of the Northern District of Illinois, it is necessary to reassign cases that need to have matters scheduled on or after May 11, 2019; therefore

IT IS HEREBY ORDERED that the Clerk of the Court create a civil reassignment wheel in the Western Division with District Judges assigned to the Eastern Division who have indicated that they are available to hear civil cases in the Western Division as noted in the attachment; and

IT IS FURTHER ORDERED that the Clerk of the Court create a criminal reassignment wheel in the Western Division with District Judges assigned to the Eastern Division who have indicated that they are available to hear criminal cases in the Western Division as noted in the attachment; and

IT IS FURTHER ORDERED that upon the entry of an order by the Honorable Frederick J. Kapala indicating that a civil or criminal case must be scheduled on or after May 11, 2019, the Clerk of the Court shall immediately randomly reassign the case to another district judge utilizing the newly created reassignment wheel and docket a copy of this order on the reassigned case; and

IT IS FURTHER ORDERED that upon the entry of an order by the Honorable Philip G. Reinhard indicating that a civil or criminal case should be reassigned pursuant to the provisions of 28 U.S.C. § 294(b), the Clerk of the Court shall immediately randomly reassign the case to another district judge utilizing the newly created reassignment wheel and docket a copy of this order on the reassigned case; and

IT IS FURTHER ORDERED that on May 11, 2019, any civil or criminal case pending on the calendar of the Honorable Frederick J. Kapala be randomly reassigned utilizing the newly created reassignment wheel; and

IT IS FURTHER ORDERED that IOP 11(d) will remain in full effect; and

IT IS FURTHER ORDERED that cases impacted by this order will not be part of the Mandatory Initial Discovery Pilot Project; and

IT IS FURTHER ORDERED that upon the confirmation of a district judge who is assigned full-time to the Western Division, all open cases that were reassigned to the Eastern Division district judges pursuant to this order shall be reassigned to the newly confirmed Western Division district judge; and

IT IS FURTHER ORDERED that effective the entry of this Amended General Order, the Clerk of Court is to remove the Honorable Frederick J. Kapala from the criminal case assignment wheel and assign him no new criminal cases; and

IT IS FURTHER ORDERED that effective the entry of this Amended General Order, the Clerk of Court is to modify the criminal case assignment wheel to assign all new criminal cases randomly to the Honorable Philip G. Reinhard and to the judges that have indicated that they are available to hear criminal cases in the Western Division as noted in the revised attachment.

IT IS FURTHER ORDERED that effective April 1, 2019, the Clerk of Court is to remove the Honorable Frederick J. Kapala from the civil case assignment wheel and assign him no new civil cases.

IT IS FURTHER ORDERED that effective April 1, 2019, the Clerk of Court is to modify the civil case assignment wheel to assign all new civil cases randomly to the Honorable Philip G. Reinhard and the judges that have indicated that they are available to hear civil cases in the Western Division as noted in the revised attachment.

ENTER:
FOR THE COURT

_____
Chief Judge

Dated at Chicago, Illinois this 28th day of March, 2019

Attachment to Amended General Order 19-0007

District Judges to be added to the civil case reassignment wheel for the Western Division:

Honorable John Robert Blakey
Honorable Thomas M. Durkin
Honorable Sara L. Ellis
Honorable Matthew F. Kennelly
Honorable John Z. Lee
Honorable Joan Humphrey Lefkow (50 Percent Assignment) *
Honorable Harry D. Leinenweber (50 Percent Assignment)
Honorable Rebecca R. Pallmeyer
Honorable John J. Tharp Jr.*

District Judges to be added to the criminal case assignment/reassignment wheel for the Western Division:

Honorable John Robert Blakey
Honorable Sara L. Ellis
Honorable Virginia M. Kendall
Honorable Matthew F. Kennelly
Honorable John Z. Lee
Honorable Joan Humphrey Lefkow (50 Percent Assignment) *
Honorable Harry D. Leinenweber (50 Percent Assignment)
Honorable Rebecca R. Pallmeyer
Honorable John J. Tharp Jr.*


*Judge is to be added to the wheel at this time