Cecil Shah El
c/o 7130 S. Morgan
ear Chicago Illinois (Republic)
[60621]
UNITED STATES DISTRICT COURT
ROCKFORD ILLINOIS

**FILED**
AUG 19 2019
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
NORTHERN ~~Illinois~~ DISTRICT OF ILLINOIS
WESTERN DIVISION

Cecil Shah El
AN American National

V

MAUREEN JOSH et al
Respondant

3:19-CV 50123

Judge John R. Blakely
Magistrate Judge Iain Johnston
PCII

**VERIFIED DECLARATION IN THE NATURE OF AN AFFIDAVIT OF FACT (EX. A000000002) Writ In Form of Pauperis**

No State shall enter into any treaty, alliance, or confederation; grant letters of Marque and reprisal; coin money; emit bills of Credit; make any thing but <u>gold and silver coin a tender n payment of debts.</u>

I Cecil Shah El ex Relation to Cecil Shaw in propria persona Sui Juris (not pro se nor Colorable) Affirm, for the Record, I do not have or possess, any gold or silver coins, as prescribed by United States Constitution Law, which is lawful money, to pay the restricting demands, conditionally commaded by Empoyees and Contractors of the Court, The said

i



| Cermak Health Services of Cook County | MEDICINE/SURGERY |
|---|---|
| POLICY TITLE: EMERGENCY MEDICAL CARE PLAN FOR DETAINEES | POLICY 01-08E-23 NUMBER: 19-E-08-02 |
| Date of Origin: 6/82<br>Reviewed: 6/03<br>Revised: 3/06 | [ ] For Department Use Only<br>[x] Facility Distribution | Page 1 of 2 |

I. **POLICY:**

Both health care and correctional personnel should be familiar with the procedures for obtaining emergency medical care and responding to emergencies to detainees.

II. **STANDARD:** J-E-08 "EMERGENCY SERVICES" (Essential)

III. **PROCEDURE:**

A. Medical personnel should be aware that correctional officers are instructed to follow an emergency care plan whenever there are no health care personnel immediately available.

  1. The following occurrence would be defined as an emergency warranting the initiation of an emergency care plan.

      a. Severe bleeding
      b. Unconsciousness
      c. Serious Breathing difficulties
      d. Severe head injury
      e. Severe pain
      f. Suicide attempt
      g. Sudden onset of bizarre behavior
      h. Severe burns
      I. multiple stabbings
      j. Any other health/life-threatening behavior

  2. An emergency care plan will proceed as follows (guidelines for medical and correctional staff):

      a. Be aware that an emergency can occur at any time.
      b. Be ready to observe or be notified of an emergency.
      c. First aid must be given immediately/CPR/AED will be initiated if indicated.
      d. The Cermak Emergency Room will be called (ext.

SHAW 0994



APPROVED: SERGIO RODRIGUEZ, M.D.  3/28/06

(Signature)     (Title)     (Date)

restrictions, that you are imposing, are unconstitutional and arbitrarily hinders due process. Therefore I submit this writ "In forma Pauperis"; being an enjoyment and excercise of my unconditional and Constitutionally-Secured Rights (and not Feudal Law = ~~Fee~~ burdened privilege) to timely and speedily enforce Due Process of Law.

Clearly your demand for a "finacial Statement" is used as an instrument to deny due process of Law and my right to free access to the Courts. I introduced an Affidavit of Fact, marked as Evidence. Someone in the Courts tampered with that Evidence, and misrepresented it as a Motion. A Motion is discretionary and an assumption that permission must be requested to exercise a Constitutionally Secured Right. An exercise of a right is not a Request, and your office Knows this to be "Stare Decisis", and Law of the Land. Tampering with Evidence is a Federal Violation, and a clear corruption of the fiduciary duties of all Court Officers. Furthermore, there is no Law prescribed in the United States Constitution Stating, or requiring a "Financial Statement, Financial Fee (Feudal Law)", or a "Motion" to excercise a Contitutional Secured Right. Your Demand is a violation of Amendment IX of the United States Constitution and a violation of my Secured Right to Due Process.

2

G. Employees are treated for job-related injuries and emergency health problems in the Emergency Room.

H. There are established procedures and report system for infection control and sexual assault.

I. Dental emergencies will be seen in the ER if a dentist is not available, and a referral will be completed in a timely fashion.

J. The Department of Corrections External Operations (ext. 7244) provides security support for the immediate transfer of detainees.

K. Patients whose conditions warrant are transferred to the closest hospital, John Stroger Hospital Emergency Room (312-864-1435) or Provident (312-572-1710) (see Emergency Transport to an Outside Facility).

L. The Plan of the Day is utilized to consult sub-specialist on-call at JHS Hospital. The plan is received daily in the Emergency Room.

SHAW 0993

<u>United States Constitution, Amendment IX</u>

"The enumeration in the Constitution, of certain rights, shall <u>not be</u> construed to deny or disparage others retained by the people"

When rights secured by the Constitution are involved, there can be no rule making or legislation, which would abrogate them Miranda v. Arizona 384 US 436, 125;

Is it the position of the United States District Court of Illinois, THOMAS G. BROTON Deputy Clerk an Judge Jhon Robert Blake, that access to the Court, which is a Constitutional Right, is <u>for sale</u>?

In addition, it appears it is your position that there is a a Law to support this position. Refer to United States Constitution Article VI.

* Camon V. Commission on Judicial Qualifications (1975) 14 cal 3d 678, 694 Acts in excess of judicial authority constitutes misconduct, particularly where a judge deliberately disregards the requirements of fairness and due process

~~[struck through text]~~

As Officers of the Court, you and your assigns are bound, and have taken a Solemn Oath to uphold and support the Constitution for the United States Republic (see Article VI). Refusal of this Affidavit of 'Financial Statement' is construed to deny me

3

| Cermak Health Services of Cook County | | MEDICINE/SURGERY |
|---|---|---|
| POLICY:<br>TITLE: EMERGENCY SERVICES | | POLICY 01-08E-22<br>NUMBER: 19-E-08-01 |
| Date of Origin: 6/82<br>Reviewed 6/03<br>Revised: 3/06 | [X] For Department Use Only<br>[ ] Facility Distribution | Page 1 of 2 |

### I. POLICY:

Detainees who require health care for an acute illness or unexpected health problems that cannot be deferred until the next scheduled sick call will receive emergency evaluation on-site in the Cermak Emergency Room.

### II. STANDARD:

J-E-08 "Emergency Services" (Essential)

### III. PROCEDURE:

A. Healthcare services are available through the Cermak Emergency Room twenty four hours a day, seven days a week. The Cermak Emergency Room is located in the basement of the Cermak building (ext. 5628, 5349, 5878).

B. Physicians/Physician Assistants are assigned to the area on a rotation schedule.

C. Emergency medications and equipment are available for unstable patients. ACLS protocols are initiated in the event of a cardiac/respiratory arrest.

D. Psychiatric evaluations are conducted by members of the Psychiatric Team when necessary.

E. Cermak Ambulance, Chicago Fire Department (EMS) ambulances, and the Department of Corrections vehicles are used for transportation of patients.

F. All patients admitted to the in-patient psychiatric units and medical infirmaries are evaluated in the ER prior to admission.

APPROVED:

_____  — SERGIO RODRIGUEZ, M.D.  _Medical Director_   3/28/06

(Signature)        (Title)        (Date)

SHAW 0992

and is a Colorable Act'. This act Constitutes "perjury of Oath". These violations result in additional lawful remedies or actions filed against those violating officers of the Court. Under United States Code Of Law, Title 18 and 42. Offenders may be sued in their Official and private Capacities. The Law always gives a *remedy*.

I Respectfully, with 'Good Faith', and Honor, demand free access to the Court by Right, with said access unhindered. By rightful due process, I submit this 'Affidavit of Financial Statement' and Evidence and demand that it be processed as it was originally intended and without tampering by any unauthorized persons.

Notice to the Agent is Notice to the Principal - Notice to the Principal is Notice to the ~~[illegible]~~ Agent.

Secondly, your office has received Laful Notice as to All matters Regarding the Corporation Known as - CECIL OTHELL SHAW - Any and all derivatives have been ~~[illegible]~~ Adjourned and has been placed in the Moorish Estate Trust and my private Trust Alrumeec Allodial Trust. Universal Postal Union Document # 7018 1130 0000 8632 has been received by the DOJ Office Sep 26, 2018. I am not Also Known As

4

POLICY TITLE: FANTUS CLINIC/JOHN H. STROGER JR. HOSPITAL REFERRALS AND RETURNS
PAGE 2 OF 2
POLICY NUMBER: 01-08D-24 (19-D-05-03)

- D. If a patient does not desire to keep his appointment, the ER Nurse will discuss the refusal with the patient and have a <u>Refusal to Consent to Treatment Form</u> signed. The patient's forms will be sent to Medical Records for re-scheduling (if indicated).

- E. All patients returning from outside medical facilities (Fantus, JHS Hospital, etc.) will be reviewed with their return papers (consultations, discharge summaries) in the Cermak Emergency Room immediately upon arrival at the CCDOC. If a return appointment is requested within 10 days of return then the ER provider should fill out the appropriate forms. All other return appointment requests and returning paperwork is returned to the Divisional sick call doctor's mailbox. Adjustments of treatment plans are to be made immediately by the ER Provider.

- F. The ER Nurses will log in the departure and return of patients (elective in Fantus Clinic/pre-admission log book, emergency in Surgical Dispensary log book).

- G. Refer to J-E-10 "Patient Transportation".

SHAW 0991

- CECIL OTHELL SHAW -. I am Cecil Shah El the living sentient Man and rightful Heir, am not lost at sea, and I Affirm and Declare my Right of 'Reversion of Estate' and therefor I make no claim with respect to the title and misrepresented (name/ Man-of-Straw and nom de guerre; - being a title.) and spurious creation of the foreign, defacto United States Corporate operators, actors and owners; and I surrender and assign any and all 'Reversionary ~~interest~~ Interest' to the foreign United States and its subsidiaries for full 'Aquittance Discharge Settlement' and 'Closure' of my reliance Title 12 USC 95 a part I assume no liabilities or debts however contrived among its associates; and I do not consent to stand as 'Surety' for the foreign, private, and for-profit UNITED STATES INCORPORATED / U.S. Corporation Company entity owners, directors or their administrators; nor do I stand as 'Surety' for its subsidiaries or its associates at any point or moment in time.

26

5

Anatoly Mazi Moore-El
6938 S Cregier Ave, #305
Chicago Il, 60649

STATE OF ILLINOIS
COUNTY OF COOK

# IN THE CIRCUIT COURT OF COOK COUNTY ILLINOIS
## COUNTY DEPARTMENT – CRIMINAL DIVISION

| | |
|---|---|
| THE PEOPLE OF THE STATE OF ILLINOIS<br>Plaintiff.<br>V.<br>Anatoly Mazi Moore-El<br>An American National<br>Defendant. | ↳<br>↳No.17120702601<br>↳Order<br>↳Motion To<br>↳Terminate Counsel. |

Order Motion to Terminate Counsel.
Pursuant To: U.S. Constitution of 1789, Amendment VI.

Anatoly Mazi Moore-El, standing as his own counsel, having filed his Motion to Terminate Counsel, and the court being duly advised, finds that said motion to terminate counsel is hereby Granted. It is therefore, Ordered, Adjudged, and Decreed that the court's appointment of counsel is Terminated, the Defendant Anatoly Mazi Moore-El, standing as his own counsel, Presents his self before this court, by Special Appearance, and is ready to proceed with these administrative matters.

X_____

So Ordered.

5

Furthermore, According to the United States Writing Style Manual (early edition) "Anything in all uppercase letters is either a U.S VESSEL, A CORPORATION, or a DEAD PERSON and does not pertain to me but pertains only to "things". This constitutes an "in rem" proceeding and is fraudulant. These are National and International Crimes and will be held ~~accountable~~ accountable those who commit Such. I am a Moorish American National and not a US VESSEL, NOR a CORPORATION and I am not Dead or Lost at sea. I am living, breathing, Natural Aboriginal, Indigenous, Divine, dejure Islamic Moslem American and demand my Identity not be Subjugated to legal fiction.

For the express purpose of retaining all of my rights and liberties at all time and all places nunc pro Tunc (now for then) the time of birth and forever more, Further I retain my rights not to be compelled to perform under any contract or commercial agreement that I did not enter into knowingly Voluntarly and Intentionally and furthermore, I do not

6

except the liability of the Compelled benifit of any un revealed contract or commercial aggrement. I am not ever subject to silent Contracts. ~~⬛~~, I requested the trust fund account from Cook County for the Misnomer/ Strawman Construct who is not I. ~~⬛~~ and have not received a response as to the request. Attached here unto is a copy of my valid & Lawful Identification. ~~⬛~~ (Ex A00000003) and Status for the ~~⬛~~ Record. Further more, I was Battered and am in need for emergency care as I am not being provided effective medical care and treatment as I, the living Being am being literally "impersonated" Constituting Constructive Conversion and crime of personage for profit and Servitute which are crimes against humanity and war crimes under the jurisdiction of the Constitutional Article III Moorish American Consular Court and International Criminal Court (ICC).

Wherefore, I Cecil Shah El in propria persona Sui Juris being "Part and Parcel" named herein, and by birthrights, Primogenture, and Inheritance, make a lawful Entry of Affidavit and ~~⬛~~ Public Notification of Lawful Claim and Declaration

7

Anatoly Mazi Moore-El
6938 S Cregier, #305
Chicago Il, 60649

STATE OF ILLINOIS
COUNTY OF COOK

# IN THE CIRCUIT COURT OF COOK COUNTY ILLINOIS
## COUNTY DEPARTMENT – CRIMINAL DIVISION

THE PEOPLE OF THE
STATE OF ILLINOIS
Plaintiff.
    V.
Anatoly Mazi Moore-El
An American National
Defendant In Error.

↳No. 17120702601
↳Notice Of
↳Motion To
↳Terminate Counsel.

**Notice of Motion to Terminate Counsel.**
Pursuant To: U.S. Constitution of 1789, Amendment VI.

I will rely on the Attached Certification for the grounds of relief sought.

✓   <u>Request Oral Argument if this Matter is Contested</u>

    Waives Oral Argument & Consents to the Disposition on The Papers.

A Proposed Order Form is Attached.

to be published for the public Record in the Judges aformentioned Case

Chronos: Day: 1 Month: August Year: [2019] 1440 M.C

I Am: Cecil Shah El
Consul/Miniester Natural Person, In Propria Persona - Authorized Representative All Rights Reserved/Free Moor/Muur/NorthWest Amexem

### Certificate of Service

The undersigned Cecil Shah El Certify that I served a Copy of the Attached Verified Declaration in the Nature of an Affidavit by depositing the same in the U.S Mail to: the UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS WESTERN DIVISION CLERK OF THE COURT'S OFFICE 1 + An Original: 8/14/[2019] 1440 MC

327 CHURCH STREET
Rockford, ILLINOIS
61101

### Verification follows this page

8

If the Court grants bail whree it has been previously revokedor denied, the Court shall state on the record of the proceedings the findings of facts and conclusions of law upon which such order is based." IL ST CH 725 ILCS §5/110-6. The Defendant has not had bail previously revoked or denied, wherefore, it is not needed for him to present any details or any new facts not known or obtainable at the time of the previous revocation or denial of bail proceedings. This motion is verified. Wherefore, Defendants motion is procedurally proper according to Illinois Law.

## Legal Basis

The Framers of the State Constitution expressly provided for the right to liberty before trial within the State Constitution. The Illinois State Constitution expressly provies that "all persons shall be bailable by sufficient sureties, except for offenses where the proof is evident or the presumption great: capital offenses; offenses for which a sentence of life imprisonment may be imposed by law as a consequence of conviction, when the court after a hearing determines that release of the offender would pose a real and present threat to the physical safety of any person.

"A person accused of a crime is presumed to be innocent until he is proved guilty at trial. Therefore, the purpose of the constitutional provision is to give the accused liberty until he is proved guilty, but yet have some assurance that he will appear for trial." People ex rel. Gendron v. Ingram, 34 Ill. 2D 623, 625, 217 N.E. 2d 803, 805 (Illinois Supreme Court 1966).
The United States Supreme Court found that "This traditional right to freedom before conviction permits the unhampered preparation of a defense, and serves to prevent the infliction of punishment prior to conviction. Unless this right to bail before trial is preserved, the presumption of innocence, secured only after centuries of struggle, would lose its meaning." Stack v. Boyle, 342 U.S. 1, 4, 72 S. Ct. 1, 3, 96 L. Ed. 3 (United States Supreme Court 1951).

In support of this idea 725 ILCS 5/110-2 expressly states that "Monetary Bail should be set only when it is determined that no other conditions of release will reasonably assure the defendant's appearance in court, that the defendant does not present a danger to any person or the community and that the defendant will comply with all conditions of bond."

The Defendant is presumed to be innocent, has posted $15,000 of his own money during the Initial Arrest, and has a vested intrest in resolving this matter, while being detained. He is unable to post bail due to his financial ability and because of it the defendant moves this court of record to honor its legal precedence in relating matters toward Conditions of Bail.
"The court may impose other conditions, such as the following, if the court finds that such conditions are reasonably necessary to assure the defendant's appearance in court, protect the public from the defendant, or prevent the defendant's unlawful interference with the orderly administration of justice: (1) Report to or appear in person before such person or agency as the court may direct; (2) Refrain from possessing a firearm or other dangerous weapon;