Mandatory ~~Judicial Notice~~ Affidavit of Identity

I Cecil Shah El certify for the record on the record and let the record show my Moorish Estat Identity. Valid and Lawful.



| | |
|---|---|
| | 14 CF 369 |
| | 17 CF 227 |
| | 17 TR 3146 |
| | 17 DT 121 |
| | 17 TR 3146 |
| | 17 TR 5121 |
| | 17 TR 5122 |
| | 18 CM 237 |
| | 18 TR 1885 |
| | 19 CM 23 |
| | 19 TR 168 |
| | 19 TR 63 |
| | 19 TR 1124 |
| | 17 MR 129 |
| | 17 MR 215 |
| | 17 MR 216 |
| | 14 CF 341 |



**FILED**
JUL 1 5 2019
Maureen A. Josh
Clerk of the Circuit Court
DeKalb County, Illinois

I, Cecil Shah El Certify the above to be true in fact and in law therefore place my Autograph. I AM *Cecil Shah El*
All Rights Reserved Without Prejudice
1-308 1-201 1-103

EX A000000003