## Verification and Affidavit

We the Undersigned, Hereby Verify Under Penalty of Perjury, under the laws, of the United States of America, Without the United States, that the Above Statements of Fact are True, and Correct to the best of our current information, belief, and knowledge, so help us God. Pursuant to 28 U.S.C. §1746 (1).

Further Affiants Sayeth Naught

Executed on:   /  /2019

_Cecil Shoh El_

Citizens of the Illinois Republic,
In Propria Persona, Sui Juris.

| Tyler Palmer | _signature_ | 8-13-19 |
|---|---|---|
| Print | Sign | Date |

| Dashawn Knighten | _signature_ | 8-13-19 |
|---|---|---|
| Print | Sign | Date |