Cecil Shah El
c/o 150 N Main Street
Sycamore Illinois Republic
[60178]

3:19cv50123
Lawful Mail

Clerk of U.S
District Court
327 Church Street
61101

