IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| Cecil Shah El (#102308) a/k/a Cecil Shaw, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 19 C 50123 |
| v. | ) | |
| | ) | Judge John Robert Blakey |
| Maureen Josh, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

By order dated 7/18/19 [8], this Court (among other things) denied Plaintiff's application for leave to proceed *in forma pauperis* without prejudice, ordered him to pay the full statutory filing fee of $400 or submit a properly supported renewed *in forma pauperis* application, and warned him that if he did not comply by 8/19/19, this case would be summarily dismissed. Plaintiff responded with a declaration, *see* [9], in which he claimed that only "gold and silver coin" (which he does not possess, given his detention at the DeKalb County Jail) can be used to pay debts, asserted a right of "free access to the courts," and contended that "there is no law prescribed in the United States Constitution" requiring payment of a filing fee. As discussed in the Court's July 18, 2019 order, the Prison Litigation Reform Act, which is a federal statute enacted by Congress, requires all inmates to pay the filing fee, either upfront or over time. *See* 28 U.S.C. § 1915(b)(1). Plaintiff has sought redress from the Court and is bound by rules that apply to all litigants, regardless of his personal beliefs. The Clerk is thus directed to send another copy of the July 18, 2019 order [8] to Plaintiff. The date for Plaintiff to comply is extended to 3/31/20. If Plaintiff does not comply, this lawsuit will be summarily dismissed. Plaintiff is also reminded that he must promptly submit a change-of-address notification if he is released or transferred to another facility. If he does not keep the Clerk apprised of his correct address, this case will be subject to dismissal.

Dated: March 9, 2020

Entered:

_____
John Robert Blakey
United States District Judge