IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| Cecil Shah El a/k/a Cecil Shaw, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 19 C 50123 |
| v. | ) | |
| | ) | Judge John Robert Blakey |
| Maureen Josh, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

By order dated July 18, 2019 [8], the Court directed Plaintiff to pay the full $400 filing fee or file a properly supported renewed application to proceed *in forma pauperis* and warned him that failure to comply by August 19, 2019, would result in summary dismissal of this case. The Court also directed Plaintiff to update his address promptly if he was released or transferred to another facility and warned him that if he did not comply, this case would be subject to dismissal. By order dated March 9, 2020 [10], the Court denied Plaintiff's motion to reconsider the decision to impose a fee, extended the date for him to comply to March 31, 2020, warned him that this lawsuit would be dismissed if he did not comply, and reminded him to keep his address up to date. The United States Postal Service returned the March 9, 2020 order as undeliverable because Plaintiff was no longer in custody at the DeKalb County Jail [12]. General orders extending due dates in civil cases [11] [12] [13] [14] [15] due to the current public health crisis extended the date for Plaintiff to address his fee status. But the extended date now has passed, and Plaintiff has not addressed his fee status, provided an updated address, or otherwise communicated with the Court. Accordingly, this case is dismissed without prejudice based on Plaintiff's failure to comply with Court orders. *See* Fed. R. App. P. 41(b). Having brought this action, Plaintiff remains obligated to pay the full filing fee. *See* 28 U.S.C. § 1915(b)(1). The Court directs the Clerk to: (1) enter a final judgment of dismissal; and (2) send a copy of this order to Plaintiff at his address of record on the docket (that is, the DeKalb County Jail) and the Court's fiscal department. This case is closed.

Dated: June 22, 2020

Entered:

_____
John Robert Blakey
United States District Judge