Dear Clerk of the U.S. District Court

I was just made aware that Case # 19 CV 50123 ~~5906~~ of Plaintiff Cecil Shah El was dismissed some time 2020 during the pandemic. Please forward to me a copy of the dismissal order and the docket in regards to the underlined case at the following Address.

LK Thankyou Respectfully Submitted

Cecil Shah El   3.8.2021

All Rights Reserved Without Prejudice
1-207/308  1-103

FILED
3/10/2021
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Cecil Shah El [ex Rel Cecil Shaw #R10399]
2600 Bitnon Ave
Dixon Illinois, 61021

<u>Certificate of Service</u>

I Cecil Shah El Certify under Penalty of Perjury under the laws of the united States of America without the UNITED STATES that I Placed in the Institutional Mail for E filing at DIXON CORRECTIONAL CENTER/Plantation. ~~the~~ Pursuant to 1746(1)-U.S.C

1 letter to the Clerk of the Court
2 This Certificate of Service

    on 3.9.2021
    TO Clerk of the
    US DISTRICT COURT
    327 S Church Street
    Rockford IL,

*Cil Sh El*
Cecil Shah El
All Rights Reserved Without Prejudice
1-207/308 1-103