IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| Cecil Shah El a/k/a Cecil Shaw (R-10399), ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 19 C 50123 |
| v. ) | |
| ) | Judge John Robert Blakey |
| Maureen Josh, et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

At the beginning of this case, the Court ordered Plaintiff to update his address promptly if he was released or transferred to another facility and warned him that if he did not comply, this case would be subject to dismissal [8]. Plaintiff received this order as he unsuccessfully sought reconsideration [9], [10]. By order dated June 22, 2020 [17], the Court dismissed this case because Plaintiff had not addressed his fee status, provided an updated address, or otherwise communicated with the Court. The Court also directed the Clerk to enter final judgment and to send a copy of the dismissal order to Plaintiff at his address of record on the docket (that is, the DeKalb County Jail). Judgment entered the following day [18]. Plaintiff's now has filed a letter to the Clerk dated March 8, 2021 [20], representing that he "was just made aware" that this case was dismissed "some time 2020 during the pandemic" and asking the Clerk to send another copy of the dismissal order, as well as the docket, to him at the Dixon Correctional Center. Based on this letter, the Clerk updated Plaintiff's address to the Dixon Correctional Center. Although Plaintiff is not entitled to a free copy of the docket, *see Johnson v. Daley*, 339 F.3d 582, 586 (7th Cir. 2003), in this single instance, the Court directs the Clerk to send him a copy of the docket and the June 22, 2020 dismissal order [17]. This case remains closed.

Dated: March 15, 2021

Entered:

John Robert Blakey
United States District Judge