2021

Dear Clerk of the US District Court

Enclose is A Declaration in Nature of Affidavit of Fact with 28 Exhibits Attached ~~which Req~~ some which require a response from All public officials in the matter of 19 C 50123. To be filed. ~~Please Prov~~. Those that Require a response are marked (require a response) in the Declaration. Please send me notification that All documents were Filed.

Thank you Respectfully Submitted

Cil Shh El

All Rights Reserved Without Prejudice
1-207 /308  1-103

FILED

MO

3/31/2021

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

PC SCAN

CERTIFICATE OF SERVICE

I Cecil Shah El Certify that on 3·29·204 I Placed In the Institutional Mail at DIXON CORRECTIONAL CENTER/Plantation A Declaration In Nature of Affidavit of Fact with 28 Exhibits Attached Some which Require a response. To be filed with the US District Court, RE. 50123

TO: CLERK OF THE
U.S. DISTRICT COURT
Western Division
Rockford 327 S Church Street
Rockford Illinois 61101

TO: To: USDA
327 S Church Street
Rockford Illinois 6100

I Affirm under Penalty of Perjury Under the laws of the United States of America Title 28 1746 (l) Without the UNITED STATES the above to be true and Correct to the best of my Knowledge and belief.

_____ 3·24·2021
All Rights Reserved Without Prejudice
1-207/308 1-103

Cecil Shah El
C/o Alrumecc Trust
 7130 S. Morgan
near: Chicago Illinois Republic
                [Zip Exempt]


UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

        IN THE UNITED STATES DISTRICT COURT FOR THE NORTHEN DISTRICT
            OF ILLINOIS WESTERN DIVISION

Cecil Shah El
    Moor American National

    V,                                  Case No 19 C 50123

Maureen Josh, et al,
    Respondunt

            DECLARATION IN NATURE OF AFFIDAVIT OF FACT
    For the Record, On the Record, To be head into the Record, Let the Record
    Show.
NOTICE TO PRINCIPAL IS NOTICE TO AGENT, NOTICE TO AGENT IS NOTICE TO PRINCIPAL,
NOTICE TO PUBLIC IS NOTICE TO ALL.

    " Indeed no more than (affidavits) is necessary to make a prima facie case
United States V Kis 658 F. 2d, 526,536 (7th Cir 1981) Cert Denied 50 US
L.W, 2169 S. Ct March 22, 1982
    Pursuant to Rule NISI, to Show Cause.

1. That, I Cecil Shah El a living breathing Man, being first duly Sworn,
depose and say and declare by my signature that the following facts
are true, correct and complete to the best of my Knowledge and belief,
pursuant to under the laws of the United States of America with out the
UNITED STATES. Title 28 USC 1746(1) under penalty of purjury.

2. That I, the Affiant is a flesh and blood man and is a Moorish American National and DeJure Islamic Moslem and my political Allegiance is Affirmed to my Ancestral estate and Ancient Principles in Government in Harmony with the American Constitution 1787/1791 and is the Jurisdiction In which I Domicile at All points In time. (see Ex A, 8, 9 and 9a)

3. That I, am being Subject to Involuntary Servitude against my own free will and the thirteenth Amendment with all 20 sections.

4. That I, am not Also known As/AKA Cecil Shaw. That Affiant has proof Positive on the Record that I am the Secured Party Creditor of the Corporate fiction entity/Debtor (ens legis) identified as Cecil CECIL OTHELL SHAW, as appearing upon any UCC filling is artificial and was created in the Contemplation of law (Commerce) and Cecil Shah Elo and CECIL OTHELL SHAW or any derivitives thereof IS NOT THE SAME, FOR ONE IS REAL, THE OTHER IS FICTION, That the UNITED STATES, THE DISTRICT COURT FOR THE NOTHERN DISTRICT OF ILLINOIS or John Robert Blakey, or Iain. D. Johnston or any derivitues there of can not show nor provide a Superior interest in the said Property as Identified upon the Security Aggreement held by Affiant in Trust UCC-1 financing Statement 7018 2290 0600 48 24 5411 and ~~7016 3560 0000 6584~~ (~~Ex A~~ ~~and 137~~) ~~are Co~~; 7016 3560 0000 6584 3855 (Ex A 20 & A 132).

5. That, any discrimination or injury Caused by the States o Illinois or the UNITED STATES to recognize the two distinct entities, agrees to such injuries and the associated damages as established by the Affiant and the State, by and through its agents by said Agreement is estopped from defense or rebuttal in the matter and agrees that the Affiant may proceed by Tort for damages. (See Ex A 21 & Ex A 131)

6. That the Cecil shall have been universally rescinded (see EXA 24) and the Affiant's has real ID Valid and lawful (see EXA 23).

7. That on 5/24/2019 Affiant filed a complaint pursuant to USC & the US Constitution 1787/1791 In the US District Court, In addition to a Memorandum to waive All municipal Court and Document Fees In the Nature of Affidavit of Fact (See 19CV50123 Docket 3 & 4)

8. That on 07/18/2019 John Robert Blakey Tampered with Evidence by attemting to convert an Affidavit of Fact Memorandum to waive all United States Municipal Court and document fees to a Motion and denied it. And failed to rebutt the Memorandum point for point. And Erroneously attemted to Impose Fraudulent Monatary Fees to Sell Affiant due process of law Contrary to Article 1 sec 10 of the U.S Constitution 1787/1791 and Public Statutes at Large.

9. That on 08/19/2019 Affiant filed a Verified declaration in Nature of Affidavit of Fact (See docket #9) Contesting in Rebuttle Of Blakeys 07/18/2019 VIOD OF LAW order and Demanded a Lawful response.

10 During the above stated time Affiant was being Subject to Involuntary Servitude and human trafficking as poohibited by the 13th Amendment with all 20 Sections In DEKALB COUNTY JAIL. Despite My lawful Demand for the Nature & Cause of Accusation be provided, the Court and Prosecution to Establish Jurisdiction via Affidavit of Fact, Provide which System of laws in which the Court opperates In order to prepare a defence or to produce a Consionable Contract or Injured Party (Corpus Delicti),

3 of 16

11. Subsequently Affiant was subjected unlawfully to a Novel or unknow Jurisdiction/Secret jurisdiction of only known to the court and prosecution. As jurisdiction was conclusively presumed and not prooven. Affiant was subjected unlawfully to a pseudo Court Trial and a Void Ser Judgment & Sentence lacking Personal, Subject Matter & Territorial Jurisdiction, ect.

12 Affiant was shipped as property to STATESVILLE CORRECTIONAL CENTER degraded on many levels on Nov 6, 2019. Affiant Placed in an Envelope to the CLERK OF THE US DISTRICT COURT to at 327 S. Church Street a letter Notice of Change of Address and Placed it in the US Mail at STATESVILLE CORRECTIONAL CENTER/HUMAN WARE House on Nov 7, 2019

13 Affiant was agian trafficked to yet Another Human Warehouse/ Plantation SHAWNEE CORRECTIONAL CENTER on or around Dec 4th 2020 and Placed in the SHAWNEE CORRECTIONAL CENTER US MAIL Another letter to the Clerk Giving NOTICE OF CHANGE OF ADDRESS on Dec9,2019 AND Was Assured by staff mail from other Facilities would follow. To no Avail.

14 Affiant did not receive any notification from the court or clerk that they received the NOTICES that were placed in the US mail. Yet, as indicated in (EXA 133 Attached) Affiant Sent the Clerk a letter on 9/6/19 that the docket does not indicate was received by the CLERK & COURT but was clearly Placed in the US mail at DEKALB COUNTY JAIL AS to the Status of 19 CV 50123 again to no Avail. As to a Response from the Clerk and Court. [See EXA 133] & Packet between 9/19 & 3/1)
15 Some time on or around Jan 10, 2020 Affiant was shipped again as property to DIXON CORRECIONAL CENTER/HUMAN WARE HOUSE For WWK and shipped back to SHAWNEE.

16. Affiant did not hear from the CLERK or COURT and was again on 3/11/2020 shipped back to DIXON C.C / Human Warehouse in the midst of Economic Collaps, Racial Injustice, and Global Pandemic. And has Infact Contracted COVID-19 while being Subjected to involuntary Servitude & is injured by parties listed in 19cv50123 ect. And has been stuck at the DIXON CC Human warehouse Since. (See Ex A 123)

17 Affiant was without Case#, the complaint, exhibits, access to my legal property thats in SHAWNEE. SHAWNEE has Declared they will not send my legal property and I have no law access outside my personal files as DIXON LAW LIBRARY IS LIMITED TO a Paging System, which does not provide all law request.

18 Affiant the Executor Office Occupant of Alrumeck Trust and Estates had Trustees contact the US DISTRICT COURT, Affiant discovered that the matter 19cv50123 had been Closed In error. Affiant was unaware that his past 3 attempts to Contact and give NOTICE OF ADDRESS change to the CLERK Was not received. as Indicated in EX A 133 on 9/6/20 and this Affidavit Ex A 135 that they were placed in the US Mail out of Affiants Controle. The DISTRICT COURT NOT Receiving the NOTICES was no Fault to Affiant. and was unknown to Affiant.

19 Affiants Declaration in Nature of Affidavit of Fact was not responded to untill 3/9/2020 almost 6 months after its filing 8/19/2019. John Robert Biakely has not rebutted point for point. As the Constitution States only Article 1 sect 10 that only gold and Silver Coin is to be used to discharge Debts, and there is no Law requiring

5 of 15

a payment of a filling fee in the U.S Constitution, Blakey falsly asserts in his VOID 3/09/2020 ORDER that he "discussed In the Courts July 18 2019 order, the Prison Litigation Reform Act which is a federal statute enacted by Congress, requires all Inmates to pay the filing fee, either upfront or overtime. See 28 USC §1915(b)(1). Plaintiff has sought redress from the Court and is bound by rules that Apply to all litigants, regardless of his personal beliefs!"

As Indicated in Affiants (Ex A 21 Public Notice, Declaration & Lawful Protest) I, Cecil Shah El Domiciles in the Jurisdiction of my Ancestral Estate Constitution for the united State of America 1787/1791 and the Treaty of Peace and Friedship 1786/1836 and is only bound by the Moorish Zodiac Constitution and By Laws. Act 4 "All Citizens of Moorish America must preserve these Holy and divine laws and Must obey the laws of the Government because by being Moorish American National You are part and parcel to said Government and must live the life accordingly". Full Faith and Credit given to ~~protect the Consti~~ As Indicated in Article 4 sec1 and Article 4 of the Articles of Confederation Still In force today pursuant to Article VI Which States "All debts contracted and engagements entered into, before the adoption of this Constitution, shall be valid against the United State under this Constitution, as under the Confederation. This constitution and the laws of the United States which shall be made in pursuance thereof; and all treaties made or which shall be made under authority of the United States shall be the supreme law of the land and the judges In every State shall be bound there by, anything In the Constitution or the laws

Of any state to the Contrary notwithstanding, The senetors ⊗ and Representatives before mentioned and the members of the Several state legislatures, and all ~~executives~~ executive and judicial officers, both of the United States and the severey States, shall be bound by oath or affirmation, to support this Constitution, but no religious test shall be required as a qualification to any office or public trust under the United States"

As an officer of the Court, you and your assigns are bound or have taken a Solemn Oath (see Article VI) to uphold and support the Constitution for the United States Republic,

The constitution can not be in conflict with Itself. The dejure legislature of the united states of America identified as "Congress" in Article I sec 4 Clause 2 (1856) ajourned "sine die" in 1861. Evidence of its reconvening in absence of a Congressional quoram has not been exhibited by the United States The national legislative body disernible in Amendment XX Section 2 first appeard in 1863 by executive resolution as a department Of the Executive branch of Government pursuant to "Emergency War Powers" The 'defacto' Congress was Concieved and Continues to sit at the pleasure of the president of the Corporate en's legis UNITED STATES.

7 of 16

The Constitution for the United States of America, 1787, Article 1, Section 4, Clause 2 (1856) states that Congress shall assemble at least once in every year, which shall be the first monday of December, notwithstanding, Amendment XX Section 2 (1933) states " The Congress ₰ shall assemble at least once in every year, and that such meeting shall began at noon on the third day of Janurary unless they by law appoint a different day."

The dejure Moorish American Nationals In Propria Persona Sui Juris. are foreign to and wholly without the Corporate ens legis United States are not subject to the acts ons, acts and whims of the ens Legis Congress of the Corporate United States, Accordingly, I Cecil Shah El the living man am not subject to the Federal Reserve Bank Act of Dec 1913 which wants for effect of law in the original Jurisdiction. EX A 21 Addresses all Federal Reserve Notes, Public Policy instruments and documents regardless of any kind arising from or relating to the Federal Reserve Notes, Public policy instruments and documents regardless of kind arising from or relating to the Federal Reserve Bank/System. Not withstanding The Prison Litigation Reform Act, Not withstanding §1915(b)1

The Federal Reserve and National Banking Act and sec 462 (392) of Title 31, USC are not necessary and proper for carrying into execution the legislative powers granted to Congress or

₰ of 16

any other powers vested in the Government of the United States, but, on the Contrary are subversive" to the Rights of the People in their rights to life, liberty and Property, The aforementioned acts of Congress by Blakey are unconstitutional and Void and I so hold". <u>Not with standing</u>

Title 31, Section 462 (392) states "All Federal Reserve Notes" and circulating Notes of federal Reserve Banks and National Banking Associations hereto fore or here after shall be legal tender for all debts public and private". As the Constitution States "No state shall make any thing but Gold and Silver Coin legal tender in payment of debts".

There is a direct conflict between the Constitution and Acts of Congress. Is it Blakey Opinion that Congress of AmIIXSec2 and the Prison Litigation Reform Act is above and superior authority from the Constitution for the United States?

Congress is in competent to authorize a state to make the Notes a legal tender. For the effect of binding Constitutional provision See Cooke V Iverson, 108 M 388 and State V. Sutton, 63 M 147, Federal Reserved Notes are null and void for any lawful purpose so far as this Case is Concerned. Section 411 holds and states that the Notes are to be used for the Purpose of making advances to Federal Resere Banks through Federal Resere Agents and for no other purpose. Cecil Shah El is not a Federal Resere Agent.

20 Affiants Beliefs are not an issue here. Affiants assertions are law. Blakey's suggestion that Affiants Declaration In Nature

4 of 16

of Affidavit... and as the declaration is Submitted as Evidence Blakey's fraudulant attempt to Convert my Declaration to a Motion is rejected and is tampering with Evidence.

21. Affiant Further Affirms that Although I know that I have no Debt, (EXA 27) verifies lawful Coinage was given in Payment of all CORPORATE Debts on our land, perceived or otherwise past, present, and future. Enclosed was a 1923 UNITED STATES OF AMERICA PEACE DOLLAR and a ONE TROY OUNCE .999 FINE SILVER COIN WITH M.T HOOD OREGON inscribed on it. (See EXA 27 Termination of Trusteeship)

22, Blakey serves as a Debt Collector under Titel 28 USC Chapter 176 Debt Collection Procedure, Section § 3002. Pursuant to Title 22 USC, Sec § 286 " Acceptance of membership by the United States in International Monetary Fund" This places Blakey Under ⑧ Internatial Banking and Commerce Jurisdiction and Trust law Subject to the Uniform Commercial Code. Affiant Asserts his Rights are Reserved Pursuant to UCC 1-207/308 1-103.

23. In Case # 19 CV 50123 a complaint of a Crime by me a Injured party is being reported to officials Sworn to support the US Constitution and up hold the law. The refusal to provide due process of law as required by International aggrements and Our Constitutional form of government Which Article 4 Sec 4 establishes because of a unconstitutional fee and Statutes in Conflict with the Constitution is not withstanding. and a Violation Of Constitutional Provisions as well as Treaty Provisions.

10 of 16

I Ce...

I Affirm and Declare and Reclaim my Right of Reversion of Estate' and therefore make no claim with respect to the titles and misrepresented CAPATALIZED (names/ Man-of-Staw/ nom de guerre or any derivitives there of being presented as a title) and surrender and assign any and all Reverionary Interest to the foreign, privately-owned, and subsidaries for full Aquitance Discharge Settlement and Closure of my reliance, Title 12 USC 95 a, Part 2 and, I assume no liabilites and/or debts however Contrived among its corporate associates and do not consent to stand as Surety for the foreign, Private and for profit UNITED STATES INCORPORATED/U.S Corporation Company entity owners, directors, or their administrators, nor do I stand as Surety for its associates at any point, or moment in time.

24. I Cecil Shah El am the Executor, Claiment, Beneficiary and Administrator of my own Estate and maintain Constitutional and Treaty Protections which are Federally Recognized (see Exhibit A. 9b and Ex A 7), and hereby Demand Administrator Blakey to perform the Reversion of Estate as stated in Paragraph # 23 of this Affidavit under Title 12 USC 95a Part 2 as to (EX A 84 Bond # 112-83-031066) Account # # 340.74 0505, And as secured Party Creditor will assign a designated amount Of Credit to the UNITED STATES DISTRICT COURT for Reversion Purposes, In the exercise of my Right to Self-Determination as I hold, I Decree in the Discharge Settlement and Closure of my Relianance.

11 of 15

25. That the Affiants rights "..... existed by law of the land long atecedent the the organization of the State (Hale v Henkel 201 US 43. ⑩ Under Article 1, Section 1 of the U.S Constitution 1787/1791 " the ~~power~~ people have all power and the affiant as one of the people that can exercise any power.

26 Affiants Complaint was filed pursuant to Powers Vested In the Article III Jurisdiction and the Common law". The law will protect an individual who, in the prosecution of a right does everything which the law requires him to do but fails to obtain his rights by the misconduct or neglect of a public officer. Lyle v Arkansas, 9 How 314, 13 L.Ed 153, Duluth and Iron Range Co v Ray 173 US 587, 19 S.Ct 549, 43 L.Ed. "It is a maxim of law, admitting few in exceptions, that every duty laid upon a public officer for the benefit of a private person is enforceable by Judicial Process" Butterworth v US ex rel Hoe, 112 US 50, 55 ct .25 28 L Ed 656.

27. All public officials who has touched 19 cv 50123 in any ~~tea~~ manner or those named within are bound by oath and your oath of office accepted as your binding offer of Promise of performance (See Ex A 40) TAKE NOTICE!

12 of 17

28 As to the Status apparent of Cecil Shah El NOTICE has been given to the following Departments: Department of Interior The Provost Marshall, Department of Homeland Security, United Nations Head Quaters, Arch Bishop Chicago, United States Department of Justice, United States Treasury Department, United States Attorney General, Department of State Secretary of State, Unted States Supreme Court, Governor of Illinois, Illinois Department of Corrections. (See Ex A 30a)

29 Any discrimination or injury caused by officials in the UNITED STATES DISTRICT COURT in the Private and Official Capacity for failure to recognize this lawful ~~requ~~ Demands agrees to such Injuries and to the associated damages as established by Affiant and the Court, by and through its agents by said agreement is estopped from defense or rebuttal in the matter and agrees that the affiant may proceed by Tort for damages. That ~~affiant~~ this Affidavit is not rebutted point for point by any man, representing the UNITED STATES / United States in any matter, at any time within 10 days upon receipt, these facts stand as true in both the private and Public record. as true.

NOTE: Maxm of Law is In Commerce – Truth Is Sovereign

2. For a Matter to be resolved, It must be expressed Point of Law – Silence equates to aggrement.

Take Notice of the following Exhibits in support of this document, As I fully understand and have an expectation of 'Good Faith' on Part of Blakey and all other Employees on behalf of Companies Corporations, government Corporations or officers and Judges of the Court to answer the inquiries, to give proof, to produce requested documentation and evidence. "Silence can only equate with fraud where there is a legal or moral duty to respond or where an inquiry left unanswered would be misleading (US V Pruden 424. F2d 1021 (1070)

30. Any party or public official wishing to answer, respond, refute rebut, deny, object, or protest any statement, term declaration denial or provision in this present ment and attached Exhibits must do so by Affidavit of Fact and Verification and have exhibitions and factual evidence in support of annexed there to.

Take Notice of Civil orders (Ex A 26 & 26 a) June 10, 2014 and July 4, 2014, Affidavit of Notice of Consulate and orders to honor the Sovereign Status of Moorish Americans. (EX A6)

## Accompanying Exhibits

31 The following list of Exhibits Accompanying this Affidavit of Fact are in support. The exhibits that require a response will state response Required. Pursuant to Article 3 of the United Nations Declaration on the Rights of Indigenous Peoples (Ex A 25) I exercise my rights to Self-Determination as Consul / minister and Vizer (Judge) Authorized Representative of the Moorish Divine and National Movements, Moorish National Republic Federal Governments  Moorish American Consulate

14 of 15

as heir to the original Jurisdiction Demand this Courts performance under dejure law as appointed acting fiduciary pursuant to the aformentioned Article VI as this Court is not an Article III Court, however is a court of Record. Again full faith and credit be given. (See Ex A3 Declaration of Moorish Divine and National movement of the world Trust, MACN 3333333333, Ex A4 Declaration of Moorish National Republic Federal Government National Trust Ex A5 Affidavit of Land Title - America / Amexem).

31 The Exhibits will appear in order as in the Affidavit of Fact:

1. Ex A 8 - Legal Notice! of Name changes NAME DECLARATION CORRECTION PROCLAMATION AND PUBLICATION
2. Ex A9 - Judicial Notice and Proclamation
3. Ex A9a - Notice of Public Records Correction, International Document
4. Ex A 20 - Affidavit of UCC1 Financing statement
5. Ex A 121 - Affidavit of UCC1 Financing statement
6. Ex A 21 - Public Notice, Declaration, Lawful Protest - (Response Required)
7. Ex A 131 - Affidavit of Truth
8. Ex A 24 - Signature of Cecil Shaw Universally Rescinded
9. Ex A 23 - Affidavit of Real ID of Cecil Shah El
10. Ex A 133 - DEKALB COUNTY JAIL - Mail Log obtained though FOIA
11. Ex A 123 - Affidavit of Fact Contracted COVID -19
12. Ex A 135 - This Affidavit of Fact - Declaration
13. Ex A 27 - Termination of Trusteeship of the UNITED STATES SERVICE CORPORATION/ For All Moorish American Nationals and Enclosed Coinage Discharging Debt.
14. Ex A 96 - Affidavit of Fact of Legal Deed Recognized by Federal Corporate U.S
15. Ex A 7 - Certified Copy of The Treaty of Peace & Friend Ship

16  Ex A 84 - Bond #~~11020 60000~~ 112-83-031866 / Birt Certificate of
     CECIL OTHELL SHAW

17  Ex A40- Acceptance of the oath of office and Declaration of
        Rights Reservation to Contract.

18  Ex A 30a - Affidavit of Notice of Status given to various US Departments.

19. Ex A 26 = Civil order, June 10, 2014  Issued to All Members
    of Domestic Police Forces, US Marshal Service, the Provost Marshal
    Members of the American Bar Association and American Armed
    Services

20. Ex A 26a- Civel Orders  July 4, 2014  (Original + a Copy)

21. Ex A 16 - Notice of Moorish American Consulate Affidavit (Response Required)

22. Ex A 25 - United Nations Declaration of the Rights of Indigenous Peoples.

23. Ex A 3 - Declaration of moorish Divine and National Movement of
    the World Trust, MA CN 333333333

24  Ex A 4  Declaration of Moorish National Republic Federal Government
    National Trust

25  Ex A 5  Affidavit of Land Title - America / Amexem

26  Ex A 13 E  Averment of Jurisdiction Que Warranto (to Blakey) (Response Required)

27  Ex A 49  - Adjourment of All matters regarding Cecil OTHELL SHAW
        Affidavit of Fact

28  Ex A 1  - Notice of Intent to lien and Arrest ~~Cincineati~~ Command
        Doc# 7018 2290 0000 1227 4911

16 of 18

32 Blakey's Recent Order erroneously suggest I stated to have discovered this matter was dismissed some time in 2020. Blakey is mistaken! I stated I just discovered, the matter was dismissed in 2020. Just means recent. to be clear, I discovered this matter was dismissed when I received the Scan from Laureen Knight March 9, 2021.

. Blakey has yet to provide where he derives his authority over this matter In Law to make any Order. Blakey and the UNITED STATES DISTRICT COURT. JURISDICTION is Being Challenged Personam, Subjectmatter and Territorial Pursuant to Article 1 sec 8 Clause 17. (See Averment of Jurisdiction Que-Warranto Ex A 136)

33 Cecil Shah El hereby Appoints Blakey as acting Fiduciary to Settle the matter of CECIL OTHELL SHAW Pursuant to Title 95A Title 12 95a part 2. (see EX A 49)

34 I note that under the Moorish American Consular Courts Restored under Article III Jurisdiction and The International Criminal Courts. Courts are not to opperate under a Fraud and Treasenaus Jurisdiction & is to Perform under De Jure Law ( See EX A 1 Notice of Intent to lein and Arrest Command.)

Any Party or public official wishing to answer, respond refute, rebut, deny, object or protest any Statment, term declaration denial or provision In this presentment and Attached Ehibits must do so by Affidavit of Fact and Verification, and have exhibitions and factual evidence In support of annexed there to.

Blakey or anyone else may agree with all statements, terms declarations denials and provisions herein by remaining silent failure to timely respond to all such terms and Provisions with which you disagree comprise stipulation and confession jointly and severally to acceptance of all statements, terms, declarations, denials and provisions herin as facts the whole truth, correct and fully binding on all involved.

Asservation

LS _____

Signed only in Correct privat capacity to original 1786/1836 Treaty, Diversity of Nationality Jurisdiction

All Rights Reserved Without Prejudice

1-207/308 1-103

18 of 18

We the Undersigned, Hereby Verify Under Penalty of Perjury under the laws of the United States of America, Without the UNITED STATES, that the Above statements of fact are True, and Correct to the best of our current information, belief and Knowledge, so help us God Pursuant to 28 USC §1746(1)

Further Affiant Sayeth Naught

Executed on: **3·26·2021**

Ciel Sh. El:

All Rights Reserved Without Prejudice
1-207/208  1-103

Citizens of th Illinois Republic.
In Propria Persona, Sui Juris

Torrance Butler        Torrence Butler        3·29-21
Print                  Sign                   Date

Miguel Campos          Miguel Campos          3·29·21
Print                  Sign                   Date




THE MOORISH DIVINE AND NATIONAL MOVEMENT OF THE WORLD

# LEGAL NOTICE!
### NAME DECLARATION, CORRECTION
### PROCLAMATION AND PUBLICATION

**RECEIVED**

AUG 06 2018

CIRCUIT CLERK
DE PAGE COUNTY

I, Cecil Shah El, being duly Affirmed, standing squarely, Declare, and Proclaim, upon Right of Nature's Law, Universal Law, Moorish Birthrights; International Law, and Constitutional Law, Declare and say

I, being previously Identified by the Union States Society of North America – U.S.A under the colorable, Ward-ship name, Cecil Othell Shaw do hereby refute the Fraud, make Public and Publish my Corrected National Name, Declare and Affirm my true, 'Proper Person Status', and reclaim my Rightful Social and Cultural Life of the State, in accord with my Moorish Nation of Northwest Amexem / North America – acknowledging my Birthrights Having Lawfully and Legally Obtained and Proclaimed my Moorish Nationality and Birthright 'Name and Title', in harmony with, in association with, and in Accord with Divine Law, the Customs, and the Laws, Rules, and Usages of The Moorish Divine and National Movement, being Aboriginal and Indigenous, and bound to the North American Continent by Heritage, by Primogeniture, by Birthright; by Natural Birth, by Freehold; and by Inheritance Declared for the Public Record, I am returning the European cognomen and fictitious misnomer back to the Colonial possessors of its pedigree. I am now Rightfully Declaring, Publishing, and Proclaiming my own Free National Name; Affirming my Actual, Rightful, and Civil 'In Full Life' Status, Conjoined to my Moorish American Consanguine Pedigree and National Honor. Let it be Declared, Known, Published, and Resolved that. I Am Cecil Shah El, 'In Propria Persona Sui Juris' (being in my own proper person), by birthright, an Inheritance WITHOUT THE FOREIGN, IMPOSED COLOR-OF-LAW, OR ASSUMED DUE PROCESS of the Union States Society, pursuant to, but not limited to

1. FREE MOORISH-AMERICAN ZODIAC CONSTITUTION
   (Zodiac Constitution and Birthrights of the Moorish Americans) being Ali, Bey, El, Dey and Al), Article two (2), Paragraph two (2)

2. UNITED STATES REPUBLIC DEPARTMENT OF JUSTICE
   Moorish American Credentials· AA 222141· **TRUTH A-1**

3. UNITED STATES SUPREME COURT  SUPREME LAW – Acts of State

4. UNITED STATES CONSTITUTION Article III (3), Section two (2), Amendment V (5) (Liberty clause) and Amendment IX (9) (Reservation of the Rights of the People)

5. RESOLUTION NUMBER SEVENTY-FIVE (75)· Dated April 17, 1933 A.D (MOORISH-AMERICAN SOCIETY OF PHILADELPHIA AND THE USE OF THEIR NAMES),

6. UNIVERSAL DECLARATION OF HUMAN RIGHTS – UNITED NATIONS – HUMAN RIGHTS [Article Fifteen (15)].

7. RIGHTS OF INDIGENOUS PEOPLES – UNITED NATIONS  GENERAL ASSEMBLY - Part I, Article 4

**Wherefore, I, Cecil Shah El,** being 'Part and Parcel' named herein, and by Birthright, Primogeniture, and Inheritance, make a Lawful and Legal Entry of Affidavit and Public Notification of Nationality Proclamation, Name Correction Claim; Declaration, Affirmation, and Application, Herewith Published for the Public Record



I Am· _Cecil Shah El_
A Free and Sovereign Moorish American National In Propria Persona Sui Juris
Northwest Amexem / Northwest Africa / North America
All Rights Reserved

Witness· _Sheik Rajmy Bey_
A Free and Sovereign Moorish American National, In Propria Persona Sui Juris
Northwest Amexem / Northwest Africa / North America
All Rights Reserved

Witness _Deruo Shah Bey_
A Free and Sovereign Moorish American National· In Propria Persona Sui Juris
Northwest Amexem / Northwest Africa / North America
All Rights Reserved
LAWNCT No 00011I

Ex A 8+9



17CF369
17CF227
17DT121

   

**I.S.L.A.M**   *Moorish Americans - Northwest Amexem*

RECEIVED

AUG 06 2018

CIRCUIT CLERK
DEKALB COUNTY

# Judicial Notice and Proclamation

**To All Elected United States Republic Officials and Public Servants of Federal, State,** **City, and Municipal Governments, Personnel and Corporate Entities:** Concerning the Constitution and all Statutory and Civil Law Codes of the Land, etc., Know All Men by These Presents:

*Upon* my inherited Nobility, and upon my Private Aboriginal / Indigenous, Proper Person Status and Commercial Liability, I, Cecil Shah El, being duly Affirmed under Consanguine Unity, pledge my National, Political, and Spiritual Allegiance to my Moabite / Moorish Nation - being the archaic Aboriginals / Indigenes of Amexem (the Americas), standing squarely affirmed upon my Oath to the 'Five Points of Light' - Love, Truth, Peace, Freedom, and Justice; do squarely Affirm to tell the truth, the whole truth, and nothing but the truth, and having knowledge and firmly - established belief upon the historical, lawful, and adjudicated Facts contained herein  Being competent (In My Own Proper Person) to Attest to this Affidavit upon which I place my Signature; Whereas, I State, Proclaim, and Declare the following to be true, correct, certain, complete, not misleading, supreme, and not intended to be presented for any misrepresented, 'colored' or improper use or purpose, to wit

*That* I, Cecil Shah El, Am a Noble of the Al Moroccan Empire (North America) In Propria Persona (my own proper self); being Moorish American - a Descendant of the Ancient Moabites / Moors, by Birthright, Freehold, Primogeniture and Inheritance, being Aboriginal and Indigenous to the Land /s (Amexem / Americas) Territorium of my Ancient Moabite / Moorish Fore-Mothers and Fore-Fathers - to wit

*The* Al Moroccan (American) Continents - are the Land of the Moors, being North America, South America, Central America, including the adjoining Islands (Americana / Ameru / Al Moroc)  I have, acknowledge, claim and possess, by said Inheritance and Primogeniture, the Freehold Status thereto, all Unalienable and Substantive Rights, to Be, to Enjoy, and to Act, distinct in my Aboriginal Customs and Culture, and determining my own political, social, and economic status of the State  Turning my heart and mind back to my Ancient Mothers and Fathers - Moors / Muurs, by Divine and Natural Right  Being Moorish American, we have and possess the internationally recognized Rights to determine our own 'Status of the State' absent of threat, coercion, or acquiescence to a Color-of-Law, a Color-of-Office, nor to be subjected to an imposed Color-of-Authority.

*Moors / Moorish Americans / Muurs* Have, Proclaim and Possess the Unalienable, Substantive Rights and Birthright - Inheritance to our Al Moroccan Names and Nationality by Nature's Laws, Divine Law, Primogeniture, and by the recognized Laws of the Nations of the Earth (International).  Being the true, Ancient, Aboriginal / Indigenes of the Land (America) - North, being the heart-land of the Moroccan Empire  Moors / Muurs are the 'De jure' Freeholders by Birthright, Inheritance and Primogeniture Status, and have, Claim and Possess the Secured Rights to Travel upon the Public Roadways, Byways and Highways of our Continental United States (the Organic Land) absent of foreign 'colored' or imposed excise taxation constructs invented, by the racketeering States' Legislators, to abridge and steal Rights belonging to the Natural Peoples  These Substantive Rights are supported by, and asserted by, Royal Law, Moorish Law, Moslem / Muslim Law; The Law of the Great Peace; The Laws of Nature, Divine Law, Nature's God, The Laws of Nations; The Free Moorish Great Seal Zodiac Constitution, and Affirmed by Articles IV and VI of the Constitution Covenant of 1774 - 1781 A.D = 1201 M.C., as lawfully adopted for The United States Republic, establishing its Republican Form of Government  Said Constitution established the Peoples' 'Supreme Law of the Land' to secure the Rights of the People, and to keep Government bound and in check by Official Oath, and by Official Bond  Down from the Ancients Ones, our Primogenitors, comes the Supreme Law of the Land!

1

Ex 8 - 9

*Egypt*, The Capital Empire of the Dominion of Africa. The Inhabitants of Africa are the Descendants of the Ancient Canaanites from the Land of Canaan. The Moabites from the Land of Moab who received permission from the Pharaohs of Egypt to settle and inhabit North-West Africa; they were the founders and are the true possessors of the present **Moroccan Empire** With their Canaanite, Hittite and Amorite brethren who sojourned from the Land of Canaan seeking new homes Their Dominion and Inhabitation extended from North-East and South-West Africa, across the great Atlantis even unto the present **North**, **South** and **Central America** and also **Mexico** and the **Atlantis Islands**, before the great earthquake, which caused the great Atlantic Ocean

*The* 'Great Seal Pyramid' is the 'National Emblem and Insignia' of The Moorish Nation / Empire of North America (geographical location) The Great Pyramid is also the archaic symbol for Civilization on the planet Earth The honorable Moors' acknowledgement of our 'Great Seal' indicates those Heirs who own up to, who support, and who proclaim, our 'Free National Government' Moors who are 'Active' and NOT 'Passive' in the Social, Civilization, Culture and Custom matters, involving Law, Order and Governmental Principles, are hereby entreated to support this Affirmation. Moors / Muurs who strive toward this end, with honor, are entrusted by Noble Drew Ali, to help in the great humanitarian work of uplifting ourselves, our fellow-man, and humanity at large We seek, at all times, to be conscious of the works, instructions, and acts necessary to teach, preserve and defend the Birthrights of All Moorish Americans (Al Moroccans), etc.

*The* Noble Moors / Muurs (Heirs Apparent) are the Natural Members / Citizens of the Ancient Al Moroccan Empire (North America) and are duty-bound to recognize and to support our 'Great Seal' Sovereign Moorish Government and Nation of the Natural People, and command the enforcement of our Constitution Thus, such organized communication Orders are referred to as "The Great Seal National Association of Moorish Affairs" The Free Moorish Nation - inclusive of all the Aboriginal / Indigene Tribes and Provinces of the Natural People, etc., are the rightful bearers of the Names and Titles, **Ali**, **El**, **Bey**, **Dey**, and **Al**. The Free Moors / Muurs, by Freehold Inheritance, retain all Substantive Rights and Immunities; enjoy the exercising of Substantive Rights, and operate upon consummated, Right-Law, Isonomi - Principles, having vested Constitution - secured Rights and Immunities from TAXATION, and from Criminal and Civil Jurisdiction by, and of, the Union States Rights Republic (U S A ), pursuant to, but not limited to, the United States Republic Supreme Court, and the 'Acts of State' to wit

*"Every Sovereign State (People) is bound to respect the independence of every other Sovereign State (People) and the courts of one country (People) will not sit in judgment on the acts of the government of another, done within (the same or) its own territory..."*

*The* present Union States Municipal and Civil Laws and Codes of the Land are an 'incorporated unit of self-government' established by the political powers of the 'General Assembly' of each State of the Union, and initiated at Philadelphia, Pennsylvania, North America, in the year Eighteen fifty-four (1854) It governs 'ONLY' the rights and conduct of "WHITE PEOPLE", Christians and Jews, of the Eighteen sixty-three (1863) Union States Rights Republic, under the Magna Charta (Charter), the Knights of Columbus Code, and the Ku Klux Klan Oath Forever said Union States Rights Republic denies citizenship in the United States Republic (U S A ) to the descendants of the Moorish Nation in the Western Hemisphere, erroneously referred to, and 'branded' and mislabeled as, Negroes, Blacks, Coloreds, and African Americans, etc., etc. In addition, the Supreme Court of the United States (in the landmark case) of "Dred Scott v Sandford" 60 US (19 Howard) 393 (1857) held that Negroes—whether held to slavery or free– were not included and were not intended to be included in the 'category' of 'citizen' (subjects) of the Union States Rights Republic Resultantly, the True Indigene Nobles of the Al Moroccan Empire (Free Moors), bearers of the Names / Titles, Ali, El, Bey, Dey and Al, are excluded from the Union States Rights Republic (U S A ) jurisdiction The True Nobles of the Al Moroccan Empire are Sovereign, Private, and Self-Governed, by 'Right-Law' Principles and customs, and ONLY Obligated to the 'Free Moorish Zodiac Constitution' - Circle 7 - archaically established by our Ancient Fore-Mothers and Fore-Fathers Such extended allegiance and 'Obligation' includes 'The Great Seal' and the High Principles and Moor-al Standards, embodied in the Moorish National Flag (Standard) - Love, Truth, Peace, Freedom, and Justice The True Al Moroccan Noble Indigenes of the Land maintain a Constitutional and lawful, NON-OBLIGATORY tax 'Status' and position, relative to 'FOREIGN ENTITY TAXATION' (Indigenes Not Taxed) and maintain a NON– OBLIGATORY respect for the Union States Rights Republic (U.S A ), its members, its laws; its ordinances, its codes; it customs and its traditions, pursuant to The Free Moorish American Zodiac Constitution - Articles IV and VI, The Treaty of

2

Peace and Friendship Between the United States and Morocco -Seventeen Eighty-Seven (1787) - superseded by the Treaty of Eighteen Thirty-Six (1836); Resolution 75· Journals of The House of Representatives; United States - April 17, 1933 A. D - Moorish American Society of Philadelphia and the Use of Their Names, The United Nations "Declaration of the Rights of the Child" General Assembly Resolution 1386 (XIV), 14 U N GAOR Supp (No, 16) at 19, U N, Doc. A/4354 (1959), The United Nations "Universal Declarations on Human Rights" Article XV, General Assembly Resolution 217 A (III) of 10, December 1948 A D.; "Executive Order 13107"—United States Republic, North America -The Implementation of Human Rights Treaties, The National Constitution for the Continental United States, Article III, Section 2, Amendment V - Liberty Clause, Amendment IX—Reservation of the Rights of the People, The United States Department of Justice Moorish Credentials, Free Moorish Zodiac Constitution, Truth A-1 Classified, The United States Copyright Certificate Number AA222141 Clock of Destiny, The Moorish Nationality and Identification Card; Moorish Holy Temple of Science / Moorish Science Temple Identification Card, etc

Furthermore, I Assert My full Birthrights - Sovereignty and Substantive Rights and claim to Hereditaments - Being a Sundry Free Moor / Muur and a (Natural Being) pursuant to Moabite / Moorish Pedigree, The Free Moorish Zodiac Constitution, The Great Seal of the Moorish Nation (Ab Antiquo), The Treaty of Peace and Friendship - 1787 / 1836, The Sundry Free Moors Act of 1790, The 1781 Organic United States Constitution, The Moorish Federal Financiers Act (Union States Army 1861 -1863), The 1854 Roman Catholic Magna Charta; the Knights of Columbus Code, The Ku Klux Klan Oath; The United Nations Charter, Article 55(c), The Rights of Indigenous People Part I, Articles 1, 2, 3, 4, 5, Part II, Article 6, The United States Supreme Court - 'Acts of State', The foreign Sovereign Immunities Act 28 USC 1601, et Sequa, The Convention on International Road Traffic -Day 19, September 1949, The World Court Decision, The Hague, Netherlands - Day 21, January 1958 A D = 1378 M C In reference to the Rights of the Natural People and Substantive Rights, etc., the following are pertinent Supreme Court Decisions, (Stare Decisis) to wit·

1. The Right to Travel, The Right to Mode of Conveyance, The Right to Locomotion are all Absolute Rights, and the Police can not make void the exercise of Rights State v. Armstead, 60 s. 778, 779, and 781:

2. The use of the highways for the purpose of travel and transportation is not a mere privilege, but a common and Fundamental Right of which the public and Natural Beings cannot be deprived. Chicago Motor Coach v. Chicago 337 Illinois 200, 169 NE 22, ALR, Ligare v. Chicago 139 ILL. 46, 28 IIE 934, Boone v. Clark 214 SW 607, 25 AM jur (1st), Highways, sec. 163:

3. The Right to Park or Travel is part of the Liberty of which the Natural Person, citizen cannot be deprived without "due process of law" under the 5th Amendment of the United States Constitution Kent v. Dulles 357 US 116, 125:

4. The Right of a citizen to Travel upon the public highways and to transport one's property thereon, either by carriage or automobile, is not a mere privilege, which a City may prohibit or permit at will, but a common Right, which he / she has under the Right to Life, Liberty, and the Pursuit of Happiness Thompson v. Smith 154 SE 579:

5. State Police Power extends only to immediate threats to public safety, health, welfare, etc , Michigan v. Duke 266 US, 476 Led. At 449: which driving and speeding are not California v. Farley Ced. Rpt. 89, 20 CA3rd 1032 (1971):

6. The state is prohibited from violating Substantive Rights. Owens v City, 445 US 662 (1980), and it can not do by one power (eg Police Power) that which is, for example, prohibited expressly to any other such power (eg Taxation / Eminent Domain) as a matter of Law. US and UT v. Daniels, 22 p 159, nor indirectly that which is prohibited to it directly Fairbanks v. US 181, US 283, 294, 300:

7. Traveling in an automobile on the public roads was not a threat to the public safety or health and constituted no hazard to the public, and such a traveler owed no other duty to the public (eg the State), he / she and his / her auto, having equal right to and on the roadways / highways as horses and wagons, etc , this same right is still Substantive Rule, in that speeding, running stop signs, traveling without license plates, or registration, are not threats to the public safety, and thus, are not arrestable offenses Christy v. Elliot, 216 I 131, 74 IIE 1035, LRA NS 1905—1910: California v, Farley 98 CED Rpt. 89, 20 CA 3d 1032 (1971).

3

8. Under the United States Republic's Constitutional system of Government and upon the individuality and intelligence of the citizen, the State does not claim to control one's conduct to others, leaving one the sole judge as to all that affects oneself. Mugler v. Kansas 1213 US 623, 659—60:

9. Where Rights secured by the Constitution are involved, there can be no rule - making or legislation, which would abrogate them. Miranda v. Arizona 384 US 436, 125:

10. The claim and exercise of Constitutional Rights cannot be converted into a crime Miller v. Kansas 230 F 2nd 486, 489:

11. For a crime to exist, there must be an injured party (Corpus Delicti). There can be no sanction or penalty imposed on one because of this Constitutional Right. Sherer v. Cullen 481 F. 945:

12. If any Tribunal (court) finds absence of proof of jurisdiction over a person and subject matter, the case must be dismissed Louisville v. Motley 211 US 149, 29S. CT 42. "The Accuser Bears the Burden of Proof Beyond a Reasonable Doubt".

13. "Lack of Federal Jurisdiction can not be waived or overcome by agreement of parties". Griffin v. Matthews, 310 F Supra 341, 342 (1969): and "Want of Jurisdiction may not be cured by consent of parties" Industrial Addition Association v. C.I,R., 323 US 310, 313.

Whereas, In light of the foregoing Jurisprudence 'Stare Decisis' Supreme Court Decisions, Facts, and Law, and counter to the negative and 'colorable' social conditions instituted by State Persons of the Union States Society, there exists a blatant 'WANT OF JURISDICTION' on the part of the Union States Rights Republic (U S A.), its agents, personnel, contractors, and assigns Axioms are legally in force under National and International Law attending these issues And this Affiant (Natural Person - In Propria Persona) does not waive any rights, does not transfer power of attorney, and does not willingly consent to any public trial or hearing in any 'colorable' tribunal venue or non-Article III, unconstitutional jurisdiction The Official Oaths, the Obligations, and the Fiduciary duties of all accusers and bound 'claimants' to National Law and Order, Civilization Principles fixed in Constitution Law, still stands! Definition and Truth still Rules NON-COMPLIANCE is a Federal and International Law offence

Whereas, there is no question that a 'Bench Appearance Summons', Detention, Arrest and Ticket or Citation issued by a Police Officer or others for traveling with no driver's license, foreign driver's license, not having current registration, or mandatory insurance, etc , which carries a fine or jail time, is a penalty or sanction and is indeed "converting a right into a crime", thus violating Substantive Rights It is reasonable to assume that these Supreme Court judicial decisions are straight and to the point, that there is no lawful method for government to put restrictions or limitations on Rights belonging to the People

That the Organic United States Republic Constitution (derived from Ancient Moabite / Moorish Law) remains 'The Supreme Law of the Land' And all Treaties made, or which shall be made, under the Authority of The United States Flag of Peace, pursuant to United States Code, Title 4, Chapter 1 Any law that is Repugnant to the Constitution, shall remain forever 'colorable' and is Null and Void Marbury v Madison 5 U.S 137, 174, 176 (1803). Any Municipal Officer, Person, Personnel, Employee or Contractor who violate the Rights of the People or Citizens are subject to suit in their personal and / or official capacity to wit:

### Title 18, Part·1, Chapter 13 §241 of United States Codes of Law:

*If two or more persons conspire to injure, oppress, threaten, or intimidate any person in any State, Territory, commonwealth, Possession, or district in the free exercise or enjoyment of any right . or privilege secured to him by the Constitution or Laws of the United States, or because of his having so exercised the same; or*

*If two or more persons go in disguise on the highway, or on the premises of another, with the intent to prevent or hinder his free exercise or enjoyment of any right or privilege so secured -*

*They shall be fined under this title or imprisoned not more than ten years, or both; and if death results from the acts committed in violation of this section, or if such acts include kidnapping or an attempt to kidnap, aggravated sexual abuse or an attempt to commit aggravated sexual abuse, or an*

4

·

*attempt to kill, they shall be fined under this title or imprisoned for any term of years or for life, or both, or may be sentenced to death*

## 𝒯itle 18, Part I, Chapter 13 §242 of United States Codes of Law:

*𝒲hoever, under 'color' of any law, statute, ordinance, regulation, or custom, willfully subjects any person in any State, Territory, Commonwealth, Possession, or District to the deprivation of any rights, privileges, or immunities secured or protected by the Constitution or Laws of the United States, or to different punishments, pains, or penalties, on account of such person being an alien, or by reason of his color, or race, that are prescribed for the citizens, shall be fined under this title or imprisoned not more than one year, or both; and if bodily injury results from the acts committed in violation of this section, or if such acts include the use, attempted use, or threatened use of a dangerous weapon, explosives, or fire, shall be fined under this title or imprisoned not more than ten years or for life, or both, or may be sentenced to death*

𝒯herefore, in preservation of 'The Rights of Indigenous Peoples' and the Preservation of the Rights of the People, in accord and defence of the Constitution for the United States Republic of North America and its Republican Form of Government - being the 'Supreme Law of the Land', and primal to the contractual liabilities, Oath - bound Obligations, and Fiduciary Duties of the Officers of the Courts - Federal, State, City, and Municipal, etc , I hereby, Demand the enforcement of the De jure Laws of the United States, and all Treaties made under the Authority of The United States, in accord with Article VI of the Constitution, The Bill of Rights, The Declaration of the Rights of the Child, The Rights of Indigenous Peoples, The Universal Declaration of Human Rights, The United Nations Charter, Article 55(c), The United States Supreme Court - 'Acts of State'; The Foreign Sovereign Immunities Act 28 USC 1601, et Sequa., The Convention on 'International Road Traffic'—Day 19, September 1949, The World Court Decisions, The Hague, Netherlands, Day 21, January 1958 A D = 1378 M C, and "Executive Order 13107" - United States Republic, North America The Implementation of Human Rights Treaties, The National Constitution for the Continental United States, Article III, Section 2, Amendment V - Liberty Clause; Amendment IX, etc , etc. I hereby, Demand a Dismissal of any and all unconstitutional sanctions, claims, or other warrants or charges made or issued, which are devoid of true identity personages, a denial of 'Due Process' of a 'Trial' by a Jury of my own National Peers, or absent of a verified and lawful Indictment, sanctioned by an assembled Grand Jury, and that I be availed all lawful Constitutional - secured safeguards, established by the Supreme Law, with documented proper Jurisdiction and Venue confirmed and in place

𝒲herefore all parties of interest are Authorized by this Writ, pursuant to National and International Law, to honor all Substantive Rights and Constitutional Immunities reserved for, and to, this Aboriginal / Indigenous Free and Sovereign Moor / Muur*. All Officials are to enlist all available and appropriate measures to ensure, and assure, that all My Substantive Rights and Constitutionally - secured Rights and Immunities are not violated, not breached, nor abridged. The Sovereign, Natural Being, named herein, is not to be Arrested nor held for Detention under any 'colorable' circumstances¹ You are to notify the active Ministers of the Aboriginal / Indigenous Moorish Nationals of the Territory (Organic Land) The Natural Person named herein is NON-OBLIGATORY and thus Exempt from Customs, Tariffs, Taxation, 'Owner in Fee' permit-deception Constructs, and from any other hindrance or restriction of His or Her Freedoms, Allodial Properties, Compensations, Rights of Travel, or Freedom of Movement on, in, or within, any member or non-member States of the United States Union, etc The Moor / Muur (bearer of this Indigenous Peoples' Document) is to be treated with all due Respect and 'Due Process' Rights under the Law All available and appropriate measures are to be taken to prevent injustice, harm, false arrest, trumped – up charges, or attack on the Natural Being's Person, Property, Personalty, Conveyances, Freedoms, and / or Dignity

ℰxplicit Reservation and use of 'All Rights Reserved Without Prejudice' U C C 1– 207 / 308, U.C C. 1-103, is Noted To All Federal, State, City, and Municipal Peace Officers, in harmony with State's Statutes, and indicates the Reservation of My Rights Whereby I may Reserve My Substantive Rights and Constitutional - secured Rights and Immunities to 'NOT' be Compelled to perform under any Contracts or Agreements that I have not entered into knowingly, voluntarily, willingly, or unintentionally I do not accept any actual or implied 'Liabilities' associated with any 'COMPELLED - BENEFITS' of any 'unrevealed' or deceptively-imposed commercial contracts. I, furthermore, do not sanction any 'unconstitutional' rules or policies, nor acts of Misprision committed by any U S Government or State Officials, at any level, claimed by any of them, in the

5

name of the United States Republic, nor do I assent to any implied colorable policies made by alleged representatives, as being sanctioned by the People and Citizens  Consider any formerly-assumed constructs alleged to be related to me as being misrepresentations and thusly 'Cured' forthwith  Let it be known ..

*Represent* means to 'Depict' to 'Portray', to 'Symbolize' and to 'Stand for'  Let it be known that the Union States Society 'Bar Association' Lawyers, Esquires, and Attorneys of European Colonial descent, and foreign corporation, cannot depict, portray or symbolize a Free Moor, as they are not of the same Nation Jurisdiction, Customs, or National Peers, and cannot sit in judgment of any Free Moor (Acts of State).  Europeans are not Indigenes to the Land (Americas) - Moors are Aboriginal!  Union States Lawyers and Attorneys operate in Demo - political format, which is contrary to Article IV, Section 4 of the Constitution for the United States   Moors operate in a Republican Form of Government, conjoined with Isonomi Principles - being in harmony with the Constitution  Moors respect Constitution Principles.  The unconstitutional Tribunals operating under the Union States Society conflicts with, and is repugnant to, "Due Process" under Constitution Principles, and functions primarily in 'colorable' procedures  Therefore, no 'Fair', 'Just' trial, or remedy is availed to the Natural Peoples of the Land, through such 'colorable' processes!  These violating acts constitute a 'Conflict of Interest', a 'Conflict of Law' and clearly establishes the 'Federal Questions' of 'Diversity of Citizenship'; a Conflict of Identity, and of Nationality etc  Thus, a clear 'Averment of Jurisdiction' is also hereby proclaimed and advanced. Only Moors can 'Present' and 'Depict' themselves as being Moors / Al Moroccans, and Aboriginal /Indigenes of the Land!  Thus, only Moors can 'Present' 'Self'!

*J*, Cecil Shah El  A real, live flesh and blood, breathing, non-fictional, and Natural Being, born of a natural Mother, do solemnly, sincerely, and squarely Affirm that the foregoing facts contained in this Constructive and Actual Judicial Notice and Proclamation, by Affirmed Affidavit, are true, to the best of my knowledge, Culture, Customs and Beliefs, being actual, correct, not misleading, etc , and being the Truth, the whole Truth, and nothing but the Truth

*Hibu* (Love),  *Haqq* (Truth),  *Salaam* (Peace),  *Hurryatun* (Freedom),  Adl (Justice),

*All* Rights Reserved Without Prejudice / Recourse, Allodial Claim

*J* Am ___Cecil Shah El_____
Natural Person - In Propria Persona - Authorized Representative  All Rights Reserved

*Aboriginal* / Indigenous, free Sovereign Moor - Natural Person of the Land, 'In Propria Persona' (Not Pro Se Nor Colorable)

'Moors / Muurs  The Aboriginal and Indigenous Natural Peoples and True Inheritors of the Lands (Territories) - North America, Central America, South America, and the Adjoining Islands
Al Moroc / Amexem / Americans)

*By* Special Appearance, in Honor, the Divine Being, Cecil Shah El, Affirms that He / She is the Natural Person / Divine Being herein named, existing in His / Her own Proper Person, meeting the 'law of evidence' as required and defined in 'Identity', affirmed by Lawful, Substantive Right; by Birthright, and respectively acknowledged - being lawfully qualified and competent to execute this Document  I therefore place my hand and seal thereto

*Chronos* Day 28   Month April   Year 2018

*J* Am ___C. of said El  R.S._____
Vizir / Minister· Natural Person  In Propria Persona - Authorized Representative, All Rights Reserved
Free Moor / Muur
Southwest Amexem / Northwest Africa / North America

*Witness* Junk Bang Bey_____
Natural Person - In Propria Persona - All Rights Reserved

*Witness* Ituzus Shah Bey_____
Natural Person   In Propria Persona   All Rights Reserved and Aboriginal and Indigenous Peoples  Uwmemem  Southwest Amexem / Northwest Africa / North America / The Moroccan Empire  Continental United States

6



**THE MOORISH NATIONAL REPUBLIC**
**FEDERAL GOVERNMENT NORTHWEST AFRICA.**
**THE MOORISH DIVINE AND NATIONAL MOVEMENT OF THE WORLD**
*Northwest Amexem / Northwest Africa / North America.*
'**The North Gate'.**
**Societas Republicae Ea Al Maurikanos.**
**Aboriginal and Indigenous Natural Peoples of the Land.**
**The true and de jure Al Moroccans / Americans.**



FILED
SEP 1 0 2019
Maureen A. Josh
Clerk of the Circuit Court
DeKalb County, Illinois

# 𝕹𝖔𝖙𝖎𝖈𝖊 𝕺𝖋 𝕻𝖚𝖇𝖑𝖎𝖈 𝕽𝖊𝖈𝖔𝖗𝖉𝖘 𝕮𝖔𝖗𝖗𝖊𝖈𝖙𝖎𝖔𝖓

## 𝕴𝖓𝖙𝖊𝖗𝖓𝖆𝖙𝖎𝖔𝖓𝖆𝖑 𝕯𝖔𝖈𝖚𝖒𝖊𝖓𝖙

**For The Record, To Be Read Into The Record**

**Notice to Agent is Notice to Principal – Notice to Principal is Notice to Agent.**

This International Correspondence and Public Notice is hereby presented and forwarded to you relative to the corrected appellation and proclaimed Nationality, which affirms my political status and allegiance to my Ancestral Estate and Ancient Principals of Government, in harmony with the American Constitution 1791.

You are hereby given honorable Notice. This correction is made in accord with the Five Principals of Love, Truth, Peace, Freedom and Justice, exercising my natural Substantive Rights and Religious Heritage; is self executing.

Attached is a one page Name correction and six page International Proclamation.

In Honour Always,
Thank You,
I Am:
Dominus Nobilis El, Consul
Authorized Representative
Flesh and Blood Being, In Propria Persona
All Rights Reserved: Without Recourse, With Prejudice
Northwest Amexem

1 of 1



  

# Moorish National Republic Federal Government
## ~ Societas Republicae Ea Al Maurikanos ~
### Moorish Divine and National Movement of the World
### Northwest Amexem / Northwest Africa / North America / The Northgate
## New Jerusalem
### ~ ~ Temple of the Moon and Sun~ ~
## The True and De Jure Natural Peoples — Heirs of the Land
### ~ I.S.L.A.M ~

---

**To**: [UNITED STATES SOCIAL SECURITY ADMIN CORPORATION]
1300 D STREET SW
WASHINGTON, DC 20024    # 7018 2290 0000 4824 5411

**Mail:** Documents or requests for copies can be submitted to:
State Department of Assessments and Taxation /UCC
301 W Preston Street, Baltimore, MD 21201

FILED

OCT 29 2019

Maureen A. Josh
Clerk of the Circuit Court
DeKalb County, Illinois

CC: [MAYOR MURIEL BOWSER]
JOHN A WILSON BUILDING
1350 PENNSYLVANIA AVENUE, NW
WASHINGTON, DC 20004

cc: [DISTRICT OF COLUMBIA GOVERNMENT CORPORATION]
RECORDER OF DEEDS
1101 4TH STREET, SW, 5TH FLOOR
WASHINGTON, DC 20024

cc: [OFFICE OF TAX AND REVENUE]
JEFFREY S. DEWITT dba CFO
1101 4th St SW #270
WASHINGTON, DC 20024

**From:** Moorish American Consulate
Moorish National Republic Federal Government
Cecil Shah El, Consul/Minister
Care of: 7130 S. Morgan
Near [Chicago, Illinois [Zip 60621]]

**Affidavit of written Initial Uniformed Commercial Code Financing Statement**
National Safe Harbor Program UCC § 9-521 whereby Nationals who file written UCC1 claims
can file UCCs in any state.

1

EA20

  

# Moorish National Republic Federal Government
## ~ ~Societas Republicae Ea Al Maurikanos~ ~
### Moorish Divine and National Movement of the World
#### Northwest Amexem / Northwest Africa / North America / The Northgate
##### New Jerusalem
### ~ ~Temple of the Moon and Sun~ ~
## The True and De Jure Natural Peoples — Heirs of the Land
### ~ ~I.S.L.A.M~ ~

### § 28:9-521. Uniform form of written financing statement

**RE: THIS IS AN INITIAL UNIFORMED COMMERCIAL CODE FIXTURE FILING PER DC OFFICIAL CODES**
§ 28:9-501, § 28:9-502, § 28:9-516a, § 28:9-516b, § 28:9-520c, § 28:9-521 and all other applicable codes
concerning Secured Party Creditors and Initial Filings.

§ 28:9-521 Uniform form of written financing statement - A filing office that accepts written records
may not refuse to accept a written initial financing statement in this form and format except for a
reason set forth in <u>§ 28:9-516(b)</u> entitled "What constitutes filing; effectiveness of filing". (a) Except
as otherwise provided in subsection (b), communication of a record to a filing office and tender of
the filing fee **or acceptance of the record by the filing office constitutes filing.**

§ 28:9-501 Filing Office.
Except as otherwise provided in subsection (b), if the local law of the District governs perfection of a
security interest or agricultural lien, the office in which to file a financing statement to perfect the
security interest or agricultural lien is:
**(1)** The Recorder of Deeds, if **(B)** The financing statement is filed as a fixture filing and the collateral is
goods that are or are to become fixtures; or
**(2)** The Mayor in all other cases, including a case in which the collateral is goods that are or are to
become fixtures and the financing statement is not filed as a fixture filing.
**(b)** The office in which to file a financing statement to perfect a security interest in collateral,
including fixtures, of a transmitting utility is the Office of the Mayor. The financing statement also
constitutes a fixture filing as to the collateral indicated in the financing statement which is or is to
become fixtures.

§ 28:9-515 Duration and effectiveness of financing statement; effect of lapsed financing
statement. **(f)** If a debtor is a transmitting utility and a filed initial financing statement so
indicates, the financing statement is effective until a termination statement is filed.

### § 28:9-521:

"Written UCC1 FINANCING STATEMENT

2

  

## Moorish National Republic Federal Government
### ~ Societas Republicae Ea Al Maurikanos ~
#### Moorish Divine and National Movement of the World
#### Northwest Amexem / Northwest Africa / North America / The Northgate
#### New Jerusalem
### ~ Temple of the Moon and Sun ~
## The True and De Jure Natural Peoples — Heirs of the Land
### ~ I.S.L.A.M ~

"FOLLOW INSTRUCTIONS

"A.    NAME & PHONE OF CONTACT AT FILER (optional)

**Moorish American Consulate**
**Cecil Shah El**

"B.    E-MAIL CONTACT AT FILER (optional)

**shawcecil@yahoo.com @gmail.com**

"C.    SEND ACKNOWLEDGMENT TO: (Name and Mailing location)

**Moorish American Consulate**
**Moorish National Republic Federal Government**
**Care of: 7130 S. Morgan**
**Near [Chicago ,Illinois [60621]]**

_____

"THE ABOVE SPACE IS FOR

"FILING OFFICE USE ONLY

_____

"1.    **DEBTOR'S NAME:** Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here [    ] and provide the Individual Debtor information in item 19 of the Finance Statement Addendum Form (Form UCC1Ad)

"1a.    ORGANIZATION'S NAME

"Cecil Othell Shaw"

3

  

# Moorish National Republic Federal Government
### ~ Societas Republicae Ea Al Maurikanos ~
#### Moorish Divine and National Movement of the World
#### Northwest Amexem / Northwest Africa / North America / The Northgate
### New Jerusalem
### ~ Temple of the Moon and Sun ~
## The True and De Jure Natural Peoples — Heirs of the Land
#### ~ I.S.L.A.M ~

"OR

1b. "…………………………………………………."

"ADDITIONAL NAME(S)/INITIAL(S) THAT ARE PART OF THE NAME OF THIS DEBTOR SUFFIX

"CECIL OTHELL SHAW "

"1c.      MAILING ADDRESS

"          7130 S. Morgan

"CITY STATE        POSTAL CODE        COUNTRY

"Chicago      Illinois  60621          U.S."

"2.      DEBTOR'S NAME: Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name; if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1blank, check here [    ] and provide the Individual Debtor information in item 10 of the Finance Statement Addendum Form (Form UCC1Ad)

"2a.      ORGANIZATION'S NAME

"U.S. SOCIAL SECURITY NUMBER 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"

OR

2b.      INDIVIDUAL'S SURNAME FIRST PERSONAL NAME

"…………………………………………….."

ADDITIONAL NAME(S)/INITIAL(S) THAT ARE PART OF THE NAME OF THIS DEBTOR SUFFIX

2c.      MAILING ADDRESS

CITY STATE        POSTAL CODE        COUNTRY

4

  

## Moorish National Republic Federal Government
### ~ Societas Republicae Ea Al Maurikanos ~
#### Moorish Divine and National Movement of the World
#### Northwest Amexem / Northwest Africa / North America / The Northgate
### New Jerusalem
### ~ Temple of the Moon and Sun ~
### The True and De Jure Natural Peoples — Heirs of the Land
#### ~ I.S.L.A.M ~

**3. SECURED FIRST PARTY CREDITOR'S APPELLATION:**

**Provide only one Secured First Party Appellation (3a or 3b)**

"3a. ORGANIZATION'S NAME

"....................."

**3b. Moorish American Appellation**

**Cecil Shah El**

"ADDITIONAL NAME(S)/INITIAL(S) SUFFIX

"...................................................................................

**"3c. 7130 S. Morgan**

"
**Care of: 7130 S. Morgan**

**"CITY STATE      POSTAL CODE      COUNTRY**

"Near [Chicago Illinois] [60621]

"4. COLLATERAL: This financing statement covers the following collateral:

1. **" This financing statement covers the following collateral: The collateral covered by this financing statement is the indebtedness of the debtor to the secured (first) party creditor in the sum certain amount of: 100 million gold backed lawful tender Due for each parcel the debtor is occupying upon the land to which Cecil Shah El of the Moorish National Republic Federal Government is heir to pursuant to the Treaty of Peace and Friendship 1786 and 1836 and the American Mandate for the Land, currently held in the United Nations Trusteeship System (1946) in Geneva Switzerland, and the Constitution for the United States 1791. Nunc pro tunc. This True Bill in Commerce has been executed pursuant to the following Uniform Commercial Codes that govern the Private secured party creditor. Charges are also calculated pursuant to the number of foreign CORPORATIONS that are using the said UNITED STATES SOCIAL SECURITY NUMBER 340 74 0505 without full disclosure of contract terms. The said treaty is the attached Library of Congress certified publication entitled THE PUBLIC STATUTES AT LARGE OF THE UNITED STATES OF AMERICA, volume 8**

5

  

# Moorish National Republic Federal Government
## ~ Societas Republicae Ea Al Maurikanos ~
### Moorish Divine and National Movement of the World
#### Northwest Amexem / Northwest Africa / North America / The Northgate
# New Jerusalem
## ~ Temple of the Moon and Sun ~
# The True and De Jure Natural Peoples — Heirs of the Land
### ~ I.S.L.A.M ~

pages 100 through 105, certified September 26, 1990, signed and sealed by Library of Congress Photoduplication Service Acting Chief Shirley M. Berry on November 8, 2007.Charges are additionally calculated pursuant to all writs and affidavits (Statements of Truth in Law, Amity, Trade & Commerce) filed by Cecil Shah El where the above mentioned CORPORATE FICTION NAME AND UNITED STATES SOCIAL SECURITY NUMBER has caused injury to the estate of the Secured First Party Creditor at any and all times on the land pursuant to the said Treaty. Proof of service of each writ and affidavit provided upon request by debtor. Creditors notice against the liable parties is the judgement. Res Judicata. Stare Decisis. Right of the Secured Party Creditor. Additionally, this claim is filed pursuant to Common Law Claims, Writ of Plevin, International Commercial Claims, Aboriginal & Imperial Claims (Antiquitous Claims). THIS IS A FIXTURE FILING TO ENCUMBER Land, Property, Real Estate, and all commercial transactions by debtor (all Principals and agents) on the said land. SEE attached FOREIGN CORPORATIONS and ENTITIES using the UNITED STATES SOCIAL SECURITY NUMBER or who have used the said NUMBER of which there are 1,000s some of which are included as part of this fixture filing*UCC 9-607 collection and enforcement by secured party*UCC 9-203 Attachment and enforceability of security interest*UCC 9-609 Secured Party's Right to take Possession after default.

"5.     Check only if applicable and check only one box:

"Collateral is     **XX held in a Trust (see Instructions)**

"□ being administered by a Decedent's Personal Representative.

"6a.     Check only if applicable and check only one box:

"□ Public-Finance Transaction    □ Manufactured-Home Transaction

"**XX A Debtor is a Transmitting Utility**

"6b.     Check only if applicable and check only one box:

"□ Agricultural Lien    □ Non-UCC Filing

"7.     ALTERNATIVE DESIGNATION (if applicable):    □ Lessee/Lessor □ Consignee/Consignor □ Seller/Buyer □ Bailer/Bailor □ Licensee/Licensor

"8.     OPTIONAL FILER REFERENCE DATA ( Maximum Principal Indebtedness)





# Moorish National Republic Federal Government
## ~ Societas Republicae Ea Al Maurikanos ~
### Moorish Divine and National Movement of the World
#### Northwest Amexem / Northwest Africa / North America / The Northgate
### New Jerusalem
## ~ Temple of the Moon and Sun ~
# The True and De Jure Natural Peoples — Heirs of the Land
## ~ I.S.L.A.M ~

"The Governing Principle does extend to The League of Nations American Mandate for the Land, held in Geneva Switzerland (1948), The United Nations American Mandate for the Land held in the United Nations Trusteeship (1948) and the Amendment XIII (20 sections) of the Constitution for the United States of America, ratified: Nov 18, 1865 by ¾ of the several states. We, the Moors at North America, claim trusteeship, heirship, executorship, administration of, and beneficiary status of all land in the western hemisphere and all land as mandated by our Ancient Aboriginal Pharaonic Ancestors.

FILED

OCT 29 2019

Maureen A. Josh
Clerk of the Circuit Court
DeKalb County, Illinois

**B**y Special Appearance, in Honor, the Divine Being **I Cecil Shah El**, Affirms that She/He is the Natural Person and Divine Being herein named, existing in Her/His own Proper Person; affirmed by Lawful, Substantive Right; by Birthright; and respectively acknowledged - being lawfully qualified and competent to execute this Document. I therefore place my hand and seal thereto and in favor of all Moorish America Nationals at North America/New Jerusalem.

**C**hronos:

Day:_____    Month:_____    Year:_____

**I** Am:_____

Cecil Shah El
Mohammedan Minister/Vizier/Consul, Northwest Amexem, North America
Signature – All Rights Exercised at all times (**Omnia Iura Reservantis**)
C/o Mailing location: 911 SW 314ᵗʰ Place
Near [Federal Way Washington Republic[Zip Exempt 98023]]
Northwest Amexem – Northwest Africa – North America – The North Gate
New Jerusalem
Nothing in this affidavit shall be interpreted as consent to any jurisdiction that is not in the jurisdiction of my ancient ancestral inherited estate at any point in time.

  

# Moorish National Republic Federal Government
## ~ Societas Republicae Ea Al Maurikanos ~
### Moorish Divine and National Movement of the World
#### Northwest Amexem / Northwest Africa / North America / The Northgate
## New Jerusalem
### ~ Temple of the Moon and Sun ~
## The True and De Jure Natural Peoples — Heirs of the Land
### ~ I.S.L.A.M ~

Amen, amen dico vobis, quæcumque alligaveritis super terram erunt ligata
et Ego in caelo et quaecumque solveritis super terram erunt soluta et in caelo





  

## Moorish National Republic Federal Government
### ~ Societas Republicae Ea Al Maurikanos ~
**Moorish Divine and National Movement of the World**
**Northwest Amexem / Southwest Amexem / Central Amexem / Adjoining Atlantis and Americana Islands**
~ I.S.L.A.M. ~

## Affidavit of Written Initial Universal Commercial Code Financing Statement
### Fixture Filing, Land and Commercial Lien

National Safe Harbor Program UCC § 9-521 whereby Nationals who file written UCC1 claims can file UCCs in any state.

[March 19, 2019]

**To: [JACKSON COUNTY, ILLINOIS] and all derivatives thereof**
**USPS CERTIFIED MAIL 7016 3560 0000 6584 3855**

JACKSON COUNTY CLERK AND RECORDER
AND ALL ASSIGNS, AGENTS AND HEIRS
**MAILING LOCATION:**
**1001 WALNUT MURPHYSBORO, ILLINOIS 62966-2194**
Phone (618) 687-7360 Fax (618) 687-7359



**FILED**
MAR 22 2021
Lori Grubbs
Clerk of the Circuit Court
DeKalb County, Illinois

Mail: Documents or requests for copies can be submitted to:
Cc: [MAYOR MURIEL BOWSER]
JOHN A WILSON BUILDING
1350 PENNSYLVANIA AVENUE, NW
WASHINGTON, DC 20004
eom@dc.gov
7016 3560 0000 6584 3862
Cc: [DISTRICT OF COLUMBIA GOVERNMENT CORPORATION]
RECORDER OF DEEDS
1101 4TH STREET, SW, 5TH FLOOR
WASHINGTON, DC 20024
lda.williams@dc.gov
7016 3560 0000 6584 3879
Cc: [OFFICE OF TAX AND REVENUE – JEFFREY DEWITT]
1101 4th St SW #270
WASHINGTON, DC 20024

ocfo@dc.gov
7016 3560 0000 6584 3886
**From: Moorish American Consulate**
Moorish National Republic Federal Government
Cecil Shah El
Care of 7130 S Morgan
Near. [CHICAGO, ILLINOIS]

**Affidavit of written Initial Universal Commercial Code Financing Statement Fixture Filing**
**§ 28:9-521. Universal form of written financing statement**

**RE: THIS IS AN INITIAL UNIVERSAL COMMERICAL CODE FIXTURE FILING PER DC OFFICIAL CODES**
**§ 28:9-501, § 28:9-502, § 28:9-516a, § 28:9-516b, § 28:9-520c, § 28:9-521** and all other applicable codes concerning Secured Party Creditors and Initial Filings.

**§ 28:9-521 Universal form of written financing statement** - A filing office that accepts written records may not refuse to accept a written initial financing statement in this form and format except for a reason set forth in § 28:9-516(b) entitled "What constitutes filing; effectiveness of filing". (a) Except as otherwise provided in subsection (b), communication of a record to a filing office and tender of the filing fee **or acceptance of the record by the filing office constitutes filing.**

**§ 28:9-501 Filing Office.**
Except as otherwise provided in subsection (b), if the local law of the District governs perfection of a security interest or agricultural lien, the office in which to file a financing statement to perfect the security interest or agricultural lien is:
(1) The Recorder of Deeds, if (B) The financing statement is filed as a fixture filing and the collateral is goods that are or are to become fixtures; or
(2) The Mayor in all other cases, including a case in which the collateral is goods that are or are to become fixtures and the financing statement is not filed as a fixture filing.
(b) The office in which to file a financing statement to perfect a security interest in collateral, including fixtures, of a transmitting utility is the Office of the Mayor. The financing statement also constitutes a fixture filing as to the collateral indicated in the financing statement which is or is to become fixtures.

1 MACN-R000000262_Affidavit of Universal Commercial Code 1 FINANCING STATEMENT [CECIL OJHELL SHAW]
Being Aboriginal and Indigenous Peoples' Documents: Southwest Amexem / Northwest Africa  North America  The North Gate  The Moroccan Empire 
Continental United States,  Temple of the Moon and Sun  'Turtle Island' Non - Domestic, Non - Resident, Non  Subject,
 - Moors - Murus - Being the Rightful Heirs and Primogeniture Birthright - Inheritors of the Land

EXA121

  

**§ 28:9-515 Duration and effectiveness of financing statement**, effect of lapsed financing statement. (f) If a debtor is a transmitting utility and a filed initial financing statement so indicates, the financing statement is effective until a termination statement is filed.

**§ 28:9-521: Universal form of written financing statement and amendment.**

### UCC1 FINANCING STATEMENT
FOLLOWING INSTRUCTIONS

**A. NAME & PHONE OF CONTACT AT FILER (OPTIONAL)**
Cecil Shah El
708752-1108

**B. EMAIL CONTACT AT FILER (OPTIONAL)**
shawceeil@yahoo.com

**C. SEND ACKNOWLEDGEMENT TO: (Name and Address)**
Moorish American Consulate
Moorish National Republic Federal Government
Cecil Shah El
Care of 7130 S. Morgan
Near [Chicago, Illinois Republic] ZIP EXEMPT North America
"THE ABOVE SPACE IS FOR

"FILING OFFICE ONLY

**1. DEBTOR'S NAME: Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here [ ] and provide the Individual Debtor information in item 19 of the Finance Statement Addendum Form (Form UCC1Ad)**

**1a. ORGANIZATION'S NAME**
[Cecil Othell Shaw]
OR

**1b. INDIVIDUAL'S SURNAME FIRST PERSONAL NAME**

**ADDITIONAL NAME(S)/INITIAL(S) THAT ARE PART OF THE NAME OF THIS DEBTOR SUFFIX**
[CECIL OTHELL SHAW]

**1c. PROPERTY ADDRESS**
1001 WALNUT
**CITY STATE      POSTAL CODE      COUNTRY**
MURPHYSBORO, ILLINOIS 62966-2194   U.S.

**2. DEBTOR'S NAME: Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name; if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1blank, check here [ ] and provide the Individual Debtor information in item 10 of the Finance Statement Addendum Form (Form UCC1Ad)**

**2a. ORGANIZATION'S NAME**
[JACKSON COUNTY, ILLINOIS BIRTH CERTIFICATION, NUMBER 112-83-031866
OR

**2b. INDIVIDUAL'S SURNAME FIRST PERSONAL NAME**

**ADDITIONAL NAME(S)/INITIAL(S) THAT ARE PART OF THE NAME OF THIS DEBTOR SUFFIX**

**2c. MAILING ADDRESS**
1001 WALNUT
**CITY STATE      POSTAL CODE      COUNTRY**
MURPHYSBORO, ILLINOIS U.S.

**3. SECURED FIRST PARTY CREDITOR (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only one Secured Party name (3a or 3b)**
Moorish National Republic Federal Government

**3a. ORGANIZATION'S NAME**

**3b. APPELLATION**
Cecil Shah El

**ADDITIONAL NAME(S)/INITIAL(S) SUFFIX**

**3c. MAILING LOCATIO**
Care of: 7130 S. Morgan
**[CITY STATE      POSTAL CODE      COUNTRY]**
Near. [CHICAGO, ILLINOIS] Zip Exempt

2 MACN-R000000262_Affidavit of Universal Commercial Code 1 FINANCING STATEMENT [CECIL OTHELL SHAW]
Being Aboriginal and Indigenous Peoples' Documents  Northwest Africa - Northwest Amexem - North America - The North Gate - The Moroccan Empire - Continental United States, 'Temple of the Moon and Sun' - 'Turtle Island' Non - Domestic, Non - Resident, Non  Subject.
- Moors - Mimes - Being the Rightful Heirs and Primogenuine Birthright - Inheritors of the Land.

  

Without the UNITED STATES OF AMERICA

**4. COLLATERAL: This financing statement covers the following collateral:**

This financing statement covers the following collateral: The collateral covered by this financing statement is the indebtedness of the debtor to the secured (first) party creditor in the sum certain amount of: $1,000,000,000,000,000,000 in gold backed lawful tender Due for each parcel the debtor is occupying upon the land to which Cecil Shah El and all Moorish American Nationals of the Moorish National Republic Federal Government, the Moorish American Consulate and The Moorish Divine and National Movement of the World are heirs to pursuant to the Treaty of Peace and Friendship 1786 and 1836 and the American Mandate for the Land. previously held in the United Nations Trusteeship System (1946) in Geneva Switzerland, and the Constitution for the United States 1791. Nunc pro tunc. This True Bill in Commerce has been executed pursuant to the following Universal Commercial Codes that govern the Private secured First party creditor. Charges are also calculated pursuant to the fraud and other violations committed against the Moorish American Nationals at North America, including the of foreign CORPORATION that are using the said JACKSON COUNTY, ILLINOIS BIRTH CERTIFICATION AND NUMBER 112-83-031866, without full disclosure of contract terms, as well as indebtedness for debt engaged into before the said Constitution and for occupying the land of the Moorish American Nationals. The said treaty is the attached Library of Congress certified publication entitled THE PUBLIC STATUTES AT LARGE OF THE UNITED STATES OF AMERICA, volume 8 pages 100 through 105, certified September 26, 1990. signed and sealed by Library of Congress Photoduplication Service Acting Chief Shirley M. Berry on November 8, 2007. Charges are additionally calculated pursuant to All writs and affidavits (Statements of Truth in Law, Amity, Trade & Commerce) filed by the Moorish American Nationals where the abovementioned debtors have caused injury to the estate of the Secured First Party Creditor at any and all times on the land pursuant to the said Treaty. Proof of service of each writ and affidavit is attached. Creditors notice against the liable parties is the judgement. Res Judicata, Stare Decisis. Right of the Secured Party Creditor. Additionally, this claim is filed pursuant to International Commercial Claims, Aboriginal & Imperial Claims (Antiquitous Claims). THIS IS A FILING TO ENCUMBER Land, Property, Real Estate, and all commercial transactions by debtor (all Principals and agents) also pursuant to *UCC 9-607 collection and enforcement by secured party*UCC 9-203 Attachment and enforceability of security interest*UCC 9-609 Secured Party's Right to take Possession after default. All contracts with the UNITED STATES CORPORATION COMPANY are cancelled effective September 11, 2018.

**New Contracts with the Moorish National Republic Federal Government for the debtors are as follows:**

All debtors named above have current contracts with the Moorish American Nationals at North America which is the Treaty of Peace and Friendship 1786/1836, the Constitution for the united States 1791 and this UCCI financing statement whose document number is 7016 3560 0000 6584 3879

**The Moorish American Consulate record number for this lawful document is MACN-R000000262 and downloadable from the following website link:**

The terms of your contract with The Moorish National Republic Federal Government, The Moorish American Consulate and the Moorish American Nationals is that the Moorish American Nationals are to be respected as the Secured First Party creditors at all times and now the new heirs to **[CECIL OTHEL SHAH]** and all of its intellectual property and holdings. Contract particulars are to be discussed as soon as this notification is confirmed received by **[FRANK L. BYRD d/b/a CLERK AND RECORDER OF JACKSON COUNTY, ILLINOIS]**

The only flag that will fly at North America, Morocco is the Moorish American Flag [red with five pointed green star] and all "US Banners of Amity and Commerce" are outlawed and are 'Commanded to be 'Removed Immediately. All Indigenous People who are not of the Moorish Nation (Melanin dominant) Birthright and Bloodline are subjects of the Moorish American Nationals. All immigrants who do not pledge sincere allegiance to the Moorish Flag will be arrested and detained and/or deported. All who pledge allegiance to the Moorish National Republic Federal Government and the Moorish American Flag will be made subjects and are mandated to protect and serve the Moorish American Nationals upon our land.

The property has been conveyed unto the Moorish National Republic Federal Government Trust under record number **MACN-R999999999**, along with the private trust of Cecil Shah El under record number **MACN-R000000262** which can be downloaded along with a copy of the Declaration of Trust of the Moorish National Republic Federal at www.MoorishAmericanConsulate.org/PUBLIC_NOTICE.

All utilities and living services at Morocco are at no charge or feudal fee to the Moorish American Nationals. The Moorish National Republic Federal Government is the only government with superior jurisdiction at North America. Only gold and silver are to be used as currency in payment of debts. Fiat currency, FEDERAL RESERVE DEBT NOTES are outlawed forever.

You will not charge the Moorish American Nationals any currency, money, or otherwise as you are the debtors and the Moorish American Nationals are the Creditors.

**5. Check only if applicable and check only one box:**

Collateral is    ☐xx held in a Trust (see Instructions)
           ☐ being administered by a Decedent's Personal Representative.

**6a. Check only if applicable and check only one box:**
       ☐ **Public-Finance Transaction**    ☐ **Manufactured-Home Transaction**
       ☐ **xx A Debtor is a Transmitting Utility**

3 MACN-R000000262_Affidavit of Universal Commercial Code 1 FINANCING STATEMENT [CECIL OTHEL SHAW]

Being Aboriginal and Indigenous Peoples' Documents Northwest Amexem - Northwest Africa - North America - 'The North Gate' - The Moroccan Empire –
Continental United States - Temple of the Moon and Sun' - 'Turtle Island' Non - Domestic, Non - Resident. Non - Subject.
Moors - Mures - Being the Rightful Heirs and Primogenitor Birthright - Inheritors of the Land

  

**6b. Check only if applicable and check only one box:**
☐ Agricultural Lien  ☐ Non-UCC Filing

**7. ALTERNATIVE DESIGNATION (if applicable):**
☐ Lessee/Lessor ☐ Consignee/Consignor ☐ Seller/Buyer ☐ Bailer/Bailor ☐ Licensee/Licensor

**8. OPTIONAL FILER REFERENCE DATA** (Maximum Principal Indebtedness)
The Governing Principle does extend to the American Mandate for the Land, held in Geneva Switzerland (1948), The United Nations American Mandate for the Land held in the United Nations Trusteeship (1948) and the Amendment XIII (20 sections) of the Constitution for the United States of America, ratified: Nov 18, 1865 by ¾ of the several states. We, the Moors at North America, claim trusteeship, heirship, executorship, administration of, and beneficiary status of all land in the western hemisphere and all land as mandated by our Ancient Aboriginal Pharaome Ancestors.

**Notice to Agent is Notice to Principal and Notice to Principal is Notice to Agent.**

Upon my inherited status, I Cecil Shah El, being a descendant of The Ancient Moabites in other respect known as American - Al Moroccan – Moor, standing squarely affirmed upon my Oath to the 'Five Points of Light' – **Love, Truth, Peace, Freedom, and Justice;** Being competent (In My Own Proper Person) to Attest to this Affidavit upon which I place my Signature; Whereas, I State, Proclaim, and Declare the following to be true, correct, not misleading, and not intended to be pressented for any misrepresented, 'colored' or improper use or purpose.

I Am:

*Cecil Shah-El*

All Rights Reserved without prejudice 1- 207/3081-103

Cecil Shah El
Moorish American National of Northwest Amexem
Autograph – **Omnia Iura Reservantis**
c/o 7130 S. Morgan
Near: Corporate [CHICAGO, ILLINOIS]
Northwest Amexem – Northwest Africa – North America – The North Gate
Tantum est unum exitum

4 MACN-R000000262_Affidavit of Universal Commercial Code 1 FINANCING STATEMENT [CECIL OTHELL SHAW]
Being Aboriginal and Indigenous Peoples' Documents Northwest Amexem - Northwest Africa - North America - The North Gate - The Moroccan Empire -
Continental United States, 'Temple of the Moon and Sun' - Turtle Island - Non - Domestic, Non - Resident, Non - Subject,
Moors - Murs - Being the Rightful Heirs and Primogenitune Birthright - Inheritors of the Land

MOORISH DEED OF CONVEYANCE INTO ALRUMECCESTATES
ALLODIAL TRUST, AN AUTHENTICATED FOREIGN, DOCUMENT
HAGUE CONVENTION, 5 OCTOBER 1961
PUBLIC NOTICE, DECLARATION;
LAWFUL PROTEST

Doc # 00000000g

**FILED**

SEP 09 2019

Maureen A. Josh
Clerk of the Circuit Court
DeKalb County, Illinois

Sycamore )
)
Illinois Republic )
united States of America )

Asseveration

L.S _Cecil Shah El_

Signed only in Correct public capacity
to original 1786/1836 Treaty Diversity
of Nationality Jurisdiction
All Rights Reserved Without Prejudice 1-308/207 1-103

I Cecil Shah El of the Al Marikanos Estados Family of El,
in private capacity "as" beneficiary to the Original Jurisdiction,
Competent to testify, a self realized entity; a free man upon
his inherit soil, a Moor Autochthon National of the
North Amexem [American] Republic, My yeas being yeas,
My nayes being nayes, do hereby state that the truth and
facts herein are first hand, personal, true, correct, complete,
Certain, and not misleading, So help me Almighty Allah (swt)

I Cecil Shah El placed on file in [DEKALB COUNTY OFFICE
OF CIRCUIT COURT CLERK] an Affidavit of written Initial
Uniformed Commercial Code Financing Statement who's number
IS 7018 2290 0000 4824 5411 on March 4, 2018 to
the [UNITED STATES SOCIAL SECURITY ADMINISTRATION
CORPORATION] as to the Debtor [Cecil Othell Shaw] or
1 of 3

ExA 21

[CORPORATE FICTION NAME CECIL OTHELL SHAW AND UNITED STATES SOCIAL SECURITY NUMBER] has caused injury to the estate of Cecil Shah El at any and all times on the land pursuant to The Treaty of Peace and Friendship, Now* UCC 9-607 Collection and enforcement by secured Party* UCC 9-203, Attachment and enforceability of Security interest * UCC 9-609 Secured Party's Right to take Possession after default. I hereby Convey Said UCC Financing Statement into ▓▓▓▓▓▓▓▓▓▓ Alrumecc Estate Trust accordingly. [▓▓▓▓▓ 0505].

   I Cecil Shah El ▓▓▓▓ Placed on file in [DEKALB COUNTY OFFICE OF CIRCUIT COURT CLERK] an Affidavit of written Initial Uniformed Commercial Code Financing Statement who's number is 7016 3560 0000 6584 3749 on March 14, 2019 to [COUNTY OF DEKALB] as to the Debtor [COUNTY OF DEKALB] and all derivatives thereof has caused injury to the estate of Cecil Shah El at any and all times On the land Pursuant to the Treaty of Peace and Friendship. Now* UCC 9-607 Collection and enforcement by secured Party*

UCC 9-203, Attachment and enforceability of Security intrest & UCC 9-609 Secured Party's Right to take Possession after default. I hereby Convey said UCC Financing Statement into Alrumecc Estate Trust accordingly.

This transfer agreement is a transfer instrument from ~~REDACTED~~ THE UNITED STATES OF AMERICA ET AL, to the ~~REDACTED~~ RIGHTFUL HEIR APPARENT, Aboriginal Indigenous Natural Person of the Land - not taxed the princeps: Cecil Shah El and said has been doc to Port.

I Cecil Shah El ~~REDACTED~~ Executive Occupant hereby ~~REDACTED~~ Appoint Duran Shah El [ex Relatone to DURAN SHAW] as Trustee of Alrumecc Estate Trust in addition to Celia Shah El as Trustee of Alrumecc Estate Trust [CELIA JOI SHAW]

## NOTICE OF FOREIGN JURISDICTION TO: ALL U.S AND STATE AGENTS & OFFICERS.

Under International Convention the State Department has been notified Pursuant to International law the Bearer enjoys immunity from criminal and civil Jurisdiction arrest and detention.

~~REDACTED~~ 3 of 35

DEED OF CONVEYANCE Alrumecc Trust and Estates    Doc # 0000000 Z

## DECLARATIONS

1. KNOW ALL MEN BY THESE PRESENTS, princeps: Cecil Shah El a/k/a Cecil Shah El family of 'El' meaning of God does hereby state, assert and aver all of the following:

2. Princeps: Cecil Shah El is a living, breathing free Man upon inherit soil, an Ipso Jure Moor and Autochthon National of Amexem [American] Republic, dejure beneficiary to the Original Jurisdiction

3. Princeps: Cecil Shah El is not and cannot be a U.S Citizen, Subject, Vessel or "person" as defined in Title 26 United States Code, Section 7201 or elsewhere, or any other ens legis artificial person, individual, entity, fiction of law, procedural phantom or juristic personality, not withstanding the reproduction of any such fictions in any media, computer, record or instrument written or electronic.

4. Princeps: Cecil Shah El is foreign to the United States and retains official treaty protected authority within his chosen jurisdiction. As beneficiary to the original jurisdiction. He is not subject to nor does He volunteer to submit to or

4 of 35

or Contract with any ens legis artificial or corporate jurisdiction to which a United States person may be subject.

5. Princeps: Cecil Shah El reserves all Rights, Remedies and Defenses granted to Him by the Creator and memorialized by Cecil Shah El Correct public capacity as beneficiary to the Original Jurisdiction and in Private Capacity.

6. Princeps: Cecil Shah El waives no Rights, Remedies and Defense nor yeilds imprescriptibly Rights including, without limitation, the Right to Movement and travel without restriction, permission or license in any Conveyance of His choosing on any public roadway in America, and the right to bear arms for the potection of His family, friends and neighbors without restriction, unless such waiver specifically done so in writing.

7. Princeps: Cecil Shah El does not volunteer, consent, or Contract to being identified as, of or connected by any nexus to, any institutional, bifurcated, public cestai que trust or other fictional Constuction of law or ens legis entity of a Political State or subdivision there of, in any

5 of 35

Capacity including without limitation ; as trustee , surety , co-surety officer co-officer, fiduciary or co-fiduciary

8. Princeps: Cecil Shah El the nature and character of his exact proper designation as; ™Cecil Shah El® or in the alternative, ~~████~~ Cecil-Shah; El which shall be written, formatted , formated , printed , engraved and inscribed now and in perpetuity in all media exactly and precisely as just above-written with a first and second given name seperated from, and joined to, a family name by a mark of punctuation or the words "of the family" with the first letter of each given and family name being Capitalized and all other letters being written in lower case fully in accord with the Rules of English Grammer.

9. Trade Mark notice, The name Cecil Shah El by common law is Trade Marked ™ and all trade names and derivitives thereof, whether or not registered, are Trade Marked™ by and property of Cecil Shah El to whom all rights are reserved. The use thereof Without the express written permission of Cecil Shah El Creates a voluntary and informed consensual contract obligating

~~████~~ 6 of 35

the unauthorized user to the payment of a Trade Mark infringment fees as follows:

A Trade Mark infringement fee in the sum of ten thousand dollars ($10,000) lawful specie, gold or silver, American mint, or Certified bullion, Lawful coin money at current spot market price pursuant to the Constitution for the united States of America, 1787 Amended 1791, Article I, section 10, Clause I, shall apply to each unauthorized use of the designation Cecil Shah El and to each attempt or event of conversion, alteration, distortion and/or misnomer when whether by improper spelling, abbreviations, Capitalization, initializing, reversal of parts ~~blacked out~~, or ~~blacked out~~ conversion to a fiction of law or other Juristic personality or artificial being.

10 The legal doctrine of idem sonans is inapposite to ~~blacked out~~ Cecil Shah El whether oral or written; all such improper usages and misnomers comprising infringement to the above-noticed Copyright.

20

 7 of 39

11.

Cecil Shah El does hereby accept the Original
Jurisdiction, to Wit: ~~The~~ Documents as part and parcel of the trust.

a) The Holy Koran of the Moorish Holy Temple of Science by
Noble Prophet Drew Ali – 1926 – Free Moorish Zodiac Constitution

b) The Declaration of Independence

c) The Articles of the Confederation

d) The Constitution for the united States 1791

e) The Notice of Intent to Lien and Arrest Command 1791 –
Document number 2018 2290 0000 1227 4411

f) United Nations Declaration on the Rights of Indigenous Peoples –(Part 1)
Adopted by General Assembly Resolution 61/295 on 13 September 2017

g) The Treaty of Peace and Friendship –1787/1836.

h) The Sundry Free Moors Act of 1790

i) The Organic United States Constitution

j) The Moorish Federal Financers Act (Union States Army : 1861–1863);

k) The 1854 Roman Catholic Magna Charta;

L) The Knights of Columbus Code; The Ku Klux Klan Oath:

M) The United Nations Charter, Article 55 (c):

n) The Rights of Indigenous Peoples –(Part 2) Article 6

o) The United States Supreme Court – Acts of State;

P) The foreign Sovereign Immunities Act 28 USC 1601;

q) The Convention on International Road Traffic – Day 19

r) Resolution 75: Journals of The House of Representatives United States April 17, –
1433 AD –

s) Moorish American Society of Philidephia and the Use of their Names

8 of 35

+) The United Nations "Declaration of the Rights of the Child"

u) General Assembly Resolution 1386 (XIV)

v) 14 U.N GAOR Supp. (No.16) at 19

w) U.N. Doc. A/4354 (1959)

x) United Nations "universal declarations on Human Rights"

y) Article XV, General Assembly Resolution 217 A (III) of 10, December 1948 AD

z) Executive Order 1317 — United States Republic, i

AA) North America — The Implementation of Human Rights Treaties;

Ab) The United States Department of Justice Moorish Credentials

Ac) Truth A-1 Classified

Ad) The United States Copyright Certificate Number AA 222141 Clock of Destiny

Ae) The Moorish Nationality and Identification Card

Ad) Moorish Holy Temple of Science / Moorish Science Temple Identification Cards, ect

12. Cecil Shah El does hereby further state, assert and aver the following facts:

12a It is well established under public policy that citations, legislation, prescriptions and other presentments issued by government bodies politic on the alleged authority of State codes Comprise a Cloak to disguise collateral under taking in U.S funds. All such offers want for authority under original Organic State constitutions pursuant which they are forbidden and can never be duly enacted.

b) The U.S a/k/a/ the United States is defined as a ferderal Corporation at Title 28 USC 3002 (15)

c) The United States is bankrupt pursuant to Perry V United states, 294 US 330 – 381 (1935); 79 L.Ed 912

+ i conscience chargeable as a fiduciary or in conscience charge able as a fiduciary is expected to live up to them" Buffum v. Peter Barcelaux Co. 289 US 227, 237; 77 L.Ed 1140, 1146, Cited Braun v Hanson, 103 P 2d 685 (1939), wherein it further States "Being fiduciaries, the ordinary rules of evidence are reversed", must obey the law, Butz v. Economou, (US) 98 S Ct 2895, Davis v Passman (1979, US) 442 US 226, 99 S. Ct. 2264

44. "The Law will protect an individual who, in the prosecution of a right does everything which the law requires him to do but fails to obtain his right by the misconduct or neglect of a public officer" Lyle v Arkansas, 9 Howe 314, 13 L.Ed 153, Duluth and Iron Range Co. v Roy. 173 US 587, 19 S.Ct 549, 43 L Ed 820. "It is a maxim of the law, admitting few in exceptions, that every duty laid upon a public officer for the benefit of a private person, is enforceable by judicial process" Butterworth v U.S. ex rel. Hoe, 112 US 50, 55. Ct. 25, 28 L Ed 656.

45. "A ministerial officer is liable for an injury done, where his acts are clearly against the law." Tracy v Swartwout, 10 Pet 80, 9 L. Ed 354. " The judicially fashioned doctrine of official immunity of judicial legislative or executive orders does not reach

~~xxxxx~~ 23 of 35

d) United States in an obligor/grantor to the Federal Reserve Bank Act of December 23, 1913, 38 Stat 268, Ch 6

e) The said Federal Reserve Bank Act Compromises a Contratual granting by Congress to Federal Reserve Bank of Paramount and enduring (ex-warranto 1913-1933) lien on the assets of the United States and all parties who would use bank notes issued by Federal Reserve Bank pursuant to 38 Stat 265, Ch 6 p 266-267

f) The Congress of the United States, by authority of the Gold Bullion Coin Act of 1985 Pub-L 99-185, December 17, 1985, 99 Stat 1177 has decreed its intention that all Americans can no longer be forced into an obligor/grantor status in relation to said Federal Reserve Bank Notes

3) The Constitution for the united States of America, 1787, Article I; Section 4, Clause 2 (1856) States that Congress Shall assemble at least once in every year, which shall be the first Monday of December, notwithstanding, Amendment XX, Sec 2 (1933) States "The Congress shall assemble at least once in every year, and that such meeting shall begin at noon on the third day of January, unless they by law appoint a different day"

10 of 35

12. The Constitution can not be in conflict with itself. The dejure legislature of the united states of America identified as "congress" in the aformentioned Article 1, Section 4, Clause 2 (1856) ajourned "sine die" in 1861. Evidence of its reconvening in the absence of a Congressional quarum has not been exhibited by the United States. The national legislative body disernible in Amendment XX, Section 2 first appeared in 1863 by executive resolution as a department of the Executive Branch of government pursuant to "Emergency War Powers" The defacto "Congress" was concieved and Continues to sit at the pleasure of the president of the Corporate ens legis UNITED STATES.

13. The dejure Moorish American Nationals In Propria persona Sui juris, In propria Solo, In propria heredes are foreign to and wholly without the Corporate ens legis United States are not subject to the actions, acts and whims of the ens Legis Congress of the ~~corporate~~ Corporate United States. Accordingly, I Cecil Shah El the living Man am not subject to the Federal Reserve Bank Act of Dec 23, 1913 which wants for force and effect of law

~~.....~~ 11 of 35

in the Original Jurisdiction

14 Disclosure of the fact and frauds stated here in has been denied to Cecil Shah El in his rightful Capacity as beneficiary of the Original Jurisdiction by an extrordinary and persistant policy of Covin, Conspiracy, and Collusion, Constructed and Condoned by the UNITED STATES / United States Congress, Amendment XX, the Federal Reserve Bank / System, and contractors, agents, successors heirs, representatives obligors and grantors there of,

15. It is well settled in law that "no right, ratification or other means, can arise out fraud" and fraud has no Statute of limitations.

16 By this PUBLIC NOTICE, DECLARATION AND LAWFUL PROTEST, the following addendum is attached by reference herein in its entirety to any and all Federal Reserve Notes, public policy instruments, and documents regardless of kind arising from or relating to the Federal Reserve Notes, Public policy instuments, ████████, and documents regardless of kind arising from or relating to the

████ 12 of 35

Federal Reserve Bank/System which are held, received or used by Cecil Shah El now in perpetuity.

"The use of this instument/Conveyance by Cecil Shah El is of necessity only and under Lawful Protest, nunc pro tunc to December 23,1913, in the absence of a reasonable alternative" Now the, Moorish National Federal Government, Moorish American Consulate and the Moorish American Counsular Courts, Article III Jurisdiction is accepting.

17. The labor of Cecil Shah El is measured and valued quantum meruit exclusively in gold and silver coin. As the value ~~strikethrough~~ of such labor is tangible, it cannot be measured by any instrument which serves as evidence of debt, not withstanding that the operational currency of the Corporate UNITED STATES Consist exclusively of instruments noted there on to be evidence of liability.

18. Cecil Shah El here by expressly states he has payed, (See termination of trustee ship Affidavit) estinguished, and has satisfied all obligations and made all parties whole. ~~strikethrough~~

The Terminition of CORPORATE Trustee ship of our Estate and all that we are heirs to dis avows the use of "discharge" as a fraudulent transaction which implies payment but transfers debts to other parties Contrary to.

13 of 35

L'ecil Shah El's Scriptural beliefs, his Almighty Creator Allah(swt)

19. Cecil Shah El is not now and has never been a United States Citizen under the 14th fourteenth Amendment of the ens legis Constitution for the Corporate UNITED STATES not withstanding any failures to properly pass the said amendment into law

20 Cecil Shah El has the absolute unalienable Divine right to Keep and bear arms of any Kind for protection of self, family, and neighbors by his own will and this DECLARATION

21 Cecil Shah El has the absolute Divine right to move and Travle upon all public roadways in America, of whatever Kind and nature, in whatever mode, carriage or conveyance of transportation He may choose without license or permission or any other infringement of that right, by his own will and this DECLARATION

22 In addition to the above, Cecil Shah El decrees all the above mentioned Rights to those who are in Trust of Alrumecc Estates as enumerated and protected by by the constitutions, bills of rights, and ordinance pursuant to Original Jurisdiction from Corporate Infingement.

 14 of 35

LAWFUL PROTEST

23. As it is a crime to conceal a crime and a fraud to conceal a fraud, Cecil Shah El makes Lawful Protest against, abjures, denounces, refutes, takes exception and does not assent to:

24. The formation of any institutional, bifurcated, public, Cestui que trust in violation of the Copyright of Cecil Shah El previously declared herein.

25. Any allegation or presumtion that Cecil Shah El or any Trustee of Alnumecc Estates has consented expressly or tacitly to being a Citizen pursuant to the Fourteenth Amendment of the ens legis Constitution of the UNITED STATES.

26. Any pledge, mortgage, lien or encumbrance by the Council of State Governors, March 6 1933 which would identify Cecil Shah El as a security, co-surety, or surety or collateral for any part or portion of the public debt which has been hypothecated by the use of Counterfeited Federal Reserve Securities.

27. The forced involuntary use of U.S funds such as Federal Reserve Bank/System notes, Commercial liability instruments and electronic liability transaction as part of a scheme to compel the principals to impart artificial

15 of 35

Commodity value Rofuel liability evidenced there on, on the authority of MacLeod v Hoover (June 22, 1925) No. 26395, S. Ct Louisianna, 105 S. Rep, 305, that court

Citing U.S Bank v Bank of Georgia 23 U.S. 333, 10 Wheat 333, 6 L. Ed. 34.

28 Any presumption that Cecil Shah El or any person in Trust of Alrumecc Estates has volunteered to be a debtor in possesion of Federal Reserve Notes with the expectation of a quid pro quo; a gaurantor / Surety / co-surety on the lien created by the Federal Reserve Bank act of December 23, 1913; a party to any Confidence game, scheme, forced cestai qui use where by paper wanting inherent value is placed into Circulation by the Federal Reserve Banks in lien of Constitutionally required gold or silver; a party to the failure of public officials and Federal Reserve principles to provide full disclosure of the liabilities and Perils of using private scrip, instuments of debt, Corporate U.S obligations and Federal Reserve Notes as inauthentic replacements for lawful money.

29. Any presumption that Cecil Shah El has at any time expressed or implied a promise to gaurantee the debt hypothecated by the said Federal Reserve Act, the private debt of the corporate UNITED STATES, or any obligations of the Federal Reserve Banks

16 of 35

agents, contractors, assigns, successors, heirs and grantors there of, now and in perpetuity.

30. Any presumptions that Cecil Shah El at any time volunteered expressly or tacitly to join as co-conspirator in any fraud, conspiracy, covin, collusion, confederation or joint buisness venture oporated by the defacto STATE OF ILLINOIS and and the Corporate ens Legis UNITED STATES as surety, Co-suety, gaaranteror other obliger.

31. Any attempt to induce Cecil Shah El to act as a tort feasor to the Constitution for the united states of America, anno Domini 1787, where Article 1, Section 10, it states "No state shall emit bills of credit; make anything but Gold and Silver Coin a tender in Payments of debts," all such offers being refused for fraud.

32 Pursuant to the Original of Deposition for bailment via the 1789 Constitution, Cecil Shah El makes Lawful Protest against, abjures, denounces, refuses, takes exception and does not assent to the calculated use of legal fiction to undermine and convert the political Will of the People on the free Soil of the Organic Country Known as Illinois Republic Mecca Territory into a legislative democracy that transforms the free people into subjects of the municipal law of forigners within the geographical

17 of 35

exterior boundary of ▓▓▓▓ Illinois and contrary to the Midwest Ordinance and the original Grant of the People September 17, 1787, anno Domini; as amended 1791, anno Domini.

## DEMANDS

33  DEMAND IS HEREBY EXPRESSLY MADE TO IMMEDIATELY:

34  RETURN THE DEPOITUM FOR BAILMENT to Cecil Shah El in his capacity as descendant by blood of the original Bailor/Grantor/Settlor and His endowment to Warrant Same by Almighty God Allah (swt), pursuant to the terms, conditions, stipulation, exceptions and reservations contained in the Original Grant.

35. ACKKOWLEDGEMENT, RECOGNITION AND RETURN BY THE BAILEE OF THE SAID DEPOSITUM OF BAILMENT to Cecil Shah El as repository trustee for the Original Public Trust — Reversion of Estate

36  EXHIBIT THE AUTHORITY whereby Cecil Shah El [ex relatione Cecil Shaw] can be compelled, forced or enticed to falsely present himself as a United States Citizen/person in violation of the Thirteenth Amendment prohibition against slavery and involuntary servitude. Failure to so exhibit within (21)

 18 of 37

days of ▓▓▓▓ PUBLIC NOTICE Comprises stipulation that no such authority exist.

37 Admit OR DENY that all actions of the UNITED STATES, the ▓▓▓▓ STATE OF ILLINOIS and All political Subdivisions thereof whether judicial, administrative, municipal, county or otherwise are by their nature actions in debitatus assumpsit. Failure to respond within (21) days of ▓▓▓▓ PUBLIC NOTICE Comprises admission of an ongoing Fraud against the beneficiaries of the Original Jurisdiction

" Suits as well as transfers may be the protective Coverings of fraud " Steelman v. All Continent Corp. 301 US 278, 81 L. Ed 1085 Shapiro v. Wilgus 287 U.S 348, 355 53 5 ct, 142, 144, 85 A.L.R 128. " The fact that the means employed to effect the Fraudulent conveyances was the Judgement of a Court and not a voluntary transfer does not remove taint of illegality" First National Bank v Flershem, 290 U.S 564, 78 L. Ed. 465 ".... it is obvious that the fraud did not occur in open court nor in the sence enter into the decrees under attack, hence the fraud of which we Complain was not suseptible to insulation. In the launguge of Shapiro v Wilgus 287 US 348, 77 LEd 355. It was part and parcel to a Scheme wherby the form of a judicial remedy was to supply a protective Cover for a fraudulant design." Also Steelman, supra Flersham, supra, Braun, supra, " That in the absence of an aversary trial or decision the distinction between extrinsic ▓▓▓▓ fraud becomes immaterial and made clear by the following From Throckmorton Opinion 90 US 61, 65, Braun, supra

▓▓▓▓▓ 19 of 35

Case: 3:19-cv-50123 Document #: 22 Filed: 03/31/21 Page 62 of 169 PageID #:207

EXHIBIT VERIFIED EVIDENCE proving the time / place and nature of full disclosure of the benefits, risk and perils by which Cecil Shah El Could Knowingly volunteer to submit to the Federal Reserve Bank Act of 1913. Failure to so exhibit within ~~the~~ 21 days of PUBLIC NOTICE comprises stipulation that no such disclosure was made.

39 ~~[illegible]~~ ADMIT OR DENY that Ceal Shah El did in fact Knowingly and Voluntarily ratify the cestui que trust created by the UNITED STATES through the Federal Reserve Bank Act of 1913 which resulted in the use of grammatical derivations of Cecil Shah El's nomen in a scheme of intentional misnomer for profit and gain. Failure to respond within ~~[illegible]~~ (21) days of PUBLIC NOTICE Comprises denial that cestui que trust created by the UNITED STATES through the Federal Reserve Bank Act of 1913 was ever duly ratified by ~~[illegible]~~ Cecil Shah El and any assumption of Such ratification is False.

40. EXHIBIT VERIFIED EVIDENCE proving the knowledgeable and Voluntary ratification and acceptance by Cecil Shah El of the aforesaid Cestui que trust. Failure to so establish within (21) days—Twentyone of ~~[illegible]~~ PUBLIC NOTICE comprises stipulation that the said Cetui que trust was never ratified by Ceal Shah El and any assumption of such ratification is false.

41. EXHIBIT VERIFIED EVIDENCE proving the granting of a copyright license by Cecil Shah El expressly conveying to the licensee the authority to use the grammatical derivations of the proper name belonging to Cecil Shah El [esore] Cecil Shaw] in a scheme of intentional misnomer for profit and gain through an unauthorized cestui que trust. Failure to respond within 21 days of PUBLIC NOTICE comprises stipulations that misnomers and uses of the aforesaid cestui que trust comprises intentional copyright infringement.

42. I, Cecil Shah El, do hereby deny having received disclosure of the existence, benefits, risk and perils of a cestui que trust named derivatively at any time, or having been asked to ratify the said trust. Consequently, I do hereby deny, denounce, adjure, and disavow having ever ratified any such trust CAVEAT — LAW

43 All public official, officers of government bodies politic, in all branches/departments, Executive, Legislative, or Judicial, being of Oath of Office, bonded to fidelity, are under ministerial duty, Supervisors v United State ex.rel 71 US 435, 4 Wall 435, U.S. v Lee, 106, US 196, 1 S, Ct 240, fiduciary/trustees, US v Carter, 217 US 286, 30 S. Ct 515, "The implication of a trust is the implication of every duty proper to a trust... Whoever is a

so far as to immunize Criminal conduct prescribed by an Act of Congress" O'Shea v Littleton, 414, US 488 A4 S. Ct 669, "In equity there are Certain rules prohibiting Parties bearing such relations enter into Contracts with each other, Courts of equity presume them to be fraudulent, and convert fraudulent party into a trustee" Perry on Trust (7th Ed) Sec. 194, In Braun v Hansen 1939 103 F. 2d 685, Under the doctrines of res gestue, res Ipsa laquitur, respondent superior, as now having prior Knowledge, authority, power, opportunity to prevent or aid in preventing injury, damage having been or about to be Committed. Title 42 US.C Section 1986, as applies to Public officials, Officers, by the existence of an agreement between two or more persons, acting in a private Conspiracy, through said conspiracy, to impede or hinder, Obstruct or defeat the due Course of Justice in a State or Territory, with the purposeful intent to deny the equal protection of the law, under Color of State law or authority or Other, Griffin v. Breckenridge (1971) 403 US 88; 91 S Ct 1790, depriving of having or

22 of 35

exercising a Right, Federal Conspiracy to obstruct Justice Act (Title 42 USC Section 1985 (2), deprivation of due process, even by federal officials Williams v. Wright (1976)

40. From Perry on Trusts, (7th ed), Sec. 851 "... in order that the release, confirmation, waiver, or acquiescence may have any effect ... The cestui que trust must also Know the Law, and what his rights are, and how they would be dealt with by the Court" The Supreme Court of Arizona in Garrett v Reid Cashion Land, 34 Ariz 245, 270 P. 3044 at page 1052 quotes thus from Adair v. Brimmer, 74 NY 599 " Confirmation and ratification imply to legal minds, Knowledge of a defect in the act to be Confirmed, and the right to reject or ratify it. The cestui que trust therefore not only have been aquinted with the facts, but appointed by the law, of how these facts would be dealt with by a court of equity. All that is implied in the act of ratification, when set up in equity by a trustee against his cestui que trust, must be proved, ~~~~~~ and will not be assumed. The maxim 'ignorantis legis excusat

~~~~~~ 24 of 35

neminem' cannot be invoked in such a case. The Cestui que trust must be shown to have been apprised of his legal rights." (Emphasis added) Also from Ungrich v ~~Ungr~~ v Ungrich 115 NYS 413, 417, "The rule (is) that to fasten ratification upon a cestui que trust he must not only have been acquainted with all the facts, but apprised also in the law, and how such facts will be dealt with by a court of equity." Like wise, Thaw v Thaw, 27 Fed 2d 729, US v Carter, 217 US 286, 54 L Ed 769, Wendt v Fisher (Cardozo J.) 234 NY 439, 154 N.E. 303, Leach v Leach, 65 Wis, 284, 26 NW 754.

47. The delay in discovery of the ~~Th~~frauds stated herein Pursuant to Amendment XX provides no defence to the remedy, laches or otherwise. Michoud v Girod, 4 How 503 @ 561, 11 L Ed 1076, Pomeroy's Equity, Sec, 847, Wiget v Rockwood 69 F 2d 326, et seq, and from Texas & Pacific Ry, v Pottorff, 291 US 245, 78 L Ed 777, In Braun, supra, "the doctrine is thus affirmed. It is the settled doctrine of this court that no rights arise on ultra vires contract, even though the contract has been Performed ~~_____~~ 25 of 38

and this Conclusion cannot be circumvented by erecting and estoppel which would prevent Challenging the legality of a power exercised." And from US v Gross mayer, 9 Wall 72, 19 L Ed 627, "A transaction originally unlawful cannot be made any better by being ratified" Add, further, following Braun, supra, "It is held axiomatic that no right, by ratification or other means, Can arise out of fraud," 13 CJ, 492, Sec. 440. 6 R.C.L P 698, the following is quoted in Thompson on Corporations, 3rd Ed Sec. 2828, from Central CO. v Pullman Palace Car. Co, 139 US 24, as established doctrine of the Supreme Court, No performance or either side can give the lawful Contract any validity, or be the foundation of any right of action upon it." As said long ago by the great Justice Story in Provost v Gratz, 6 Wheat 481, 497; 51 Ed 311, 315 "It is currently true that length of time is no bar to a trust Clearly established; and in a Case where fraud is imputed and proved, length of time ought not, upon principles of eternal justice to be admitted to repel relief. On the Contrary, it would seem that the length of time during which the fraud has been Successfully Concealed and practiced, is rather an aggravation

26 of 35

of the offense, and calls more loudly upon a court of equity to grant ample and decisive relief" (Emphasis ~~added.)~~

48. It is a Maxim of law that peonage and involuntary Servitude are forbidden, and immunity is denied to any party, real or imagined, person or public official who would or conspire to traffic in slaves or participate in adding or abetting. Clyatt v US, 197 US 207 (1905), Plessy v Ferguson, 163 US 537, 542, "Whoever

[Title 18 USC See 1581] holds or returns any person to a condition of peonage, or arrest any person with the intent of placing him in or returning him to a condition of peonage, or arrest any person with intent of placing him in or returning him to a condition of peonage, Shall be fined not more than $5,000.00 or imprisoned no more than 5 years".

49. All public officials in receipt of this notice are required by their oath of office to answer. Notification of legal responsibility is "the first essential of due process of law" Connally v General Construction Company 269 US 385, 391

27 of 3~~8~~

" Silence can only be equated with fraud when there is a legal or moral duty to speak or when an inquiry left unanswered would be intentionally misleading." US Tweed 550 F 2d 297. It is the ministerial fiduciary / trustee duty of each and every government official, Officer, angent, Contractor and assign of the UNITED STATES, THE STATE OF ILLINOIS, the Federal Reserve Bank / System, the International Monetary Fund, the International Finance Corporation, the International Bank for Reconstruction and Development Bank, the World Bank, the Commission Of the European Communities, the Organization for Economic Co-operation and Development, the United Nations and any and all other Obligor / grantors who view this notice ("Respondents") to timely and fully answer, Federal Crop Insurance v Merill (1947) 332, US. 380, 92. LEd 10, 68 S.Ct 1, 175 ALR 1075.

50. The period for Respondants to respond to this notice is 21 days. Any party or public official wishing to answer, respond, refute, rebut, deny, object, or protest any statement, term, declaration denial or Provision in this presentment must do so by lawful protest within 21 days Of the date of issuance or forever ~~lose~~ lose all rights, titles, interests, and the opportunity to plead. All such responses Must be verified and have exhibitions and factual endence in Support of annexed thereto.



28 of 35

51. Respondents may agree with all statements, terms, declarations, denials, and provisions herein by remaining silent. Failure to timely respond to all such terms and provisions with which Respondents disagree comprise Respondents' stipulation and confession jointly and severally to acceptance of all statements, terms, declarations, denials and provisions herein as facts, the whole truth, correct and fully binding on all parties.

52. This document serves as Notice of Fault in the event Respondents fail to timely respond.

53. Notice of Default shall be issued no sooner than (3) days after Notice of fault. Default is final three (3) days after Notice of Fault is issued. Default comprises Respondents consent jointly and severally to be named as defendant(s) in various actions, administrative and judicial.

54. Upon Default, all matters are settled res judicata and Stare decisis

55. Default comprises an estoppel of all actions

Default comprises an estoppel of all actions, administrative and judicial, by Respondents against the princeps: Cecil Shah El, 3J, Pomeroy, Equity, Jurisprudence Section 805, p 192 Restatement 2d of Torts Section 894 (1) (1479), and now reasonably relied on Wilbur National Bank V US 294 US 120, 124-125 (1935), due to misconduct by Government agents Heckler v Community Health Service, 467 US 51, at

29 of 35

5 ¶; 60; Federal Coop ins, supra, "It [the doctrine of Estoppel by Silence] arises where a person is under duty to another to speak or failure to speak is inconsistent with honest dealings." In Re McArdles Estate, 140 Misc. 257, et seq., and Silence, to work estoppel, must amount to bad faith, Wise v USDC Ky, 38 F Supp 130, 134, Where duty and opportunity to speak, Codd v Westchester Fire Ins, Co, 14 Wash. 2d 600, 128 P2d 600, 128 P2d 968, 151 ALR 316, Creating ignorance of facts, Cushing v US Mass. 18 F Supp 83, inducing person claiming estoppel to alter his position, Braunch v FreKiny, 219 Iowa 556, 258 NW 892, Knowledge of facts and of rights by person estopped, Harvey v Richard, 200 La. 97, 7 So. 2d 674, willful or culpable silence, Lenconi v Fidelity Trust & Savings Bank of Fresno, 96 Cal. App. 490, 273 P. 103 et seq "Silence" implies knowledge, and an opportunity to act upon it Pence v Langdon. 99 US 78 @ 581, et seq.

~~[scribbled out line]~~

~~[scribbled]~~ This transfer aggreement is a transfer instrument from THE UNITED STATES OF AMERICA, ET AL, to The RIGHTFUL HEIR APARENT, Aboriginal and Indigenous Natura Person of the Land - not taxed the princeps: Cecil Shah El. In Propria Persona Sui Juris, In propria ~~[scribbled]~~ Heredes in to ~~[scribbled]~~ Alrumecc Estate Trust.

In the matter of "Rights and Parties" and Rights of Property this instrument obtains Justice for the natural Divine being Munifest in Human Flesh, Ipso Jure Moorish National,

 30 of 33

The princeps; Cecil Shah El and intends to remedy ~~these~~ these wrongs and has addressed Territorial & Per onum Jurisdiction for the Recorded in the Public. I Cecil Shah El do~~es~~ not oporate and navigate in a Colorable Status and doing so is dishonorable and Injurous to the Natural Divine Being manifest in Human Flesh.

The aggreement between ~~The~~ UNITED STATES OF AMERICA and Cecil Shah El is and has been forever cured in princeps; Cecil Shah El is not a minor; not a ward of the State/state and is Competent to take forth his seat in the Affairs of Men and handle the affairs of his Nation - the Moors of North west Amexem - North West Africa - Nothe America — North Gate.

This tansfer invokes Inalienable/Unalienable secured rights and athority as a lord baliff; Moor and Al Marikanos Estados/National and be nificiary, Claiment, Executor, Occupant Administrator of Alrumecc Estate Trust, and our National, and International Trust of the Moorish Divine and National Movement of the World to Wit:

1. United States supreme Court; Supreme Laws - Acts of State
2. United States ~~Re~~publuc Constitution; Article III (3), Section two (2), Amendment V (5) (Liberty Clause) and Amendment, IX (9) Reservation of Rights of the People.)

31 of 35

3. Universal Declaration of Human Rights — United Nations — Human Rights [Article Fifteen]

4. Rights of Indigenous Peoples - UN General Assembly - Part I Articles 1, 2, 3, 4, 5 ; ~~Preamble~~ 10, 15, 19, 37  Part II Article 6

5. Treaty of Peace and Friendship of 1786/1836

6. The ~~Declaration~~ Declaration of the Granting Independence to Colonial Countries and People United Nations General Assembly # 1514

7. United States Code § Title 22, Foreign Relations And Intercourse, Page 954, Chapter 2½ Consular Courts, General Jurisdiction Sections 141–143

8. Divine Instructions CHAPTER XLVII of The Holy Koran of The Moorish Holy Temple of Science verses 6–11

9 United States Republic Constitution : Thirteenth Amendment withal twenty Sections ; specifically Complete implementation of Sections and Seventeen of said Amendment (38th Congress I session) Published Saturday April 9, 1864 The Congressional Globe, New Series No. 94, by John C. Rives Washington DC.

10 Resolution Number (75) : Dated April 17, 1933 AD (Moorish - American Society of Philadelphia and the use of Their Names)

7 Executive Order Number 13107, 63, Federal Register, 68, 991 (1998) Implementation of Human Rights Treaties

B Declaration on the Principals of International Law

9 The Divine Constitution and By Laws of Moorish Americans : Acts IV and VI

10 All noted in Judicial Notice and Proclamation and Declaration of
Legal Notice of Name Change.

With this document in place, proper Identity for the princeps Cecil Shah El establishes and removes for the record any and all misrepresentations of abandonment by any foreign entities, guilds, private foreign union ect, or persons alleging anything to the Contrary or on his part as to his vast Heritage and responsibility to his people Let it be Known...

## DISCLAIMER

THIS QUOTATION OF THE PRIVATELY COPYRIGHTED STATUTORY LEGISLATIVELY CREATED CASE LAW AND STATE AND FEDERAL STATUTES PURSUANT TO PL 88-244 DECEMBER 30, 1963 IS DONE WITHOUT INTENT TO CREATE "USE" VIOLATE ANY PRIVATE COPY RIGHT, OR GIVE LEGAL ADVICE TO ANYONE, AND STANDS SO UNLESS LAWFULLY PROTESTED BY ANY CONCERNED PART(IES)

33 of 35

57 Notice to Principal is Notice to all agents. Notice to an agent is notice to all principals. By this Public Notice Declaration, and lawful Protests the world is now informed.

58 This action is Bonded by a third party surety holding Silver Coinage

59 The use of 2 witnesses herein is necessity and under LAWFUL PROTEST without the creating or implying the existance of any contracts between Princeps: Ceal Shah El and any other parties, legal entities, the UNITED STATES the STATE OF ILLINOIS or agents thereof, Public or Private BE IT SO EXECUTED and by execution, be made to appear, in-deed anacted, decreed.

34035

# Authentication and Verification

We the Undersigned Verify Under Penalty of Perjury under the laws of the Republic without the UNITED STATES / United States state the Above Statements Of Fact are True, and Correct to the best of our Current information, belief, and Knowledge, so help us God Pursuant to 28 U.S.C § 1746 (1)

Citizens of the Illinois Republic
In Propria Persona, Su Juris

Dashawn Knighten
Print

_____
Sign

9-4-19
Date

Nathaniel Jackson
Print

_____
Sign

9-4-19
Date





9-1-2019

35 of 35

AFFIDAVIT OF TRUTH

FILED

MAR 08 2021

Lori Grubbs
Clerk of the Circuit Court
DeKalb County, Illinois

ILLINOIS STATE )
) Scilicet
County of DeKalb )

" Indeed no more than (affidavits) is necessary to make
a prima facie case" United States v Kis 658 F. 2nd, 526,
536 (7th Cir. 1991) : Cert Denied 50 US L.W. 2169 S. Ct
March 22, 1982.

That I, Cecil Shah El a living breathing man, being first duly
sworn, depose and say and declare by my signature that the
following facts are true, Correct and Complete to the best of my
Knowledge and belief.

THAT, the Affiant is a flesh and blood man, and is a
Moorish American National

THAT, the Affiants rights "... existed by law of the land
long antecedent to the organization of the state (Hale v. Henkel
201 US 43)

THAT, the Affiants rights exist even in light of the U.S
Bankruptcy aka National Emergency and that Includes the right
of redemtion.

THAT, under Article I, Section i of the U.S Constitution 1787/1791
" the people have all power and the affiant as one of the
people that can exercise any power.

THAT Affiant Filed a UCC Financing Statements (UCC-1) in
Washington DC Numbers 7018 2290 0000 4824 5411 and
7016 3560 0000 6584          to perfect a security
interest to initiate redemption as a matter of right.

THAT, the Affiant is the secured Party creditor of the
Corporate fiction entity / Debtor (Ensleyis) identified as
CECIL OTHELL SHAW.

1 of 3

EXA130

THAT, the State of Illinois ~~cannot~~ can not show nor provide a superior interest in the said property as identified upon the Security Agreement held by the Affiant (see for reference Wynhumoner v People NY 378

THAT, the Affiant/secured Party is flesh & blood and the ~~coop~~ corporate fiction/Debtor/Ens Legis as appearing upon any UCC filling is 'artificial' and was created in the Contemplation of law (Commerce) AND THE TWO ARE NOT THE SAME, FOR ONE IS REAL, THE OTHER IS FICTION.

THAT, any discrimination or injury caused by the State of Illinois to recognize the two distinct entities, the one real and the other artificial agrees to such injuries and to the associated damages as established by the Affiant and the State, by and through it's agents by said agreement. Is estopped from defense or rebuttal in the matter and agrees that ~~the~~ the Affiant may proceed by Tort for damages.

THAT, this Affidavit if not rebutted point for point by any man, representing the state of Illinois/STATE OF ILLINOIS, in any matter, at any time within 7 days upon receipt, these facts stand as true in the both the private and public record ... as true

NOTE: Maxim of Law 1. In Commerce - Truth is Sovereign 2. For a matter to be resolved, it must be expressed Point of Law - Silence equates to agreement

~~Further Affiant Sayeth Not.~~

~~2-24-2021~~

I Cecil Shah El In Compliance with Title 28 USC § 1746 and executed WITHOUT THE UNITED STATES. Affirm under penalties of perjury, and the laws of the De Jure United States of America, that the foregoing is true, correct and complete to the best of my belief and Informed Knowledge And Further Affiant Say-t Naught

Cecil Shah El

All Right Reserved Without Prejudice

1-207/308 1-103

30ī 3

Affidavit To Rescind all Autographs Universally

For The Record on The Record let the Record Show

By authority of the Heir, Executor Office Occupant for Alrumecc Estate Trust resinds all Contractual agreements where the autograph CECIL OTHELL SHAW is made following the Submission of this document is always to be honored by all parties. This is an irrevocable will. This is an enforceable will.

Cecil Shaw El 4-27-2019

Executor office Occupant for
Alrumecc Estate

**FILED**

**JUL 1 5 2019**

Maureen A. Josh
Clerk of the Circuit Court
DeKalb County. Illinois

3

Ex A 24

Mandatory Judicial Notice

## Affidavit of Identity

I Cecil Shah El certify for the record on the record and let the record show my Moorish Estat Identity. Valid and Lawful.



17 CF 369
17 CF 227
17 TR 3146
17 TR 121
17 TR 3146
17 TR 5121
17 TR 5122
18 CM 237
18 TR 1885
19 CM 23
19 TR 168
19 TR 63
19 TR 1129
17 MR 129
17 MR 215
17 MR 216
19 CF 341

**FILED**

JUL 15 2019

Maureen A. Josh
Clerk of the Circuit Court
DeKalb County, Illinois



I, Cecil Shah El Certify the above to be true in fact and in law therefore place my Autograph. I Am Cecil Shah El

All Rights Reserved Without Prejudice

1-308 1-201 1-103

EXA 23

Freedom of Information Request #2                    Jan 6, 2021
Pursuant to 5 ILCS 140/1 et. seq

My Name is Cecil Shah El. I am Consell, Minister & Vizer of the Moorish National Republic Federal Government. This request is to ~~ag~~ Aquire the Mail log for ~~ungoing an~~ incoming and out going mail from April 27, 2019 - Nov 0, 7, 2019 for Cecil Shah El [ex Rel Cecil Shaw] when I was being detained in the Jail.

As these matters are of Legal & Lawful Concern and of Federal Question. I look forward to A Timely response.

Thank you Respectfully Submitted
Cecil Shah El
All Rights Reserved Without Prejudice
1-207/308 1-103

Cecil Shah El [ex Rel Cecil Shaw #R10519]
2600 Brinten Ave
Dixon Illinois 61021

EXA 133
1 of 3

**SHAW, CECIL**     **69218**

**Mail Restriction::** *(Enter Mail Restrictions Here)*

| Date MM/DD/YY | In/Out | Name | Address | City | State | Zip | Mail Violation |
|---|---|---|---|---|---|---|---|
| 4/30/19 | OUT | DEPT OF JUSTICE | 219 S DEARBORN | CHICAGO | IL | 60604 | NO |
| 5/6/19 | OUT | The Moorish American Consulate | 911 SW 314th PL | Washington DC | IL | 98023 | NO |
| 5/6/19 | OUT | Sheriff Roger Scott | 150 N Main St | Sycamore | IL | 60178 | NO |
| 5/7/19 | OUT | DEPT OF JUSTICE | 219 S Dearborn | Chicago | IL | 60604 | NO |
| 5/13/19 | OUT | ARCH BISHOP | 205 FULLERTON | ELGIN | IL | 60123 | NO |
| 5/14/19 | OUT | The Moorish American Consulate | 911 SW 314th PL | Washington DC | IL | 98023 | NO |
| 5/17/19 | OUT | LAW OFC RILEY ONCKEN | 212 S. MAIN ST | SYCAMORE | IL | | NO |
| 5/21/19 | OUT | EMPRESS GHANI | 14536 MINERVA AVE | DALTON | IL | 60419 | NO |
| 5/23/19 | IN | LAW OFC RILEY ONCKEN | 212 S Main St | Sycamore | IL | | NO |
| 5/24/19 | OUT | c shaw | 7130 s morgan | chicago | IL | 60621 | NO |
| 5/28/19 | IN | Clerk U.S. District Court | US courthouse | Chicago | IL | 60604 | NO |
| 5/29/19 | OUT | Clerk of DeKalb County | 133 W State St | Sycamore | IL | 60178 | NO |
| 5/30/19 | OUT | Clerk of Cook County Circuit Court | 737 S. 111th st | Chicago | IL | 60649 | NO |
| 6/7/19 | IN | Shaw | 7130 S Morgan | Chicago | IL | 60621 | NO |
| 6/8/19 | OUT | Shaw C | 7130 s morgan | Chicago | IL | 60621 | NO |
| 6/10/19 | IN | C. SHAWX2 | 7130 s morgan | CHICAGO | IL | 60621 | NO |
| 6/14/19 | OUT | Clerk of DeKalb County | 133 W State St | Sycamore | IL | 60178 | NO |
| 6/22/19 | OUT | rayya ghani | 14536 MINERVA AVE | Sycamore | IL | 60178 | NO |
| 6/27/19 | OUT | Clerk of DeKalb County | 133 W State St | Sycamore | IL | 60419 | NO |
| 6/29/19 | OUT | late of illinois Judicial Inquiry Boar | 100 West Randolph Street | Sycamore | IL | 60178 | NO |
| 7/2/19 | OUT | brenulla white bey | 405 N Lombard | Portland | OR | 97217 | NO |
| 7/5/19 | OUT | lynn meisch office of the clerk an | 110 east sycamore st | Sycamore | IL | 60601 | NO |
| 7/9/19 | OUT | DeKalb Co Circuit Clerk | 133 W State St | Sycamore | IL | 60178 | NO |
| 7/9/19 | OUT | US District Court | 327 S Church St | Rockford | IL | 61101 | NO |
| 7/15/19 | OUT | Jessie White Secretary of State | 213 State Capital | Springfield | IL | 62756 | NO |
| 7/15/19 | OUT | Lisa Madigan | 100 W Randolph Street | Chicago | IL | 31624 | NO |
| 7/15/19 | IN | US District Court | US courthouse | Rockford | IL | | NO |
| 7/17/19 | OUT | ate of illinois Judicial Inquiry Boa | 100 W Randolph Street | chicago | IL | | NO |
| 7/18/19 | IN | Atty Registration & Discipline | 130 East Randolph Dr STE 1500 | Chicago | IL | 60601 | NO |
| 7/18/19 | IN | Judicial Inquiry Board | 100 W Randolph Street | Chicago | IL | | NO |
| 7/18/19 | OUT | circuit clerk of dekalb county | 133 W State St | Sycamore | IL | 60178 | NO |
| 7/19/19 | IN | circuit clerk of dekalb county | 133 W State St | Sycamore | = | 60178 | NO |
| 7/19/19 | IN | Response from Lt. Parnow | | | | | NO |
| 7/22/19 | IN | circuit clerk of dekalb county | 133 W STATE ST | SYCAMORE | IL | 60178 | NO |

EXA 133   3 of 3

| Date | IN/OUT | Name/Description | Address | City | State | Zip | |
|---|---|---|---|---|---|---|---|
| 7/26/19 | OUT | circuit clerk of dekalb county | 133 W State St | Sycamore | IL | 60178 | NO |
| 7/29/19 | IN | Judicial Inquiry Board | 100 West Randolph Street | Chicago | IL | 60601 | NO |
| 7/30/19 | OUT | Cook County DOC Trust Fund | 2650 S California | Chicago | IL | 60608 | NO |
| 8/7/19 | OUT | Moorish American Consulate | C/O 444 E Township Line Rd, B | Near:[Haver]Town | Pa | zip exempt | NO |
| 8/9/19 | OUT | DETECTIVE HOLIDAY | 133 W STATE ST | SYCAMORE | IL | 60178 | NO |
| 8/9/19 | OUT | MOORISH AMERICAN CONSU | 144 E TOWNSHIP LANE ROAD | HAVERTOWN | PA | | NO |
| 8/10/19 | OUT | circuit clerk of dekalb county | 133 W State St | Sycamore | = | 60178 | NO |
| 8/11/19 | OUT | circuit clerk of dekalb county | 133 W State St | SYCAMORE | = | 60178 | NO |
| 8/14/19 | IN | circuit clerk of dekalb county | 133 W State St | Sycamore | = | 60178 | NO |
| 8/15/19 | OUT | clerk of US District Court | 327 Church St | | | 61101 | NO |
| 8/16/19 | OUT | D. Shaw | 1267 Rushmore Dr Unit 2 | Dekalb | = | 60115 | NO |
| 8/27/19 | OUT | shah el | 7131 s morgan | near:chicago | ii | zip exempt | NO |
| 8/30/19 | OUT | Clerk of Dekalb County | 133 W State St | Sycamore | IL | 60178 | NO |
| 9/3/19 | OUT | D Shah El | 1267 Rushmore Dr Unit 2 | Dekalb | IL | 60115 | NO |
| 9/6/19 | OUT | DeKalb Co Circuit Clerk | 133 W State St | Sycamore | IL | 60178 | NO |
| 9/6/19 | OUT | Moorish American Consulate | 602 Vandever ave | Wilmington | DE | 19802 | NO |
| 9/9/19 | OUT | Clerk of the us district court | 327 south church st | Rockford | = | 61101 | NO |
| 9/10/19 | OUT | circuit clerk of dekalb county | 133 W STATE ST | SYCAMORE | IL | 60178 | NO |
| 9/12/19 | OUT | circuit clerk of dekalb county | 133 W State St | SYCAMORE | IL | 60178 | NO |
| 9/13/19 | IN | circuit clerk of dekalb county | 150 N Main St | Sycamore | IL | 60178 | NO |
| 9/16/19 | IN | unknown-manila envelope from someone at courthouse | | | | | NO |
| 9/16/19 | IN | clerks office | | | | | NO |
| 9/18/19 | IN | clerks office | | | | | NO |
| 9/19/19 | OUT | DeKalb Co Circuit Clerk | 133 W Main St | Sycamore | IL | 60178 | NO |
| 9/20/19 | OUT | Govenors Office | 207 State House Dr | Springfield | IL | 62704 | NO |
| 9/20/19 | OUT | Illinois Attny General | 100 W Randolph Street | Chicago | IL | 60601 | NO |
| 9/20/19 | OUT | Clerk's Office | | Sycamore | IL | 60178 | NO |
| 9/20/19 | OUT | clerks office | | Sycamore | = | 60178 | NO |
| 9/20/19 | IN | Shaw x 3 | 7130 S.Morgan | Chicago | = | 60621 | NO |
| 9/24/19 | OUT | Moorish American Consulate | 7130 s morgan | Chicago | IL | 60621 | NO |
| 9/24/19 | OUT | circuit clerk of dekalb county | Court house | Sycamore | IL | 60178 | NO |
| 9/24/19 | OUT | Moorish American Consulate | 7130 s morgan | chicago | IL | 60621 | NO |
| 9/26/19 | OUT | JESSE WHITE SECRETARY OF | 213 State Capital | Springfield | IL | 62756 | NO |
| 9/26/19 | OUT | DEP OF JUSTICE | 219 S Dearborn | CHICAGO | IL | 60621 | NO |
| 9/26/19 | OUT | SHAW | 1267 Rushmore Dr Unit 2 | Dekalb | IL | 60115 | NO |
| 9/30/19 | OUT | circuit clerk of dekalb county | court house | Sycamore | IL | 60178 | NO |
| 10/3/19 | OUT | CLERKS OFFICE | Court house | Sycamore | IL | 60178 | NO |

EX A133 2 of 3

AFFIDAVIT OF Fact

I Cecil Shah El [ex Rel Cecil Shaw] Affirm for the record the attached document from the University of Illinois Medical Center is Authentic & Confirm My Positive Covid Test Contraction Detected

I Affirm under penalty of Perjury under the laws of the united States of America With out the UNITED STATES The above statement of facts is true to the best of my Knowledge & belief. So help us God. Title 28 1746(b)

Cecil Shh El 1/4/2021

All Rights Reserved Without Prejdice.
1-202/308 1-603

FILED
JAN 21 2021
Lori Grubbs
Clerk of the Circuit Court
DeKalb County, Illinois

EXA123

1 of 2

12/3/2020                    4medica (IDOC Dixon CC - Elizabeth Wirth)

# University of Illinois
## Medical Center
### Reference Laboratory

840 S. Wood Street
Room 170 (M/C 750),
(312)-355-5800
Frederick G. Behm, M.D.,
Director

**patient**

Shaw, Cecil R10399
37 Y (04/29/1983)
SEX: F
MR #: R10399
ACCOUNT #: 1000334102

**report**

Accession: 20H-337SR0043

Collected: 12/01/2020 08:00:00
Received: 12/02/2020 03:03:23
Reported: 12/03/2020 07:43:00

**practice**

Client: IDOC / Dixon Correctional Center
2600 Brinton Ave, PO Box 1200
61021, IL 61021
Location Code: A216
Ordering Provider: Zahtz^merrill^jordan

**SARS-COV-2 RT PCR    - Swab**
CORONAVIRUS SARS-COV-2 RT PCR

**Detected**

Testing was performed using the Abbott Qualitative RealTime SARS-CoV-2 assay. The assay is a real-time (rt) reverse transcriptase (RT) polymerase chain reaction (PCR) that detects nucleic acid from the SARS-CoV-2 samples in nasal, nasopharyngeal and oropharyngeal swabs. This assay is for in vitro diagnostic use under FDA Emergency Use Authorization (EUA). The test has been validated by the Microbiology Laboratory at the University of Illinois Hospital and Health Sciences Center in accordance with the FDA's guidance Document (Policy for Diagnostics Testing in Laboratories Certified to Perform High Complexity Testing under CLIA prior to EUA for Coronavirus Disease -2020 during the Public Health Emergency).  Results reported as " Detected" are indicative of the presence of SARS-CoV-2 RNA, but does not rule out co-infection with other pathogens; clinical correlation with patient history and other diagnostic information is necessary to determine patient infection status. Results reported as " NOT-Detected" do not preclude SARS-CoV-2 infection. Results reported as " Inconclusive" means that we are unable to reliably determine a result for a specimen due to either inadequate collection of specimen or sample error during amplification process. All Results should be interpreted in the context of clinical manifestation, epidemiological information, and should not be used as the sole clinical diagnosis.

Reviewed by:

12/4/2020
Cfword Rupa

Ex A123

2 of 2

1/1





# 𝕸𝖔𝖔𝖗𝖎𝖘𝖍 𝕹𝖆𝖙𝖎𝖔𝖓𝖆𝖑 𝕽𝖊𝖕𝖚𝖇𝖑𝖎𝖈 𝕱𝖊𝖉𝖊𝖗𝖆𝖑 𝕲𝖔𝖛𝖊𝖗𝖓𝖒𝖊𝖓𝖙
### ❧ ~ 𝕾𝖔𝖈𝖎𝖊𝖙𝖆𝖘 𝕽𝖊𝖕𝖚𝖇𝖑𝖎𝖈𝖆𝖊 𝕰𝖆 𝕬𝖑 𝕸𝖆𝖚𝖗𝖎𝖐𝖆𝖓𝖔𝖘 ~ ❧
### 𝕸𝖔𝖔𝖗𝖎𝖘𝖍 𝕯𝖎𝖛𝖎𝖓𝖊 𝖆𝖓𝖉 𝕹𝖆𝖙𝖎𝖔𝖓𝖆𝖑 𝕸𝖔𝖛𝖊𝖒𝖊𝖓𝖙 𝖔𝖋 𝖙𝖍𝖊 𝖂𝖔𝖗𝖑𝖉
### 𝕹𝖔𝖗𝖙𝖍𝖜𝖊𝖘𝖙 𝕬𝖒𝖊𝖝𝖊𝖒 / 𝕹𝖔𝖗𝖙𝖍𝖜𝖊𝖘𝖙 𝕬𝖋𝖗𝖎𝖈𝖆 / 𝕹𝖔𝖗𝖙𝖍 𝕬𝖒𝖊𝖗𝖎𝖈𝖆 / '𝕿𝖍𝖊 𝕹𝖔𝖗𝖙𝖍 𝕲𝖆𝖙𝖊'
### ❧ ~ 𝕿𝖊𝖒𝖕𝖑𝖊 𝖔𝖋 𝖙𝖍𝖊 𝕸𝖔𝖔𝖓 𝖆𝖓𝖉 𝕾𝖚𝖓 ~ ❧
### 𝕿𝖍𝖊 𝕿𝖗𝖚𝖊 𝖆𝖓𝖉 𝕯𝖊 𝕵𝖚𝖗𝖊 𝕹𝖆𝖙𝖚𝖗𝖆𝖑 𝕻𝖊𝖔𝖕𝖑𝖊𝖘 – 𝕳𝖊𝖎𝖗𝖘 𝖔𝖋 𝖙𝖍𝖊 𝕷𝖆𝖓𝖉
### ❧ ~ 𝕴.𝕾.𝕷.𝕬.𝕸. ~ ❧

## 𝕬𝖋𝖋𝖎𝖉𝖆𝖛𝖎𝖙 𝖔𝖋 𝕿𝖊𝖗𝖒𝖎𝖓𝖆𝖙𝖎𝖔𝖓 𝖔𝖋 𝕿𝖗𝖚𝖘𝖙𝖊𝖊𝖘𝖍𝖎𝖕

We are the aboriginal indigenous Moorish National Republic Federal Government, in Propria persona sui juris, in Proprio solo, and in Proprio heredes. We are the descendants of the Pharaohs of Kemet and the descendants of the ancient Moabites and Canaanites. We are exercising all of our rights at this time and at all points in time.

We, the people hereby terminate your CORPORATE Trusteeship of our Estate and all that we are heirs to. We are the executors, administrators, trustees, claimants, beneficiaries and heirs of our own vast estate. We speak for ourselves and no one speaks for us. We present ourselves and no one represents us.

We hereby peacefully take full possession of all that we are heirs to, including all land, all natural resources including oil, gold, water, crops, minerals, fixtures, structures and infrastructure. You are hereby commanded to peacefully vacate all of the aforementioned immediately. All citizens will vacate immediately the properties that are chosen by the Moors as we so proclaim it by sending lawful documents to vacate. Upon receipt of the said lawful documents to vacate, the citizens must vacate immediately. All citizens must pledge their allegiance to the Flag of the Empire of Morocco and abide by the Supreme Laws of the Land to include the Declaration of Independence of 1776, the Treaty of Peace and Friendship 1786 and 1836 and the Constitution for the united States 1789/1791.

Enclosed is a 1923 UNITED STATES OF AMERICA PEACE DOLLAR and a ONE TROY OUNCE .999 FINE SILVER COIN WITH MT. HOOD OREGON inscribed on it. Although we know that we have no debt, this enclosed lawful coinage is given in payment of all CORPORATE debts on our land, perceived or otherwise, past, present, and future. We proclaim peace on our land at this time and at all times. We now also command that the United States Treasurer issue an immediate distribution of $100,000,000 in lawful gold and silver coinage to the Moorish National Republic Federal Government c/o mailing location 911 SW 314th Place, Near [Federal Way Washington Republic] as we are governing and resources are necessary to do so properly. We also command that the United States Treasurer immediately issue to each Moorish American National $100,000,000 in lawful gold and silver coinage by way of the Moorish National Republic Federal Government in pursuance of a prosperous economy in the favor of all Moors and the lawful prosperous governance of our own lands and resources. The Moorish American Consulate also commands an additional immediate distribution of $100,000,000 in lawful gold and silver coinage in pursuance of lawful prosperous governance of our own lands and resources.

Additionally, we command that you publicly instruct and educate all citizens of their status and of our national status so that our land remains peaceful and lawful. We command that you issue a public order that all citizens must provide noble service and superior protection for all Moors as we transition back into our rightful places.

1 of 2
Moorish National Republic Federal Government and the Moorish American Consulates Worldwide
c/o mailing location: 911 SW 314th Place, Near [Federal Way Washington Republic] at
Empire of the Moors, New Jerusalem

  

### 𝕸𝖔𝖔𝖗𝖎𝖘𝖍 𝕹𝖆𝖙𝖎𝖔𝖓𝖆𝖑 𝕽𝖊𝖕𝖚𝖇𝖑𝖎𝖈 𝕱𝖊𝖉𝖊𝖗𝖆𝖑 𝕲𝖔𝖛𝖊𝖗𝖓𝖒𝖊𝖓𝖙
#### ✧ ~ 𝕾𝖔𝖈𝖎𝖊𝖙𝖆𝖘 𝕽𝖊𝖕𝖚𝖇𝖑𝖎𝖈𝖆𝖊 𝕰𝖆 𝕬𝖑 𝕸𝖆𝖚𝖗𝖎𝖐𝖆𝖓𝖔𝖘 ~ ✧
##### 𝕸𝖔𝖔𝖗𝖎𝖘𝖍 𝕯𝖎𝖛𝖎𝖓𝖊 𝖆𝖓𝖉 𝕹𝖆𝖙𝖎𝖔𝖓𝖆𝖑 𝕸𝖔𝖛𝖊𝖒𝖊𝖓𝖙 𝖔𝖋 𝖙𝖍𝖊 𝖂𝖔𝖗𝖑𝖉
##### 𝕹𝖔𝖗𝖙𝖍𝖜𝖊𝖘𝖙 𝕬𝖒𝖊𝖝𝖊𝖒 / 𝕹𝖔𝖗𝖙𝖍𝖜𝖊𝖘𝖙 𝕬𝖋𝖗𝖎𝖈𝖆 / 𝕹𝖔𝖗𝖙𝖍 𝕬𝖒𝖊𝖗𝖎𝖈𝖆 / '𝕿𝖍𝖊 𝕹𝖔𝖗𝖙𝖍 𝕲𝖆𝖙𝖊'
##### ✧ ~ 𝕿𝖊𝖒𝖕𝖑𝖊 𝖔𝖋 𝖙𝖍𝖊 𝕸𝖔𝖔𝖓 𝖆𝖓𝖉 𝕾𝖚𝖓 ~ ✧
##### 𝕿𝖍𝖊 𝕿𝖗𝖚𝖊 𝖆𝖓𝖉 𝕯𝖊 𝕵𝖚𝖗𝖊 𝕹𝖆𝖙𝖚𝖗𝖆𝖑 𝕻𝖊𝖔𝖕𝖑𝖊𝖘 ~ 𝕳𝖊𝖎𝖗𝖘 𝖔𝖋 𝖙𝖍𝖊 𝕷𝖆𝖓𝖉
##### ✧ ~ I.S.L.A.M. ~ ✧

These commands require your immediate action after which your services are terminated permanently. We own all documents of the Moors, by the Moors, and for the Moors. May peace everlasting be with you and may you peacefully enjoy our lands in the time you have left here with us. In the Spirit of Love, Truth, Peace, Freedom, and Justice. Islam.

In Service To Our Vast Empire,

Light Tajiri Bey
Omnia Iura Reservantis
Mohammedan Vizir, Judge, Minister
www.MoorishAmericanConsulate.org

"Amen, amen dico vobis, quæcumque alligaveritis super terram erunt ligata
et Ego in caelo et quaecumque solveritis super terram erunt soluta et in caelo"

  



2 of 2
Moorish National Republic Federal Government and the Moorish American Consulates Worldwide
c/o mailing location: 911 SW 314ᵗʰ Place, Near [Federal Way Washington Republic] at
Empire of the Moors, New Jerusalem

1-3-19










We are the owners of all documents in this presentment

Cecil Shah El

C/o Almameex Trust and Estates

7130 S. Morgan

near: Chicago, Illinois Republic [60621]

FILED

OCT 08 2020

Maureen A. Josh
Clerk of the Circuit Court
DeKalb County, Illinois

## Affidavit of Fact, Declaration/Conveyance

NOTICE TO PRINCIPAL IS NOTICE TO AGENT, NOTICE TO AGENT IS NOTICE TO PRINCIPAL, NOTICE TO PUBLIC IS NOTICE NOTICE TO ALL.

## MANDATORY JUDICIAL NOTICE

Regarding the possesion and Annexation of the Americas to the Iberian Peninsula ect, being those same possesions being those same possesions of the North-east, and South-west Africa, including North, Central and South America, Mexico and the Atlantis Islands, serving as lawful evidence so written in the pages of the Circle 7 Holy Koran, for Moorish-Americans ý ect and further evidenced by a Proclamation and Sovereign Trust for Moorish-Americans ý ect so written on the pages of the 7 part, Consecrated Talisman of The Moorish-American Society of Comprehensive Science. Recorded as a Legal Deed and Trust Document in the Library of Congress - under Certified Registration NO. TXU-1-123-633 and Control (Catalogue) Number 71-330-6977 (U), The Department of Homeland Security - U.S Customs and Boarder Protection - Recordation No. COP 04-000 62; Controle No 476030 LMW & Catalogued in The US Department of State, Bureau of Administration - (Department of State Library - Call # BP232. U73 2004)'. and is duly recognized by the Said Federal Corporate United States government.

Holy Koran Circle 7. Chapter 47; Pages 57-59, Kingdom of At maurium is o on the Same Parallel of Ancient Moorish Spain. and Moorish Osman Empire(s). In Light of these Lawful Truths, and as is legally documented in the above Department of State (1796

1-of 4

treaty between the Bey of Tripoli and the United States)
government of the United States of America has declared 'that
It has in Itself no character of enmity against the Laws, Religion
or Tranquility of Moors; And as the said States have never entered
into any act of war or hostility against ANY Moorish Nation, It
Is declared by both parties that no pretext arising from Religious
Opinions shall ever produce an interruption of the harmony
existing between the two Nations.'

These Moorish Canaanite (Phoenician -Punic), and Moabite
Inscriptions are among the ancient Moorish Epigraphical Documents
Of AMERICA befor the time of J.C (Catholicism's Julius Caesar-
Jesus Crist); again further Evidenced in the said Federal United
States Archives, Bureau of Administration - Department of State
(Ralp J. Bunch) Library at Call # BP232 473. This Information,
however, is accessible only to : All Moorish American Nationals,
State Department Personnel, and The International Community at large,
by / Through The Talismanic Holy Kingdom of Atmaurium's Foreign
Ministry (National Legation) and Bey 'lic - The Moorish -American
Society of Comprehensive Science'. State Department personnel
may of course also obtain this information from the above
Bureau of Administration.

Arumec Executor Cecil Skahel presents this affidavit /
Declaration pursuant to the United States of North America 1787
A.C, a treaty with them being concluded in 1836 A.C, by
Thomas Barclay; and renewed at Mequinez after fifty
years by Leir. This treaty of 1787, 1836 A.C of which for
the record, makes express International legal provisions only for
Moors of the Moorish Empire, and Moors not Subject to Dominions;
not Morocans - is Now in the early 21st twenty first Century.
2 of 4

STILL-IN-FORCE. And was so Confirmed by the Department of States Treaty Analyst, a Ms. Lois Alder of the Treaty Affairs Department on Thursday, April 22, 2004 A.C at approximately 2 Post Meridiem of whom The

Moorish-American Society of Comprehensive Science in Association with Ceal Shah El and Alrumec have had official discourse.

     Therefore due to this true National Identification by blood relation Provisional immunities extend to Mohammedan/Moors world wide who have engaged in International Relations with the United States by Treaty, Still in force.

Note: From A Federal Depository of New York State. in 'The Handbook of North American Indians' Page 290 - United States Goverment Printing Office, Washington D.C. 20402 Stock Number: 047-000-00351-2 Copyright © 1978 by Smithsonian Institution Library of Congress Cataloging in Publication Data,

    It states: That among the reputed ancestors of the Aboriginal American Indian Population (Natives) are Moors and Turks.

    Also Exemptions and the like ~~would be fo~~ of would be foreign Nationals are extended to Ceal Shah El & Alrumec Tribal Government,

    This Document is hereby Conveyed into Alrumec Trust Document #~~000914240~~ 000914240 thus Decreed

I Ceal Shah El Executor office occupant of Alrumec Trust Certify under penalty of Perjury under laws of the United States of America, Without, the UNITED STATES, That the above statements of Fact are true and Correct to the best of our Current Information, Knowledge & belief So help Me God Pursuant to Title 28 USC 1746(1)

           3 of 4

Ceal Shah El 9/14/2020

All rights Reserved without Prejudice
1-207/3448 1-123

We the Under sign, here by Venfy, under Penalty of Perjury under the laws of the united States of America, Without the "UNITED STATES. That the above Statements of Fact are true and Correct to the best of our Current Iinformation, Knowledge & belief, So help us God, Pursuant to Title 28 USC § 1746 (1)

further Affiant Sayeth Nought

Executed on 9/14/2020

Cil Shh El

AllRights Reserved Without Prejudice
1-207/308 1-103
In Propria Persona SuJuris

Citizens of the Illinois Republic

FILED
OCT 08 2020
Maureen A. Josh
Clerk of the Circuit Court
DeKalb County, Illinois

| Miguel Campos | Migl Coper | 9.14.20 |
| Print | Sign | Date |
| Carl H. Witt III | Col H. Witt III | a/14/20 |
| Print | Sign | Date |
| Anthony Ford | Anthony Ford | 9/14/20 |
| Print | Sign | Date |



17CF369
17CF227

**FILED**

JAN 2 8 2019

Maureen A. Josh
Clerk of the Circuit Court
DeKalb County, Illinois



## THE LIBRARY OF CONGRESS
PHOTODUPLICATION SERVICE
WASHINGTON, DC 20540-4570

PHOTODUPLICATION SERVICE
202-707-5640 (VOICE)
202-707-1771 (FAX)
photoduplication@loc.gov (EMAIL)

RECEIVED

JAN 2 8 2019

CIRCUIT CLERK
DEKALB COUNTY

THIS IS TO CERTIFY that the collections of the Library of Congress contain a publication entitled **THE PUBLIC STATUTES AT LARGE OF THE UNITED STATES OF AMERICA**, volume 8, and that the attached photocopies - the title page, the verso of the title page, and pages 100 through 105 - are a true representation from that work.

THIS IS TO CERTIFY FURTHER, that the work is marked with a Library of Congress stamp that bears the date September 26, 1990.

IN WITNESS WHEREOF, the seal of the Library of Congress is affixed hereto on November 8, 2007.

By: Shirley M. Berry
Acting Chief
Library of Congress
Photoduplication Service

EXA-7



RECEIVED
JAN 28 2019
CIRCUIT CLERK
DEKALB COUNTY

BY AUTHORITY OF CONGRESS.

THE

# Public Statutes at Large

OF THE

# UNITED STATES OF AMERICA,

FROM THE

ORGANIZATION OF THE GOVERNMENT IN 1789, TO MARCH 3, 1845.

ARRANGED IN CHRONOLOGICAL ORDER.

WITH

REFERENCES TO THE MATTER OF EACH ACT AND TO THE SUBSEQUENT ACTS
ON THE SAME SUBJECT,

AND

COPIOUS NOTES OF THE DECISIONS

OF THE

Courts of the United States

CONSTRUING THOSE ACTS, AND UPON THE SUBJECTS OF THE LAWS.

WITH AN

INDEX TO THE CONTENTS OF EACH VOLUME,

AND A

FULL GENERAL INDEX TO THE WHOLE WORK, IN THE CONCLUDING VOLUME.

TOGETHER WITH

The Declaration of Independence, the Articles of Confederation, and
the Constitution of the United States.

AND ALSO,

TABLES, IN THE LAST VOLUME, CONTAINING LISTS OF THE ACTS RELATING TO THE JUDICIARY,
IMPORTS AND TONNAGE, THE PUBLIC LANDS, ETC.

EDITED BY

## RICHARD PETERS, ESQ.,

COUNSELLOR AT LAW.

VOL. VIII.

BOSTON:

LITTLE, BROWN AND COMPANY.

1867.

RECEIVED

JAN 28 2019

CIRCUIT CLERK
DEKALB COUNTY

KF50
US
vl 8
vl S.f

Entered according to act of Congress, in the year 1810, by
Chauncy C. Little & Jülus Brown,
In the Clerk's office of the District Court of the District of Massachusetts

LIBRARY OF CONGRESS
SEP 26 1991
COPY
ORDER DIVISION



# TREATY OF PEACE AND FRIENDSHIP

### Between the United States of America, and His Imperial Majesty the Emperor of Morocco. (a)

To all Persons to whom these Presents shall come or be made known. WHEREAS the United States of America, in Congress assembled, by their commission, bearing date the twelfth day of May, one thousand seven hundred and eighty-four, thought proper to constitute John Adams, Benjamin Franklin, and Thomas Jefferson, their Ministers Plenipotentiary, giving to them, or a majority of them, full powers to confer, treat and negociate with the Ambassador, Minister, or Commissioner of his Majesty the Emperor of Morocco, concerning a treaty of amity and commerce; to make and receive propositions for such treaty, and to conclude and sign the same, transmitting it to the United States in Congress assembled, for their final ratification; and by one other commission, bearing date the eleventh day of March, one thousand seven hundred and eighty-five, did further empower the said Ministers Plenipotentiary, or a majority of them, by writing under their hands, and seals, to appoint such agent in the said business as they might think proper, with authority under the directions and instructions of the said Ministers, to commence and prosecute the said negociations and conferences for the said treaty: provided that the said treaty should be signed by the said Ministers: And whereas we, the said John Adams and Thomas Jefferson, two of the said Ministers Plenipotentiary (the said Benjamin Franklin being absent) by writing under the hand and seal of the said John Adams at London, October the fifth, one thousand seven hundred and eighty-five, and of the said Thomas Jefferson at Paris, October the eleventh of the same year, did appoint Thomas Barclay, agent in the business aforesaid, giving him the powers therein, which, by the said second commission, we were authorized to give, and the said Thomas Barclay, in pursuance thereof, hath arranged articles for a treaty of amity and commerce between the United States of America, and his Majesty the Emperor of Morocco, which articles, written in the Arabic language, confirmed by his said Majesty the Emperor of Morocco, and sealed with his royal seal, being translated into the language of the said United States of America, together with the attestations thereto annexed, are in the following words, to wit:

[SEAL]

### In the Name of ALMIGHTY GOD.

This is a Treaty of Peace and Friendship established between us and the United States of America, which is confirmed, and which we have ordered to be written in this book, and sealed with our royal seal, at our court of Morocco, on the twenty-fifth day of the blessed month of Shaban, in the year one thousand two hundred, trusting in God it will remain permanent.

### ARTICLE I.

We declare that both parties have agreed that this treaty, consisting

(a) By an act making an appropriation for the purpose therein mentioned, passed March 3, 1791. Laws U. S. vol. 1, 214, twenty thousand dollars are appropriated for effecting a negotiation of the treaty with Morocco. September 16, 1825, post, 434.

RECEIVED

JAN 28 2019

CIRCUIT CLERK
DEKALB COUNTY

## TREATY WITH MOROCCO, 1787. 101.

of twenty-five articles, shall be inserted in this book, and delivered to the Honorable Thomas Barclay, the agent of the United States, now in our court, with whose approbation it has been made, and who is duly authorized on their part to treat with us concerning all the matters contained therein.

*Emperor assents to the treaty.*

### ARTICLE II.

If either of the parties shall be at war with any nation whatever, the other party shall not take a commission from the enemy, nor fight under their colours.

*Neither party shall take a commission from the enemy of the other.*

### ARTICLE III.

If either of the parties shall be at war with any nation whatever, and take a prize belonging to that nation, and there shall be found on board subjects or effects belonging to either of the parties, the subjects shall be set at liberty, and the effects returned to the owners. And if any goods belonging to any nation, with whom either of the parties shall be at war, shall be loaded on vessels belonging to the other party, they shall pass free and unmolested, without any attempt being made to take or detain them.

*Restitution in case of capture.*

### ARTICLE IV.

A signal or pass shall be given to all vessels belonging to both parties, by which they are to be known when they meet at sea, and if the commander of a ship of war of either party shall have other ships under his convoy, the declaration of the commander shall alone be sufficient to exempt any of them from examination.

*Signal or pass to be given to vessels.*

### ARTICLE V.

If either of the parties shall be at war, and shall meet a vessel at sea belonging to the other, it is agreed, that if an examination is to be made, it shall be done by sending a boat with two or three men only, and if any gun shall be fired, and injury done without reason, the offending party shall make good all damages.

*How vessels shall be examined in time of war.*

### ARTICLE VI.

If any Moor shall bring citizens of the United States, or their effects, to his Majesty, the citizens shall immediately be set at liberty, and the effects restored; and in like manner, if any Moor, not a subject of these dominions, shall make prize of any of the citizens of America, or their effects, and bring them into any of the ports of his Majesty, they shall be immediately released, as they will then be considered as under his Majesty's protection.

*Citizens of the U. S. captured to be released.*

### ARTICLE VII.

If any vessel of either party shall put into a port of the other, and have occasion for provisions or other supplies, they shall be furnished without any interruption or molestation.

*Vessels wanting supplies to be furnished.*

### ARTICLE VIII.

If any vessel of the United States shall meet with a disaster at sea, and put into one of our ports to repair, she shall be at liberty to land and reload her cargo, without paying any duty whatever.

*Provisions in case of misfortune.*

### ARTICLE IX.

If any vessel of the United States shall be cast on shore on any part of our coasts, she shall remain at the disposition of the owners, and no one shall attempt going near her without their approbation, as she is

G2

RECEIVED
JAN 28 2019
CIRCUIT CLERK
DEKALB COUNTY

102            TREATY WITH MOROCCO, 1787.

**Regulation in case of ships wreck, and being forced into port.**
then considered particularly under our protection; and if any vessel of the United States shall be forced to put into our ports by stress of weather, or otherwise, she shall not be compelled to land her cargo, but shall remain in tranquility until the commander shall think it proper to proceed on his voyage.

### ARTICLE X.

**Vessels protected in certain cases.**
If any vessel of either of the parties shall have an engagement with a vessel belonging to any of the Christian powers within gun-shot of the forts of the other, the vessel so engaged shall be defended and protected as much as possible until she is in safety; and if any American vessel shall be cast on shore on the coast of Wadnoon, or any coast thereabout, the people belonging to her shall be protected and assisted until, by the help of God, they shall be sent to their country.

### ARTICLE XI.

**Privileges of vessels in case of war.**
If we shall be at war with any Christian power, and any of our vessels sail from the ports of the United States, no vessel belonging to the enemy shall follow until twenty-four hours after the departure of our vessels; and the same regulation shall be observed towards the American vessels sailing from our ports, be their enemies Moors or Christians.

### ARTICLE XII.

**Ships of war belonging to U.S. not to be examined.**
If any ship of war belonging to the United States shall put into any of our ports, she shall not be examined on any pretence whatever, even though she should have fugitive slaves on board, nor shall the governor or commander of the place compel them to be brought on shore on any pretext, nor require any payment for them.

### ARTICLE XIII.

**Ships of war to be saluted.**
If a ship of war of either party shall put into a port of the other, and salute, it shall be returned from the fort with an equal number of guns, not with more or less.

### ARTICLE XIV.

**Commerce on the footing of the most favoured nation.**
The commerce with the United States shall be on the same footing as is the commerce with Spain, or as that with the most favoured nation for the time being; and their citizens shall be respected and esteemed, and have full liberty to pass and repass our country and seaports whenever they please, without interruption.

### ARTICLE XV.

**Privileges of merchants.**
Merchants of both countries shall employ only such interpreters and such other persons to assist them in their business, as they shall think proper. No commander of a vessel shall transport his cargo on board another vessel, he shall not be detained in port longer than he may think proper, and all persons employed in loading or unloading goods, or in any other labour whatever, shall be paid at the customary rates, not more and not less.

### ARTICLE XVI.

**In case of war, prisoners not to be enslaved, but exchanged.**
In case of a war between the parties, the prisoners are not to be made slaves, but to be exchanged one for another, captain for captain, officer for officer, and one private man for another; and if there shall prove a deficiency, on either side, it shall be made up by the payment of one hundred Mexican dollars for each person wanting. And it is agreed that all prisoners shall be exchanged in twelve months from the time of their being taken, and that this exchange may be effected by a merchant or any other person authorized by either of the parties.

RECEIVED
JAN 28 2019
CIRCUIT CLERK
DEKALB CO'TY





## TREATY WITH MOROCCO, 1787.

### ARTICLE XXXIV.

**Regulation in case of war.**

If any differences shall arise by either party's infringing on any of the articles of this treaty, peace and harmony shall remain notwithstanding, in the fullest force, until a friendly application shall be made for an arrangement, and until that application shall be rejected, no appeal shall be made to arms. And if a war shall break out between the parties, nine months shall be granted to all the subjects of both parties, to dispose of their effects and retire with their property. And it is further declared, that whatever indulgences, in trade or otherwise, shall be granted to any of the Christian Powers, the citizens of the United States shall be equally entitled to them.

### ARTICLE XXXV.

**Duration of treaty.**

This treaty shall continue in full force, with the help of God, for fifty years.

We have delivered this book into the hands of the beforementioned Thomas Barclay, on the first day of the blessed month of Ramadan, in the year one thousand two hundred.

I certify that the annexed is a true copy of the translation made by Isaac Cardoza Nunez, interpreter at Morocco, of the treaty between the Emperor of Morocco and the United States of America.

THOMAS BARCLAY.

### ADDITIONAL ARTICLE.

Grace to the only God.

**Vessels of U. S. to be protected.**

I, the under-written, the servant of God, Taher Ben Abdelhack Fennish, do certify, that His Imperial Majesty, my master, (whom God preserve) having concluded a treaty of peace and commerce with the United States of America, has ordered me, the better to complete it, and in addition of the tenth article of the treaty, to declare, "That if any vessel belonging to the United States, shall be in any of the ports of his Majesty's dominions, or within gun-shot of his forts, she shall be protected as much as possible; and no vessel whatever, belonging either to Moorish or Christian Powers, with whom the United States may be at war, shall be permitted to follow or engage her, as we now deem the citizens of America our good friends."

And, in obedience to his Majesty's commands, I certify this declaration, by putting my hand and seal to it, on the eighteenth day of Ramadan, (a) in the year one thousand two hundred.

The servant of the King my master, whom God preserve.

TAHER BEN ABDELHACK FENNISH.

I do certify that the above is a true copy of the translation made at Morocco, by Isaac Cordoza Nunez, interpreter, of a declaration made and signed by Sidi Hage Taher Fennish, in addition to the treaty between the Emperor of Morocco and the United States of America, which declaration the said Taher Fennish made by the express directions of his Majesty.

THOMAS BARCLAY.

(a) The Ramadan of the year of the Hegira 1200, commenced on the 28th June, in the year of our Lord 1786.



TREATY WITH MOROCCO, 1787.                    105

Now, KNOW YE, That we, the said John Adams and Thomas Jefferson, Ministers Plenipotentiary aforesaid, do approve and conclude the said treaty, and every Article and clause therein contained, reserving the same nevertheless to the United States, in Congress assembled, for their final ratification.

In testimony whereof, we have signed the same with our names and seals, at the places of our respective residence, and at the dates expressed under our signatures respectively.

JOHN ADAMS,            (L.S.)
*London, January 25th, 1787.*

THOMAS JEFFERSON,   (L.S.)
*Paris, January 1st, 1787.*

VOL. VIII.        14

CERTIFICATION OF VITAL RECORD



FILED
IN OPEN COURT

NOV 06 2019

Margaret A. Josh
Clerk of the Circuit Court
DeKalb County, Illinois

# JACKSON COUNTY, ILLINOIS

## Certification of Birth

| | |
|---|---|
| **Birth Number:** | 112-83-031866 |
| **Name:** | CECIL OTHELL SHAW |
| **Date of Birth:** | 4/29/1983      **Sex:** M |
| **Place of Birth:** | CARBONDALE. IL |
| **Maiden Name of Mother:** | CELIA JOI REED |
| **Mother State of Birth:** | IL      **Age:** 19 |
| **Name of Father:** | RUDELL ORLANDO SHAW |
| **Father State of Birth:** | IL      **Age:** 24 |
| **Date Filed:** | 5/3/1983 |
| **Date Issued:** | 10/4/2019 |

CERTIFIED COPY OF VITAL RECORDS

STATE OF ILLINOIS   )   ss

COUNTY OF JACKSON   )      DATE ISSUED



I, Frank L. Byrd, Jackson County Clerk, do hereby certify that this document is a true and correct copy/abstract of the original record which is on file in the office of the County Clerk, Jackson County, Murphysboro, Illinois.

Not valid without the embossed seal of Jackson County.

*Frank L. Byrd*

**FRANK L. BYRD**
COUNTY CLERK

ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE

EX A 84

## Declaration of Rights Reservation to Contract

From: Public Juris
This is a public communication to all.
> Notice the agent is known as the principal.
> Notice the principle is known as the agent

Let it be known to all that I **Cecil Shah El** , explicitly reserves all rights and powers,
see UCC 1-308/UCC 1-207

1 - 308.  Performance or acceptance under reservation of rights
a.     a party that has an explicit reservation of Rights performs or promises performance or a sense to Performance in a manner, demanding or offered by the other party does not thereby prejudice the rights reserved. Such words as without prejudice under protest or the like are sufficient.

I Express for the purpose of retaining all of my rights and liberties at all times and in all places, nunc pro tunc (now for then) from the time of my birth and forevermore. Further, I retain my rights not to be compelled to perform under any contract or commercial agreement that I did not enter knowingly, voluntarily and intentionally. I do not accept the liability of the compelled benefit of any unrivaled contract or commercial agreement. I am not ever subject to silent contracts and have never knowingly or willingly contract it away from my sovereignty.  I am not a US citizen nor a 14th Amendment citizen. I am a ▬▬▬▬▬▬▬▬▬▬▬ and I reject any attempt of expatriation.

**Moorish American National**

### Acceptance of the oath of office

Take notice all state and federal hearing officers, judges, district judges, district magistrate, the office of the US District Attorneys, all clerks and prothonotaries and County and state judges and employees of the state of **Illinois**          and all county local authorities.

All contracts commence with an offer and only become binding upon acceptance, see contracts by Wade Worth 3rd Edition sec. 3.3 page 112, 113. the Constitution of the United States and of the state of **Illinois**          and the oath of office of the named public servant. Your oath is accepted as your open and binding offer of promise to perform. This act creates a firm and binding contract of obligation between you and I, and the respective governments and their political instrumentalities and the above-named public servants and in my private confident capacity.

22 CFR 92.12-92.31 FR Heading "Foreign Relations" states that an oath is required to take office.
When reading amendment 9 and 10 the powers vested and reserved is the people never any corporate entity Supreme Court of the United States Bond v. United States.

I reasonably require that, as PUBLIC SERVANT(S), you produce your promissory oath of office the obligation which permits you to lawfully act with authority to perform all of your promises and stays within the limitations of your constitutionally created obligations or duties and proceed with no unfounded plains, presumptions, quasi-contract or quasi in rem action. You are to seek only the truth of the facts of the matter at all times and respect and/or protect my secured rights of contract, personal liberties, private property and all rights as retained and reserved.

### Jurat

I declare the foregoing is under penalty of perjury the laws of the United States of America that the foregoing is true and correct.

Dated: **October 23, [2019] 1440 MC**     Autograph *Cecil Shah El*
*All Rights Reserved Without Prejudice*

In Witness whereof, we the undersigned affix our mark that the foregoing has been signed by the maker on the above date as his free will acting deed.

_____    _____    _____

_____    _____    _____

**Witnesses**



Cecil Shah El
C/o Alrumecc Trust & Estates
7130 S. Morgan
near: Chicago Illinois [60621]

Alrumecc Trust
Doc# 00000005

STATE OF ILLINOIS
COUNTY OF DEKALB

FILED
JUN 18 2020
Maureen A. Josh
Clerk of the Circuit Court
DeKalb County, Illinois

DECLARATION IN NATURE OF AFFIDAVIT OF FACT ~ Addendum

For The Record On The Record, To be Read Into the Record, Let the Record Show
Mandatory Judicial / Administrative Notice
Notice to Principal Is Notice to Agent Notice to Agent Is Notice to Principal
Affidavit of Fact / Conveyance

The purpose of of this Declaration in the Nature of Affidavit of fact
is to Certify for the Record the Status of Cecil Shah El being
on File / Recorded via Universal Postal Union Document Number;;
Legal Notice of Name change Declaration & Judicial Notice of
Proclamation Recorded. To the Following Departments.

Department of Interior 〈 7017 0660 0000 4582 0804
The Provost Marshall 〈 7018 1130 0000 8632 5689
Department of HomeLanad Security 〈 7017 0660 0000 4582 0781
United Nations HeadQuarters 〈 7018 1130 0000 8632 5689
Arch Bishop Chicago 〈 7018 2290 0000 9828 9415
United States Department of Justice 〈 7018 1130 0000 8632 5641
United States Department of Treasury 〈 7018 2290 0000 4824 5411
United States Attorney General 〈 7018 2290 0000 4824 5435
Department of State Secretary of State 〈 7018 2290 0000 4824 5428
United States Supreme Court 〈 7018 2290 0000 4824 5442
Governor of the State of Illinois 〈 7019 0700 0000 2165 7993
Illinois Department of Corrections 〈 7019 0700 0000 2165 7993

Ex A 30a

Pg 1 of 2

The above stated locations are in reciept of the above Stated status of Cecil Shah El Moorish American National In Propria Persona Sui Juris, In Propria Solo, In Propria Heredes thus recorded, I am Law. The above stated numbers are hereby Conveyed into Alrumecc Estate Trust an Allodial Moorish Trust.

**FILED**

JUN 1 8 2020

Maureen A. Josh
Clerk of the Circuit Court
DeKalb County, Illinois

Cecil Shah El 6/13/2020
All Rights Reserved Without Prejudice
ʰ 207 /30 & 1-103

## Verification & Authentication

We the undersigned Verify under Penalty of Perjury under the laws of the Republic ~~america~~ United States Without the UNITED STATES state the above statements of Fact and Law ar True, and Correct to the best of our Current Information, belief and Knowledge So help us God Pursuant to 28 USC § 1746 (1)

Citizes of the Illinois Republic
In Propria Persona, Sui Juris

| Miguel Campos | Miguel Campos | 6.15.20 |
| Print | Sign | Date |
| Anthony Ford | Anthony Ford | 6.15.20 |
| Print | Sign | Date |

2 of 2

**FILED**

JAN 28 2019

Maureen A. Josh
Clerk of the Circuit Court
DeKalb County, Illinois

RECEIVED

JAN 28 2019

CIRCUIT CLERK
DEKALB COUNTY

General Civil Orders

June 10, 2014

Issued to All Members of the Domestic Police Forces, US Marshals Service, the Provost Marshal, Members of the American Bar Association and the American Armed Services

At the federal level the American government has always been a separate foreign international maritime jurisdiction operated under contract to provide two services: (1) protect the national trust assets, and (2) perform governmental services for the Several States— which in terms of international law are all recognized sovereign nations.

The equity contract known as "The Constitution for the united States of America" makes it clear that the Several States contracted to form a single governmental services agency known as "The United States". The contract stipulates the assets to be held in trust by the federal government in the Preamble and Bill of Rights comprising the trust indenture portion of the contract and also stipulates the nineteen enumerated services to be performed—and exactly what "powers" the States agreed to delegate to The United States and how they would pay for these services.

What isn't so widely known or appreciated is that the governmental services company known as The United States was a privately owned and operated commercial company set up by Benjamin Franklin in 1754. George Washington was actually the 11th "President" of this company, and only the 1st President to take office after the receipt of the "Constitution" contract.

According to the 1824 Webster's Dictionary, the word "federal" was a synonym for "contract" at the time the original Constitution was written. All "constitutions" are affirmations of debt —in this case, the debt the States assumed when they created the federal government and jointly agreed to pay for the services that it would provide. The office of "President" is and always has been a uniquely commercial office, not a "Head of State".

Because the federal governmental services company is privately owned and operated, only shareholders known as "electors" have a real say in its elections and administration, only "trustees" known as "members of Congress" have the right to determine how the national trust assets are protected though they are obligated as trustees to do a reasonable job of it, and only the States have the right to complain if the stipulated services aren't up to par.

The American people at large, known simply as "inhabitants of the domestic states" or "State Citizens" have always been a separate and distinct population apart from "US Citizens" or "Federal Citizens"--- and to these two groups a third kind of "citizen" was added in 1871, that of "US citizen".

ExA 26

Likewise, the government of the United States of America (Minor) may do what it wills with those who are legitimately born under its hegemony, but it cannot say one word claiming authority over any birthright State Citizen of The United States of America (Major).

Please note that Barack H. Obama is "Commander in Chief" of the "US Armed Forces" which legitimately includes the Puerto Rican Navy and whatever security forces are endemic to Guam, American Samoa and the other Insular States.

The Grand Army of the Republic and its successors are obligated to perform under General Order 100.

The American Armed Forces also known as the Armed Forces of The United States of America (Major) are paid for by and obligated to serve the organic states, which we present and for which we require your service. In the absence of a properly formed and operational government of the Republic, all rights revert to the organic states, including the civil authority to issue these General Orders. "President" Barack H. Obama is operating as an official of the United States of America (Minor) and as a corporate officer in the employ of the UNITED STATES, a French commercial corporation chartered by the International Monetary Fund, an agency of the UNITED NATIONS. He is not now nor has he ever been elected to any public office of The United States of America (Major).

Likewise the members of the "US Congress" have never taken the Oath of any Public Office of The United States of America (Major) and are merely operating as private corporate officers of the same commercial corporation dba the "UNITED STATES".

All offices deriving and paid and/or receiving credit entirely or in part as a result of the original equity contract known as The Constitution for the united States of America are offices of the Armed Forces of The United States of America (Major) by definition and those who serve in these offices are employees of the inhabitants of the domestic no 'v-fifty States defined by Statehood Compacts. As such, you are now receiving direct orders un_z the civil authority of these organic states.

All the foregoing circumstance is indeed the "mischief" predicted by Chief Justice Harlan in his dissenting opinion given in *Downes v. Bidwell* — mischief resulting from allowing Congress to operate two governments at once, one a constitutional Republic, and the other an oligarchy under the plenary control of Congress. The members of the "US Congress" have been corrupted by power lust or through ignorance subverted and used to serve the aims of criminals. That does not give anyone else a license to sin. It merely requires the recognition of the sins of the members of the Congress and appropriate enlightened action depriving them of any power or excuse to continue these deceits and usurpations.

There are 515 people responsible. It is incumbent upon them to straighten it out, and for the rest of us to insist that they do so. It is also the responsibility of all members of the domestic police

may inhabit on the land. The only exceptions are those unfortunates born within the borders of the Insular States—District of Columbia, Guam, Puerto Rico, etc.—who must self-declare under Article 15 of The Universal Declaration of Human Rights.

It has been the policy of the United States of America (Minor) to consider all federal employees and members of the active duty military who are birthright inhabitants of The United States of America (Major) temporary "dual citizens" subject to the United States of America (Minor). However, The United States of America (Major) recognizes no dual citizenship whatsoever, and the process required for any birthright inhabitant of the land to adopt "US Citizenship" is both lengthy and purposeful, as stated in US Statute at Large 2, Revised Statute 2561. As the employers of the United States of America (Minor) we exercise our proprietary interest and direct all American State Citizens to defend the interests and integrity of the American organic states regardless of any contrary "orders" issued by any corporate officer of the UNITED STATES or foreign official acting under the auspices of the United States of America (Minor).

All birthright State Citizens of The United States of America (Major) are specifically enjoined from engaging in any activity contrary to the health, welfare, safety, and benefit of their fellow State Citizens and will otherwise be recognized as criminals regardless of what uniforms they wear or what authorities they pretend to have. If corporate "President" Obama should order any member of the "US military" or any armed "agency personnel" —BATF, IRS, NSA, FEMA, etc.—to open fire upon American State Citizens, it will be a war crime against non-combatant civilians and it will be immediately recognized as such throughout the world.

**For all military and civilian-based defense and law enforcement agencies the rule to be observed is: if you can't do it as a private individual, you can't do it as a public officer.**

Any State Citizen who is forced to open fire on federally or federal "State" or "STATE" funded personnel in defense of life or property will be recognized as a non-combatant civilian without exception, held harmless, and supported by all members of the American Armed Forces of the United States of America (Major) and all American State Militias. Any State Citizen so imposed upon by those in his or her employment or hired by those in his or her employment in any capacity whatsoever including "elected" officials, will be entitled to full reparations in the amount of $5,000,000.00 USD or the equivalent at the time of the damage incurred for every death, $2,500,000.00 USD or the equivalent at the time of the damage for every permanent disability. They shall also be owed full reparations for all property damage incurred and up to eighty (80) times compensatory damages at the discretion of a jury of their peers.

The individual States of the Union formed by Statehood Compact retain the full and unencumbered claim upon their birthright inhabitants. These "states" are defined geographically. They are not incorporated entities, and they are not "represented" by any incorporated "State of_____" or "STATE OF_____" organization at this time. They are

contrived a "complex regulatory scheme" by which they established their own "State" governments and have tried to claim that they have been at "war" with the American people while relying upon the organic states for their own sustenance and have falsely claimed that they established "exclusive legislative jurisdiction" over the original states of the Union by these acts of self-interested fraud carried out against their employers and benefactors.

Fraud has no statute of limitations.

The governmental services corporations have always been under commercial contract to provide services to the American people and have acted against their employers **as employees**.

It is essential that members of the Bar Associations, members of the "State" governments which have been surreptitiously "redefined" to their detriment, members of the domestic police forces, and members of the various armed forces gain a clear understanding of the fact that for purposes of administration of government services on American State soil, the "federal government" is a corporation with no more civil authority on the land than JC PENNY or HARLEY DAVIDSON.

The "federal government" is under contract to the organic States and as our Forefathers vested the ENTIRE civil government on the land in the people inhabiting the land, each American is a sovereign "organic state" of the union. Each one of us has more civil power and authority **on the land** than the entire "federal government" has ever had or ever can have.

For that reason and as a result of the deliberations which have already taken place among the other nations of the world, the "federal government" dba the UNITED STATES, INC. , a French commercial corporation, is hereby called to task for non-performance on its contractual obligations. The semantic deceits involved in claiming that American State Citizens are "US citizens" and all the other fraudulent claims advanced against the American states and people are to be fully recognized for what they are—**fraudulent claims having no merit and owed no enforcement.**

Other corporate entities, notably the FEDERAL RESERVE and INTERNATIONAL MONETARY FUND, which are responsible for creating and promoting this fraud are to be recognized and dealt with appropriately as international dealers in fraud and usury.



American Negroes have in the past been considered "US citizens" because that is the only "citizenship" they were ever granted after the Civil War, a grave error of justice that resulted in them only having "civil rights" which are privileges granted by the "US Congress" instead of the "Natural and Unalienable Rights" they are naturally heir to. They were also claimed as chattel backing the debts of the United States of America, Incorporated, despite both national and international prohibitions abolishing slavery and peonage. A prompt correction is available from the organic states and by proclamation of these organic states, they are granted full and immediately recognizable status as "American Nationals" owed all the "Natural and Unalienable Rights" of any other organic State Citizen, no matter which geographically defined state they

presented solely by the **unincorporated** Body Politic and their individual inhabitants, who retain all organic and civil prerogatives on the land.

Those organizations currently calling themselves the "State of Alaska" or the "STATE OF ALASKA", etc., are representatives of two different governmental services corporations operated by the FEDERAL RESERVE ("State of Alaska") and the INTERNATIONAL MONETARY FUND ("STATE OF ALASKA"), doing business as franchises of the United States of America, Inc. and the UNITED STATES, INC. respectively. They have no representational capacity whatsoever and are operating under commercial contract only.

Because these "State" and "Federal" entities have all functioned under conditions of non-disclosure and semantic deceit serving to promulgate fraud upon the organic states and the American people, they are all to be considered criminal syndicates to the extent that they have been aware of their status and have failed to correct their operations and representations. All contracts held by these organizations or assumed to be held by these organizations are null and void for fraud. These contracts include but are not limited to contracts for sale, for labor, for trade, "citizenship" contracts, powers of attorney, licenses, mortgages, registrations, and application agreements of all kinds. All signatures of American State Citizens acting under the influence of semantic deceit and non-disclosure are rescinded

All those individuals engaged in employment as "federal" and "state" and "municipal" employees and "elected officials" are hereby given Notice that they are employees of private, for-profit corporations that are merely under contract to provide stipulated public services, having no special status, having no immunity, and having no authority as sovereign nations or states. Any actions that they take infringing on the rights and prerogatives of American State Citizens are criminal acts without exception and are to be treated as criminal acts. These individuals have exactly the same standing as employees of any other commercial company, and the rules, regulations, codes, and other "statutes" they enforce are obligations unique to those organizations only.

Posse Comitatus is to be observed and enforced on the land of the domestic organic states regardless of any Executive Order issued by Barack H. Obama acting as "President" of the United States of America (Minor) or as the President of any **incorporated** entity whatsoever. Any such imposition of "martial law" by Mr. Obama has exactly the same legal standing as "martial law" imposed by the President of BURGER KING, INTERNATIONAL or the King of Sweden on the land of the organic states. He can order his paid employees to commit hari kari if he wishes to do so, and they may follow his instructions if they care to, but they may not under any circumstance murder anyone, assault anyone, seize any private property, or cause any trouble for American State Citizens, or they shall be immediately recognized as criminals and treated as such.

Following the Civil War, the governmental services company providing the services agreed to by the States reorganized as a corporation dba the "United States of America, **Incorporated**" and published its Articles as the "Constitution of the United States of America". Unlike "The Constitution **for the united** States of America", the "Constitution **of the United** States of America" is a document peculiar to the new "Municipal" – that is, "City State" government **formed to administer the affairs of the District of Columbia and federal territories and possessions.**

This corporate "constitution" provided for the creation of a new kind of "Federal Citizen"----a "US citizen"—and from that point onward, from the perspective of the new federal municipal government formed by the Act of 1871— American State Citizens (the inhabitants of the domestic fifty states) were regarded as "non-resident aliens". This same corporation dba the "United States of America, Incorporated" (chartered in Delaware) began operating two separate "governments" at once— the "municipal government of the District of Columbia" and the "federal government" owed to the States of the Union——both under the auspices of the "United States Congress".

These semantic deceits have given rise to endless confusions, usurpations, and criminality. These General Civil Orders address some of those issues which are most important at this time.

The Congress ceased operating as it was required by contract to operate in 1860. After December of 1865, it never again operated as an unincorporated Body Politic representing the States of the Union. The "federal government" has functioned exclusively as an incorporated commercial entity, with an elected Board of Directors merely calling itself the "US Congress" ever since. As such, the "federal government" is a commercial corporation like any other commercial corporation. It has no special status, no immunity from prosecution, and hasn't functioned as a governing body of a sovereign nation for 150 years.

To overcome this obvious difficulty the "US Congress" formed another "union" of "American" "states" from the "federal territories and possessions". The Seven Insular States including the "State of New Columbia" (District of Columbia), Guam, Puerto Rico, American Samoa, et alia, and formed a new nation simply calling themselves "the United States of America" and claimed separate national sovereignty.

Thus we have The United States of America (Major) comprised of the now-fifty organic States created by Statehood Compacts and the United States of America (Minor) representing the seven Insular States, both being administered under the direction of the corporate Board of Directors known as the "US Congress"— which has continued to act solely as the sovereign government of "the United States of America" (Minor).

These blatant semantic deceits by officers of the federal corporation and officials of "the United States of America (Minor)" amount to purposeful constructive fraud against their employers, the American organic states. To try to overcome this obstacle, members of the "US Congress"

forces and all members of the American military to preserve the peace and tranquility and prosperity owed to the American people. By order issued by Pope Francis dba FRANCISCUS on July 11, 2013, all members of the American Bar Association are similarly required to serve the cause of peace and will be held individually responsible for any action seeking to undermine the government of the organic states of the Union or defraud the people inhabiting the organic states.

We affirm under penalty of perjury that we are natural living birthright inhabitants of the Wisconsin state and Washington state respectively, fully of age, permanently domiciled in the jurisdiction of the air, holding unimpeded material interest upon the land jurisdiction of The United States of America (Major). These General Civil Orders are issued upon our civil, commercial, and canon authority, by our living hands and our testaments jointly sworn and Witnessed by Our Seals and autographs before Pope Francis and all nations, declaring that the truth of these matters has been established beyond reasonable doubt upon the public record, and We hereby autograph, seal, and issue these General Civil Orders to all officers commissioned and non-commissioned, active duty and reserves, without the United States of America (Minor), without the United Nations, without the City-State of Westminster, and without representation:

*anna-maria-wilhelmina-hanna-sophia:* Judge anna-maria-wilhelmina-hanna-sophia:riezinger-von reitzenstein von lettow-vorbeck non-negotiable autograph, under seal and in service, all rights reserved;

*Admiral james-clintwood belcher* : Judge james-clintwood:belcher non-negotiable autograph under seal and in service, all rights reserved.

Copies to:
The Joint Chiefs of Staff
Major General David E. Quantock
State of Alaska Governor Sean Parnell
State of Alaska Lt. Governor Mead Treadwell
Chief Justice Dana Fabe
Colonel Jim Cockerel, Alaska State Troopers
Robert Huen, US Marshal
Kevin Donovan, FBI
Other Interested Parties

*(handwritten case numbers in top right margin)*
```
17 PT 121    14 TR 852
17 TR 3146   14 TR 878
17 TR 5122   14 TR 1129
18 CM 237
18 TR 1885   17 MR 215
14 CM 83     17 MR 216
17 TR 5121
```

**FILED**

**JUL 03 2019**

Maureen A. Josh
Clerk of the Circuit Cou
DeKalb County, Illinoi

*(handwritten heading)* Mandatory Judicial Notice, For the Record on The Record & of the Record Snow

# CIVIL ORDERS
## JULY 4, 2014

**Issued to All Members of the Domestic Police Forces, US Marshals Service, the Provost Marshal, Members of the American Bar Association and the American Armed Services.**

These organic American states of the Union known as The United States of America (major) exercising plenary civil power upon the land hereby appoint General Carter F. Ham to lead and command The Grand Army of the Republic (GAR) and its successors under the guidance of the Joint Chiefs of Staff and with their full support.

Should it become necessary to suppress commercial mercenary forces operating under the guise of being federal government agencies including but not limited to the Department of Homeland Security, the Federal Emergency Management Administration, the Internal Revenue Service, the Bureau of Alcohol, Tobacco and Firearms, etc., General Ham shall assume immediate command and control of all armed forces and services owed to The United States of America (major) stationed in North America and shall join them under his Command as The Grand Army of the Republic. All forces of air, land, and sea are to be employed.

Any cost or loss suffered as a result of deployment of The Grand Army of the Republic shall be charged as stipulated prior.

All effort shall be made by The Grand Army of the Republic to spare life and property while undertaking any action whatsoever within the states of the Union without exception. The GAR is uniquely enabled by these Orders to operate on the land of the fifty (50) organic states for the purposes of securing the lives and property of the American States and American State Citizens. The GAR is not a foreign army and is composed primarily of American State Citizens.

If required to take field position, the local commanders shall make every effort to communicate the basis of their authority and the reasons for their presence on American State soil to ensure a prompt cessation of hostilities and a widespread understanding of the usurpations and acts of fraud which have led to any conflict. All parties must be brought to understand the nature of the federal government, the limitation of its authority, and their own obligation to act in favor of the organic states of the Union.

The Grand Army of the Republic shall continue to operate under General Order 100 known as the Lieber Code, extant from the pen of the last Republic President, Abraham Lincoln.

*(handwritten, bottom center)* 1 of 5

*(handwritten, bottom right)* Ex A 26a

No orders, Executive or otherwise, issued by Barack H. Obama pretending authority on the land of the American States while operating as "President" of the UNITED STATES Corporation nor as the "President" of the United States of America (minor) are owed any performance by the Joint Chiefs of Staff, General Ham, or any Ordinary. All plainly stated grants of contractual authority evident in The Constitution for the united States of America remain in place, subject to good faith performance of the accompanying obligations and treaties.

Mr. Obama is the "President" of a governmental services corporation under contract to provide stipulated services to the organic states and is on their payroll. He otherwise acts as a foreign dignitary representing the United States of America (minor). In neither of these capacities is he allowed any granted authority to impose upon American State Citizens, endanger American State property, or command mercenary forces on American State soil — however veiled as federal civilian service agencies.

We require the Joint Chiefs of Staff and General Ham to commence measures to disarm federal civilian agency personnel and to seize control of the vast stockpiles of arms which have been improperly amassed by "the Department of Homeland Security", FEMA, and other agencies employed by the UNITED STATES.

The only federal agency allowed free egress on the land of the American States is the U.S. Marshals Service, and then only when their personnel are engaged in their duty to protect the U.S. Mail and sworn to act as constitutional officers. All other federal agency personnel are limited to unarmed service until further notice.

We direct the Joint Chiefs of Staff to communicate these first two General Civil Orders directly to Mr. Obama, the members of the "US Congress", the administrators of all "federal" agencies, the members of the "Supreme Court" and those acting as "Governors" to compel their rapid understanding and cooperation.

Any expense or damage incurred by these organic states or any American State Citizen as a result of actions undertaken by any federal agency personnel acting as armed mercenaries on American State soil will be understood as the result of violent **crimes** committed against the peaceful inhabitants of the land and will incur immediate judgment liquidating the assets of the International Monetary Fund (IMF) and the Federal Reserve (FEDERAL RESERVE) in payment of the stipulated reparations. Such crimes shall also be considered contract default increasing the public debt **subject to bounty**.

Any and all corporate officers of the UNITED STATES or any successor organization(s) inheriting "federal" service contracts who support, condone, or promote such crimes against the American States or against American State Citizens shall be subject to arrest and prosecution for commercial and violent crimes. All foreign officials operating as elected or appointed officials of the United States of America (minor) who support, condone, or promote such crimes against the American States or against American State Citizens shall be subject to arrest, confiscation of their assets, and deportation to Puerto Rico, Guam, or such other "states" as may be willing to receive them. Such "foreign officials" include members of the American and British Bar Associations who were licensed to act as privateers against the interests of the American States and the American State Citizens from 1845 to 2013 in flagrant Breach of Trust. All such licenses are now extinguished. Members of the Bar Associations are required to cease and desist assaults against the American States and American State Citizens and shall be subject to arrest, confiscation, and deportation otherwise.

Insomuch as corporate officers operating the United States of America, Incorporated, and the UNITED STATES have contrived under conditions of fraud and semantic deceit to             re-venue the estates of the American States and living American State Citizens to the foreign jurisdiction of the United States of

America (minor) they are found guilty of capital crimes, including acts of fraud and treason committed between 1933 and 1945, and are condemned posthumously. Insomuch as elected officials operating the United States of America (minor) have similarly committed war crimes against the American States and their peaceful inhabitants during the same time period, they stand condemned posthumously.

No enforcement upon any American State or American State Citizen is owed as a result of any "Act" of any "Congress" operating as the sovereign government of the United States of America (minor) nor as the Board of Directors or Board of Trustees of any incorporated entity whatsoever.

All those (E)states and ESTATES erroneously believed to represent the American States and American State Citizens and which were conveyed by fraud and legal deceit to the United States of America (minor) and more recently to the City-State of the United Nations, are re-venued without exception to the geographically defined American States and the American State Citizens where they shall remain in perpetu as assets belonging to the rightful and lawful beneficiaries. All legal fiction entities however structured an named after the American States and American State Citizens are returned to them and their control, free and clear of any debt, promise, encumbrance or obligation alleged against them as a result of false claims made "in their behalf" by officers of the United States of America, Inc. and the UNITED STATES, INC. or by any foreign officials operating the United States of America (minor), or the United Nations City State falsely claiming to "represent" them or have jurisdiction over them.

We note that the current circumstance is in part the result of criminal acts engaged in 150 years ago, which resulted in the **commercial** enslavement of African Americans who were summarily claimed as chattels backing "US government" debt in the wake of the Civil War. Despite every act of abolition and declaration of prohibition against both peonage and slavery, it has been the policy of the "US government" to enslave its citizens and to operate as a rogue state among the nations of the world. Instead of freeing African Americans the sum total result of the Civil War was to vastly expand **public sector** ownership of slaves, giving rise to the outrageous and improper claims that have been made against the American States and the American State Citizens that we are dealing with today. It is uniquely fitting that The Grand Army of the Republic is recalled to settle this circumstance in favor of the people.

The **right** to act comes with the **responsibility** to act!

This NOTICE is by my hand and upon my civil authority set this 4th day of July, 2014:

*Anna-Maria: riezinger*

Anna Maria Wilhelmina Hanna Sophia Riezinger von Reitzenstein von Lettow-Vorbeck, Private Attorney in service to His Holiness, Pope Francis.
In Care Of: Box 520994, Big Lake, Alaska
Under Sea

Copies to:

Joint Chiefs of Staff
Major General David E Quantock
Other interested parties



# UNIFIED MAINE COMMON LAW GRAND JURY

David Robinson, 3 Linnell Circle, Brunswick, Maine 04011
Phone 207-798-4695 • Email: drobin88@comcast.net

## LEX NATURALES DEI GRATIA

• ANDROSCOGIN • AROOSTOOK • CUMBERLAND • FRANKLIN • HANCOCK • KENNEBEC • KNOX•
• LINCOLN • OXFORD • PENOBSCOT • PISCATAQUIS • SAGADAHOC • SOMERSET • WALDO •
• WASHINGTON • YORK •

*Psa. 89:14 "Justice and judgment are the habitation of thy throne : mercy and truth shall go before thy face."*

---

# CIVIL ORDERS
## JULY 4, 2014

### Issued to All Members of the Domestic Police Forces, US Marshals Service, the Provost Marshal, Members of the American Bar Association and the American Armed Services.

These organic American states of the Union known as The United States of America (major) exercising plenary civil power upon the land hereby appoint General Carter F. Ham to lead and command The Grand Army of the Republic (GAR) and its successors under the guidance of the Joint Chiefs of Staff and with their full support.

Should it become necessary to suppress commercial mercenary forces operating under the guise of being federal government agencies including but not limited to the Department of Homeland Security, the Federal Emergency Management Administration, the Internal Revenue Service, the Bureau of Alcohol, Tobacco and Firearms, etc., General Ham shall assume immediate command and control of all armed forces and services owed to The United States of America (major) stationed in North America and shall join them under his Command as The Grand Army of the Republic. All forces of air, land, and sea are to be employed.

Any cost or loss suffered as a result of deployment of The Grand Army of the Republic shall be charged as stipulated prior.

All effort shall be made by The Grand Army of the Republic to spare life and property while undertaking any action whatsoever within the states of the Union without exception. The GAR is uniquely enabled by these Orders to operate on the land of the fifty (50) organic states for the purposes of securing the lives and property of the American States and American State Citizens. The GAR is not a foreign army and is composed primarily of American State Citizens.

If required to take field position, the local commanders shall make every effort to communicate the basis of their authority and the reasons for their presence on American State soil to ensure a prompt cessation of hostilities and a widespread understanding of the usurpations and acts of fraud which have led to any conflict. All parties must be brought to understand the nature of the federal government, the limitations of its authority, and their own obligation to act in favor of the organic states of the Union.

The Grand Army of the Republic shall continue to operate under General Order 100 known as the Lieber Code, extant from the pen of the last Republic President, Abraham Lincoln.

No orders, Executive or otherwise, issued by Barack H. Obama pretending authority on the land of the American States while operating as "President" of the UNITED STATES Corporation nor as the "President" of the United States of America (minor) are owed any performance by the Joint Chiefs of Staff, General Ham, or any Ordinary. All plainly stated grants of contractual authority evident in The Constitution for the united States of America remain in place, subject to good faith performance of the accompanying obligations and treaties.

Mr. Obama is the "President" of a governmental services corporation under contract to provide stipulated services to the organic states and is on their payroll. He otherwise acts as a foreign dignitary representing the United States of America (minor). In neither of these capacities is he allowed any granted authority to impose upon American State Citizens, endanger American State property, or command mercenary forces on American State soil — however veiled as federal civilian service agencies.

We require the Joint Chiefs of Staff and General Ham to commence measures to disarm federal civilian agency personnel and to seize control of the vast stockpiles of arms which have been improperly amassed by "the Department of Homeland Security", FEMA, and other agencies employed by the UNITED STATES.

The only federal agency allowed free egress on the land of the American States is the U.S. Marshals Service, and then only when their personnel are engaged in their duty to protect the U.S. Mail and sworn to act as constitutional officers. All other federal agency personnel are limited to unarmed service until further notice.

We direct the Joint Chiefs of Staff to communicate these first two General Civil Orders directly to Mr. Obama, the members of the "US Congress", the administrators of all "federal" agencies, the members of the "Supreme Court" and those acting as "Governors" to compel their rapid understanding and cooperation.

Any expense or damage incurred by these organic states or any American State Citizen as a result of actions undertaken by any federal agency personnel acting as armed mercenaries on American State soil will be understood as the result of violent **crimes** committed against the peaceful inhabitants of the land and will incur immediate judgment liquidating the assets of the International Monetary Fund (IMF) and the Federal Reserve (FEDERAL RESERVE) in payment of the stipulated reparations. Such crimes shall also be considered contract default increasing the public debt **subject to bounty**.

Any and all corporate officers of the UNITED STATES or any successor organization(s) inheriting "federal" service contracts who support, condone, or promote such crimes against the American States or against American State Citizens shall be subject to arrest and prosecution for commercial and violent crimes. All foreign officials operating as elected or appointed officials of the United States of America (minor) who support, condone, or promote such crimes against the American States or against American State Citizens shall be subject to arrest, confiscation of their assets, and deportation to Puerto Rico, Guam, or such other "states" as may be willing to receive them. Such "foreign officials" include members of the American and British Bar Associations who were licensed to act as privateers against the interests of the American States and the American State Citizens from 1845 to 2013 in flagrant Breach of Trust. All such licenses are now extinguished. Members of the Bar Associations are required to cease and desist assaults against the American States and American State Citizens and shall be subject to arrest, confiscation, and deportation otherwise.

Insomuch as corporate officers operating the United States of America, Incorporated, and the UNITED STATES have contrived under conditions of fraud and semantic deceit to        re-venue the estates of the American States and living American State Citizens to the foreign jurisdiction of the United States of

America (minor) they are found guilty of capital crimes, including acts of fraud and treason committed between 1933 and 1945, and are condemned posthumously. Insomuch as elected officials operating the United States of America (minor) have similarly committed war crimes against the American States and their peaceful inhabitants during the same time period, they stand condemned posthumously.

No enforcement upon any American State or American State Citizen is owed as a result of any "Act" of any "Congress" operating as the sovereign government of the United States of America (minor) nor as the Board of Directors or Board of Trustees of any incorporated entity whatsoever.

All those (E)states and ESTATES erroneously believed to represent the American States and American State Citizens and which were conveyed by fraud and legal deceit to the United States of America (minor) and more recently to the City-State of the United Nations, are re-venued without exception to the geographically defined American States and the American State Citizens where they shall remain in perpetuity as assets belonging to the rightful and lawful beneficiaries. All legal fiction entities however structured and named after the American States and American State Citizens are returned to them and their control, free and clear of any debt, promise, encumbrance or obligation alleged against them as a result of false claims made "in their behalf" by officers of the United States of America, Inc. and the UNITED STATES, INC. or by any foreign officials operating the United States of America (minor), or the United Nations City State falsely claiming to "represent" them or have jurisdiction over them.

We note that the current circumstance is in part the result of criminal acts engaged in 150 years ago, which resulted in the **commercial** enslavement of African Americans who were summarily claimed as chattels backing "US government" debt in the wake of the Civil War. Despite every act of abolition and declaration of prohibition against both peonage and slavery, it has been the policy of the "US government" to enslave its citizens and to operate as a rogue state among the nations of the world. Instead of freeing African Americans the sum total result of the Civil War was to vastly expand **public sector** ownership of slaves, giving rise to the outrageous and improper claims that have been made against the American States and the American State Citizens that we are dealing with today. It is uniquely fitting that The Grand Army of the Republic is recalled to settle this circumstance in favor of the people.

The **right** to act comes with the **responsibility** to act!

**This NOTICE is by my hand and upon my civil authority set this 4th day of July, 2014:**

*anna-maria: riezinger*

**Anna Maria Wilhelmina Hanna Sophia Riezinger-von Reitzenstein von Lettow-Vorbeck, Private Attorney in service to His Holiness, Pope Francis.
In Care Of: Box 520994, Big Lake, Alaska
Under Sea**

Copies to:

Joint Chiefs of Staff
Major General David E Quantock
Other interested parties

**JUDICIAL NOTICE**

We the Unified Maine Common Law Grand Jury concur with the above Notice:

July 4, 2014

Signed under Seal

*David E. Robinson*

—————————————————

Grand Jury Foreman *pro tem*



For a more detailed report read:
**DISCLOSURE 101: What You Need To Know**
https://www.createspace.com/4870915

Here is page 3 of Disclosure 101

# Note

This book is an adaptation of an email I received from my friend — Anna von Reitz — that included five pdf documents which supplemented her email with information that every red blooded American should know.

I accepted Anna's offer to get hard copies of this information into the hands of Americans.

I find it much to my advantage to have hard copy information to highlight and read without sitting at a computer for hours on end.

I hope you will find this hard copy presentation an advantage as well.

*David E. Robinson*
*The Maine Patriot*
*Brunswick, Maine*

*http://maine-patriot.com*



# Moorish American Consulates
## Moorish Worldwide Consulates

*Embracing, Enforcing and Exalting the 1781 Constitution*
*for the United States of America and the Binding Treaties*

Consular General Taj Tarik Bey and Co-Consular General Shalamoor Bey

## AFFIDAVIT OF NOTICE OF CONSULATE and ORDERS TO
## HONOR THE SOVEREIGN STATUS OF MOORISH AMERICANS
### Moorish National Republic Federal Government's
### Moorish American Consulate

To all persons of the UNITED STATES OF AMERICA CORPORATION, UNITED STATES OF AMERICA, INC., the commercial company doing business as the UNITED STATES, INC., any entities doing business as the USA, the U.S.A., the UNITED STATES OF AMERICA, E PLURIBUS UNUM THE UNITED STATES OF AMERICA, any of its successor companies inheriting government services contracts (not to be confused with the organic united States of America (major)); e.g. DONALD TRUMP doing business as THE PRESIDENT OF THE UNITED STATES OF AMERICA (minor), 1600 Pennsylvania Avenue, WASHINGTON D.C.; RICHARD MICHAEL POMPEO doing business as THE SECRETARY OF THE UNITED STATES DEPARTMENT OF STATE, 2201 C St NW, WASHINGTON, DISTRICT OF COLUMBIA 20520; JEFFERSON B. SESSIONS doing business as The UNITED STATES ATTORNEY GENERAL, 555 4th St NW, WASHINGTON, D.C. 20530; JOHN ROBERTS doing business as CHIEF JUSTICE OF THE UNITED STATES SUPREME COURT, 1 First St NE, WASHINGTON, D.C. 20543; POPE FRANCIS (Jorge Mario Bergoglio) 266TH POPE OF VATICAN CITY, CITTA DEL VATICANO 00120, VATICAN CITY; SECRETARY KIRSTJEN NIELSEN doing business as THE SECRETARY OF THE UNITED STATES DEPARTMENT OF HOMELAND SECURITY, Nebraska Avenue Complex, 3801 Nebraska Ave NW, WASHINGTON, D.C. 20016, UNITED NATIONS, SECRETARY GENERAL ANTONIO GUTERRES, 405 East 42nd Street, NEW YORK, NEW YORK 10017, CHRISTINE LAGARDE, MANAGING DIRECTOR FOR THE INTERNATIONAL MONETARY FUND, 700 19th Street, N.W., WASHINGTON, D.C. 20431. INQUISITION REVENUE SERVICE doing business as THE INTERNAL REVENUE SERVICE, 1111 Constitution Avenue Northwest, WASHINGTON, DISTRICT OF COLUMBIA

This affidavit is both the official notification of the existence of the Moorish American Consulate and orders for your immediate and honorable action in all matters concerning Moorish Americans. This declaration for your immediate action is sent from the ecclesiastically commissioned Judicial Bodies of the Moorish Divine and National Movement of the World. The Moorish National Republic Federal Government, Moorish American Consulate to you, the said CORPORATIONS listed above. We Moorish American Consuls and Vizirs (Judges) and the Moorish American people, of our free will, self-determination and self-governance within this territory, our ancestral homeland, Northwest Amexem, Al Maghrib Al Aqca, North America, Central America, South America, the adjoining islands and all the land masses in the "Western hemisphere," are duly organized and established as the de jure, allodial Moorish American Consulate within the Al Morocco's Northwest Amexem, Al Maghrib Al Aqsa, North America, Central America, South America, the adjoining islands and all the land masses in the "Western hemisphere". Our authority is Divine Law giving us the rite to live freely as Divine Spirit Beings in the Earth realm unencumbered, Nature's Law giving us the birthright to live, move and have our being on our inherited estate unencumbered, Ecclesiastical Law giving us the rite to care for and prosper our bodies, families and lands unencumbered, the United Nations Conference on Diplomatic Intercourse 1961, the United Nations Declaration on the Rights of Indigenous People, the Principles of the United Nations Special Committee of the 24; Article 14, 15, 27, 30, 31, 32, 35 et alia of the United Nations Vienna Convention on Consular Relations 1963. A certified copy issued jointly by our hands of the particulars of our commission and duties are enclosed herewith.

This notice is also being sent to promote communication between Moorish Americans and the officials of the UNITED STATES OF AMERICA (Minor) and the FEDERAL RESERVE

Page 1 of 8

UPLIFTING FALLEN HUMANITY
www.MoorishAmericanConsulate.org – LightBeyMoorishNation@gmail.com
c/o mailing location: 911 SW 314th Place, Near [Federal Way Territory Washington Republic]
[zip exempt] – Northwest Amexem /North Africa /North America /The Northgate /New Jerusalem



# Moorish American Consulates
## Moorish Worldwide Consulates

*Embracing, Enforcing and Exhalting the 1781 Constitution*
*for the United States of America and the Binding Treaties*

**Consular General Taj Tarik Bey and Co-Consular General Shalamoor Bey**

its agency the INTERNATIONAL MONETARY FUND, (IMF) doing business as UNITED STATES, INC. and its franchises and agencies and any iteration of its successor corporation inheriting government contract services at North America and its republican form of government, as well as to, in the future, develop programs pursuant to the UNITED NATIONS Declaration on the Rights of Indigenous People. To promote "the States" obligation and support for increasing economic security amongst indigenous people, working closely with our elected and appointed representatives. To promote "the States" involvement in the alleviation of colonialism's virulent foisted poverty; promotion of conditions of establishing the achievement of self-sustainability and economic growth as well as acquiring the knowledge and resources essential to the development of our economic, political and social institutions which will improve the quality of life for Moorish American nationals and citizens. The increase of indigenous peoples having allodial titles to property and the increase of agricultural activity, productivity and apprenticeship; increasing the rate of literacy by promoting lessons on etymology, morphology, phonology and transliteration etc. As well as the acceleration of efforts to reclaim control and custody of our vast estate.

In harmony with the Inter-American Declaration on the Rights of Indigenous People; the United Nations Declaration on the Rights of Indigenous People, specifically, Article 1, 2, 3, 4 (self-government and autonomy), 10, 15, 19 (States obligation to cooperate with the Representatives of Indigenous People), 37 (the enforcement of treaties); the American Constitution of 1774 and 1791, as well as the Treaty of Peace and Friendship of 1787 and 1836 between the Moroccan Empire and the United States; the Act of State doctrine; in controversies between Moors and United States citizens, if any citizen of the United States, a natural or artificial person, shall have any disputes with any Moor / Moorish American / Al Moroccan or if any citizen of the respective states shall kill or wound the other, you are to contact the Moorish American Consulate immediately and without delay. Contact telephone numbers are:

| | |
|---|---|
| Consular General Shalamoor Bey | 1-865-255-3579 |
| Vizir (Judge) Light Tajiri Bey | 1-334-294-9828 |
| Vizir (Judge) Jamhal Talib Abdullah Bey | 1-401-403-5176 |
| Vizir (Judge) Sharon Tracey Gale Bey | 1-610-803-1170 |

The foreign corporations known as UNITED STATES OF AMERICA (Minor), WESTMINSTER CORPORATION, UNITED NATIONS, THE UNITED NATIONS, the UNITED STATES, THE FEDERAL RESERVE, FEDERAL RESERVE BANK, INTERNATIONAL MONETARY FUND, IMF, and all their respective franchises, agencies, and departments are in severe breach of trust against the Moorish Americans, the Treaty of Peace and Friendship of 1786 and 1836 and the Constitution for the united States of America. The SCON 26 RFH, 111th CONGRESS, 1st Session, S. CON. RES. 26, IN THE HOUSE OF REPRESENTATIVES, June 18, 2009, Referred to the Committee on the Judiciary CONCURRENT RESOLUTION is an open admission of guilt for the breach of trust and vial acts of premeditated aggression against the Moors, whom you fraudulently labeled "Blacks", "Coloreds", "Negroes", "Indians", "Mexicans" and "African Americans" in blatant effort to denationalize Moors and disconnect us from our vast estate and our wealthy Birthright.

Under Divine law, nature's law, Ecclesiastical law, International law, the Treaty of Peace and Friendship 1787 and 1836, the organic Constitution for the united States of America and the Zodiac constitution, The Moorish National constitution, The Moorish Divine and National Movement of the World, The Moorish National Republic Federal Government, and the Moorish American Consulate and its Ecclesiastically commissioned Judicial body hereby declares and proclaims the NOTICE OF COMMERCIAL AND ADMINISTRATIVE DEFAULT of the CORPORATIONS aforementioned in this document and any derivatives thereof. Our declarations and this Affidavit of Notice of Consulate stands as Law: Notice to Principals is Notice to Agents and Notice to Agents is Notice to

UPLIFTING FALLEN HUMANITY
www.MoorishAmericanConsulate.org – LightBeyMoorishNation@gmail.com
c/o mailing location: 911 SW 314th Place, Near [Federal Way Territory Washington Republic]
[zip exempt] – Northwest Amexem /North Africa /North America /The Northgate /New Jerusalem



# Moorish American Consulates
## Moorish Worldwide Consulates

*Embracing, Enforcing and Exhalting the 1781 Constitution*
*for the United States of America and the Binding Treaties*

### Consular General Taj Tarik Bey and Co-Consular General Shalamoor Bey

aforementioned in this document and any derivatives thereof. Our declarations and this Affidavit of Notice of Consulate stands as Law: Notice to Principals is Notice to Agents and Notice to Agents is Notice to Principals. The UNITED STATES OF AMERICA (Minor) and the FEDERAL RESERVE Banks doing business as the UNITED STATES OF AMERICA, INC. and the UNITED NATIONS City State and its agency the INTERNATIONAL MONETARY FUND, (IMF) doing business as UNITED STATES, INC. and all its franchises, principles and agents, which are commanded and required under contract to perform according to The Constitution for the united States of America, are ordered to immediately cease and desist any and all actions against the Moorish American nationals and the American people, including any and all violations of treaties entered into and engaged. The Constitution for the united States of America and its binding treaties are to be honored at all times and immediately. The AMERICAN BAR ASSOCIATION, its members, the BRITISH BAR ASSOCIATION and its members, the various acting COURT ADMINISTRATORS, and any and all JUDICIAL COUNCILS created by the UNITED STATES OF AMERICAN (minor) are notified and ordered to cease and desist practices, presumptions, and procedures which serve to defraud living Moorish Americans and lay false claims against their private property under pretense of death, war and color of law. The entities addressed under this Affidavit of Notice of Consulate existence are all competent to recognize their culpability and failure to perform under commercial service contract, failure to honor the national trust, and failure to provide full and free disclosure of contracts solicited by the named governmental services corporations and agencies cited for default.

There is no fully disclosed and actual maritime contract in existence nor entered into evidence and subjected to the Moorish American Judiciary or the Moorish American Court for examination and open discussion, therefore no valid contract can be presumed to exist and no American estate or other vessel can be prosecuted under any maritime or admiralty jurisdiction. We declare and affirm that the organic Constitution for the united States of America and its binding treaties and the Ancient Divine Delegation of Authority is the permanent jurisdiction of the Moorish American nationals at all points in time. By the clear admission by Pope Francis in his 4 July 2014 Motu Proprio, of his own motion, it is expressed that no such valid contract exists explicitly nor implicitly. We Moors reside in the jurisdiction of our ancestral inherited estate at all times. All Moorish American nationals as heirs to the land are protected by the Ancient and Divine law, by treaty and by national trust and are owed safe conduct for themselves and their vessels at all times and in all places. For military tribunal purposes, all Aboriginal Indigenous Moorish American nationals are non-combatant Beings whose custody must be with the Moorish American Consulate. All resources for proper governance must be surrendered to the Moorish American Consulate immediately. All Provost Marshals, all members of the civilian police forces, all members of the UNITED STATES military, all members of STATE operated NATIONAL GUARD units, all members of government agencies including the U.S. MARSHALS SERVICE, FEDERAL BUREAU OF INVESTIGATION, STATE TROOPERS, BUREAU OF LAND MANAGEMENT, BUREAU OF ALCOHOL, TOBACCO AND FIREARMS, INTERNAL REVENUE SERVICE, and all other code enforcement agents are ordered to recognize in writing the Divine, Ecclesiastical and Judicial authority of the land secured by The Articles of Confederation, and to also recognize in writing the Divine, ecclesiastic, and judicial authority of the Moorish American nationals who are heirs to the land of the Western Hemisphere in all matters and the administration of government on the land known as the united States of America (Major), not to be confused with the UNITED STATES OF AMERICA (Minor) which is a foreign, maritime entity under commercial contract to provide governmental services for the United States of America (Major). All police and military officers are obligated to honor the Law of the Land in all dealings with or pertaining to the Moorish Americans and our living heirs of North America without exception, noting that these people are owed the terms and conditions of the original equity contract known as The Constitution for the united States of America, are to be addressed under The Supreme Laws of the Land and common law exclusively, and that they retain our natural, inalienable and unalienable rights, including our natural identity, property rights and controlling interests without prejudice and regardless of

Page 3 of 8

UPLIFTING FALLEN HUMANITY
www.MoorishAmericanConsulate.org – LightBeyMoorishNation@gmail.com
c/o mailing location: 911 SW 314th Place, Near [Federal Way Territory Washington Republic]
[zip exempt] – Northwest Amexem /North Africa /North America /The Northgate /New Jerusalem



# Moorish American Consulates
## Moorish Worldwide Consulates

### Embracing, Enforcing and Exalting the 1781 Constitution for the United States of America and the Binding Treaties

**Consular General Taj Tarik Bey and Co-Consular General Shalamoor Bey**

fraud and monopoly inducement practiced against us in breach of trust and contract default. All actions of the various Foreign CORPORATE Courts operating in maritime and admiralty jurisdictions and merely presuming death based upon the inaction of Moorish American nationals and serving to establish maritime salvage liens against our estates are by these Orders invalidated, made null and void. We proclaim herein that Moorish Americans are the beneficiaries, executors, claimants, creditors and administrators of our global estate. All Moorish American nationals whose names and estates are presently included on tax rolls, who are recorded by census data, school records, birth certificates, and other public documents must be presumed to be alive and competent in the absence of a properly sworn Death Certificate signed by the local Coroner stating cause of death, date, time, and place, corroborated by at least two responsible and knowledgeable living witnesses. In the case of legitimately missing people diligent search and fully disclosed publication of all claims against their estates must be made by giving Notice to the last known mailing location and next of kin. Any contrary presumption or practice is fraudulent, null and void. Any action of the Foreign CORPORATE Courts operating in maritime or admiralty jurisdictions and making claim upon actual real assets of Moorish American nationals using fraudulently CAPITALIZED names on behalf of legal fiction "missing persons" owned by the UNITED STATES OF AMERICA, Inc., UNITED STATES, FEDERAL RESERVE, FEDERAL RESERVE BANK or any franchises or agencies thereof, are similarly rendered null and void. Once created legal fictions do not have any necessary or valid estate. Any estate presumed to be obtained by legal fiction entities by process of semantic deceit or undisclosed contract belongs in truth and law to those defrauded. Moorish Americans are the ones who have been defrauded.

All Moorish American Consulate Judges, Consuls, staff, and all Moors, regardless of family, tribe, community, group, nation or empire are living, full life Beings, are not fictional corporations but are the rightful beneficiaries, executors, claimants, creditors and administrators of our global estate trust and all its assets. Your compliance is mandatory in this and all Moorish matters everywhere.

### What is the Purpose of this Affidavit and What do We want you to do?

Your first order of business is hereby given. Officials of the corporations to whom this affidavit is addressed are, by this declaration, ordered to inform all principals, agents, contractors, members and any associates of all the corporate, de facto "federal", "state", "local", and "municipal" departments, to include the 'Chiefs of Police' for all corporate Municipal, County, State and Federal corporate police agencies that they, the Principal and their agents, whatsoever, by any employment, "election" or appointment, are to cease and desist any and all engagements that may hinder any Moorish American on their travels or within their capacity to contract. This order shall apply to any Moorish American, who, either declares orally that they are in fact a Moorish American; Moor; Moroccan; Moabite, Hebrew Israelite, Hebrew, Israelite, Ewe, Cherokee, Washitaw, etc. or provides a nationality card, badge or any other documentation that declares the same, regardless of any other form of "identification" cards they may or may not be in possession of; even if they are in possession of a presumed "Valid Driver's License" or any other form of "Identification" issued by UNITED STATES OF AMERICA (Minor), WESTMINSTER, UNITED NATIONS, THE UNITED NATIONS, the UNITED STATES, THE FEDERAL RESERVE, FEDERAL RESERVE BANK, INTERNATIONAL MONETARY FUND, IMF, and any and all their respective franchises, agencies, and departments, they are to be recognized and honored as a Moorish American national. Any Moorish American who is in possession of or displays any one of the various Moorish / Moroccan private non-commercial, not for hire, private plates, Moorish American Consulate plates, or any plates displaying Moorish

UPLIFTING FALLEN HUMANITY
www.MoorishAmericanConsulate.org – LightBeyMoorishNation@gmail.com
c/o mailing location: 911 SW 314th Place, Near [Federal Way Territory Washington Republic]
[zip exempt] – Northwest Amexem /North Africa /North America /The Northgate /New Jerusalem



# Moorish American Consulates
## Moorish Worldwide Consulates

*Embracing, Enforcing and Exalting the 1781 Constitution
for the United States of America and the Binding Treaties*

**Consular General Taj Tarik Bey and Co-Consular General Shalamoor Bey**

insignia such as flags, the Great Seal etc., on their automobiles; any Moorish American seen wearing a Moorish Fez or Turban etc. are to be left alone, free to travel and contract without interference with any corporate local, county, state, federal or municipal police et alia.

If there are any issues of controversies "investigations", "traffic stops" and the like, between any Moorish American nationals and any of the aforementioned agents or their principals, Moorish American Consuls and Sheriffs must be present to litigate the international incident. You are to inform all persons, individuals, corporations, organizations etc., of the UNITED STATES OF AMERICA CORPORATION, United States of America, Inc., the commercial company doing business as the UNITED STATES, INC., any entities doing business as the USA, the UNITED STATES OF AMERICA, E PLURIBUS UNUM THE UNITED STATES OF AMERICA, and any of its successor organizations inheriting government services contracts, pursuant to Title 18 §1028 (d)(3), to accept our Nationality cards as valid identification.

These matters, et alia, must be seen in a lawfully prescribed venue, Moorish American Consular Court, supported by **Article III (3) sections I (1) and II (2)** of the Constitution for the united States of America and its Republican form of government supported by **Article IV (4) section IV (4)** and **Article 20 and 21** of the Treaty of Peace and Friendship between the Empire of Morocco and the United States of America – 1787.

Any attempt to adjudicate on the part of anyone, pretending to be an executive administrator pretending to be a judge under admiralty or maritime jurisdiction, prosecutor or officer of the corporate court in such controversies, between a Moor and a United States citizen without consul's present, is operating on '*Color of law*' and '*Color of Authority*' and thus fraudulent; being subject to The United States Codes of Law – Title 18, Chapter 13, Sections 241 & 242 et alia. Moorish Americans are not to be detained by corporations at any point in time as the Constitution must be honored and the Moorish American Consulate must be contacted immediately and made aware of all issues. Article III courts of equity prevail in all jurisdictions.

States and corporations cannot make treaties and therefore, have no jurisdiction, being of a Treaty Nature the Jurisdiction between any Moor and United States citizen is Federal, allodial and particularly not of a maritime or admiralty nature. Any Jurisdiction claimed that is other than Constitutional Article III jurisdiction where Moorish Americans are involved is void of Law. UNITED STATES corporate officials must assist with the setup of our Moorish American Consular Courts per the United Nations Vienna Convention on Consular Relations, as our courts have lawful jurisdiction on the Land in all affairs and in particular in Moorish affairs. In all interactions where corporate status prohibits interference with allodial Moorish American Consuls and Moorish American nationals, there can and will be no resistance to the lawful demands of the Moorish American nationals who are the sovereign heirs and sovereign governing bodies at North America.

*"Treaty is law of land as act of Congress is whenever its provisions prescribe rule by which rights of private citizens or subjects may be determined."* **Head Money Cases, 112 US 580, 28 L Ed 798, 5 S Ct 247.**

*"State statutory provisions must yield to any applicable provisions of any treaty of the United States with a foreign country, constituting a part of the supreme law of the land."* **De Tenorio V McGowan (CA5 Miss) 510 F2d 92, adhered to (CA5 Miss) 513 F2d 294, cert den 423 US 877, 46 L Ed 2d 110, 96 S Ct 150 and later app (CA5 Miss) 589 F2d 911.**

UPLIFTING FALLEN HUMANITY
www.MoorishAmericanConsulate.org – LightBeyMoorishNation@gmail.com
c/o mailing location: 911 SW 314th Place, Near [Federal Way Territory Washington Republic]
[zip exempt] – Northwest Amexem /North Africa /North America /The Northgate /New Jerusalem



# Moorish American Consulates
## Moorish Worldwide Consulates

### Embracing, Enforcing and Exhalting the 1781 Constitution for the United States of America and the Binding Treaties

**Consular General Taj Tarik Bey and Co-Consular General Shalamoor Bey**

*"Treaty lawfully entered into stands on same footing of supremacy as do Constitution and laws of United States, and it is generally self-operating in that it requires no legislation by either congress or the state; treaty must be regarded as part of law of state as much as are state's own statutes, and it may override power of state even in respect of great body of private relations."* **Amaya V Stanolind Oil & Gas Co. (CA5 Tex) 158 F2d, cert den 331 US 808, 91 L Ed 1828, 67 S Ct 1191, reh den 331 US 867, 91 LEd 1871, 67 S Ct 1530.**

*"Courts cannot go behind treaty for purposes of annulling its effect and operation."* **Fellows V Blacksmith, 60 US 366, 15 L Ed 684.**

From the Prophet, El Hajj Sharif Abdul Ali:

*I, the Prophet, do hereby believe that this administration of the government being more wisely prepared by more genius citizens that believe in their free national constitution and laws and through the help of such classes of citizens, I, the Prophet, truly believe that my people will find the true and Divine way of their forefathers, and learn to stop serving carnal customs and merely ideas of man, that have never done them any good, but have always harmed them.*

*So, I, the Prophet, am hereby calling aloud with a Divine plea to all true American citizens to help me to remove this great sin which has been committed and is being practiced by my people in the United States of America, because they know it is not the true and Divine way and, without understanding they have fallen from the true light into utter darkness of sin, and there is not a nation on earth today that will recognize them socially, religiously, politically or economically, etc. In their present condition of their endeavorment in which they themselves try to force upon a civilized world, they will not refrain from their sinful ways of action and their deeds have brought Jim-Crowism, segregation, and everything that brings harm to human beings on earth. And they fought the Southerner for all these great misuses, but I have traveled in the South and have examined conditions there, and it is the works of my people continuously practicing the things which bring dishonor, disgrace, and disrespect to any nation that lives the life. And I am hereby calling on all true American citizens for moral support and finance to help me in my great missionary work to bring my people out of darkness into marvelous light.*

From the *Moorish Guide* newspaper.

All persons listed are hereby instructed to submit valid contact information for the prompt establishment of effective lines of communications between the Moorish American Consulate, Moorish American Consuls, Moorish American Judges and the UNITED STATES OF AMERICA (Minor), WESTMINSTER, UNITED NATIONS, UNITED NATIONS, the UNITED STATES, FEDERAL RESERVE BANK, FEDERAL RESERVE, INTERNATIONAL MONETARY FUND, IMF, and all their respective franchises, agencies, and departments.

Corporations and their agents are not, neither can be sovereign. The allodial, aboriginal indigenous Moorish American governing bodies and their agents are sovereign and we are exercising our Divine, Natural, Ecclesiastical, international, Constitutional and Commercial rights and rites to operate at North America unencumbered. As foreigners, your compliance and friendly cooperation is essential and expected, as well as expressed in the United Nations Vienna Convention on Consular Relations 1963.

You are hereby instructed to and are expected to publicly recognize, acknowledge in writing and honor in truth, in law and in your actions the Moorish American Consulate, our judges, our Consuls, the Moorish American people and our efforts to pursue free life, liberty and happiness on our ancestral estate.

You are hereby notified that you are now and forevermore fired in truth and in law as trustees and administrators of the vast estate of the Moors globally. Any and all presumptions to the contrary

Page 6 of 8

UPLIFTING FALLEN HUMANITY
www.MoorishAmericanConsulate.org – LightBeyMoorishNation@gmail.com
c/o mailing location: 911 SW 314th Place, Near [Federal Way Territory Washington Republic]
[zip exempt] – Northwest Amexem /North Africa /North America /The Northgate /New Jerusalem



# 𝔐oorish 𝔄merican 𝔊onsulates
## 𝔐oorish 𝔚orldwide 𝔊onsulates

### *Embracing, Enforcing and Exhalting the 1781 Constitution for the United States of America and the Binding Treaties*

**Consular General Taj Tarik Bey and Co-Consular General Shalamoor Bey**

are notwithstanding. Your only relationship to the global trust assets of the Moors is your peaceful and orderly surrender of control and yielding of custody to this Moorish American Judicial body immediately.

You are to confirm your compliance to these orders in writing and promptly deliver your written confirmation to the Moorish American Consulate via email and physical documents to Consular General Shalamoor Bey or Consular General Taj Tarik Bey via United States Postal Service delivery to 602 Vandever Avenue, Wilmington, Delaware 19802. The email address to send your confirmation in pdf format to is: ShalamoorBey@gmail.com.

This lawful declaration is authenticated by autograph, seal and stamp on the AUTHENTICATION PAGE which immediately follows this page.

UPLIFTING FALLEN HUMANITY
www.MoorishAmericanConsulate.org – LightBeyMoorishNation@gmail.com
c/o mailing location: 911 SW 314ᵗʰ Place, Near [Federal Way Territory Washington Republic]
[zip exempt] – Northwest Amexem /North Africa /North America /The Northgate /New Jerusalem



# Moorish American Consulates
## Moorish Worldwide Consulates

*Embracing, Enforcing and Exhalting the 1781 Constitution
for the United States of America and the Binding Treaties*

Consular General Taj Tarik Bey and Co-Consular General Shalamoor Bey

# AUTHENTICATION PAGE

By the Divine ecclesiastic power vested in me and issued by my hand and seal on the 5th day of June 2018 (1439 Moorish calendar year), *Jus Sanguine, Jus Postliminii, Jus Soli, Jura Summi Imperii*

I AM: _Taj Tarik Bey_ G.S.

Taj Tarik Bey

Moorish American Consular General and Vizir; Authorized Representative: A Free Moorish American National, Natural Person. Aboriginal/Indigene, In Propria Persona, Sui Juris, and Sui Heredes – In Solo Proprio. Signature- All Rights Reserved and Retained; U.C.C. 1-308; Without Prejudice. Morocco – North America – Northwest Amexem – Northwest Africa – Turtle Island.

I AM: _Shalamoor Bey_

Shalamoor Bey

Moorish American Consular General and Vizir; Authorized Representative: A Free Moorish American National, Natural Person. Aboriginal/Indigene, In Propria Persona, Sui Juris, and Sui Heredes – In Solo Proprio. Signature- All Rights Reserved and Retained; U.C.C. 1-308; Without Prejudice. Morocco – North America – Northwest Amexem – Northwest Africa – Turtle Island.

Moorish National Republic Seal     Moorish American Consulate Stamp

  

5 June 2018     5 June 2018
DATE     DATE

Page 8 of 8

UPLIFTING FALLEN HUMANITY
www.MoorishAmericanConsulate.org – LightBeyMoorishNation@gmail.com
c/o mailing location: 911 SW 314th Place, Near [Federal Way Territory Washington Republic]
[zip exempt] – Northwest Amexem /North Africa /North America /The Northgate /New Jerusalem



Published by the United Nations
07-58681—March 2008—4,000

United Nations

RECEIVED

CIRCUIT CLERK
DEKALB COUNTY

United Nations
DECLARATION
on the RIGHTS
of INDIGENOUS
PEOPLES

United Nations

EXA 25

# Resolution adopted by the General Assembly

[*without reference to a Main Committee (A/61/L 67 and Add.1)*]

### 61/295.   United Nations Declaration on the Rights of Indigenous Peoples

*The General Assembly,*

*Taking note* of the recommendation of the Human Rights Council contained in its resolution 1/2 of 29 June 2006,[1] by which the Council adopted the text of the United Nations Declaration on the Rights of Indigenous Peoples,

*Recalling* its resolution 61/178 of 20 December 2006, by which it decided to defer consideration of and action on the Declaration to allow time for further consultations thereon, and also decided to conclude its consideration before the end of the sixty-first session of the General Assembly,

*Adopts* the United Nations Declaration on the Rights of Indigenous Peoples as contained in the annex to the present resolution.

*107th plenary meeting*
*13 September 2007*

Annex

### United Nations Declaration on the Rights of Indigenous Peoples

*The General Assembly,*

*Guided* by the purposes and principles of the Charter of the United Nations, and good faith in the fulfilment of the obligations assumed by States in accordance with the Charter,

*Affirming* that indigenous peoples are equal to all other peoples, while recognizing the right of all peoples to be different, to consider themselves different, and to be respected as such,

---

[1] See *Official Records of the General Assembly, Sixty-first Session,* Supplement No 53 (A/61/53), part one, chap. II, sect A

*1*

*Affirming also* that all peoples contribute to the diversity and richness of civilizations and cultures, which constitute the common heritage of humankind,

*Affirming further* that all doctrines, policies and practices based on or advocating superiority of peoples or individuals on the basis of national origin or racial, religious, ethnic or cultural differences are racist, scientifically false, legally invalid, morally condemnable and socially unjust,

*Reaffirming* that indigenous peoples, in the exercise of their rights, should be free from discrimination of any kind,

*Concerned* that indigenous peoples have suffered from historic injustices as a result of, inter alia, their colonization and dispossession of their lands, territories and resources, thus preventing them from exercising, in particular, their right to development in accordance with their own needs and interests,

*Recognizing* the urgent need to respect and promote the inherent rights of indigenous peoples which derive from their political, economic and social structures and from their cultures, spiritual traditions, histories and philosophies, especially their rights to their lands, territories and resources,

*Recognizing also* the urgent need to respect and promote the rights of indigenous peoples affirmed in treaties, agreements and other constructive arrangements with States,

*Welcoming* the fact that indigenous peoples are organizing themselves for political, economic, social and cultural enhancement and in order to bring to an end all forms of discrimination and oppression wherever they occur,

*Convinced* that control by indigenous peoples over developments affecting them and their lands, territories and resources will enable them to maintain and strengthen their institutions, cultures and traditions, and to promote their development in accordance with their aspirations and needs,

*Recognizing* that respect for indigenous knowledge, cultures and traditional practices contributes to sustainable and equitable development and proper management of the environment,

*Emphasizing* the contribution of the demilitarization of the lands and territories of indigenous peoples to peace, economic and social

progress and development, understanding and friendly relations among nations and peoples of the world,

*Recognizing in particular* the right of indigenous families and communities to retain shared responsibility for the upbringing, training, education and well-being of their children, consistent with the rights of the child,

*Considering* that the rights affirmed in treaties, agreements and other constructive arrangements between States and indigenous peoples are, in some situations, matters of international concern, interest, responsibility and character,

*Considering also* that treaties, agreements and other constructive arrangements, and the relationship they represent, are the basis for a strengthened partnership between indigenous peoples and States,

*Acknowledging* that the Charter of the United Nations, the International Covenant on Economic, Social and Cultural Rights[2] and the International Covenant on Civil and Political Rights,[2] as well as the Vienna Declaration and Programme of Action,[3] affirm the fundamental importance of the right to self-determination of all peoples, by virtue of which they freely determine their political status and freely pursue their economic, social and cultural development,

*Bearing in mind* that nothing in this Declaration may be used to deny any peoples their right to self-determination, exercised in conformity with international law,

*Convinced* that the recognition of the rights of indigenous peoples in this Declaration will enhance harmonious and cooperative relations between the State and indigenous peoples, based on principles of justice, democracy, respect for human rights, non-discrimination and good faith,

*Encouraging* States to comply with and effectively implement all their obligations as they apply to indigenous peoples under international instruments, in particular those related to human rights, in consultation and cooperation with the peoples concerned,

*Emphasizing* that the United Nations has an important and continuing role to play in promoting and protecting the rights of indigenous peoples,

---

[2] See resolution 2200 A (XXI), annex
[3] A/CONF.157/24 (Part I), chap. III

*Believing* that this Declaration is a further important step forward for the recognition, promotion and protection of the rights and freedoms of indigenous peoples and in the development of relevant activities of the United Nations system in this field,

*Recognizing and reaffirming* that indigenous individuals are entitled without discrimination to all human rights recognized in international law, and that indigenous peoples possess collective rights which are indispensable for their existence, well-being and integral development as peoples,

*Recognizing* that the situation of indigenous peoples varies from region to region and from country to country and that the significance of national and regional particularities and various historical and cultural backgrounds should be taken into consideration,

*Solemnly proclaims* the following United Nations Declaration on the Rights of Indigenous Peoples as a standard of achievement to be pursued in a spirit of partnership and mutual respect:

### Article 1

Indigenous peoples have the right to the full enjoyment, as a collective or as individuals, of all human rights and fundamental freedoms as recognized in the Charter of the United Nations, the Universal Declaration of Human Rights[4] and international human rights law.

### Article 2

Indigenous peoples and individuals are free and equal to all other peoples and individuals and have the right to be free from any kind of discrimination, in the exercise of their rights, in particular that based on their indigenous origin or identity.

### Article 3

Indigenous peoples have the right to self-determination. By virtue of that right they freely determine their political status and freely pursue their economic, social and cultural development.

### Article 4

Indigenous peoples, in exercising their right to self-determination, have the right to autonomy or self-government in matters relating to

---

[4] Resolution 217 A (III)

4

their internal and local affairs, as well as ways and means for financing their autonomous functions.

*Article 5*

Indigenous peoples have the right to maintain and strengthen their distinct political, legal, economic, social and cultural institutions, while retaining their right to participate fully, if they so choose, in the political, economic, social and cultural life of the State.

*Article 6*

Every indigenous individual has the right to a nationality.

*Article 7*

1.   Indigenous individuals have the rights to life, physical and mental integrity, liberty and security of person.

2.   Indigenous peoples have the collective right to live in freedom, peace and security as distinct peoples and shall not be subjected to any act of genocide or any other act of violence, including forcibly removing children of the group to another group.

*Article 8*

1.   Indigenous peoples and individuals have the right not to be subjected to forced assimilation or destruction of their culture.

2.   States shall provide effective mechanisms for prevention of, and redress for:

    (*a*)   Any action which has the aim or effect of depriving them of their integrity as distinct peoples, or of their cultural values or ethnic identities,

    (*b*)   Any action which has the aim or effect of dispossessing them of their lands, territories or resources;

    (*c*)   Any form of forced population transfer which has the aim or effect of violating or undermining any of their rights;

    (*d*)   Any form of forced assimilation or integration,

    (*e*)   Any form of propaganda designed to promote or incite racial or ethnic discrimination directed against them

*Article 9*

Indigenous peoples and individuals have the right to belong to an indigenous community or nation, in accordance with the traditions and customs of the community or nation concerned. No discrimination of any kind may arise from the exercise of such a right

*Article 10*

Indigenous peoples shall not be forcibly removed from their lands or territories. No relocation shall take place without the free, prior and informed consent of the indigenous peoples concerned and after agreement on just and fair compensation and, where possible, with the option of return.

*Article 11*

1.    Indigenous peoples have the right to practise and revitalize their cultural traditions and customs. This includes the right to maintain, protect and develop the past, present and future manifestations of their cultures, such as archaeological and historical sites, artefacts, designs, ceremonies, technologies and visual and performing arts and literature.

2.    States shall provide redress through effective mechanisms, which may include restitution, developed in conjunction with indigenous peoples, with respect to their cultural, intellectual, religious and spiritual property taken without their free, prior and informed consent or in violation of their laws, traditions and customs.

*Article 12*

1    Indigenous peoples have the right to manifest, practise, develop and teach their spiritual and religious traditions, customs and ceremonies; the right to maintain, protect, and have access in privacy to their religious and cultural sites, the right to the use and control of their ceremonial objects; and the right to the repatriation of their human remains.

2.    States shall seek to enable the access and/or repatriation of ceremonial objects and human remains in their possession through fair, transparent and effective mechanisms developed in conjunction with indigenous peoples concerned

6

*Article 13*

1   Indigenous peoples have the right to revitalize, use, develop and transmit to future generations their histories, languages, oral traditions, philosophies, writing systems and literatures, and to designate and retain their own names for communities, places and persons.

2.   States shall take effective measures to ensure that this right is protected and also to ensure that indigenous peoples can understand and be understood in political, legal and administrative proceedings, where necessary through the provision of interpretation or by other appropriate means.

*Article 14*

1.   Indigenous peoples have the right to establish and control their educational systems and institutions providing education in their own languages, in a manner appropriate to their cultural methods of teaching and learning

2   Indigenous individuals, particularly children, have the right to all levels and forms of education of the State without discrimination.

3   States shall, in conjunction with indigenous peoples, take effective measures, in order for indigenous individuals, particularly children, including those living outside their communities, to have access, when possible, to an education in their own culture and provided in their own language.

*Article 15*

1   Indigenous peoples have the right to the dignity and diversity of their cultures, traditions, histories and aspirations which shall be appropriately reflected in education and public information.

2.   States shall take effective measures, in consultation and cooperation with the indigenous peoples concerned, to combat prejudice and eliminate discrimination and to promote tolerance, understanding and good relations among indigenous peoples and all other segments of society

*Article 16*

1.   Indigenous peoples have the right to establish their own media in their own languages and to have access to all forms of non-indigenous media without discrimination.

7

2. States shall take effective measures to ensure that State-owned media duly reflect indigenous cultural diversity States, without prejudice to ensuring full freedom of expression, should encourage privately owned media to adequately reflect indigenous cultural diversity

*Article 17*

1. Indigenous individuals and peoples have the right to enjoy fully all rights established under applicable international and domestic labour law

2 States shall in consultation and cooperation with indigenous peoples take specific measures to protect indigenous children from economic exploitation and from performing any work that is likely to be hazardous or to interfere with the child's education, or to be harmful to the child's health or physical, mental, spiritual, moral or social development, taking into account their special vulnerability and the importance of education for their empowerment

3. Indigenous individuals have the right not to be subjected to any discriminatory conditions of labour and, inter alia, employment or salary.

*Article 18*

Indigenous peoples have the right to participate in decision-making in matters which would affect their rights, through representatives chosen by themselves in accordance with their own procedures, as well as to maintain and develop their own indigenous decision-making institutions.

*Article 19*

States shall consult and cooperate in good faith with the indigenous peoples concerned through their own representative institutions in order to obtain their free, prior and informed consent before adopting and implementing legislative or administrative measures that may affect them.

*Article 20*

1. Indigenous peoples have the right to maintain and develop their political, economic and social systems or institutions, to be secure in the enjoyment of their own means of subsistence and development, and to engage freely in all their traditional and other economic activities.

*8*

2. Indigenous peoples deprived of their means of subsistence and development are entitled to just and fair redress.

*Article 21*

1 Indigenous peoples have the right, without discrimination, to the improvement of their economic and social conditions, including, inter alia, in the areas of education, employment, vocational training and retraining, housing, sanitation, health and social security.

2. States shall take effective measures and, where appropriate, special measures to ensure continuing improvement of their economic and social conditions. Particular attention shall be paid to the rights and special needs of indigenous elders, women, youth, children and persons with disabilities

*Article 22*

1. Particular attention shall be paid to the rights and special needs of indigenous elders, women, youth, children and persons with disabilities in the implementation of this Declaration.

2. States shall take measures, in conjunction with indigenous peoples, to ensure that indigenous women and children enjoy the full protection and guarantees against all forms of violence and discrimination

*Article 23*

Indigenous peoples have the right to determine and develop priorities and strategies for exercising their right to development In particular, indigenous peoples have the right to be actively involved in developing and determining health, housing and other economic and social programmes affecting them and, as far as possible, to administer such programmes through their own institutions

*Article 24*

1 Indigenous peoples have the right to their traditional medicines and to maintain their health practices, including the conservation of their vital medicinal plants, animals and minerals. Indigenous individuals also have the right to access, without any discrimination, to all social and health services

2. Indigenous individuals have an equal right to the enjoyment of the highest attainable standard of physical and mental health States shall take the necessary steps with a view to achieving progressively the full realization of this right

9

*Article 25*

Indigenous peoples have the right to maintain and strengthen their distinctive spiritual relationship with their traditionally owned or otherwise occupied and used lands, territories, waters and coastal seas and other resources and to uphold their responsibilities to future generations in this regard.

*Article 26*

1   Indigenous peoples have the right to the lands, territories and resources which they have traditionally owned, occupied or otherwise used or acquired

2   Indigenous peoples have the right to own, use, develop and control the lands, territories and resources that they possess by reason of traditional ownership or other traditional occupation or use, as well as those which they have otherwise acquired

3.   States shall give legal recognition and protection to these lands, territories and resources. Such recognition shall be conducted with due respect to the customs, traditions and land tenure systems of the indigenous peoples concerned

*Article 27*

States shall establish and implement, in conjunction with indigenous peoples concerned, a fair, independent, impartial, open and transparent process, giving due recognition to indigenous peoples' laws, traditions, customs and land tenure systems, to recognize and adjudicate the rights of indigenous peoples pertaining to their lands, territories and resources, including those which were traditionally owned or otherwise occupied or used. Indigenous peoples shall have the right to participate in this process.

*Article 28*

1   Indigenous peoples have the right to redress, by means that can include restitution or, when this is not possible, just, fair and equitable compensation, for the lands, territories and resources which they have traditionally owned or otherwise occupied or used, and which have been confiscated, taken, occupied, used or damaged without their free, prior and informed consent.

2.   Unless otherwise freely agreed upon by the peoples concerned, compensation shall take the form of lands, territories and resources

equal in quality, size and legal status or of monetary compensation or other appropriate redress

*Article 29*

1  Indigenous peoples have the right to the conservation and protection of the environment and the productive capacity of their lands or territories and resources  States shall establish and implement assistance programmes for indigenous peoples for such conservation and protection, without discrimination.

2.  States shall take effective measures to ensure that no storage or disposal of hazardous materials shall take place in the lands or territories of indigenous peoples without their free, prior and informed consent

3.  States shall also take effective measures to ensure, as needed, that programmes for monitoring, maintaining and restoring the health of indigenous peoples, as developed and implemented by the peoples affected by such materials, are duly implemented

*Article 30*

1.  Military activities shall not take place in the lands or territories of indigenous peoples, unless justified by a relevant public interest or otherwise freely agreed with or requested by the indigenous peoples concerned

2.  States shall undertake effective consultations with the indigenous peoples concerned, through appropriate procedures and in particular through their representative institutions, prior to using their lands or territories for military activities.

*Article 31*

1.  Indigenous peoples have the right to maintain, control, protect and develop their cultural heritage, traditional knowledge and traditional cultural expressions, as well as the manifestations of their sciences, technologies and cultures, including human and genetic resources, seeds, medicines, knowledge of the properties of fauna and flora, oral traditions, literatures, designs, sports and traditional games and visual and performing arts  They also have the right to maintain, control, protect and develop their intellectual property over such cultural heritage, traditional knowledge, and traditional cultural expressions.

*11*

2    In conjunction with indigenous peoples, States shall take effective measures to recognize and protect the exercise of these rights.

*Article 32*

1.   Indigenous peoples have the right to determine and develop priorities and strategies for the development or use of their lands or territories and other resources.

2.   States shall consult and cooperate in good faith with the indigenous peoples concerned through their own representative institutions in order to obtain their free and informed consent prior to the approval of any project affecting their lands or territories and other resources, particularly in connection with the development, utilization or exploitation of mineral, water or other resources

3    States shall provide effective mechanisms for just and fair redress for any such activities, and appropriate measures shall be taken to mitigate adverse environmental, economic, social, cultural or spiritual impact.

*Article 33*

1    Indigenous peoples have the right to determine their own identity or membership in accordance with their customs and traditions. This does not impair the right of indigenous individuals to obtain citizenship of the States in which they live.

2.   Indigenous peoples have the right to determine the structures and to select the membership of their institutions in accordance with their own procedures.

*Article 34*

Indigenous peoples have the right to promote, develop and maintain their institutional structures and their distinctive customs, spirituality, traditions, procedures, practices and, in the cases where they exist, juridical systems or customs, in accordance with international human rights standards.

*Article 35*

Indigenous peoples have the right to determine the responsibilities of individuals to their communities

*Article 36*

1    Indigenous peoples, in particular those divided by international borders, have the right to maintain and develop contacts, relations and cooperation, including activities for spiritual, cultural, political, economic and social purposes, with their own members as well as other peoples across borders.

2.    States, in consultation and cooperation with indigenous peoples, shall take effective measures to facilitate the exercise and ensure the implementation of this right

*Article 37*

1    Indigenous peoples have the right to the recognition, observance and enforcement of treaties, agreements and other constructive arrangements concluded with States or their successors and to have States honour and respect such treaties, agreements and other constructive arrangements

2    Nothing in this Declaration may be interpreted as diminishing or eliminating the rights of indigenous peoples contained in treaties, agreements and other constructive arrangements

*Article 38*

States, in consultation and cooperation with indigenous peoples, shall take the appropriate measures, including legislative measures, to achieve the ends of this Declaration

*Article 39*

Indigenous peoples have the right to have access to financial and technical assistance from States and through international cooperation, for the enjoyment of the rights contained in this Declaration.

*Article 40*

Indigenous peoples have the right to access to and prompt decision through just and fair procedures for the resolution of conflicts and disputes with States or other parties, as well as to effective remedies for all infringements of their individual and collective rights. Such a decision shall give due consideration to the customs, traditions, rules and legal systems of the indigenous peoples concerned and international human rights.

*Article 41*

The organs and specialized agencies of the United Nations system and other intergovernmental organizations shall contribute to the full realization of the provisions of this Declaration through the mobilization, inter alia, of financial cooperation and technical assistance. Ways and means of ensuring participation of indigenous peoples on issues affecting them shall be established

*Article 42*

The United Nations, its bodies, including the Permanent Forum on Indigenous Issues, and specialized agencies, including at the country level, and States shall promote respect for and full application of the provisions of this Declaration and follow up the effectiveness of this Declaration.

*Article 43*

The rights recognized herein constitute the minimum standards for the survival, dignity and well-being of the indigenous peoples of the world

*Article 44*

All the rights and freedoms recognized herein are equally guaranteed to male and female indigenous individuals.

*Article 45*

Nothing in this Declaration may be construed as diminishing or extinguishing the rights indigenous peoples have now or may acquire in the future

*Article 46*

1    Nothing in this Declaration may be interpreted as implying for any State, people, group or person any right to engage in any activity or to perform any act contrary to the Charter of the United Nations or construed as authorizing or encouraging any action which would dismember or impair, totally or in part, the territorial integrity or political unity of sovereign and independent States

2    In the exercise of the rights enunciated in the present Declaration, human rights and fundamental freedoms of all shall be respected  The exercise of the rights set forth in this Declaration shall be subject only to such limitations as are determined by law

and in accordance with international human rights obligations. Any such limitations shall be non-discriminatory and strictly necessary solely for the purpose of securing due recognition and respect for the rights and freedoms of others and for meeting the just and most compelling requirements of a democratic society

3. The provisions set forth in this Declaration shall be interpreted in accordance with the principles of justice, democracy, respect for human rights, equality, non-discrimination, good governance and good faith.

*15*






# 𝔐oorish 𝔑ational 𝔕epublic 𝔉ederal 𝔊obernment
## ✸ ~ 𝔖ocietas 𝔕epublicae 𝔈a 𝔄l 𝔐aurikanos ~ ✸

### 𝔐oorish 𝔇ibine and 𝔑ational 𝔐obement of the 𝔚orld
### 𝔑orthwest 𝔄mexem / 𝔑orthwest 𝔄frica / 𝔑orth 𝔄merica / '𝔗he 𝔑orth 𝔊ate'
### ✸ ~ 𝔗he 𝔗rue and 𝔖un ~ ✸
### 𝔗he 𝔗rue and 𝔇e 𝔍ure 𝔑atural 𝔓eoples – 𝔥eirs of the 𝔏and
### ✸ ~ 𝔍.𝔖.𝔏.𝔄.𝔐. ~ ✸



## 𝔄ffidabit of 𝔍nternational 𝔗rust 𝔒f the 𝔐oorish 𝔇ibine and 𝔑ational 𝔐obement of the 𝔚orld
## MACN-3333333333
**For the Public Record, On the Public Record and Let the Public Record Show**

**This Affidavit of the Worldwide Trust of the Moorish Divine and National Movement of the World is hereby placed on the public record for all to witness on this 21st Day of January 2019.**

We, the Aboriginal, Indigenous Nations of the Earth are the descendants of the Pharaohs of Kemet. We are forever in Propria Persona Sui Juris, In Proprio Solo and In Proprio Heredes at all points in time. The intention of this Proclamation of Trust is that We are exercising all of our sovereign divine rights at this time and at all points in time. We are the sovereign heirs, executors, administrators, trustees, settlors, creditors, claimants, and beneficiaries of our vast estate. We hereby claim, proclaim, declare, nationalize and place in this living, divine, international, private Trust all that we are heirs to as aforementioned and including but not limited to:

All land
All oil, water, gold, silver, minerals, crops and all other natural resources and portable land.
All stateless persons branded as "negro", "black", "colored" and "African American".
All Moorish subjects ipso jure.
All gold, silver and portable land backed lawful coinage and tender.

We affirm the following documents as part and parcel of this living natural trust document:

Notice to Agent is Notice to Principal. Notice to Principal is Notice to Agent. Any misuse, subrogation, or fraudulent use of this document by any CORPORATION, their PRINCIPALS, AGENTS or ASSIGNS are hereby forever prohibited on pain of death and the forfeiture of all rights and property of persons engaged therein: and the descendants of Africans shall not be Citizens. Nothing in this affidavit shall be interpreted as consent to any jurisdiction that is not in the jurisdiction of our ancient ancestral inherited estate at any time. Aboriginal and Indigenous Peoples' Documents: Northwest Amexem / North Africa / North America / 'The Moroccan Empire': Temple of the Moon and Sun': Non – Domestic, Non – Resident, Non-Subject, Non Commercial - Being the Rightful Heirs and Inheritors of the Land.
Page 1 of 2









The Holy Koran of the Moorish Holy Temple of Science by the Noble Prophet Drew Ali – 1926
Galactic law, Intergalactic law, Universal law, Natural law, Divine law, Supreme law of the land
The Treaty of Peace and Friendship 1786 and 1836
The Declaration of Independence
The Articles of the Confederation
The Constitution for the united States 1791
The Moorish National Republic Federal Government Trust – MACN-R999999999
The Notice of Intent to Lien and Arrest Command 09/11/18 –
Document number 7018 2290 0000 1227 4911

Additionally, we declare, proclaim and enforce our sovereign rights to travel freely on our own land, to self-govern autonomously and to adjudicate judicially within our own nations and among our own peers free of molestation, violation, and encumbrance by all foreigners. No one speaks for us, we speak for ourselves. No one represents us, we present ourselves. We do now exercise our sovereign right to issue, distribute and exchange our own national lawful currencies, coinage and tender among the indigenous nations of the earth.





Notice to Agent is Notice to Principal. Notice to Principal is Notice to Agent. Any misuse, subrogation, or fraudulent use of this document by any CORPORATION, their PRINCIPALS, AGENTS or ASSIGNS are hereby forever prohibited on pain of death and the forfeiture of all rights and property of persons engaged therein: and the descendants of Africans shall not be Citizens. Nothing in this affidavit shall be interpreted as consent to any jurisdiction that is not in the jurisdiction of our ancient ancestral inherited estate at any time. Aboriginal and Indigenous Peoples' Documents. Northwest Amexem / North Africa / North America / 'The Moroccan Empire': 'Temple of the Moon and Sun': Non – Domestic, Non – Resident, Non-Subject, Non Commercial 'entity'.
Rightful Heirs and Inheritors of the Land.







## Moorish National Republic Federal Government
### ∞ ~ Societas Republicae Ea Al Maurikanos ~ ∞
### Moorish Divine and National Movement of the World
### Northwest Amexem / Northwest Africa / North America / 'The North Gate'
### ∞ ~ Temple of the Moon and Sun ~ ∞
### The True and De Jure Natural Peoples – Heirs of the Land
### ∞ ~ I.S.L.A.M. ~ ∞

---

## Affidavit of The National Trust
## Of the Moorish National Republic Federal Government

### MACN-R999999999

**For the Public Record, On the Public Record and Let the Public Record Show**

**This Affidavit of the National Trust of the Moorish National Republic Federal Government is hereby placed on the public record for all to witness on this Tuesday, 18th Day of December 2018**

We, the Aboriginal, Indigenous Moorish American Nationals at North America are the descendants of the Pharaohs of Kemet and of the Ancient Moabites and Canaanites. We are forever in Propria Persona Sui Juris, In Proprio Solo and In Proprio Heredes at all points in time. We are exercising all of our sovereign divine rights at this time and at all times. We are the sovereign heirs, executors, administrators, creditors, claimants, and beneficiaries of our vast estate. We hereby claim, proclaim, declare, nationalize and place in divine, foreign, international, private Trust all that we are heirs to as aforementioned and including but not limited to:

All land in the western hemisphere

All oil, water, gold, silver, minerals, crops and all other natural resources and portable land and all structures and infrastructures at North, South, Central America and the adjoining islands.

All stateless PERSONS branded as "negro", "black", "colored" and "African American".

All gold, silver and portable land backed lawful coinage and tender.

We affirm the following documents as part and parcel of the trust document:

The Holy Koran of the Moorish Holy Temple of Science by the Noble Prophet Drew Ali – 1926

The Treaty of Peace and Friendship 1786 and 1836

The Declaration of Independence

The Articles of the Confederation

The Constitution for the united States 1791

The Notice of Intent to Lien and Arrest Command 09/11/18 –

Document number 7018 2290 0000 1227 4911

Additionally, we declare, proclaim and enforce our sovereign rights to travel freely on our own land, to self-govern autonomously and to adjudicate judicially within our own nations and among our own peers free of molestation, violation, and encumbrance by all foreigners.

No one speaks for us, we speak for ourselves. No one represents us, we present ourselves.

We do now exercise our sovereign right to distribute from the United States Treasury our own national lawful currency, coinage and tender here on our land, first to the Moorish American Nationals, and second to the indigenous nations of the earth.

Notice to Agent is Notice to Principal. Notice to Principal is Notice to Agent. Any misuse, subrogation, or fraudulent use of this document by any CORPORATION, their PRINCIPALS, AGENTS or ASSIGNS are hereby forever prohibited on pain of death and the forfeiture of all rights and property of persons engaged therein: and the descendants of Africans shall not be Citizens. Nothing in this affidavit shall be interpreted as consent to any jurisdiction that is not in the jurisdiction of my ancient ancestral inherited estate at any time.

---

*Aboriginal and Indigenous Peoples' Documents: Northwest Amexem / North Africa / North America / 'The Moroccan Empire' – Continental United States: 'Temple of the Moon and Sun': Non – Domestic, Non – Resident, Non-Subject – Being the Rightful Heirs and Inheritors of the Land*

Page 1 of 1

   





# Moorish National Republic Federal Government
## ∾ ~ Societas Republicae Ea Al Maurikanos ~ ∾
### Moorish Divine and National Movement of the World
#### Northwest Amexem / Northwest Africa / North America / 'The North Gate'
##### ∾ ~ Temple of the Moon and Sun ~ ∾
###### The True and De Jure Natural Peoples – Heirs of the Land
###### ∾ ~ I.S.L.A.M. ~ ∾

## Affidavit of Land Title ~ America/Amexem

We are the Aboriginal Indigenous Moorish American Nationals, the true and de jure natural Americans/Al Moroccans and the divine heirs to the land. We are the descendants of the great Pharaohs of Kemet and of the ancient Moabites and Canaanites. We are in Propria persona Sui Juris, In Proprio Solo and in Proprio Heredes and we are exercising all of our rights at this time and at all points on time.

**Title Number:** MACN-R999999999    **Date of Heirship:** Ancient Time Immemorial

**Status:** Aboriginal Indigenous Natural Allodial Ecclesiastically Titled

**Parcel:** All land and natural resources at North America, South America, Central America and adjoining Islands

**Title Value:** Cannot be measured

**Dominion and Inhabitation:**

Protracted from between 3 degrees north-east of present day Mogadishu and 22 degrees North Latitude at Yemen (Moab), 5 degrees West of Sabaea, 12 degrees East of the Kingdom a Axum to 42 degrees East Longitude 2,982 miles Longitude. Latitude, and South-Africa 12 degrees East Longitude, South West of Moab at Luanda (Angola). Just below the Congo, Across the Great Atlantis, even unto the Present North, Farthest West, top of America 72 degrees North Latitude-4,940 miles; 150 degrees west Longitude-21 miles, above the equator from Moab - 3,160 miles – and Central or Meso America including Mexico and the Atlantis Islands at 19 degrees North Latitude – 1,330 miles; 122 degrees west longitude – 74 miles near to the equator from Moab – 9,028 miles – South America at 52 degrees South Latitude – 3,640 miles; 78 degrees South West Longitude – 41 miles below the Equator from Moab, for a Geological Span of over 15,376 miles, equivalent to 236,421,376 square miles. More than three quarters of the Earth with the individual party of interest and Habitation back to the unincorporated Moorish Divine and National Movement of the World, the Moorish Holy Temple of Science, the de jure Moorish National Republic Federal Government, and the de jure ecclesiastically commissioned Moorish American Consulate and its Article III Moorish American Consular Court.

**Mineral Value:** Cannot be measured

**Parcel Category:** Natural, Prime, Allodial

1 of 2
Moorish National Republic Federal Government and the Moorish American Consulates Worldwide
c/o mailing location: 911 SW 314th Place, Near [Federal Way Washington Republic] at
Empire of the Moors, New Jerusalem







**Moorish National Republic Federal Government**
ᔆᖾ ~ **Societas Republicae Ea Al Maurikanos** ~ ᔆᖾ
**Moorish Divine and National Movement of the World**
**Northwest Amexem / Northwest Africa / North America / 'The North Gate'**
ᔆᖾ ~ **Temple of the Moon and Sun** ~ ᔆᖾ
**The True and De Jure Natural Peoples – Heirs of the Land**
ᔆᖾ ~ **I.S.L.A.M.** ~ ᔆᖾ

**Parcel Value:** Cannot be measured

**Court of Title:** The Moorish American Consular Court of the Moorish National Republic Federal Government

**Judgement:** The Treaty of Peace and Friendship 1786 and 1836 and the Constitution for the united States 1786 and 1836 and all land mandates to which the Moors are part and parcel.

This title is a natural creation and it is owned by the Moorish American people of the Moorish National Republic Federal Government. This title is not subject to any interest, exceptions, taxations, legislations, codes, statutes, pledges, or reservations of any CORPORATION. The Rights of the Heirs by birthright and bloodline are unalienable and inalienable. This title does not expire. The Moorish American Nationals are the owners of this title and the heirs to the land. This title is not transferrable. All CORPORATE DEEDS, CORPORATE claims of ownership, CORPORATE rights claimed, and all CORPORATE land documents are hereby abolished and unlawful. All who occupy the said lands are subjects of the Moors and all tributes, taxes and other payments in gold and silver backed lawful tender are now due to the Moorish American Nationals.




2 of 2
Moorish National Republic Federal Government and the Moorish American Consulates Worldwide
c/o mailing location: 911 SW 314ᵗʰ Place, Near [Federal Way Washington Republic] at
Empire of the Moors, New Jerusalem

11-3-19

I am the owner of this document at all times.

January 3, 2019

Cecil Shah El
C/o Alrumecc Trust & Estates
7130 S Morgan
Near: Chicago Illinois Republic
[Zip Exempt]


UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF
ILLINOIS, WESTERN DIVISON

Embracing, Enforcing and Exalting the 1781 Constitution For the
United States of America and the Binding Treaties

Averment Of Jurisdiction - Quo Warranto
For The Record, Tobe Read Into The Record
Notice to Agent is Notice to Principal - Notice to Principal is Notice to Agent.
March 26, 2021

U.S DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
          WESTERN DIVISION ; John Robert Blakey, Iain D. Johnston
RE. NO 19C 50123    327 S Church STREET Rockford Il, 61101

    I Cecil Shah El Authorized Representative of the Moorish National
Republic Federal Government, Moorish Divine and National Movement of the World.
Moorish American Consulate Consular Courts Article III Jurisdiction State
as follows.

                Res Judicata
    Hagans v Lavine  415 U.S 533, There is no discretion to ignore lack of
Jurisdiction. Joyce v US 474 2d 215; The law provides that once State
and Federal jurisdiction have been challenged it must be proven.
Main v Thiboutot 100 S.ct 2501 (1980); "Jurisdiction can be challenged
at any time" and Jurisdiction, once challenged, cannot be assumed and must be
decided "Basso V Utah Power and Light Co 495 F.2d 906,910

                        1 of 5                          EXA 136

Morris v. _____ U.S. _____ , _____ ( ___ ) where a judge has
Knowledge that subject-matter jurisdiction is lacking, he has no
discretion but to dismiss the action, and failure to do so subjects the
Judge to personal liability.

A court must have three essentials: Jurisdiction to determine
Jurisdiction, Jurisdiction over the subject-matter of the case, and
Jurisdiction over the parties of the case; and any order, decree or
Judgment, other than a dismissal, by such a court is void
ab initio, having only the semblance or appearance of validity,
and may be attacked directly or collaterally and vacated at any time.

As all government entities and alleged private corporations must
be a creature of the American Constitution, this a formal Request and
Command for United States District Court and/or Robert Blakey, Ian D. Johnston
to produce for the record, the physical ~~documentation~~ documented
Delegation of Authority; as Proof of Jurisdiction, as required by Law
Per Article III, Section 1 of the United States Republic Constitution.

The Judicial power of the United States, shall be vested in one
Supreme Court, and in such inferior courts as the Congress may
from time to time ordain and establish. The Judges, both of the supreme
and Inferior courts, shall hold their offices during good behavior, and
Shall, at stated times, receive for their services, a compensation,
which shall not be diminished during their continuance in office.

Article VI Clause II
The Constitution, and ~~laws~~ the laws of the United States which shall be made
in pursuance there of; and all treaties made, or which shall be made, under
the authority of the United States, shall be the supreme law of the land; and
the judges in every state shall be bound thereby, anything in the

Bill of Rights, Amendment 1:

Congress shall make no law respecting an establishment of religion, or prohibiting the free exercise thereof, or abridging the freedom of speech, or of the press, or the right of the people peaceably to assemble, and to petition the government for a redress of grievances.

Bill of Rights Amendment VII:

In suits at Common law, where the value in controversy shall ~~Because the Supreme has done its job~~ exceed twenty dollars, the right of trial by jury shall be preserved, and no fact tried by a jury, shall be otherwise re-examined in any court of the United States, than according to the rules of the Common law.

Bill of Rights, Amendment IX:

The enumeration in the Constitution, of certain rights, shall not be construed to deny or disparage others retained by the people.

Bill of Rights Amendment X:

The powers not delegated to the United States by the Constitution, nor prohibited by it to the States are reserved to the States respectively, or to the people.

PUBLIC HAZARD BONDING OF CORPORATE AGENTS. All officials are required by federal, state and municipal law to provide the name, address and telephone number of their public hazard and malpractice bonding Company and the Policy number of the bond and, if required, a copy of the policy describing the bonding Coverage of their specific job performance. Failure to provide this information constitutes

3 of 5

Corporate and limited liability Insurance fraud (15 USC) and is Prima facie evidence and grounds to impose a lien upon the official Personally to secure their public Oath and service of office. (18 USC 912)

I also demand as my Constitutional and Treaty secured right for Blakey and any other public official who has touched 19 C50123 in any manner to produce their Oath of Office, Oath of ethics and Public Hazard bonding Information

### Penalties of Warring With the Supreme Laws of the Land:

"Whoever, having taken an oath before a Competent tribunal, Officer, or person. In any case in which a law of the United States authorizes an oath to be administered, willfully and Contrary to such oath states or subscribes any material matter which he does not believe to be true, is guilty of perjury and shall be fined no more than $2,000.00 or imprisoned not more than 5 years or both 18 U.S.C § 1621

18 USC SEC 0241   Conspiracy against rights
18 USC SEC 0242   Deprivation of Rights Under Color of law
18 USC SEC § 1962   Prohibited Activities
42 USC SEC 1981   Equal Rights under the law
42 USC SEC 1983   Civil action for deprivation of rights
42 USC SEC 1985   Conspiracy to Interfere with Civil Rights

Upon my Inherited Status, I Cecil Shah El in my own Proper Person being Competent to attest to this Affidavit upon which I place my signature. Where as, I state Proclaim and declare the following to be true, correct, not misleading, and not intended to be Presented for any misrepresented 'Colored' or Improper use or purpose under penalty of Perjury under the laws of the United States of America Title 28 1746(1) Without the UNITED STATES

I AM, *Cecil Shah El*
All Rights Reserved Without Prejudice
1- 207/308  1-103

4 of 5

Verification

We the Undersigned , Hereby Verify Under Penalty of Perjury under the laws of the United States of America, Without the United UNITED STATES, that the Above statements of Fact are True , and Correct to the best of our current information, belief and knowledge , so help us God Pursuant to 28 USC §1746(1) Further Affiant Sayeth Naught Executed on: 3·26·2021

Cil SM El

All Rights Reserved Without Prejudice 1-207 / 308 1-103

Citizens of th Illinois Republic In Propria Personu , Sui Juris

Miguel Campos       Miguel Campos       3·29·21
print                   Sign                   Date

Hosea HORN          _____          3-29-21
print                   Sign                   Date

5 of 5

Affidavit to Adjourn all matters Regarding
Corporation known as, - CECIL OTHELL SHAW,
112-83-031866-, -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-, -34-0740505,
Any and all derivatives Specifying above and below
information in this document are in Trust of
Alrumecc Estate. Our Estate thanks acting
appointed fiduciary for closing
account ". CECIL OTHELL SHAW, Bond # 
112-83-0318667, Account # 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
and any derivatives there of. We also thank
you for returning to us in the form of
Treasury Check all assets remaining in the
account specified in this document
All matters pertaining to above Information is
forever absolved never to be thought of again
This executed by thine own will.

E/8oct 2018

All Rights Reserved Without Prejudice
1-207/308 1-103

**FILED**

DEC 16 2019

Maureen A. Josh
Clerk of the Circuit Court
DeKalb County, Illinois

EX AL19






**FILED**

JUL 1 5 2019

Maureen A. Josh
Clerk of the Circuit Court
DeKalb County, Illinois

# Moorish National Republic Federal Government
## Ꮽ ~ Societas Republicae Ea Al Maurikanos ~ Ꮽ
### Moorish Divine and National Movement of the World
#### Northwest Amexem / Northwest Africa / North America / 'The North Gate'
#### Ꮽ ~ Temple of the Moon and Sun ~ Ꮽ
#### The True and De Jure Natural Peoples – Heirs of the Land
#### Ꮽ ~ I.S.L.A.M. ~ Ꮽ

For The Record, On the Record, To Be Read Into The Record and let the Record show

UNIVERSAL POSTAL UNION DOCUMENT NUMBER

7018 2290 0000 1227 4911

Writ of Removal with Commands to Cease, Desist and dispose of all in rem processes
against the Moorish Americans with

# Notice of Intent to Lien and Arrest Command

This is a Universal and International Writ of Removal of all Moorish American Nationals from foreign, Christian, defacto CORPORATION custody with Commands to cease, desist, and dispose of all in rem processes coerced, forced upon, or mutually consented to where the Aboriginal Indigenous Living Divine Natural Moorish Americans of the Land are concerned as all CORPORATE processes against the Natural, Living, Divine, Ancient, dejure Americans are fraudulent. This Command declares that the said CORPORATIONS have no further contact of any kind to include written, spoken, telephone, electronic or otherwise, with the Living Moorish Americans. This Command declares and includes the freedom of all Moorish American Nationals at North America who are unlawfully branded as "negro", "black", "colored", or "African American". This is Notice of Intent to lien all defacto CORPORATIONS and all CORPORATIONS d/b/a COURTS, JUDGES, ATTORNEYS, BAR MEMBERS, BAILIFFS, POLICE OFFICERS, CLERKS OF THE COURT, and THEIR HEIRS and ASSIGNS. All of the said CORPORATIONS are to be arrested for fraud and high treason immediately, tried by military tribunal and detained indefinitely in prison at Puerto Rico, or Guantanamo Bey, Cuba. All CORPORATIONS d/b a SHERIFFS, and U.S. MILITARY/Grand Army of the Republic are to protect and serve the Moorish American Nationals at all times.

### Delegation of Authority

The Moorish Divine and National Movement of the World, The de jure Moorish National Republic Federal Government, The Moorish American Consulates Worldwide, The Moorish American Article III Consular Courts, and the Moorish American People hereby declare, proclaim and file this Command with Delegations of Authority by the same and additional Delegations of Authority are given by The Will of Allah, the

The Moorish American Consulate, The Moorish National Republic Federal Government, c/o 911 SW 314th Place, Near [Federal Way Washington Republic [98023]; 334-294-9828 www.MoorishAmericanConsulate.org

Page 1 of 3






# 𝕸𝖔𝖔𝖗𝖎𝖘𝖍 𝕹𝖆𝖙𝖎𝖔𝖓𝖆𝖑 𝕽𝖊𝖕𝖚𝖇𝖑𝖎𝖈 𝕱𝖊𝖉𝖊𝖗𝖆𝖑 𝕲𝖔𝖛𝖊𝖗𝖓𝖒𝖊𝖓𝖙

Authority of The Bull Anu, The Holy Koran of the Moorish Holy Temple of Science divinely prepared by The Noble Prophet Drew Ali, The Treaty of Peace and Friendship 1786 and 1836 and the Constitution for the United States 1789/1791.

The Moorish Divine and National Movement, The Moorish National Republic Federal Government, The Moorish American Consulate, The Moorish American Consular Courts and the Moorish American People do hereby file this Universal Command:

BILL OF ATTAINDER and CONTRACT CASE against
All PERSONS d/b/a JUDGES for all CORPORATIONS styled as COURTS, COUNTIES, CITIES, MUNICIPALITIES, STATES, DISTRICTS, AND U.S. SUPREME COURTS at North America. This is to include all cases that have been moved to other courts or otherwise. This is a counter action to any past, present or future filings by any CORPORATIONS at North America.

### Notice to principal is notice to agent – Notice to agent is notice to principal.

Pursuant to the ecclesiastically delegated judicial authority of the Moorish National Republic Federal Government to carry into full effect the provisions of the 1786 and 1836 Treaty of Peace and Friendship before an Article III Court of competent jurisdiction, and enforce the Constitution For the united States of America as to the restoration of proper and lawful 'due process' under the organic American Republic Constitution Law principles and operations; All Moorish American Nationals, In Propria Persona[1] Sui Juris[2], In Proprio Solo, and In Proprio Heredes do hereby file this Writ of Removal. This Writ of Removal declares that all cases for all Moorish American Nationals are hereby removed from the occupying European Christian United States/U.S. Corporation' ("unsanctioned corporate pseudo court[3] ") to the Moorish American Consular Court of competent jurisdiction for all cases to include criminal cases; the constitutional Article III Moorish American court of record which is also the court of the Moorish National Republic Federal Government who are the issuers of this Command.

---

[1] IN Propria Persona. In one's own proper person. It is a rule in pleading that pleas to the jurisdiction of the court must be plead in propria persona, because if pleaded by attorney they admit the jurisdiction, as an attorney is an officer of the court, and he is presumed to plead after having obtained leave, which admits the jurisdiction. Lawes, Pl. 91  Black's Law Dictionary rev. 4th ed. p. 899, 900 (1968)
[2] Sui Juris. Lat. Of his own right; possessing full social and civil rights; not under any legal disability, or the power of an-other, or guardianship. Having capacity to manage one's own affairs; not under legal disability to act for one's self. Story, Ag. § 2.
Black's Law Dictionary rev. 4th ed. p. 1602 (1968)
[3] CIVIL ORDERS JULY 4, 2014 Issued to All Members of the Domestic Police Forces, US Marshals Service, the Provost Marshal, Members of the American Bar Association and the American Armed Services.

The Moorish American Consulate, The Moorish National Republic Federal Government, c/o: 911 SW 314th Place,
Near [Federal Way Washington Republic [98023]] 334-294-9828 www.MoorishAmericanConsulate.org
Page 2 of 13

  

## 𝔐oorish 𝔑ational 𝔑epublic 𝔉ederal 𝔊obernment

### Multiple Grounds For Removal

**Status**[4]  All Moorish American Nationals are In Propria Persona Sui Juris, are Islamic Moslem Moors, Aboriginal, Indigenous Moorish American[5] National and a Natural Divine Freehold of this land of America We reside in the jurisdiction of our ancestral inherited estate at all times, and all of our rights are exercised at all times, Whereas we are exercising them now  We are the Executors, Administrators, Creditors, Claimants, and Beneficiaries of our own Estate and all CORPORATE pseudo court operators are but former trustees that are not authorized to subrogate our identity with the fraudulent CAPITALIZED names of legal fiction claimed by the UNITED STATES OF AMERICA, Inc., UNITED STATES, FEDERAL RESERVE, FEDERAL RESERVE BANKS, or any franchises or agencies thereof. All are rendered bankrupt debtors and null and void.

**Diversity of Nationality**[6]  : We, being Moorish American, are Noble freeholds Aboriginal Indigenous Autochthonous Moor/Muur[7] of the organic Americas – the Land. By consanguine unity we are the descendants of the ancient Moabite, Hamitite, and Canaanite ForeMothers and ForeFathers. We pledge our National, Political, Ecclesiastic, Universal and Spiritual allegiance to our Moabite, Hamitite, Canaanite Moorish Nation - being the archaic Originals / Indigenes of Amexem (the Americas) and stand squarely affirmed upon our Divine Oath to the 'Five Points of Light' - Love, Truth, Peace, Freedom, and Justice  We

---

[4] **Status**. Standing, state or condition  Reynolds v. Pennsylvania Oil Co., 150 Cal. 629, 89 P. 610, 612. The legal relation of individual to rest of the community. Duryea v. Duryea, 46 Idaho 512, 269 P. 987, 988  The rights, duties, capacities and incapacities which determine a person to a given class  Campb  Austin 137. A legal personal relationship, not temporary in its nature nor terminable at the mere will of the parties, with which third persons and the state are concerned. Holzer v. Deutsche Reichsbahn Gesellschaft, 159 Misc. 830, 290 N.Y.S. 181, 191. While term implies relation it is not a mere relation. De La Montanya v. De La Montanya, 112 Cal. 101, 115, 44 P. 345, 348, 32 L R.A. 82, 53 Am.St.Rep. 165. It also means estate, because it signifies the condition or circumstances in which one stands with regard to his property. In the Year Books, it was used in this sense; 2 Poll. & Maitl  Hist, E. L. 11. Black's Law Dictionary rev  4th ed. p. 1580 (1968)

[5] **American**: n  an Aboriginal or one of the various copper-colored natives found on the American Continent by the Europeans; the original application of the name.  Webster's 1828 American Dictionary of the English language and 1936. Webster's unabridged 20th century dictionary. "Some examples will now be cited from the Americas to illustrate the use of 'negro' and 'black' in English as applied to people of American ancestry." Jack D. Forbes· Africans and Native Americans, Chp.3, Negro, Black and Moor p. 85 ¶ 3.

[6] **Nationality**. That quality or character which arises from the fact of a person's belonging to a nation or state. Nationality determines the political status of the individual, especially with reference to allegiance; while domicile determines his civil status  Nationality arises either by birth or by naturalization. According to Savigny, "nationality" is also used as opposed to "territoriality," for the purpose of distinguishing the case of a nation having no national territory; e. g., the Jews. 8 Say. Syst. §;Westl.Priv.Int. Law, 5. Black's Law Dictionary rev. 4th ed. p. 1602 (1968)

[7] **Moor**, n  More, Maure, L. Maurus a Moor 2. (Hist.) Any individual of the swarthy [dark complexion] races..." [relative to the Albion European] 1895 Noah Webster's International Dictionary of the English Language  being the authentic edition of Webster's unabridged dictionary, comprising the issues of  1864, 1879, and 1884 by Webster, Noah, 1758-1843; "Since moor and moren had also been used for American (Antwerp, 1563, and Brazil, 1550s, 1640s), we can see a pattern where both moor and swart were flexable enough to embrace a broad range of brown to dark brown people." Jack D. Forbes; Africans and Native Americans. Chp. 3, Negro, Black and Moor p. 81 ¶ 3; "I say my client may be a Moor, but he is not a Negro." Abraham Lincoln's case: Dungey v. Spencer (1855) File ID: L00567, as a trial lawyer before president of the United States Corporation Company.
April 17, 1855






## Moorish National Republic Federal Government

are by birthright heritage, and primogeniture, the living beneficiaries, heirs apparent Jus sanguinis[8] (by right of blood) and Jus soli (by right of soil) of the extreme far west Al Moroccan (American) Continents - Land of the Moors territory, North America, South America; Central America; including the adjoining Islands (Americana / Ameru / Al Moroc), the ancient American[9] lands since time immemorial before 1492 European invasion, colonization, occupation, and birthright theft of our lands and identity.

Federal Question[10] Jurisdiction· All CORPORATE tribunals lack personam, territorial political and therefore subject matter jurisdiction claims (Article III Section 2 Clause 1). All CORPORATE actors are products of the Foreign Agent Registration Act of 1938. The amounts in controversy are gold backed lawful money in excess of $100 quadrillion ($100,000,000,000,000,000) pursuant to Article 1, Section 10, Clause 1 that reads: "make any Thing but gold and silver Coin a Tender in Payment of Debts". All CORPORATE employees of all CORPORATE court venues are required to take the oath (5 U.S. Code § 3331 - Oath of office) and they are foreign entities (8 U S Code § 1481); the International Organization Immunities Act relinquished every public office of the United States to the United Nations December 9, 1945. The foreign private for-profit MUNICIPAL, COUNTY, OR STATE corporate agency pseudo COURTS lack jurisdiction to hear any case under the FOREIGN STATE Definitions (28 U S Code § 1603) under the Foreign Sovereign Immunities Act (FSIA). Each and all Aboriginal Indigenous Moorish Americans are non-domestic, non-resident, non-subject and non-commercial; Moorish American Nationals are not CORPORATE entities and are not registered with any SECRETARY OF STATE as a CORPORATION. All CORPORATE tribunals fail to disclose that the administrative fictional plaintiffs are CORPORATIONS and are deceptively appointed as Trustees over all matters dealing with any issue involving the ALL CAPITALIZED WARDSHIP NAME[11]

---

[8] Jus Sanguinis – Citizenship is not determined by one's place born, but having a parent(s) (by blood) who are Citizens of the Nation, Jus sanuinis rights are mandated by international treaty with citizenship definitions imposed by the international community.

[9] American: n. an Aboriginal or one of the various copper-colored natives found on the American Continent by the Europeans, the original application of the name. Webster's 1828 American Dictionary of the English language and 1936. Webster's unabridged 20th century dictionary "Some examples will now be cited from the Americas to illustrate the use of 'negro' and 'black' in English as applied to people of American ancestry." Jack D. Forbes: Africans and Native Americans, Chp.3. Negro, Black and Moor p. 85 ¶ 3.

[10] Federal Question. Cases arising under Constitution of United States, Acts of Congress, or treaties, and involving their interpretation and application, and of which jurisdiction is given to federal courts, are commonly described as involving a "federal question." McAllister v. St. Louis Merchants' Bridge Terminal Ry. Co., 324 Mo. 1005, 25 S.W.2d 791, 792. Black's Law Dictionary rev. 4th ed. p. 740 (1968)

[11] WARDSHIP NAME, n. One who holds legal but not lawful title for another; a straw man. Hegstad v. Wysiecki, 178 App Div. 733, 165 N.Y.S. 898, 900 Space 61/2 feet in width between street railroad tracks. Schroeder v. Pittsburgh Rys. Co., 311 Pa. 398, 165 A. 733.
WARDSHIP NAME, adj. Sham; make-believe, pretended; imitation. U. S. v. Warn, D C.Idaho, 295 F 328, 330 As respects basis for predicating liability on parent corporation for acts of subsidiary, "agency," "adjunct," "branch," "instrumentality," "WARDSHIP NAME,"
"buffer," and "tool" all mean very much the same thing. owendahl v. Baltimore & 0. R. Co., 287 N.Y.S. 62, 74, 247 App.Div. 14 WARDSHIP NAME DIRECTOR. One to whom (usually) a single share of stock in a corporation is transferred for the purpose of qualifying him as a director of the corporation, in which he has no real or active interest. Ashby v. Peters, 128 Neb 338, 258 N.W. 639, 99 A.L.R. 843. One who is a mere figurehead and in effect discharges no duties. Golden Rod Mining Co. v Bukvich, Mont. 569, 92 P 2d 316, 319. Black's Law Dictionary rev 4th ed. p. 591, 592 (1968)

The Moorish American Consulate, The Moorish National Republic Federal Government, c/o 911 SW 314th Place, Near [Federal Way Washington Republic [98023]] 334-294-9828 www.MoorishAmericanConsulate.org

Page 4 of 13

  

# Moorish National Republic Federal Government

/strawman name, and fictional construct of all NAMES IN ALL CAPITAL LETTERS to defraud the living Man; as to joinder[12] and own in the commission of and involuntary servitude because the WARDSHIP NAME strawman is not a living flesh and blood man which is an action under the jurisdiction of the STATE OF EMERGENCY CLAUSE, Public Law 1, 48 stat C1.

**International Crimes of Fraud and Treason:** It is a fact that the Amendatory Act April 20, 1933 under Executive Command 6111 and as defined in the Banking Emergency Act under Public Law 1, 48 stat, C1 has defined the nonliving WARDSHIP NAME/PROPERTY and the people of the land as "enemies of the STATE" under the Amended Trading with the Enemy Act (1933) under Title 50 Chapter 3 / Public Law 40, stat L 411 as "enemies of their own country." From these facts, any alleged "PLAINTIFF" and "DEFENDANT" being addressed by CORPORATE pseudo courts is not a living Divine, Natural Being which is the most basic identity as one of the living people unlawfully and unconscionably converted to that of a CORPORATION by fraud and deception.



The very presence of the Living Aboriginal Indigenous Being in a CORPORATE court is evidence of crimes against humanity and war crimes by the operators of all CORPORATE pseudo courts. The alleged PLAINTIFF in all CORPORATE courts are NOT living, nor a real injured party, yet CORPORATE courts proceed as if crimes against the STATE were committed which is evidence that the chattel property that is the WARDSHIP NAMES/STRAWMAN are being charged as an "enemy of the state" under "war crimes". The Living Divine Natural Aboriginal Indigenous Beings is being constantly hunted down, persecuted without crime by said foreign private for-profit CORPORATE entities, and denied due process of de jure Islamic Moslem and Supreme Law of the land.

This removal is pursuant to International Diversity of Nationality and currently on file for the record of the United States Supreme Court as precedence for all Moorish American Nationals #: 1616598-E and in the office of the prosecutor's investigation unit of the International Criminal Court for aforementioned crimes against humanity, systemic genocide, and war crimes. Additionally, the National Human Trafficking Hotline (1-888-373-7888) Case #328400 is the case number for all 350 million Moorish American Nationals at North America whether they be declared or undeclared.

---

[12] **Joinder.** Joining or coupling together; uniting two or more constituents or elements in one; uniting with another person in some legal step or proceeding; union; concurrence. Black's Law Dictionary rev. 4th ed. p. 971 (1968)

The Moorish American Consulate, The Moorish National Republic Federal Government, c/o 911 SW 314th Place, Near [Federal Way Washington Republic [98023]] 334-294-9828 www.MoorishAmericanConsulate.us

Page 5 of 13

   

# 𝔐𝔬𝔬𝔯𝔦𝔰𝔥 𝔑𝔞𝔱𝔦𝔬𝔫𝔞𝔩 𝔕𝔢𝔭𝔲𝔟𝔩𝔦𝔠 𝔉𝔢𝔡𝔢𝔯𝔞𝔩 𝔊𝔬𝔟𝔢𝔯𝔫𝔪𝔢𝔫𝔱

## Proof Of Service

I do certify that a copy of previous writs, affidavits, declarations and/or notifications in the above NOTICE OF REMOVAL has been furnished by way of either walk-in for all recipients, e-mail, fax, or certified mail to all CORPORATIONS d/b/a GOVERNORS of the 50 CORPORATE STATES and to the following:

Moorish American Consulate of the
Moorish National Republic Federal Government
Vizır (Judge)  Light Tajiri Bey
c/o 911 Southwest 314 Place
Near [Federal Way Washington Republic [98023-9998]] .

Honorable Fatou Bom Bensouda
Information and Evidence Unit
Office of the Prosecutor
Post Office Box 19519 2500 CM
The Hague, The Netherlands

Universal Postal Union (UPU)
Bishar Abdirahman Hussein
International Bureau
Weltpoststrasse 4
P.O. Box 312
3000 BERNE 15 SUISSE

| Date Sent | United States Postal Tracking Number | Who Was Notified |
|---|---|---|
| 6/15/2018 | 7015 0640 0003 4323 1737 | TOM WOLF, GOVERNOR OF THE STATE OF PENNSYLVANIA |
| 6/15/2018 | 7015 0640 0003 4323 1744 | ROBERT TORRES, ACTING SECRETARY OF THE DEPARTMENT OF STATE, |
| 6/15/2018 | 7015 0640 0003 4323 1768 | KATAYOUN COPELAND, PENNSYLVANIA DISTRICT ATTORNEY |
| 6/15/2018 | 7015 0640 0003 4323 1775 | LAWRENCE F. STENGEL, CHIEF UNITED STAETS DISTRICT JUDGE FOR THE EASTERN DISTRICT OF PENNSYLVANIA |
| 6/15/2018 | 7015 0640 0003 4323 1782 | JOE TORSELLA, STATE OF PENNSYLVANIA TRESURER |
| 6/15/2018 | 7015 0640 0003 4323 1799 | THOMAS GROSS, EXECUTIVE DIREECTOR, PENNSYLVANIA CHIEFS OF POLICE ASSOCIATION |
| 6/15/2018 | 7015 0640 0003 4323 1805 | ERIC PAPENFUSE, MAYOR OF THE CITY OF HARRISBURG PENNSYLVANIA |
| 6/15/2018 | 7015 0640 0003 4323 1751 | MG DAVID P. GLASER, PROVOST MARSHAL GENERAL OF THE UNITED STATES ARMY |
| 6/21/2018 | 7017 3040 0000 3081 7935 | GEORGIA GOVERNOR |
| 6/21/2018 | 7017 0680 0007 2863 3607 | STATE OF GEORGIA ATTORNEY GENERAL, CHRIS CARR |
| 6/29/2018 | 7016 2070 0001 0913 4135 | BRIAN KEMP, GEORGIA SECRETARY OF STATE DEPT |
| 6/29/2018 | 7016 2070 0001 0913 4166 | STEVE MCCOY, GEORGIA TREASURER |

The Moorish American Consulate, The Moorish National Republic Federal Government, c/o. 911 SW 314th Place,
Near [Federal Way Washington Republic [98023]] 334-294-9828 www.MoorishAmericanConsulate.org

Page 6 of 13

   

## Moorish National Republic Federal Government

| Date | Number | Name |
|---|---|---|
| 6/29/2018 | 7016 2070 0001 0913 4173 | CHRIS CARR, GEORGIA ATTORNEY GENERAL |
| 6/29/2018 | 7016 2070 0001 0913 4142 | FRANK RICARDO, GEORGIA CHIEF OF POLICE |
| 6/29/2018 | 7016 2070 0001 0913 4197 | MG DAVID P. GLASER, PROVOST MARSHAL GENERAL OF THE UNITED STATES ARMY |
| 6/29/2018 | 7016 2070 0001 0913 4180 | LARRY HANSON, GA MUNICIPAL ASSOCIATION |
| 6/29/2018 | 7016 2070 0001 0913 4159 | THOMAS THRASH, GA CHIEF DISTRICT JUDGE |
| 6/29/2018 | 7017 1070 0000 2322 5232 | NATHAN DEAL, GOVERNOR GA |
| 7/2/2018 | 7015 1730 0001 0105 0746 | MIKE POMPEO, SECRETARY OF STATE OF WASHINGTON, DISTRICT OF COLUMBIA |
| 7/2/2018 | 7015 1730 0001 0105 0739 | DONALD TRUMP, PRESIDENT OF THE UNITED STATES SERVICE CORPORATION |
| 7/2/2018 | 7018 0680 0000 5769 3833 | JOHN ROBERTS CHIEF JUSTICE OF THE USA SUPREME COURT |
| 7/2/2018 | 7018 0680 0000 5769 3826 | STEVEN MAUR, US DEPARTMENT OF TREASURY |
| 7/2/2018 | 7018 0680 0000 5769 3819 | JEFF SESSIONS, JUSTICE DEPARTMENT OF THE USA |
| 7/2/2018 | 7015 1730 0001 0105 0722 | COLORADO GOVERNORS OFFICE |
| 7/3/2018 | 7017 1000 0000 3497 2607 | CHIEF JUDGE JAMES K. BRADER - US DISTRICT COURT MARYLAND |
| 7/3/2018 | 95001162017781843 92855 | ARCHBISHOP OF SEATTLE PETER J. SARTAIN |
| 7/3/2018 | 95001162017781843 92862 | WASHINGTON GOV JAY INSLEE |
| 7/3/2018 | 95001162017781843 92879 | CHIEF ANDY HWANG FEDERAL WAY POLICE |
| 7/3/2018 | 95001162017781843 92886 | JUDGE DAVID A LARSON FED WAY MUNICIPAL COURT |
| 7/3/2018 | 95001162017781843 92893 | KING COUNTY SHERIFF MITZI JOHAN KRECHT |
| 7/3/2018 | 95001162017781843 92909 | BRIG GEN DAVID P. GLASER PROVOST MARSHAL |
| 7/3/2018 | 95001162017781843 92916 | UN SECRETARY GENERAL ANTONIO GUTERRES NYNY REPUBLIC |
| 7/3/2018 | 95001162017781843 92923 | US DEPT OF TREASURY-SEE STEVEN MNUCHIN |
| 7/12/2018 | 7015 0640 0003 4327 8879 | JOEL A READY, CORNERSTONE LAWFIRM |
| 7/12/2018 | 7015 0640 0003 4327 8886 | KEVIN F KELLY, PRESIDENT JUDGE OF DELAWARE COUNTY OF PENNSYLVANIA COURT OF COMMON PLEAS |
| 7/12/2018 | 7015 0640 0003 4327 8893 | MARY MCFALL HOPPER, SHERIFF OF DELAWARE COUNTY SHERIFFS OFFICE |
| 7/12/2018 | 7015 0640 0003 4327 8909 | JERRY L. SANDERS, SHERIFF OF DELAWARE COUNTY PENNSYLVANIA |
| 7/21/2018 | 7018 1130 0000 2493 1187 | GOVERNOR OF Montgomery, Alabama [36130] |
| 7/21/2018 | 7018 1130 0000 2493 1163 | GOVERNOR OF ALASKA [99811] |

The Moorish American Consulate, The Moorish National Republic Federal Government, c/o: 911 SW 314th Place, Near [Federal Way Washington Republic [98023]] 334-294-9828 www.MoorishAmericanConsulate.org

Page 7 of 13

   

## Moorish National Republic Federal Government

| 7/21/2018 | 7018 1130 0000 2493 1569 | GOVERNOR OF ARIZONA [85007] |
|---|---|---|
| 7/21/2018 | 7018 1130 0000 2493 1149 | GOVERNOR OF ARKANSAS 72201] |
| 7/21/2018 | 7018 1130 0000 2493 1781 | GOVERNOR OF CALIFORNIA [95814] |
| 7/21/2018 | 7018 1130 0000 2493 1798 | GOVERNOR OF COLORADO [80203] |
| 7/21/2018 | 7018 1130 0000 2493 1804 | GOVERNOR OF CONNECTICUT [06106] |
| 7/21/2018 | 7018 1130 0000 2493 1408 | GOVERNOR OF MISSOURI [48909] |
| 7/21/2018 | 7018 1130 0000 2493 1545 | GOVERNOR OF OKLAHOMA [73105] |
| 7/21/2018 | 7018 1130 0000 2493 1521 | GOVERNOR OF PENNSYLVANIA [17120] |
| 7/21/2018 | 7018 1130 0000 2493 1538 | GOVERNOR OF OREGON [97301] |
| 7/21/2018 | 7018 1130 0000 2493 1514 | GOVERNOR OF PUERTO RICO [00902] |
| 7/21/2018 | 7018 1130 0000 2493 1507 | GOVERNOR OF RHODE ISLAND [02903] |
| 7/21/2018 | 7018 1130 0000 2493 1316 | GOVERNOR OF SOUTH CAROLINA [29201] |
| 7/21/2018 | 7018 1130 0000 2493 1613 | GOVERNOR OF SOUTH DAKOTA [57501] |
| 7/21/2018 | 7018 1130 0000 2493 1606 | GOVERNOR OF TENNESSEE [37243] |
| 7/21/2018 | 7018 1130 0000 2493 1590 | GOVERNOR OF TEXAS [78711] |
| 7/21/2018 | 7018 1130 0000 2493 1583 | GOVERNOR OF UTAH [84114] |
| 7/21/2018 | 7018 1130 0000 2493 1576 | GOVERNOR OF VERMONT [05609] |
| 7/21/2018 | 7018 1130 0000 2493 1774 | GOVERNOR OF VIRGIN ISLANDS [00802] |
| 7/21/2018 | 7018 1130 0000 2493 1262 | GOVERNOR OF VIRGINIA [23219] |
| 7/21/2018 | 7018 1130 0000 2493 1477 | GOVERNOR OF WASHINGTON [98504] |
| 7/21/2018 | 7018 1130 0000 2493 1095 | GOVERNOR OF WEST VIRGINIA [25305] |
| 7/21/2018 | 7018 1130 0000 2493 1248 | GOVERNOR OF WISCONSIN [53707] |
| 7/21/2018 | 7018 1130 0000 2493 1484 | GOVERNOR OF WYOMING [82002] |
| 7/21/2018 | 7018 1130 0000 2493 1828 | GOVERNOR OF GEORGIA [30272] |
| 7/21/2018 | 7018 1130 0000 2493 1132 | GOVERNOR OF OHIO [45011] |
| 7/21/2018 | 7018 1130 0000 2493 1637 | GOVERNOR OF MICHIGAN [48603] |
| 7/21/2018 | 7018 1130 0000 2493 1118 | GOVERNOR OF FLORIDA [32117] |
| 7/21/2018 | 7018 1130 0000 2493 1088 | GOVERNOR OF KENTUCKY [40324] |
| 7/21/2018 | 7018 1130 0000 2493 1767 | GOVERNOR OF CALIFORNIA [92114] |
| 7/21/2018 | 7018 1130 0000 2493 1071 | GOVERNOR OF CALIFORNIA [92335] |
| 7/21/2018 | 7018 1130 0000 2493 1743 | GOVERNOR OF OHIO [44905] |
| 7/21/2018 | 7018 1130 0000 2493 1750 | GOVERNOR OF WISCONSIN [53719] |
| 7/21/2018 | 7018 1130 0000 2493 1125 | GOVERNOR OF GEORGIA [30264] |
| 7/21/2018 | 7018 1130 0000 2493 1750 | GOVERNOR OF WISCONSIN [53224] |
| 7/21/2018 | 7018 1130 0000 2493 1064 | GOVERNOR OF WISCONSIN [53224] |
| 7/21/2018 | 7018 1130 0000 8090 3166 | GOVERNOR OF MICHIGAN [48208] |
| 7/21/2018 | 7018 1130 0000 2493 1446 | GOVERNOR OF IOWA [50319] |
| 7/21/2018 | 7018 1130 0000 2493 1439 | GOVERNOR OF KANSAS [66612] |
| 7/21/2018 | 7018 1130 0000 2493 1422 | GOVERNOR OF KENTUCKY [40601] |
| 7/21/2018 | 7018 1130 0000 2493 1415 | GOVERNOR OF LOUISIANA [70804] |
| 7/21/2018 | 7018 1130 0000 2493 1491 | GOVERNOR OF MAINE [04333] |
| 7/21/2018 | 7018 1130 0000 2493 1330 | GOVERNOR OF MARYLAND [21401] |

The Moorish American Consulate, The Moorish National Republic Federal Government, c/o. 911 SW 314th Place,
Near [Federal Way Washington Republic [98023]] 334-294-9828 www.MoorishAmericanConsulate.org

Page 8 of 13

  


# Moorish National Republic Federal Government

| 7/21/2018 | 7018 1130 0000 2493 1385 | GOVERNOR OF NEVADA [89701] |
|---|---|---|
| 7/21/2018 | 7018 1130 0000 2493 1415 | GOVERNOR OF MISSISSIPPI [39205] |
| 7/21/2018 | 7018 1130 0000 2493 1378 | GOVERNOR OF MISSISSIPPI [39205] |
| 7/21/2018 | 7018 1130 0000 2493 1460 | GOVERNOR OF MARYLAND [65102] |
| 7/21/2018 | 7018 1130 0000 2493 1361 | GOVERNOR OF NEBRASKA [68509] |
| 7/21/2018 | 7018 1130 0000 2493 1811 | GOVERNOR OF DELAWARE [19901] |
| 7/21/2018 | 7018 1130 0000 2493 1392 | GOVERNOR OF MONTANA [59620] |
| 7/21/2018 | 7018 1130 0000 2493 1620 | GOVERNOR OF MARIANA ISLANDS [96950] |
| 7/21/2018 | 7018 1130 0000 2493 1835 | GOVERNOR OF FLORIDA [32399] |
| 7/21/2018 | 7018 1130 0000 2493 1552 | GOVERNOR OF OHIO [43215] |
| 7/21/2018 | 7018 1130 0000 2493 1231 | GOVERNOR OF GEORGIA [30334] |
| 7/21/2018 | 7018 1130 0000 2493 1224 | GOVERNOR OF GUAM [96932] |
| 7/21/2018 | 7018 1130 0000 2493 1217 | GOVERNOR OF HAWAII [96813] |
| 7/21/2018 | 7018 1130 0000 2493 1200 | GOVERNOR OF IDAHO [83702] |
| 7/21/2018 | 7018 1130 0000 2493 1194 | GOVERNOR OF ILLINOIS [62706] |
| 7/21/2018 | 7018 1130 0000 2493 1170 | GOVERNOR OF INDIANA [46204] |
| 7/21/2018 | 7018 1130 0000 2493 1453 | GOVERNOR OF MASSACHUSETTS [02133] |
| 7/21/2018 | 7018 0040 0000 6579 6791 | GOVERNOR OF AMERICAN SAMOA [96799] |
| 7/21/2018 | 7018 1130 0000 2493 1323 | GOVERNOR OF MINNESOTA [55155] |
| 7/21/2018 | 7018 1130 0000 2493 1354 | GOVERNOR OF NEW HAMPSHIRE [03301] |
| 5/4/2018 | 7015 1730 0001 0107 1949 | OFFICE OF ATTORNEY GENERAL, PROVIDENCE RHODE ISLAND |
| 5/4/2018 | 7015 1730 0001 0107 1956 | US DEPT OF JUSTICE, WASHINGTON DC |
| 7/21/2018 | 7018 0680 0001 5231 5722 | STEVE HOGAN, OFFICE OF THE MAYOR |
| 7/21/2018 | 7018 0680 0000 5769 3826 | US DEPT OF TREASURY, WASHINGTON DC |
| 7/21/2018 | 7015 1730 0001 0105 0746 | MIKE POMPEO, SECRETARY OF STATE OF WASHINGTON, DISTRICT OF COLUMBIA |
| 7/21/2018 | 7018 0680 0001 5231 5685 | OFFICE OF ATTORNEY GENERAL, DENVER CO |
| 7/30/218 | 7018 0360 0001 0213 0107 | GOVERNOR ANDREW CUOMO |
| 7/30/218 | 7018 0360 0001 0213 0077 | MAYOR OF NEW YORK BILL DE BLASIO |
| 7/30/218 | 7018 0360 0001 0213 0053 | U S ATTORNEY GENERAL JEFFERSON SESSIONS |
| 7/30/218 | 7018 0680 0001 2818 7919 | U.S. SECRETARY OF STATE MICHAEL R POMPEO |
| 7/30/218 | 7018 0360 0001 0213 0114 | N.Y. SECRETARY OF STATE ROSSANA ROSADO |
| 7/30/218 | 7018 0360 0001 0213 0039 | "MAGISTRATE" WILLIAM CONDON |
| 7/30/218 | 7018 0360 0001 0213 0084 | THE SHERIFF OF SUFFOLK COUNTY ERROL D TOULON |
| 7/30/218 | EM053097085US | WARDEN MICHAEL FRANCHI [PRIORITY MAIL] |
| 7/30/218 | EM053097071US | CHIEF CLERK FRANK TROPEA [PRIORITY MAIL] |
| 7/20/2018 | 7017 0660 0000 2171 2734 | MINNESOTA MAYOR - MARK DAYTON |
| 7/20/2018 | 7017 0660 0000 2171 2727 | OAK PARK HEIGHTS PRISON - WARDEN MICHELLE SMITH |

The Moorish American Consulate, The Moorish National Republic Federal Government, c/o 911 SW 314th Place, Near [Federal Way Washington Republic [98023]] 334-294-9828 www.MoorishAmericanConsulate.org

Page 9 of 13







## 𝔐oorish 𝔑ational 𝔕epublic 𝔉ederal 𝔊overnment

| Date | Number | Name |
|---|---|---|
| 7/20/2018 | 7017 0660 0000 2171 2710 | MINNESOTA STATE REPRESENTATIVE, KEITH ELLISON |
| 7/20/2018 | 7018 0040 0000 6514 0846 | SECRETARY OF THE STATE OF MINNESOTA |
| 7/20/2018 | 7018 0040 0000 6514 0839 | ATTORNEY GENERAL - JEFFERSON SESSION |
| 7/20/2018 | 7017 0660 0000 2171 2703 | MICHAEL RICHARD POMPEO |
| 7/20/2018 | 7017 0660 0000 2171 2697 | MAYOR OF STILLWATER , MINNESOTA, TED KOZLOWSKI |
| 8/23/2018 | 7015 0640 0003 4327 8916 | MEGAN J. BRENNAN POSTMASTER GENERAL AND CHIEF EXECUTIVE OFFICER OF UNITED STATES POSTAL SERVICE CORPORATION |
| 8/23/2018 | 7015 0640 0003 4327 8923 | JOSEPH J SHEEHAN / GIRARD CAROZZA, POSTMASTER OF UPPER DARBY POST OFFICE |
| 8/23/2018 | 7015 0640 0003 4327 8930 | MICHAEL A HERNANDEZ, POSTMASTER OF PHILADELPHIA POST OFFICE |
| 8/23/2018 | 7015 0640 0003 4327 8947 | GARY E. SHAPIRO, JUDICIAL OFFICER |
| 8/31/2018 | 7015 0640 0003 4327 8961 | DAVID KAUTTER, INTERNAL REVENUE SERVICE |
| 8/31/2018 | 7015 0640 0003 4327 8954 | BETSY DEVOS, U S. DEPARTMENT OF EDUCATION |
| 9/11/2018 | 7016 0910 0000 0896 4081 | RECORDER OF DEEDS - MAYOR MURIEL BOWSER (WASHINGTON DC CORPORATION) |
| 9/11/2018 | 7017 3380 0000 5722 2403 | DAVID P. STEINER -VULCAN MATERIALS (BIRMINGHAM AL CORPORATION) |
| 9/11/2018 | 7017 3380 0000 5722 2397 | JIM FISH-WASTE MANAGEMENT (AUBURN WA CORPORATION) |
| 9/11/2018 | 7017 3380 0000 5722 2410 | JIM FISH-WASTE MANAGEMENT (HOUSTON TEXAS CORPORATION) |
| 9/11/2018 | 7017 3380 0000 5722 2427 | DAN PUMA - STATE DEPT OF ASSESSMENTS AND TAX (BALTIMORE MARYLAND CORPORATION) |
| 9/11/2018 | 7016 0910 0000 0896 4098 | JEROME POWELL - FEDERAL RESERVE BOARD OF GOVERNORS- NEW YORK CORPORATION |
| 9/11/2018 | 7016 0910 0000 0896 4104 | JEROME POWELL- FEDERAL RESERVE BOARD OF GOVERNORS- WASHINGTON DC CORPORATION |
| 9/11/2018 | 7016 0910 0000 0896 4111 | JEROME POWELL - FEDERAL RESERVE BOARED OF GOVERNORS (WASHINGTON DC CORPORATION) |

The Moorish American Consulate, The Moorish National Republic Federal Government, c/o· 911 SW 314ᵗʰ Place, Near [Federal Way Washington Republic [98023]] 334-294-9828 www.MoorishAmericanConsulate.org

Page 10 of 13







## Moorish National Republic Federal Government

| | | |
|---|---|---|
| 9/11/2018 | 7016 0910 0000 0896 4128 | JEFFREY DEWITT- WASHINGTON DC OFFICE OF TAX AND REVENUE |
| 9/11/2018 | 7018 0680 0000 0328 8373 | JAMES DIMON- CHASE BANK PRES (NEW YORK CORPORATION) |
| 9/11/2018 | 7018 0680 0000 0328 8380 | JAMES DIMON RESIDENCE, HEIRS AND ASSIGNS (NEW YORK CORPORATION) |
| 9/11/2018 | 7018 0680 0000 0328 8397 | DC RECCOMMAND OF DEEDS |
| 9/11/2018 | 7018 0680 0000 0328 8403 | MAYOR MURIEL BOWSER - DISTRICT OF COLUMBIA CORPORATION |
| 9/11/2018 | 7018 0680 0000 0328 8410 | DC OFFICE OF TAX AND REVENUE |
| 9/25/2018 | 7018 0680 0000 0328 8427 | KEVIN DONNELLY DBA KING COUNTY ATTORNEY |

| Name | Position | Date | Mode | Email/Fax |
|---|---|---|---|---|
| JESSICA MCDONALD | CEO of CANADA POST | 22/06/2018 | Fax | 1-800-204-4193 |
| CARLA QUALTROUGH | MINISTER RESPONSIBLE FOR CANADA POST | 22/06/2018 | Email | minister@pwgsc.gc.ca |
| JUSTIN TRUDEAU | PRIME MINISTER | 06/07/2018 23/08/2018 | Email | justin.trudeau@parl.gc.ca |
| CHRYSTIA FREELAND | MINISTER OF FOREIGN AFFAIRS | 06/07/2018 | Email | chrystia.freeland@parl.gc.ca |
| JODY WILSON-RAYBOULD | MINISTER OF JUSTICE AND ATTORNEY GENERAL OF CANADA | 06/07/2018 | Email | jody.wilson-raybould@parl.gc.ca |
| CAROLYN BENNETT | MINISTER OF CROWN-INDIGENOUS RELATIONS | 06/07/2018 | Email | carolyn.bennett@parl.gc.ca |
| JANET AUSTIN | GOVERNOR GENERAL OF BRITISH COLUMBIA | 06/07/2018 23/08/2018 | Email | ghinfo@gov.bc.ca I received an email response from her assistant 30/08/2018 and I replied 04/09/2018 |
| DAVID EBY | ATTORNEY GENERAL OF BRITISH COLUMBIA | 23/08/2018 | Email | AG.Minister@gov.bc.ca |
| ANTIONETTE PERRY | GOVERNOR OF PRICE EDWARD ISLAND | 04/09/2018 | Email | cocheverie@gov.pe.ca |
| ARTHUR LEBLANC | GOVERNOR OF NOVA SCOTIA | 04/09/2018 | Email | lgoffice@novascotia.ca |

The Moorish American Consulate, The Moorish National Republic Federal Government, c/o 911 SW 314th Place, Near [Federal Way Washington Republic [98023]] 334-294-9828 www.MoorishAmericanConsulate.org

Page 11 of 13







## Moorish National Republic Federal Gobernment

| | | | | |
|---|---|---|---|---|
| JOCELYN ROY VINNEAU | GOVERNOR OF NEW BRUSNSWICK | 04/09/2018 | Email | LJgov@gnb.ca |
| JUDY MAY FOOTE | GOVERNOR OF NEWFOUNDLAND AND LABRADOR | 04/09/2018 | Email | davidbrown@gov.nl.ca |
| JANICE C FILMON | GOVERNOR OF MANITOBA | 04/09/2018 | Email | ltgov@leg.gov.mb.ca |
| W THOMAS MOLLY | GOVERNOR OF SASKATCHEWAN | 04/09/2018 | Email | lgv@ligov.sk.ca |
| LOIS MITCHELL | GOVERNOR OF ALBERTA | 04/09/2018 | Email | LTGov@gov.ab.ca |
| NELLIE T KUSUGAK | COMMISSIONER OF NUNAVUT | 04/09/2018 | Email | commissionerofnunavut @gov.nu.ca |
| MARGARET THOM | COMMISSIONER OF NORTHWEST TERRITORIES | 04/09/2018 | Email | commissioner@gov.nt.ca |
| ANGÉLIQUE BERNARD | COMMISSIONER OF YUKON | 04/09/2018 | Email | commissioner@gov.yk.ca |
| J MICHEL DOYON | GOVERNOR OF QUEBEC | 05/09/2018 | Email | infoCLG@mce.gouv.qc.ca |

The Moorish American Consulate, The Moorish National Republic Federal Government, c/o 911 SW 314th Place, Near [Federal Way Washington Republic [98023]] 334-294-9828 www.MoorishAmericanConsulate.org

Page 12 of 13

    

**Moorish National Republic Federal Government**
**∽ ~ Societas Republicae Ea Al Maurikanos ~ ∽**
Moorish Divine and National Movement of the World
**Northwest Amexem / Northwest Africa / North America / 'The North Gate'**
**∽ ~ Temple of the Moon and Sun ~ ∽**
**The True and De Jure Natural Peoples – Heirs of the Land**
**∽ ~ I.S.L.A.M. ~ ∽**



**Chronos:**

Day: 11    Month: September    Year: [2018] 1439

I Am: Light Tajiri Bay-Vizir

Judge / Minister: Natural Person - In Propria Persona - Authorized Representative; All Rights Reserved
Free Moor / Muur Northwest Amexem / Northwest Africa / North America

**Chronos:**

Day: 11    Month: September    Year: [2018] 1439

I Am: Jenell Talib Abdullah Bey Vizir

Judge / Minister: Natural Person - In Propria Persona - Authorized Representative; All Rights Reserved
Aboriginal and Indigenous Peoples' Documents; Northwest Amexem / Northwest Africa / North America / The Moroccan Empire - Continental United States

**Chronos:**

Day: 11    Month: September    Year: [2018] 1439

I Am: El Bey Vizir

Judge / Minister: Natural Person - In Propria Persona - Authorized Representative; All Rights Reserved
Free Moor / Muur Northwest Amexem / Northwest Africa / North America
Aboriginal and Indigenous Peoples' Documents: Northwest Amexem / Northwest Africa / North America / The Moroccan Empire - Continental United States