

**FILED** MO
4/2/2021
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT



SCANNED at DCC and E-mailed
date 5/3/21 by B
initials B NO. pages

UNITED STATES DISTRICT COURT
_Northern_ DISTRICT OF ILLINOIS

## ELECTRONIC FILING COVER SHEET

Please complete this form and include it when submitting any type of document, letter, or pleading. to the U.S. District Court for _____ District of Illinois for review and filing.

_CECIL SHAH EL_
Name Cecil Shah El

[ R10399 ]
ID Number

Please answer questions as thoroughly as possible and circle yes or no where indicated.

1. Is this a new civil rights complaint or habeas corpus petition?        Yes or **No**

   If this is a habeas case, please circle the related statute:  28 U.S.C. 2241 or 28 U.S.C. 2254

2. Is this an Amended Complaint or an Amended Habeas Petition?     Yes or **No**

   ·If yes, please list case number: _____

   If yes, but you do not know the case number, mark here: _____

3. Should this document be filed in a pending case?        **Yes** or No ·

   If yes, please list case number:  _19 C 50123_

   If yes, but you do not know the case number, mark here: _____

4. Please list the total number of pages being transmitted:      ~~X~~ | 70

5. If multiple documents, please identify each document and the number of pages for each document.  For example:  Motion to Proceed In Forma Pauperis, 6 pages;  Complaint, 28 pages.

| Name of Document | Number of Pages |
|---|---|
| Letter to Clerk | 1 |
| Certificate of Service | 1 |
| Declaration In Nature of Affidavit Of fact & Verification | 19 |
| Name Declaration Proclamation | 1 |

Please note that discovery requests and responses are NOT to be filed; instead they should be forwarded to the attorney(s) of record.  Discovery materials sent to the Court will be returned unfiled.

Dear Law Library                    on 3-29-2021

I sent a number of documents over
to be scanned into case# 19 c 50123 at the
US District Court. However the scan form
was returned with my Appelation ~~misme~~ mispelled in
All capital letters ~~at no th~~ without any of the information
in regards to the Scan filled out, ~~I took the liberty~~
As I am unaware who scanned it if it was or not
I included the number of pages & Correct spelling of my
Appellation onto the document, and returned the document
to you to be filed.

                                        Cecil Shah El
                                        Cecil Shah El - 3402

Dear Clerk of the US District Court                                        1 - 2021

Enclose is A Declaration in Nature of Affidavit of Fact with
28 Exhibits Attached ~~which Req~~ some which require a
response from All public officials in the matter of
19 C 50123. To be filed. ~~Please Prov~~ Those that Require
a response are marked (require a response) in the Declaration
Please send me notification that All documents were
Filed.

                    Thankyou Respectfully Submitted

                    Cil Shh El
                    All Rights Reserved Without Prejudice
                    1-207/308 1-103

Judicial Notice and Artifacts

Notice of Public Records Correction ———— 1

UCC Financing Statement 2016 2240 0000 4824 5411-8

UCC Financing Statement — 2016 3500 0000 6584 3855-4

Public Notice Declaration Lawful Protest ————— 35

Affidavit of Truth ————————— 3

Affidavit to Resains all Autographs ————— 1

Affidavit of Identity ——————————— 1

FOI Request & Mail log ——————— 3

Affidavit of Fact Contracted Covid ——— 2

Termination of Trustee Ship ————— 4

Affidavit of Fact/Declaration/Conveyance ——— 4

Treaty of Peace & Frienship -Certified ——— 9.

Certificate of Birth ——————— 1

Declaration of Rights Reservation to Contract ⟩— 1

Acceptance of Oath of Office ———— 2

Declaration /Notifications —————— 7

General Civil Orders —————— 7

Civil Orders + Original —————— 8

Affidavit of Notice of Consulate ——— 8

United Nations Declaration on Rights of Indigenous ——— 16
Peoples

Affidavit of International Trust of the
Moorish Divine and National Movement of the World — 2

Affidavit of the National Trust of the
Moorish National Republic Federal Government ——— 1

Affidavit of Land Title - America /Amexem ——— 2

Averment of Jurisdiction -Quo Warranto ——— 5

Affidavit Adjourn All Matters ——————— 1

Notice of Intent to Lien and Arrest Command ——— 13
7018 2290 0000 1227 4911

CERTIFICATE OF SERVICE

I Cecil Shah El Certify that on 3·29·2021 I Placed
In the Institutional Mail at DIXON CORRECTIONAL CENTER/Plantation
A Declaration In Nature of Affidavit of Fact with 28 Exhibits
Attached Some which Require a response. To be filed with
the US District Court, RE. 50123

TO: CLERK OF THE
U.S. DISTRICT COURT
Western Division
Rockford 327 S Church Street
Rockford Illinois 61101

To: USDA
327 S Church Street
Rockford Illinois 6100

I Affirm under Penalty of Perjury Under the laws of the
United States of America Title 28 1746 (1) Without the UNITED STATES
the above to be true and Correct to the best of my Knowledge
and belief.

Cecil Shah El   3·24·2021
All Rights Reserved Without Prejudice
1-207/308 1-103