**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | | |
|---|---|---|
| Cecil Shah El a/k/a Cecil Shaw (R-10399), | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 19 C 50123 |
| v. | ) | |
| | ) | Judge John Robert Blakey |
| Maureen Josh, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

The Court construes Plaintiff's "declaration in nature of affidavit of fact" [22] as a motion to vacate the Court's June 23, 2020 judgment of dismissal [18] pursuant to Rule 60(b) of the Federal Rules of Civil Procedure. Although Plaintiff previously sent the Court a letter dated March 8, 2021 [20] saying that he "was just made aware" that this case had been dismissed "some time 2020 during the pandemic," he now says he learned of the dismissal on March 9, 2021. Regardless, Plaintiff's motion remains late, *see* Fed. R. Civ. P. 60(c), because judgment entered eight months ago. Moreover, a movant seeking to reopen a case under Rule 60 bears the burden of showing that there is good reason to set aside the Court's judgment. *Trade Well Int'l v. United Cent. Bank*, 825 F.3d 854, 860 (7th Cir. 2016). Nothing in Plaintiff's motion shows that this relief is warranted for a variety of reasons, including that he continues to assert erroneously that the Court may not impose a filing fee ([22] at 7–8) and lacks jurisdiction over this matter (*id.* at 19). Thus, Plaintiff's motion [22] is denied. This case remains closed.

Dated: April 6, 2021

Entered:

_____
John Robert Blakey
United States District Judge