

OFFICE OF
CLERK OF THE U.S. DISTRICT COURT
UNITED STATES COURTHOUSE
ROCKFORD, ILLINOIS 61101

OFFICIAL BUSINESS

CAROL STREAM IL 601
7 APR 2021 PM 1 L

RETURN TO SENDER:
☐ NO INMATE ID # OR INCOMPLETE ID #
☒ NAME AND ID # DO NOT MATCH
☐ FOREIGN SUBSTANCE/MARKER/CRAYON
☐ STICKERS INCLUDING ADDRESS LABEL/TAPE
☐ CORRESPONDENCE NOT APPROVED
☐ INMATE PAROLED OR DISCHARGED

Cecil Shah El
R10399
Dixon – DIX
Dixon Correctional Center
2600 N. Brinton Avenue

NIXIE    601  CE  1     0104/16/21
        RETURN TO SENDER
          REFUSED
        UNABLE TO FORWARD
BC: 61101           *1176-07237-16-19