4·27·2021

Dear Thomas Brunton, Clerk of the US District Court

The Enclosed Document is a notice of Acceptenc of Removal from the UNITED STATES DISTRICT COURT CORPORATION TO ARTICLE III Jurisdiction in the Moorish American Consular Courts to be filed in Bill of Attainder 3:19 CV 51023

I Also received the E-Filing AS Dixon Correctional Center Plantation would not allow my mail. The mail should be able to be received under

<u>Cecil Shah El [ex Rel Cecil Shaw R10399]</u>

Please forward all Correspondances as to the full underlined appulation to prevent further infringment charges

Thank you Respectfully Submitted

Cecil Shah El

All Rights Reserved Without Prejudice

1-207/308 1-103

FILED MO
4/28/2021
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

## CERTIFICATE OF SERVICE

I Cecil Shah El Certify under penalty of perjury under the laws of the united States 28 USC 1746(1) without the UNITED STATES that I placed the below listed documents in the US Mail via _____ at _____ on _____

1. Ex A 97 Moorish American Divine Constitution & By Laws
2. ExA 98 22 US Code § 612 Registration Statement
3. ExA 99 Title 28 USC Judiciary and Judicial Procedures
4. EXA 100 ACT OF STATE Enactment Civil & Political Rights ISR # 00924 2020
5. ExA 101 STATUS REPORT Affidavit of Fact
6. ExA 102 Bill of Exchng / Affidavit of Fact
7. ExA 103 Addendum Ex A 1-103 Affidavit of Fact #00000004
~~8. ExA 104 NOTAR~~
8. EXA 105 PETITION FOR WRIT OF HABEAS CORPUS AD TESTIFICANDUM Purposed Order & Order & NOTICE

TO Maureen Josh
Clerk of the Court
133 W STATE STREET
SYCAMORE ILLINOIS 60178

TO STATES ATTORNEY OFFICE
133 W STATE STREET
SYCAMOR ILLINOIS 60178

## CERTIFICATE OF SERVICE

I Cecil Shah In Propria Persona (Not Prose Nor Colorable) Certify under Penalty of Perjury under the laws of the United States of America without the UNITED STATES that I Placed the following Acceptance of Removal in the institutional mail to be E-Filed with Notice 1746(1) Title 28 USC Case# 3:19 cv 50123 on 4·27·2021

To: Clerk of the US District Court
    Thomas Brunton
    327 Church Street
    ROCKFORD ILLINOIS 61101

To Robert Blakely
    C/o 327 S Church Street
    Rockford Illinois 61101

To USDA
    C/o 327 S Church Street
    Rockford Illinois 61101

Cecil Shah El  4·27·2021
All Rights Reserved Without Prejudice
1-207/3081-103

Cecil Shah El
c/o Alrumec Trust & Estates
2130 S Morgan
near: Chicago Illinois (Republic) [60627]

STATE OF ILLINOIS

COUNTY OF DEKALB

   IN THE CIRCUIT COURT OF DEKALB COUNTY OF ILLINOIS
     COUNTY DEPARTMENT - CRIMINAL DIVISION

THE PEOPLE OF THE
STATE OF ILLINOIS
   PLAINTIFF

V                            17 CF 369

Cecil Shah El
Moorish American National

STATUS REPORT

Pursuant to the Constitution for the united States 1787/1791
MANDATORY JUDICIAL NOTICE AND ADMINISTRATIVE NOTICE
FOR THE RECORD, ON THE RECORD, TO BE READ INTO THE RECORD
LET THE RECORD SHOW

1. Cecil Shah El In Propria Persona Sui Juris (not Pro Se No Colorable) Executor Office Occupant of Alrumec Trust & Estates is currently being subject to Involuntary Servitude Contrary to the 13th Amendment with All 20 Sections & the unlawfully ratified 13th Amendment at Dixon Correctional CENTER OF ILLINOIS DEPARTMENT OF CORRECTIONS PLANTATION ~~[illegible strikethrough]~~

2. Cecil Shah El was Kidnapped was not Informed of the Nature & Cause of the Accusation that must be contained in the complaint. Nor which System of Laws the court is Operating under in order to prepare a

1 of 6           EX A 101

  

# Moorish National Republic Federal Government
## 嚟 ~ Societas Republicae Ea Al Maurikanos ~ 嚟
### Moorish Divine and National Movement of the World
Northwest Amexem / Northwest Africa / North America / 'The North Gate'
嚟 ~ Temple of the Moon and Sun ~ 嚟
The True and De Jure Natural Peoples - Heirs of the Land
嚟 ~ I.S.L.A.M. ~ 嚟

---

## The Moorish American Consular Court
## Article III Acceptance of Removal

~~~~~~~~~~~

For The Record, On the Record, To Be Read Into The Record and let the Record show

### Before the Moorish American Consular Court
### Constitution, Article III Jurisdiction

### Moorish American National

---

### Cecil Shah El
MAC NO. MACN000000262
[EX RELATIONE CECIL SHAW]
files with the Moorish Government a:

## 嚟 ~ Notice of Removal ~ 嚟

BILL OF ATTAINDER / CONTRACT CASE#: 3:19 CV 50123
[Constitution for the united States of America 1791, Article 1, Section 9, Clause 3]

FROM: UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTER DIVISION

---

UPLIFTING FALLEN HUMANITY – 'Nationality is the Order of the Day... Prophet Noble Drew Ali
www.MoorishAmericanConsulate.org – MoorishAmericanConsulateNE@gmail.com
Care of 444 East Township Line Road, Box 712, Near. [Havertown, Pennsylvania Republic] ZIP EXEMPT

Page 1 of 5

  

[JOHN ROBERT BLAKEY] d/b/a ADMINISTRATIVE CLERK IE, ACTING [JUDGE]
OF THE ~~COUNTY OF WINNEBAGO~~
UNITED STATES DISTRICT COURT,
NOTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION
C/O 327 S CHURCH STREET
ROCKFORD, ILLINOIS 61101

Notice to principal is notice to agent – Notice to agent is notice to principal

Pursuant to the Judicial authority of the Moorish National Republic Federal Government to Carry into full effect the provisions of the 1786/1787 Moroccan Empire Treaty of Peace and Friendship before an Article III Court of Competent Jurisdiction, and Enforce the Constitution For the united States of America 1791 as to the restoration of proper and lawful 'due process" under the organic American Republic Constitutional Law principles, the Moorish American National, Cecil Shah El, In Full Life, In Propria Persona[1] Sui Juris[2] [ex Relatione CECIL SHAW] hereby files this Notice of Removal. The De Jure Moorish American Nationals declare and Command all cases for the said Moorish American National are hereby removed from the OCCUPYING EUROPEAN CHRISTAN UNITED STATES/ U.S CORPORATION, styled as "UNITED STATES DISTRICT COURT" ("unsanctioned Corporate Pseudo court[3]") to The Moorish American Consular Court of Competent Jurisdiction for Criminal and Civil Cases and the Constitutional Article III 'Court of Record

### MULTIPLE GROUNDS FOR REMOVAL

Status[4]: I Cecil Shah El, In Propria Persona Sui Juris; am an Islamic Moslem Moor, Aboriginal, Indigenous Moorish American[5] National and a Natural Divine Freeholder of this land of America. I domicile in the Jurisdiction of my ancestral inherited estate at all times. All of my rights are reserved at all times whereby I am exercising them now. I am the Executor, Grantor, Creditor, Claimant, and Beneficiary of my own Estate and the aforementioned UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS, WESTERN DIVISION. pseudo court operators are but former trustees that are Not Authorized to 'Subrogate my identity with the frudulant

**UPLIFTING FALLEN HUMANITY** – 'Nationality is the Order of the Day... Prophet Noble Drew Ali
www.MoorishAmericanConsulate.org – MoorishAmericanConsulateNE@gmail.com
Care of 444 East Township Line Road, Box 712, Near. [Havertown, Pennsylvania Republic] ZIP EXEMPT

Page 5 of 13

2

 

CAPITALIZED name of [ex Relatione CECIL SHAW] legal fiction owned by the UNITED STATES OF AMERICA Inc. UNITED STATES, FEDERAL RESERVE, FEDERAL RESERVE BANKS, or any franchises or agencies thereof that are rendered null and void.

Diversity of Nationality[6]: I, Cecil Shah El, being Moorish American, I am a Noble freeholder Original Indigenous Autochthonous Moor/Muur[7] of the organic Americas — the Land By Consanguine Unity. I am the descendant of the ancient Moabite Fore-Mothers and Fore-Fathers. My Pledge of National, Political and Spiritual allegiance is to my Moabite/Moorish Nation — being the Archaic Aboriginals/Indigenes of Amexem (the Americas) and stand squarely affirmed upon our Divine Oath to the 'Five Points of Light' — Love, Truth, Peace, Freedom and Justice. I am by Birthright Heritage, and Primogeniture, the living Beneficiary, Heir, Jus sanguinis[8] and Jus Soli (by right of soil) of the extreme far west Almoroccan (American) Continents — Land of the Moors Territoria, North America, South America, Central America including the Adjoining Atlantis Islands (Americana/Ameru/Al Moroc); the Ancient American[9] lands since time immemorial before 1492 European invasion, colonization, occupation, and birthright theft of our lands and identities.

Federal Question[10] Jurisdiction: the Corporate UNITED STATES ~~[illegible]~~ DISTRICT COURT tribunal lacks Subject Matter Jurisdiction, Personam Jurisdiction and Territorial Jurisdiction claims under Diversity of Nationality Jurisdiction (Constitution for the united States of America 1791) Article III Section 2 Clause 1, and under the Eleventh Amendment limitations. The amount in Controversy is lawful-money one-hundred Million ($100 million) pursuant to Article I, Section 10, Clause 1 that reads: "but gold and silver Coin a tender in payment of debts". The Corporate employees of the UNITED STATES DISTRICT COURT are required to take the oath (5 U.S. Code §3331 - Oath of office) and they are Foreign Entities (8 U.S. Code §1481); the International Organizations Immunities Act relinquished every. Public office of the United States to the United Nations Dec 9, 1945. The Foreign Private for-Profit FEDERAL Corporate agency pseudo COURTS lack jurisdiction to hear any case under the FOREIGN STATE Definition (28 US Code §1603) under the Foreign Sovereign Immunities Act (FSIA) Aboriginal Indigenous Moor, Cecil Shah El is Non-Domestic, Non Resident, Non Subject,

UPLIFTING FALLEN HUMANITY – 'Nationality is the Order of the Day... Prophet Noble Drew Ali
www.MoorishAmericanConsulate.org – MoorishAmericanConsulateNE@gmail.com
Care of 444 East Township Line Road, Box 712, Near. [Havertown, Pennsylvania Republic] ZIP EXEMPT

 

Non Commercial', he is NOT a Corporate entity and is not registered with any Secretary of State as a CORPORATION; however, the Corporate Tribunal failed to disclose that the administrative fictional Court UNITED STATES DISTRICT COURT CORPORATION was deceptively appointed Trustee over all matters dealing with any issue involving ALL CAPITALIZED DUMMY"/Strawman name, and fictional construct of [ex. Relatione CECILSHAW] to defraud the living Man', as to joinder¹ˢᵗ and own in the Commission of involuntary Servitude because the dummy strawman is not a living flesh and blood man which is an action under the jurisdiction of the STATE OF EMERGENCY CLAUSE, PublicLaw 1, 48 stat C1,

    I the live flesh and bloodman was injured; filed a Complaint pursuant to Article III sec 2 and was prevented from accessing due process by Robert Blakey by him tampering with evidence in attempt to convert my Affidavits of fact into a motion, him & the Clerk Thomas Bruton attempting to constructively convert my natural person to that of a fiction/Strawman, attempting to use the induce me to fraud by selling due process of law in exchange for federal Reserve Notes for a feudal filling fee when federal Reserve Notes are to be used only by Federal Reserve agents and is a tort feaser against the Constitution for the united States of America 1787/1791 Article 1 sec 10. Refusal to rebutt affidavit of Fact, Declaration and lawful protest, Violation of trademark infringment as to Cecil Shah El Appelation being changed

    Capital Crimes of Fraud and Treason Jurisdiction: It is a fact that the Amendatory Act of April 20 1933 under Executive Order 6111 and as defined in the Banking Emergency Act under Public Law 1, 48 stat, C1 has defined the non living Dummy/PLAINTIFF (once deceptively joinder of the living) and the people of the land as "enemies of the state" (i.e STATE OF ILLINOIS/UNITED STATES) under the Amended Trading with the Enemy Act (1933) under Title 50 chapter 3/Public Law 40, 5 tat L 411 as "enemies of their own Country". From these facts, any alleged "PLAINTIFF" and "DEFENDANT" being addressed by this CORPORATE PSEUDO COURT is not a natural
UPLIFTING FALLEN HUMANITY – 'Nationality is the Order of the Day... Prophet Noble Drew Ali
www.MoorishAmericanConsulate.org – MoorishAmericanConsulateNE@gmail.com
Care of 444 East Township Line Road, Box 712, Near. [Havertown, Pennsylvania Republic] ZIP EXEMPT

living person which is the most basic identity as one of the living people unlawfully and unconscionably converted to that of a CORPORATION. The living Being had been literally "impersonated" constituting constructive conversion and crime of personage for profit and servitude.

When false charges, colorable codes and color of authority are used in these CORPORATE PSEUDO COURTS, the living Being suffers barratry because of the false presumptions — which are crimes against humanity and war crimes under the jurisdiction of the Constitutional Article III Moorish American Consular Court and International Criminal Court (ICC) against the operators of this CORPORATE PSEUDO COURTS, ~~the living Being suffers barratry because of the false presumptions which are crimes against humanity~~

Both TERRITORIAL UNITED STATES which is Political — not physical and derived under treaty, and the MUNICIPAL UNITED STATES which is ROMAN, are foreign entities with respect to the Aboriginal Idigenous Moor, and both of these Corporate "United States/UNITED STATES" have created DUMMY STRAWMAN franchises" for themselves named after the living Being — written in ALL CAPITALIZED letters

Whereas the "AMERICAN" BAR ASSOCIATION fails to perform due process, as required by de jure Law, pursuant to the Constitution For the united States of America 1791. The alleged PLAINTIFF is ~~not~~ living, and a real injured party, but the CORPORATE PSEUDO COURT is not moving forward as if crimes against him were not committed. This can only mean that the DUMMY/STRAWMAN/PLAINTIFF CORPORATION is being charged as an "enemy of the state" under "war crimes". The living Man is being constantly hunted down and kidnapped for profit, persecuted without having commited a crime by said foreign private for-profit Corporate entities and when persues a claim of injury is denied due process of dejure law under the constitutional requirements of this Moroccan Empire. <u>This removal is under Diversity of Nationality</u>.

5

Cecil Shah El
c/o Alrumecc Trust & Estates
7130 S Morgan
near Chicago Illinois Republic [60621]

STATE OF ILLINOIS
COUNTY OF DEKALB
IN THE CIRCUIT COURT OF DEKALB COUNTY OF ILLINOIS
COUNTY DEPARTMENT - CRIMINAL DIVISION

THE PEOPLE OF THE
STATE OF ILLINOIS
       V                              17 CF 369
Cecil Shah El
Moorish American National

<u>NOTICE OF PETITION FOR A WRIT OF HABEAS CORPUS</u>
<u>AD TESTIFICADUM</u>
Pursuant to the US Constitution Article IV Sec 1, Title 28
USC § 2241 (c)(5)

C.S.H.E.
All Rights Reserved
1-207/308 1-103

Ex A 105

1 of 1

## PROOF OF SERVICE

I do certify that a copy of previous writs, affidavits, declarations and/or notifications in the above NOTICE OF REMOVAL has been furnished by way of either walk-in for all recipients, e-mail, fax or Certified mail to

Moorish American Consular Court of
the Moorish National Republic Federal Government
Vizir Mohommadam Judge
c/o 444 East Township Line LRoad, Box 712 Near.
[Havertown Pennsylvania]

"Amen dico vobis quaecumque alligaveritis super terram, erunt ligata et caelo: et quaecumque solveritis super terram, erunt soluta et in caelo." "Sic erit verbum meum, quod egredietur de ore meo: non revertetur ad me vacuum, sed faciet quaecumque volui, et properabitur in his, ad que misii lud.

"Respondens autem iesus, ait eis: Amen dico vobis, si habueritis fidem, et non haesitaveritis, non solum de ficuinea facietis, sed etsi mont huic dixeritis Tolle, et iacta te in mare, fiet"

Chronos

Day __27__ month __April__ Year: __2021__

I Am. __C/S//8/__

From the Hands of Vizir Mohammaden [Judge];
Natural Person — In Propria Persona — Authorized Representative; All Rights Reserved

b

defence despite my Notice & Demand to be provided pursuant to Article I §8 Clause 17, the VI Amendment, and Title 28 Judiciary & Judicial Procedure of the USC

3. Cecil Shah El was forced under Threat, Duress, and Coersion to a Trial not of his national peers, In a Lawless Court and improper Venue under a Secret Jurisdiction Know only by the Acting Judges Philip Montgomery, Robbin Stuckert, Brady, Doreghty. The Prosecutors Rick Amato, Scott Schwertly and Alicia Caplin. The Clerk Maureen Josh ect. ~~provide all appropiate of over the case~~. While being held in their Jail by SHERIFF Roger Scott. Whom All are Employees of the DEKALB COUNTY OF ILLINOIS CORPORATION and are Bankrupt Debtors In Commecial and Aministrative Default having no Representational Capacity what so ever and are rendered null and Void. Whom are the Apparent Accusor(s) without a Causionable Contract or Injured Party. (Corpus Delicti)

4. Cecil Shah El was subsequenty Denied Due Process of Law and Convicted of statutes, Codes, Ordinces that are not law but are private policy with No enacting Clause giving it the effect of law obligating Cecil Shah El's performace there under. In psuedo (Commercial Court) In violation of the US Constitution, Bill of Rights, Treaty and International Law. While Confined in their Jail with no access to Law to Prepare a Defence.

5. Cecil Shah El filed Post Trial Affidavits oct 8, 2019, & oct 23, 2019 (EX A 35) Listing the relevent Constitutional issues which needed to be addressed Post Trial that have not been addressed & are un rebutted.

2 of 6

## ARTICLE III REMOVAL DEFINITIONS

1) In Propria Persona - In one's own proper person. PI.91. Black's Law Dictionary rev. 4th ed. p.899, 900 (1968)

2) Sui Juris - Lat. Of his own right; possesing full social and civil rights; not under any legal disability, or the power of an-other, or gurdianship. Having capacity to manage one's own affairs; not under legal disability to act for one's self. Story, Ag ¢2 Black's Law Dictionary rev. 4th ed. p. 1602(1968)

3) CIVIL ORDERS JULY 4, 2014 - Issued to All Members of the Domestic Police Forces, US Marshals Service, the Provost Marshal, Members of the AMERICAN BAR ASSOCIATION and the AMERICAN ARMED SERVICES.

4) Status - Standing, state or condition. Reynolds v. Pennsylvania Oil Co., 150 Cal. 629, 89 P. 610, 612. The legal relation of individual to rest of the community. Duryea v. Duryea, 46 Idaho 512, 269 P. 987, 988. The rights, duties, capacities and incapacities which determine a person to a given class. Campb. Austin 137. A legal personal relationship, not temporary in it's nature nor terminable at the mere will of the parties, with which third persons and the state are concerned. Holzer v. Deutsche Reichsbahn Gesellschaft, 159 Misc. 830, 290 N.Y.S 181, 191. While term implies relation it is not a mere relation. De La Montanya v. De La Montanya, 112 Cal. 101, 115, 44 P. 345, 348, 32 L.R.A. 82, 53 Am.St.Rep. 165. It also means estate, because it signifies the condition or circumstances in which one stands with regard to his property. In the Year Books, it was used in this sense; 2 Poll. & Maitl. Hist, E.L. 11. Black's Law Dictionary rev. 4th ed. p. 1580(1968)

5) American - n. an Aboriginal or one of the various copper-colored natives found on the American Continent by the Europeans; the original application of the name. Webster's 1828 American Dictionary of the English language and 1936. Webster's unabridged 20th century dictionary. "Some examples will now be cited from the Americans to illustrate the use of 'negro' and 'black' in English as applied to people of American ancestry." Jack D. Forbes: Africans and Native Americans, Chp.3. Negro, Black and Moor. p85

6) Nationality - That quality or character which arises from the fact of a person's belonging to a nation or state. Nationality determines the political status of the individual, especially with refrence to allegiance; while domicile determines his civil status. Nationality arises either by birth or by naturalization. Black's Law Dictionary rev. 4th ed. p. 1602 (1968)

7) Moor - n More, Maure, L. Maurus a Moor 2. (Hist) Any individual of the swarthy [dark complexion] races..."[relative to the Albion European] 1895 Noah Webster's International Dictionary of the English Language: being the authentic edition of Webster's unabridged dictionary, comprising the issues of the 1864, 1879, and 1884 by Webster, Noah, 1758-1843; "Since moor and moren had also been used for American (Antwerp, 1563, and Brazil, 1550s, 1640s), we can see a pattern where both moor and swart were flexable enough to embrace a broad range of brown to dark brown people." Jack D. Forbes; Africans and Native Americans. Chp 3. Negro, Black and Moor p. 81 P 3; "I say my client may be a Moor, but he is not a Negro." Abraham Lincoln's case: Dungey v. Spencer (1855) File ID: L00567, as a trial lawyer before president of the UNITED STATES CORPORATION COMPANY, April 17, 1855

7

8) Jus Sanguinis - Nationality is not determined by one's place born, but having a mother (by blood) who are Nationals of the Nation.

9) American - n. an Aboriginal or one of the various copper-colored natives found on the American Continent by the Europeans; the <u>original application of the name</u>. Webster's 1828 American Dictionary of the English language and 1936. Webster's unabridged 20th century dictionary. "Some examples will now be cited from the Americas to illustrate the use of 'negro' and 'black' in English as applied to people of American amcestry." Jack D. Forbes: Africans and Native Americans, Chp.3. Negro, Black, and Moor. p.85 P 3

10) Federal Question - Cases arising under the Constitution of the united States of America, Acts of Congress, or treaties, and involving their interpretation and application, and of which jurisdiction is given to federal courts, are commonly described as involving a "federal question". McAllister v. St. Louis Merchants' Bridge Terminal Ry.Co., 324 Mo. 1005, 25 S.W.2d 791 792. Black's Law Dictionary rev. 4th ed.p.740(1968)

11) Dummy - n. One who hold legal title for another, a straw man. Hegstad v. Wysiecki, 178 App.Div, 733, 165 N.Y.S, 898, 900, Space 61/2 feet in width between street railroad tracks. Schroeder v. Pittsburgh Rys.Co., 311 Pa. 398, 165 A. 733.

   Dummy - adj. Sham; make-believe; pretended; imitation. U. S. v. Warn, D.C.Idaho, 295 F. 328, 330. As respects basis for predicating "buffer" and "tool" all mean very much the same thing. owendahl v. Baltimore & O. R. Co., 287 N.Y.S.62, 74, 247 App.Div. 14

   Dummy Director - One to whom (usually) a single share of stock in a corporation is transferred for the purpose of qualifying him as a director of the corporation, in which he has no real or active interest. Ashby v. Peters, 128 Neb. 338, 258 N.W 639, 99 A.L.R. 843. One who is a mere figurehead and in effect discharges no duties. Golden Rod Mining Co. v. Bukvich,

12) Joinder - Joining or coupling together, uniting two or more constituents or elements in one; uniting with another person in some legal step or proceeding; union; concurrence. Black's Law Dictionary rev. 4th ed. p.971 (1968)

  

# Moorish National Republic Federal Government
## ～ Societas Republicae Ea Al Maurikanos ～
### Moorish Divine and National Movement of the World
### Northwest Amexem / Northwest Africa / North America / The Northgate
### New Jerusalem
### ～ Temple of the Moon and Sun ～
### The True and De Jure Natural Peoples — Heirs of the Land
### ～ I.S.L.A.M ～

"The Governing Principle does extend to The League of Nations American Mandate for the Land, held in Geneva Switzerland (1948), The United Nations American Mandate for the Land held in the United Nations Trusteeship (1948) and the Amendment XIII (20 sections) of the Constitution for the United States of America, ratified: Nov 18, 1865 by ¾ of the several states. We, the Moors at North America, claim trusteeship, heirship, executorship, administration of, and beneficiary status of all land in the western hemisphere and all land as mandated by our Ancient Aboriginal Pharaonic Ancestors.

**B**y Special Appearance, in Honor, the Divine Being **I Cecil Shah El**, Affirms that She/He is the Natural Person and Divine Being herein named, existing in Her/His own Proper Person; affirmed by Lawful, Substantive Right; by Birthright; and respectively acknowledged - being lawfully qualified and competent to execute this Document. I therefore place my hand and seal thereto and in favor of all Moorish America Nationals at North America/New Jerusalem.

**C**hronos:

Day: 27     Month: April     Year: 2021

**I** Am: _____

Cecil Shah El
Mohammedan Minister/Vizier/Consul, Northwest Amexem, North America
Signature – All Rights Exercised at all times (**Omnia Iura Reservantis**)
C/o Mailing location: 911 SW 314th Place
Near [Federal Way Washington Republic[Zip Exempt 98023]]
Northwest Amexem – Northwest Africa – North America – The North Gate
New Jerusalem

**Nothing in this affidavit shall be interpreted as consent to any jurisdiction that is not in the jurisdiction of my ancient ancestral inherited estate at any point in time.**

9

  
 

# Moorish National Republic Federal Government
## ~ Societas Republicae Ea Al Maurikanos ~
### Moorish Divine and National Movement of the World
#### Northwest Amexem / Northwest Africa / North America / The Northgate
### New Jerusalem
## ~ Temple of the Moon and Sun ~
### The True and De Jure Natural Peoples — Heirs of the Land
## ~ I.S.L.A.M ~

Amen, amen dico vobis, quæcumque alligaveritis super terram erunt ligata et Ego in caelo et quaecumque solveritis super terram erunt soluta et in caelo

 

10