IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Cecil Shah El a/k/a Cecil Shaw (R-10399), | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 19 C 50123 |
| v. | ) | |
| | ) | Judge John Robert Blakey |
| Maureen Josh, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

The Clerk is directed to change Plaintiff's name on the docket to "Cecil Shah El a/k/a Cecil Shaw" and to send him an additional copy of the Court's April 6, 2021 order [24] denying his request to vacate the June 23, 2020 judgment of dismissal [18]. This case is over, the time to appeal or request an extension of the time to appeal has passed, and the Court has declined to vacate its judgment. No further submissions are appropriate or necessary. If Plaintiff continues to submit filings in this case, the Court will instruct the Clerk to return them to Plaintiff rather than file them. This case remains closed.

Date: May 13, 2021

ENTERED:

_____
John Robert Blakey
United States District Judge