

# Moorish American Consulate
## Moorish Worldwide Consulates

PC SCAN

*Embracing, Enforcing and Exalting the 1781 Constitution for the United States of America and the Binding Treaties*

Consular General Taj Tarik Bey and Co-Consular General Shalamoor Bey

### NOTICE OF ARTICLE III CONSULAR COURT ACTION

Take Notice that on June 15, 2021 at 1:30 PM via Zoom at DEKALB COUNTY CIRCUIT COURT ROOM 220 live streamed on YouTube the above stated Court Action will comense.

Robert Blikey and Fredric Kapala doing business as District Court Judges are ~~calle~~ named and called to task as to Bill of Attainder 17 CF 369 and 19 CV 50123 and their non Performance under the National Trust as fiduciaries, Including Trade Mark Infringement Fees and Tampering With Evidence.

I Cecil Shab El Affirm the above stated to be true to the best of my Current Knowledge and belief under the penalty of perjury under the laws of the united States of America Title 28 1746(i) With out the UNITED STATES.

C. Shab El  June 3, 2021

All Rights Reserved Without Prejudice
1-207/308 1-103

FILED JMK
6/14/2021
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT






# Moorish National Republic Federal Government
## ~ Societas Republicae Ea Al Maurikanos ~

### Moorish Divine and National Movement of the World
### Northwest Amexem / Southwest Amexem / Central Amexem / Adjoining Atlantis and Americana Islands
### ~ I.S.L.A.M. ~

---

## Universal Affidavit of Jurisdiction
## Personam, Territorial, and Subject Matter
## Writ of Execution and Lev'ee of all Sovereign Property

**[April 30, 2021]**

I am Cecil Shah El, in propria persona sui juris, in proprio solo and in proprio heredes at all times. I am the descendant of the Great Pharaohs of Kemet and of the Moabites and Canaanites. I am an aboriginal indigenous Moorish American National and I am exercising all of my rights at this time and at all points in time. No UNITED STATES CORPORATION COMPANY CITIZEN has personam jurisdiction over me or any Moorish American National. I am the law and I am the government. My Body, all land and all property are in the jurisdiction of my ancestral inherited estate at this time and at all times. All property to include all property claimed by subjects is hereby repossessed and lev'eed by the aboriginal indigenous sovereign people who are the de jure Moorish National Republic Federal Government. This is your due process of notice of intent to lien all CORPORATIONS and CITIZENS for unlawful occupation of Moorish American land.

**Nothing in this document nor in any actions by me shall be construed as consent to any jurisdiction that is not the jurisdiction of my ancestral inherited estate.**

*I* Am: _____ _All Rights Reserved Without Prejudice 1-207/308 1-103_

Cecil Shah El
Moorish American National, Northwest Amexem
Autograph – **Omnia Iura Reservantis**
c/o 7130 S. Morgan Street
Near. Corporate [Chicago, Illinois] ZIP EXEMPT
Northwest Amexem – Northwest Africa – North America – The North Gate

*Amen, amen dico vobis, quæcumque alligaveritis super terram erunt ligata et Ego in caelo et quaecumque solveritis super terram erunt soluta et in caelo*
*Amen, amen dico vobis, quæcumque alligaveritis super terram erunt ligata et Ego in caelo et quaecumque solveritis super terram erunt soluta et in caelo*
*Amen, amen dico vobis, quæcumque alligaveritis super terram erunt ligata et Ego in caelo et quaecumque solveritis super terram erunt soluta et in caelo*

---

**1 MACN-A029_ Universal Affidavit of Jurisdiction Personam, Territorial, and Subject Matter Writ of Execution and Lev'ee of all Sovereign Property**
Aboriginal and Indigenous Peoples' Documents: Northwest Amexem / Northwest Africa / North America / 'The North Gate' - The Moroccan Empire - Continental United States; 'Temple of the Moon and Sun' / 'Turtle Island': Non - Domestic, Non - Resident, Non – Subject; – Moors / Muurs - Being the Rightful Heirs and Primogeniture Birthright - Inheritors of the Land.

Ceal Shah el
c/o Alrumecc Trust & Estates
7130 S. Morgan
near: [CHICAGO ILLINOIS]

STATE OF ILLINOIS
COUNTY OF DEKALB

FILED
MAY 07 2021
Lori Grubbs
Clerk of the Circuit Court
DeKalb County, Illinois

IN THE CIRCUIT COURT OF DEKALB COUNTY OF ILLINOIS
COUNTY DEPARTMENT - CRIMINAL DIVISION

NOTICE OF OF ARTICLE III CONSULAR COURT ACTION

For the Record, on the Record, To be read into the Record, Let the Record show NOTICE TO PRINCIPAL IS NOTICE TO ALL AGENTS, NOTICE TO AGENT IS NOTICE TO PRINCIPAL, NOTICE TO PUBLIC IS NOTICE TO ALL (Ex 1-141 are in support)

1. The matters as to Bill of Attainder 17CF369 have be removed to a lawfully Prescribed Venue, Moorish American Consular Court, Supported by Article (3) III ~~~~~~~ Section I and II of the Constitution for the united States of America and its Republic form of government supported by Article IV section IV and Article 20 and 21 of the Treaty of Peace and Friendship between the Empire of Morocco and the United States of America -1787

2. DEKALB COUNTY OF ILLINOIS CORPORATION is a foreign state under the foreign state definition under the foreign Sovereign immunities act, and has 11th Amendment limitations and is Commanded to perform under the Dejure Law. To produce the bond for the record on the Record you are holding me under so I can Satisfy it or otherwise set me free from your Colorable Custody.

Ex A140

1

3. States and corporations can not make treaties and therefore, have no jurisdiction, being of a Treaty Nature the Jurisdiction between any Moor and United States Citizen is Federal, allodial and particularly not of a maritime or admiralty nature. Any Jurisdiction claimed that is other than Constitutional Article III jurisdiction where Moorish Americans are involved is void of Law.

"Treaty is law of land as act of Congress is whenever its provisions prescribe rule by which rights of Private citizens or subjects may be determined" Head Money Cases, 112 US 580, 28 L.Ed 798, 5 SCt 247,

"State statutory provisions must yield to any applicable provisions of any treaty of the United States with a foreign country, constituting a part of the supreme law of the land" De Tenorio v Mc Gowan (CA5 Miss) 510 F2d 92, adhered to (CA5 Miss) 513 F2d 294, Cert den 423 US 677, 46 L Ed 2d 110, 96 SCt 150 and later app (CA5 Miss) 589 F2d 911.

"Treaty lawfully entered into stands on same footing of supremacy as do Constitution and laws of United States, and it is generally self operating in that it requires no legislation by either Congress or the state; treaty must be regarded as part of law of state as much as are state's own statutes and it may override power of state even in respect of great body of private relations" Amaya v Stanolind Oil & Gas Co. (CA5 Tex) 158 F.2d, Cert den 331 US 808, 91 L Ed 1828, 67 S.Ct 1191, reh den 331 US 867, 91

2

LEd 1871, SCt 1530

"Courts cannot go behind treaty for purposes of annulling its effect and operation" Fellows V Blacksmith, 60 US 366, 15 L Ed 684.

4 Corporations and their agents are not neither can be Sovereign. Whereas defined pursuant to Supreme Court Annotated Statute: Clearfield Trust Co V United States 318 U.S 363-371 1942 "Governments descend to the level of a mere private corporation, and take on the characteristics of a mere private citizen.... Where private corporate commercial paper [Federal Reserve Notes] and securities [checks] is concerned... For purposes of Suit, such corporations and individuals are regarded as entities entirely seperate from government."

When private commercial paper is used by corporate government, then government loses its sovereignty status and becomes no different then a mere private corporation.

As such, government then becomes bound by the rules and laws that govern private corporations. Therefore if they intend to compel an individual to some specific performance based upon its corporate statutes or corporation rules, then the government like any private corporation, must be holder-in-due course of a contract or other commercial agreement between

3

It and the one upon who demands for specific performance are made Further, DEKALB COUNTY OF ILLINOIS is not willing to enter a consionable Contract or Commercial agreement in to evidence before trying to get their pseudo Court to enforce its demands called statutes as there is no contract. All Contracts held by these organizations were terminated effective Sep 18 2018 as all Federal and State defacto entities have functioned under conditions of non disclosure and germantic deceit serving to promulgate fraud upon the American people and Organic States. All Contracts assumed to be held are null and void for fraud.

5. DEKALB COUNTY OF ILLINOIS CORPORATION and its Agents are not and can never be Sovereign. They are not real, They are not real, they are a fiction and only exist on paper

6 Therefore Policies created by these government Corporations are private Corporate regulations called public law, statutes codes and ordinances to conceal their true nature.

7. Since DEKALB COUNTY OF ILLINOIS CORPORATION is not Sovereign they can not promulgate or enforce CRIMINAL LAWS; they can only create and enforce CIVIL LAWS., which are duty bound to comply with the law of Contracts. The Law of Contracts requires Signed written agreements and complete transparancy!

8 Cecil Shah El has never agreed to be arrested and tried under any Corporate Statutes or agree to Contract with DEKALB COUNTY OF ILLINOIS CORPORATION by agreeing to be sued for violating Corporate Regulations

9. Enforcement of these corporate statutes by local state and federal Policy enforcement officers are unlawful actions being committed against the Moorish American National and these officers can be held personally Liable for their actions

4

Bonds v US 529 US 334-2000

Parties wishing to respond, refute, rebut, answer, deny object or protest any statement, term declaration, denial or provision in this Consular Court Action must do so by lawful Protest with a wet ink signiture under the penalty of perjury.

Parties may agree with all statements, terms, declarations, denials, provisions and the Judgment and orders herein by remaining silent. Failure to timely respond (10) days Comprise Respondents Stipulation and Confession jointly and severally to acceptance of all statements, terms, declarations, denials and provisions herein as facts, the whole truth Correct and fully binding on all parties.

## Judgment and Lawfull Orders

The Constitution for the united States of America 1787/1791 and the Treaty of Peace and Friendship 1787/1836 is the Judgment against the liable Parties Res Judicata Star Decisis.

1. I Order Doaglous Johson to enter this Judgment into the public Record and all listed Default(s) Judgments

2. I order Lori Grubbs to enter Default Judgment(s) Filed Oct 03, 2019, April 19, 2019, May 14, 2020, Oct 10, 2019

3. I order Lori Grubbs to discharge unlawfull indictment/Bill of Attainder 17 CF 369 and all other Bill of Atainders in DEKALB COUNTY OF ILLINOIS CORPORATION

4. I order the Immediate release of Cecilshah El from the Colorable Custody of the ILLINOIS DEPARTMENT OF CORRECTIONS CORPORATION

5

6. I order damages be paid in the amount of $5,000 per hr for unlawful detainment Colorable Custody, lawful Specie, gold or silver.

7. I order Title 18 1957: Engaging in Monatary Fransations in property derived from Specified unlawful security

8. I Order Title 18 981 Forfiture Clause upon Defaults that apper upon the Record Civil forfitures

I Cecil Shah El Certify the above to be true under penalty of Perjury under the laws of the United States of America without th UNITED STATES. Title 25 U.S.C 1746(1) to be true to the best of my knowledge and belief.

C. Shh El
Soveriegn Living Justice
In Propria Persona Sui Juris, In Proprio Solo,
In Propria Heredes
All Rights Reserved Without Prejudice
1-207/308 1-103

6



# Moorish American Consulate
## Moorish Worldwide Consulates

*Embracing, Enforcing and Exalting the 1781 Constitution for the United States of America and the Binding Treaties*

**Consular General Taj Tarik Bey and Co-Consular General Shalamoor Bey**

### CERTIFICATE OF SERVICE

I Cecil Shah El Certify under penalty of Perjury under the laws of the United States of America Title 28 1746(1) that I placed the following documents in the ~~US mail to~~ institutional mail to be E-filed a

1. Notice of ARTICLE III Moorish American Al Morrocan Consular Court Action
2. The Court Action Filed In DEKALB COUNTY of ILLINOIS
3. UNIVERSA AFFIDAVIT OF ~~FACT~~ Jurisdiction, Personam, Territorial, and Subject Matter Writ of Execution and Lev'ee of all Sovereign Property

To Robert Blakey; Fredric J. Kepala, DBA US DISTRICT COURT JUDGES
327 S Church Street

To ~~Addo~~ Thomas G. Bruton DBA CLERK OF THE US DISTRICT COURT

RE Notice of Removal to Article III Jurisdiction

/C/SH/E/ June 3, 2021
All Rights Reserved without Prejudice
1-207/3081-103